# EXHIBIT A

# FREDERICK C. BERRY, JR., J.D., CPCU, CLU

## EXPERIENCE

1978 to Present    Frederick C. Berry, Jr., P.C.    Phoenix, Arizona
*Managing Partner*
- AV Rated Attorney, Martindale Hubbell
- Litigate and manage complex insurance litigation
- Certified Specialist Personal Injury and Wrongful Death Litigation, State Bar of AZ, May 14, 1997-June 30, 2011

July 1, 1976 – September 30, 1978  Arizona Department of Insurance    Phoenix, Arizona
*Deputy Director of Insurance of the State of Arizona and Hearing Officer*
- Hearing Officer for Acquisitions, Mergers, Admissions, Adoptions of Rules
- Hearing Officer for Contested Disciplinary Proceedings
- Draft Insurance Regulations
- Supervised Department Investigations of Producers and Insurers
- Assisted in Drafting Insurance Legislation
- Represented the Department at Legislative Hearings
- Represented Arizona at NAIC Committees Involving Adoption of Uniform State Laws

1973-1976    Evans & Kunz, Ltd.    Phoenix, Arizona
*Associate Attorney*

## EDUCATION

1973  Arizona State University College of Law  Tempe, Arizona
- Juris Doctor, Sandra Day O'Connor College of Law
- Associate Editor, *Arizona State Law Journal* (1972-73)

1969  Arizona State University    Tempe, Arizona
- B.S. in Insurance

## PROFESSIONAL AFFILIATIONS AND ACTIVITIES

2010 to Present, Licensed by Arizona Department of Insurance as a Property, Liability, Life, Health and
Disability Insurance Producer

1981 to Present,  The Society of Chartered Property and Casualty Underwriters
- Chairman, Seattle 2001 Annual Meeting &  Seminars
- Regional Vice President, Western Region (13 Western States)
- Member, National Board of Directors
- Member, National Strategic Planning Committee

- Member, National Nomination Committee
- Member, National Budget & Finance Committee
- Member, National Ethics Committee
- Member, CLEWS Governing Committee (Consultants, Litigators, Expert Witnesses)

1981 to Present, The Society of Chartered Property and Casualty Underwriters, Arizona Chapter

- Arizona Chapter President
- Instructor, Insurance Law and Principles [13 years]
- "Light the Way" Award for Outstanding Leadership (1996)
- Arizona Chapter Vice President, Secretary and Treasurer
- Arizona Insurance Day Chairman
- Arizona Insurance Day Program Chairman
- Member, Board of Directors, Arizona Chapter

1983 to Present, The Society of Chartered Life Underwriters

- Phoenix Chapter Board of Directors
- Chairman, Phoenix Chapter Conferment Day Program
- Chairman, Phoenix Chapter Ethics Awareness Month
- Chairman, Phoenix Chapter By-Laws Committee

1973 to Present, State Bar of Arizona

- 1996-2002, Chairman, Insurance Committee
- 1977-2000, Member, Professional Liability Committee
- 1978-1996, Member, Insurance Committee

1991 to Present, Hearing Officer, Arizona Supreme Court

June 14, 2011 – October 31, 2014, Arizona Supreme Court Committee on Character and Fitness

1992 to 2009, Judge Pro Tem, Maricopa County Superior Court

1973 to Present, Member, Maricopa County Bar Association

1971 to Present, Phi Delta Phi Legal Fraternity

1973-2001, American Bar Association

- 1979-2001 Member, Torts and Insurance Practice Section
- Standing Committee on Regulation of Insurance

1985 to 2001, Member, International Bar Association

1981-1996, Member, Defense Research Institute

1988-1996, Member, Federation of Regulatory Council, Inc.

1991-1996, Member, Arizona Association of Defense Counsel

1991-1996, Associate Member, Society of Financial Examiners

1976-1996, Member, The Honorable Order of Blue Goose International

1985-1992, Associate Member, Professional Insurance Agents of Arizona and New Mexico

1993-1995, Member, Lorna E. Lockwood Inn of Court

2007 to Present, Member, American Society of Safety Engineers

1976, Admitted to practice before the United States Supreme Court

1976, Admitted to practice before the United States Court of Appeals for the Ninth Circuit

1976, Admitted to practice before the United States Tax Court

1976, Admitted to practice before the United States Court of Claims

1973, Admitted to practice before the Arizona Supreme Court

1973, Admitted to practice before the United States District Court for the District of Arizona

## MILITARY SERVICE

1970-1976,  Arizona Air National Guard, 161st Air Refueling Wing, Honorably Discharged as Sergeant

## PUBLICATIONS

- 2018, "Shining a Light on Insurance Marketing Malpractice," (Montana Trial Lawyers Association, July 20, 2018.
- 2017, "Shining a Light on Insurer Misconduct," (American Association for Justice, July 25, 2017);

Reprinted, 53 Trial News 2 (Washington State Association for Justice, Ocotober, 2017) at 6-9; Reprinted, Advocate (Arizona Association for Justice, November/December, 2017) at 1.

- 2012, "Insurance Marketer Malpractice," Advocate (Arizona Association for Justice, May-June, 2012)
- 2006, "Insurance Producer Malpractice," Advocate  (Arizona Trial Lawyers Association, June 2006)
- 2002, "Comparative Bad Faith", CPCU Society News
- 1999, "Getting and Keeping Health Insurance", Arizona Lawyer, March 1999
- 1993, "Funding National Health Insurance With 24 Hour Worker's Compensation",  Federation of Regulatory Counsel, August 1993
- 1979, "Professional Liability Insurance Policies", Arizona State Bar Journal, February 1979
- 1973, "The Variable Interest Note-An Answer to Uncertainty in a Fluctuating Money  Market", 1971 Arizona State University Law Journal 600

## CIVIC ACTIVITIES

- 2010 to 2016, University Club of Phoenix, Board of Directors
- 2007 to 2011, Judge of the Ecclesiastical Court, Episcopal Diocese of Arizona
- 2003 to 2007, Arizona Lost Boys Center, Board of Directors
- 2003 to 2010, National Council on Alcoholism and Drug Dependence, Central and Northern Arizona Chapter, Board of Directors
- 1996-2000, Casa de Amigas, Board of Directors  [treatment facility for indigent women]
- 1989-1992, Phoenix Art Museum Men's Art Council, Board of Directors
- 1988-1989, Phoenix Boys Choir, Board of Directors
- 1988,  Arizona Department of Insurance Auto Insurance Rates Task Force, Chairman

1951 WEST CAMELBACK ROAD, SUITE 200,  PHOENIX, ARIZONA 85015 •
PHONE 602-274-5700 • FAX 602-254-0656 • EMAIL
FREDERICK.C.BERRY@GMAIL.COM