# EXHIBIT B

**FREDERICK C. BERRY, JR., JD, CPCU, CLU**

1.  Prajapati. v. Encompass

    Retained  March, 2006
    Glynn W. Gilcrease, Jr.
    Glynn W. Gilcrease, Jr., P.C.
    1400 E. Southern, Suite 425
    Tempe, Arizona  85282
    Document Review

2.  Hook Engineering

    Retained:  February 2006
    David Brooks
    BROOKS & ASSOCIATES
    123 North Centennial Way, Suite 207
    Mesa, Arizona  85201
    Document Review

3.  Tucker v. Scottsdale Indemnity, et al.

    Retained:  March 2006
    J. Scott Wickland, Esquire
    Law Office of J. Scott Wickland
    Suite B
    1921 Motor Avenue
    Kingman, Arizona 86401
    Document Review

4.  Standard Fire v. Atchley

    Retained:  March 2006
    John Wilborn
    SURRANO LAW OFFICES
    3200 North Central Avenue, #2500
    Phoenix, AZ  85012
    Document Review

5.  Duarte v. S & S Harvesting.

    Retained:  August 2006
    Peter A. Guerrero
    PETER A. GUERRERO, P.C.
    650 North Third Avenue
    Phoenix, AZ  85003
    Document Review, opinion letter

6.  Bender vs. United of Omaha, et al.

    Retained:  August 2006
    Anthony J. Palumbo, Esquire
    Palumbo Wolfe Sahlman & Palumbo, P.C.
    Suite 1400
    2800 N. Central Avenue
    Phoenix, AZ  85004
    Document Review

1

7. Helping Hand vs. American Family
Retained: 4/12/2006
Lee Steers, Jr.
Winsor Law Firm, PLC
Suite 1100
Bank of America Tower
1201 South Alma School Road
Mesa, Arizona 85210
Insurance issues, deposition

8. Duarte vs. Travelers and The Mahoney Group
Retained: 8/7/06
Peter A. Guerrero, Esquire
PETER A. GUERRERO, P.C.
650 North Third Avenue
Phoenix, AZ 85003
Document review
Deposition: November 26, 2007

9. Steele v. American Family
Retained: 12/18/06
Thomas B. Dixon, Esquire
Dixon Law Offices, PLC
Suite 100
1440 E. Washington Street
Phoenix, Arizona 85034
Document review
Deposition: November 13, 2007
Trial Testimony

10. Lujan v. State Farm
Retained: 1/16/07
Leslie Rakestraw
Cates, Hanson, Sargeant & Rakestraw
1747 E. Morton, Suite 205
Phoenix, AZ 85020
Document review, deposition

11. Lofton v. Brown
Retained 3/9/07
Kenneth W. McCain
Herzog and O'Connor
7333 E. Doubletree Ranch Rd., Suite 280
Scottsdale, AZ 85258
Document review/Deposition

12. Bartell v. Muth
Retained: 5/10/07
Scott I. Palumbo
PALUMBO, WOLFE, SAHLMAN & PALUMBO
2800 North Central, Suite 1400
Phoenix, AZ 85004
Document review, opinion letter

2

13. Wolfe v. American Standard Insurance Company
> Retained:  6/1/07
> John Wilborn
> SURRANO LAW OFFICES
> 3200 North Central Avenue, #2500
> Phoenix, AZ  85012
> Document review, opinion letter

14. Gandolfo v. Discount Tire
> Retained:  6/6/07
> Christopher J. Zachar, Esquire
> Zacher & Associates, P.C.
> 3301 East Thunderbird Road
> Phoenix, Arizona 85032
> Document review, Deposition

15. Torino vs. Sportsman's Royal Manor, et al.
> Retained: 6/7/07
> Richard Sheinson, Esquire
> Snyder & Wenner, PC
> Suite 213
> 2200 E. Camelback Road
> Phoenix, Arizona 85016
> Document review, opinion letter

16. Edwards v. Colonial Penn
> Retained:  6/18/07
> Joseph Brownlee
> BROWNLEE LAW FIRM
> 3333 E. Thunderbird
> Phoenix, AZ  85032
> Document Review

17. McDonald vs. Byke
> Retained:   7/24/07
> Robert Tolman
> DAVIS MILES
> PO Box 15070
> Mesa, AZ  85211
> Document review, opinion letter

18. Solloway et al v. American National, et al
> Retained: 8/2/07
> Sarah M. Singleton
> MONTGOMERY & ANDREWS
> PO Box 2307
> Santa Fe, New Mexico  87504
> Document review

19.  Roser/Encompass/State Farm
> Retained:  8/31/07
> Ty Taber
> TABER COMMERFORD
> 3636 North Central Avenue, Suite 730
> Phoenix, Arizona 85012
> Document review
> Deposition:  October 12, 2007

3

20. Steinberg v. State Farm
Retained:  9/18/07
Stanley Feldman and Melissa English
Haralson, Miller, Pitt, Feldman & McAlly, PC
One S. Church Street, Suite 900
Tucson, Arizona 85701

21. Hruby v. Allstate
Retained 9/18/07
Thomas B. Dixon, Esquire
Dixon Law Offices, PLC
Suite 100
1440 E. Washington Street
Phoenix, Arizona 85034
Document review
Deposition:  November 6, 2007

22. Cantor vs. Farmers
Retained 9/26/07
Mark Diekemper, Esquire
Lang & Baker, PLC
Suite 102
8767 E. Via de Commercio
Scottsdale, Arizona 85258-0001
Document Review

23. Calamaria v. Commonwealth Title
Retained 9/28/07
Ed Hendricks, Jr.
Meyer Hendricks, PLLC
3131 E. Camelback Road, Suite 310
Phoenix, Arizona  85016
Document review, Arbitration testimony

24. Hild v. Allstate Insurance, et al.
October 1, 2007
Ilya Lerma
Tidmore & Lerma
301 E. Bethany Home Road, Suite B-140
Phoenix, Arizona  85012
Document Review, Opinion Letter, Deposition

25. Solis v. State Farm
October 25, 2007
John T. Aragon, Esquire
THE ARAGON LAW OFFICE
P.O. Box 8654
Surprise, Arizona 85374
Document review

4

26. Mamola v. Farmers Insurance Company
January 29, 2008
Steve M. Tidmore, Esquire
Tidmore & Lerma, L.L.P.
Suite B-140
301 E. Bethany Home Road
Phoenix, Arizona 85012
Document Review

27. Chalabi vs. West
March 14, 2008
Steve M. Tidmore, Esquire
Tidmore & Lerma, L.L.P.
Suite B-140
301 E. Bethany Home Road
Phoenix, Arizona 85012
Document Review

28. Hawthorn v. Gravatt
March 17, 2007
Gunn McKay
Koglmeier Dobbins & Smith
715 N. Gilbert
Mesa, Arizona  854203
Document Review – Opinion letter

29. Delong v. Progressive Preferred Insurance Company
May 20, 2008
Jack Levine, Esquire
Jack Levine Attorney At Law
Suite 200
7501 North 16th Street
Phoenix, Arizona 85020
Document Review

30. Sypniewski v. Jordan and American Family Insurance Company.
June 4, 2008
Neal Sundeen
1221 E. Osborn, Suite 105
Phoenix, Arizona  85014
Document Review, Expert Witness Affidavit

31. Perone vs. Allstate
June 14, 2008
Steve M. Tidmore, Esquire
Tidmore & Lerma, L.L.P.
Suite B-140
301 E. Bethany Home Road
Phoenix, Arizona 85012
Document Review, Affidavit #1, Affidavit #2

5

32. Caceres v. State Farm Automobile Insurance Company
> June 23, 2008
> Leslie Rakestraw, Esquire
> Cates, Hanson Sargeant & Rakestraw
> Suite 205
> 1747 E. Morten
> Phoenix, Arizona 85020
> Document Review

33. Cresior v. Geico
> June 23, 2008
> Jeffrey I. Ostreicher
> 333 W. Roosevelt
> Phoenix, Arizona  85003
> Document Review

34. Harrison v. Progressive
> Thomas G. Cotter, Esquire
> Haralson Miller Pitt Feldman & McAnally, PLC
> Suite 900
> One South Church Avenue
> Tucson, Arizona 85701
> July 17, 2008
> Document review – Prepare Opinion Letter

35. Hogue v. Stevens
> July 17, 2008
> David J. Catanese, Esquire
> The Catanese Law Firm
> Suite 160
> 2701 E. Camelback
> Phoenix, Arizona 85016
> Document review; opinion letter and rebuttal; deposition; trial before
> Hon. Lisa Flores 2-5-13.
> Superior Court of Arizona, Maricopa County No. CV2010-010618

36. Amuso v. LINA/NEBCO
> July 17, 2008
> Robert Hommel
> Robert J. Hommel, PC
> 9304 E. Raintree Drive
> Suite 100
> Scottsdale, Arizona  85260
> Document review/ Opinion Letter

37. Barrett v. Foremost Insurance Company
> John N.  Wilborn, Esquire
> Suite 2500
> 3200 N. Central
> Phoenix, Arizona 85012
> August 6, 2008
> Document review – Prepare Affidavit

6

38. Cache Homes v.  Gemini Insurance Company (BAD FAITH)
    September 26, 2008
    Glen Hallman
    Gallagher & Kennedy
    2575 E. Camelback Road
    Suite 1100
    Phoenix, Arizona 85016
    Document Review, Opinion Letter/Deposition

39. Quackenbush v. American Family Insurance
    September 24, 2008
    J. Tyrrel Taber
    2394 E. Camelback Road, Suite 150
    Phoenix, Arizona  85016
    September 24, 2008
    Document review – Prepare Affidavit; deposition taken

40. Deneke v. U-Haul
    September 26, 2008
    Courtney Fligeltaub
    Kirsch – Goodwin & Kirsch, PLLC
    Suite 210
    8787 E. Pinnacle Peak Road
    Scottsdale, Arizona 85255
    Document Review/Deposition
    Trial Testimony

41. Burkhart vs. Bergdoll
    October 7, 2008
    Sean W. Doughty, Esquire
    Law Offices of Sean W. Doughty, P.C.
    Suite Two PMB 627
    11445 E. Via Linda
    Scottsdale Arizona 85259
    Document Review/Opinion Affidavit

42. Stookey v. Fidelity and Guaranty Life Insurance. Co., et al.
    January 15, 2009
    Michael Herzog
    Herzog & O'Conner, P.C.
    7333 E. Doubletree Ranch Road, # 280
    Scottsdale, Arizona 85258
    Document Review – Opinion letter

43. Peters v. Stonebridge Life
    January 25, 2009
    Robert D. Myers
    Adelman German
    8245 N. 85th Way
    Scottsdale, Arizona  85258
    Document Review – opinion letter

44. Maurer v. UNUM
> January 25, 2009
> Robert D. Myers
> Adelman German
> 8245 N. 85th Way
> Scottsdale, Arizona  85258
> Document review; Prepare Affidavit

45. Western Pilot Service v. Pierce Aviation, et al. (STANDARD OF CARE; BAD FAITH)
> January 20, 2009
> Jason M. Kelly
> Schneider & Onofry, P.C.
> 3101 N. Central, Suite 600
> Phoenix, Arizona  85012
> Document Review - Opinion Letter

46. Bergeson V. West Frontier Condominiums
> March 6, 2009
> Arthur Lloyd
> Lloyd & Robinson
> 113 E. Frontier St.
> Payson, AZ  85541
> Document review – Opinion Letter

47. Zang v. MetLife
> March 10, 2009
> Robert D. Myers
> Adelman German
> 8245 N. 85th Way
> Scottsdale, Arizona  85258
> Document review, Affidavit

48. Elizabeth Stoscop v. USAA
> Mark P. Breyer, Esq.
> Breyer Law Offices, P.C.
> Suite 100
> 15715 S. 46th Street
> Phoenix, Arizona 85048
> April 29, 2009
> Document Review – Opinion Letter

49. Allred v. State Farm
> May 7, 2009
> William J. Monahan
> 343 N. Gilbert Road
> Gilbert, AZ  85234
> Document review

50. Borkenstein v. Laubmeier, et al.
> May 14, 2009
> Charles J. Surrano, Esquire
> Suite 2500

8

3200 N. Central
Phoenix, Arizona 85012
Document review, opinion letter, deposition

51. Wolf vs. MegaLife and Health Insurance Company (STANDARD OF CARE; BAD FAITH)

May 14, 2009
Charles J. Surrano, Esquire
Suite 2500
3200 N. Central
Phoenix, Arizona 85012
Document review, opinion letter

52. Hearthstone V. Evanston Insurance. Co.

June 3, 2009
Brendan N. Mahoney
CAMPBELL & MAHONEY
3101 North Central, Suite 900
Phoenix, AZ 85012
Prepare Affidavit

53. Olson v. Megalife (STANDARD OF CARE; BAD FAITH)

July 23, 2009
John Wilborn
SURRANO LAW OFFICES
Suite 2500
3200 N. Central
Phoenix, Arizona 85012
Document review, opinion letter

54. Walsh v. Progressive

July 24, 2009
John Wilborn
SURRANO LAW OFFICES
Suite 2500
3200 N. Central
Phoenix, Arizona 85012
Document review, Opinion Letter

55. Howell v. State Farm

July 27, 2009
Allen Bucknell
Goldberg & Osborne
Thomas, Suite 3
Phoenix, AZ 85018

56. Perry v. MEGALife

July 28, 2009
John Wilborn
Surrano Law Offices
Suite 2500
3200 N. Central Avenue
Phoenix, Arizona 85012
Documents review, opinion letter, deposition

9

57. Foster v. Zurich American
                August 20, 2009
                Christopher Jensen
                711 Whipple Street
                Prescott, Arizona 86301
                Document Review

58. Callihan v. Liberty Mutual
                October 7, 2009
                Allen Bucknell
                Goldberg & Osborne
                Thomas, Suite 3
                Phoenix, AZ 85018
                Document review; affidavit

59. Deep Water Divers, Inc. v. Wells Fargo Insurance Services of Arizona, Inc. (STANDARD OF CARE)
                October 14, 2009
                Jake D. Curtis
                Burch & Cracchiolo
                702 E. Osborn, Suite 200
                Phoenix, Arizona 85014
                Maricopa County Superior Court No. CV2009-033793
                Opinion letter; deposition; trial testimony(2-2-12 Hon. Emmet Ronan)

60. Rochman v. Columbus Insurance Company (BAD FAITH)
                October 14, 2009
                Mark Fredenberg
                Fredenberg & Gullett
                714 E. Rose Lane, Suite 200
                Phoenix, AZ 85014
                Opinion letter; deposition; trial testimony

61. Bergesen v. American Family Insurance
                November 27, 2009
                Charles Surrano
                Suite 2500
                3200 N.Central Avenue
                Phoenix, Arizona 85012
                Documents review, opinion letter

62. Couzens v. Time Insurance Company
                January 19, 2010
                Charles Surrano
                Suite 2500
                3200 N. Central Avenue
                Phoenix, Arizona 85012
                Documents review, opinion letter

10

63. David Aduddell Construction v. Lloyds of London (BAD FAITH)
February 19, 2010 (Depo 2-20-12, 2-21-12; Trial 2-19-13)
Shannon Davies
Lester, Loving & Davies
1701 South Kelly Avenue
Edmond, OK 73013-3018
Oklahoma County District Court, Oklahoma No. CJ-2010-3006
Opinion letter; deposition taken

64. Kaskkool v. Nationwide
April 4, 2011
Eric Schmidt
Offices of Larry Parker
300 W. Clarendon, Suite 325
Phoenix, AZ  85013
Document review; affidavit

65. Holshouser v. Casper
April 13, 2010
George Lyons
Law Offices of George H. Lyons
2398 East Camelback, Suite 1010
Phoenix, Arizona  85016
Document review; opinion letter; deposition taken

66. Emerine v. Farmers Insurance (BAD FAITH)
April 13, 2010
George Lyons
Law Offices of George H. Lyons
2398 East Camelback, Suite 1010
Phoenix, Arizona  85016
Document review; affidavit; deposition 11-8-11

67. Arthur v. Andrade
July 7, 2010
Charles Surrano
Surrano Law Office
Suite 2500
3200 N. Central
Phoenix, Arizona 85012
Document Review
Opinion Letter; deposition

68. Gorczyca v. Chubinsky
June 14, 2010
George Mueller
Mueller Law Group
2425 E. Camelback, Suite 950
Phoenix, AZ 85016

11

Document review, affidavit; deposition taken

69. Maynard v. Mega Life
     July 7, 2010
     Charles Surrano
     Surrano Law Office
     Suite 2500
     3200 N. Central
     Phoenix, Arizona 85012
     Document Review
     Opinion letter; deposition taken

70. Gower v. Milne Scalne and EMC Insurance
     July 9, 2010
     Christian Henrichsen
     CKGH Law
     16515 S. 40th St., Suite 143
     Phoenix, AZ  85048
     Document Review
     Opinion letter

71. *Summer* v. Hartford Life
     August 12, 2010
     Ty Taber
     AIKEN SCHENK
     4742 N. 24th Street, Suite 100
     Phoenix, AZ  85016
     Document review, affidavit

72. McDaniel v. State Farm
     August 27, 2010
     O'Steen and Partners
     702 E. Clarendon
     Phoenix, AZ  85012
     Document review; affidavit

73. Clancy ats. American Family
     August 26, 2010
     Charles Surrano
     Surrano Law Office
     Suite 2500
     3200 N. Central
     Phoenix, Arizona 85012
     Document Review
     Opinion letter; deposition taken

74. Barraza v. American Reliable Insurance Company
     November 17, 2010
     Thomas G. Cotter, Esquire

Haralson Miller Pitt Feldman & McAnally, PLC
Suite 900
One South Church Avenue
Tucson, Arizona 85701
Document Review; affidavit

75. Gregorio v. Geico

December 15, 2010
Leslie L. Rakestraw
Lorona Steiner Ducar, Ltd.
3003 N. Central Avenue, Suite 1500
Phoenix, Arizona 85012
Opinion letter

76. Steven & Ellen Zalecki

January 3, 2011
Arthur Lloyd
Lloyd & Robinson
113 East Frontier St.
Payson, AZ  85541

77. Orlando v. American Family, Jacobsen

January 12, 2011
Christopher Jensen
711 Whipple Street
Prescott, Arizona  86301
Document Review; opinion letter

78. Wierbinski v. Matei, Wood

January 14, 2011
Charles Surrano
Surrano Law Offices
3200 North Central, Suite 2500
Phoenix, Arizona  85012
Document review; opinion letter

79. Hoelbl v.

March 8, 2011
Steve Patience
Skousen, Gulbrandsen & Patience
414 E. Southern Avenue
Mesa, AZ  85204
Document review, expert affidavit

80. Martinez v. Allstate

March 10, 2011
Marlo Arnold
Bowman & Smith
112 W. Giss Parkway
Yuma, AZ  85364
Document review, opinion letter

13

81. Poyas v.

March 25, 2011
Richard A. Dillenburg
3802 S. Pleasant Place
Chandler, AZ  85248
Document review, affidavit

82. Pettis v. AIG

March 23, 2011
Bethany Torgersen
Stewart & Torgersen
1702 E. Highland, #409
Phoenix, AZ  85016
Document review, opinion letter

83. Cooper Aerial Survey Co. v. Travelers

April 8, 2011
Daniel Warner
J. Phillip Glasscock, PC
13430 N. Scottsdale, Rd.
Scottsdale, AZ
Document review, opinion letter

84. Scarlet v. American Reliable Insurance

April 18, 2011
Charles Surrano
Suite 2500
3200 N. Central Avenue
Phoenix, Arizona 85012
Documents review, opinion letter

85. Larkey v. Health Net

April 28, 2011
Charles Surrano
Suite 2500
3200 N. Central Avenue
Phoenix, Arizona 85012
Documents review, opinion letter

86. Kaskool v. Nationwide

June 3, 2011
Eric Schmidt
Larry Parker Law Offices
300 W. Clarendon, Suite 325
Phoenix, AZ  85013
Document review; affidavit

14

87. Perrault v. Morris

    June 3, 2011
    Charles Surrano
    Suite 2500
    3200 N. Central Avenue
    Phoenix, Arizona 85012
    Documents review, opinion letter

88. Bank of America v. ABM/Horticulture West (BAD FAITH)

    June 20, 2011
    Michael Poli
    Poli & Ball
    2999 N. 44th Street, Suite 500
    Phoenix, AZ  85018
    Document review, opinion letter; deposition taken

89. Lane v. State Farm (BAD FAITH)

    July 13, 2011
    George Lyons
    Law Offices of George H. Lyons
    2398 East Camelback, Suite 1010
    Phoenix, Arizona  85016
    Document review; affidavit; deposition taken

90. Visaya v. MGA Insurance Company

    August 2, 2011
    Christopher Curran
    Glynn Gilcrease
    c/o Curran Law Office
    3165 S. Alma School Road, Suite 29-291
    Chandler, AZ  85248
    Document review

91. Brown v. Martinez

    August 29, 2011
    Rich Dillenburg
    Dillenburg Law Office
    2173 E. Warner Road, Suite 101
    Tempe, Arizona  85284
    Review documents; opinion letter and rebuttal opinion letter

92. McWilliams v. Stonington Insurance

    August 25, 2011
    Christopher Curran
    Law Offices of Christopher Curran
    3165 S. Alma School Road, Suite 29-291
    Chandler, AZ  85248
    Review documents; opinion letter; deposition taken

15

93. Arizona Iceman v. Liberty Mutual (BAD FAITH)
             August 31, 2011
             Scott Reynolds
             Poli & Ball
             2999 N. 44th Street, Suite 500
             Phoenix, AZ  85018
             Review documents; opinion letter

94. Jensen v. State Farm
             August 31, 2011
             Matthew Riggs
             Riggs Ellsworth & Porter
             1423 South Higley, Suite 113
             Mesa, AZ  85210
             Review documents; opinion letter

95. Moyer v. Norbut
             August 25, 2011
             Larry Crown
             Jennings Haug & Cunningham
             2800 North Central, Suite 1800
             Phoenix, AZ  85004
             Document review, opinion letter

96. Hafner v. State Farm
             September 12, 2011
             Michael Magee
             Magee Law Firm
             7551 S. Willow, Suite 101
             Tempe, AZ  85283
             Document review, opinion letter

97. White v. Sentinel
             September 29, 2011
             William Hobson
             Law Office of William R. Hobson
             7303 W. Boston
             Chandler, AZ  85226
             Document review, opinion letter

98. Shortt v. Secuarance Corporation Agency, Inc. (STANDARD OF CARE)
             September 30, 2011
             Kevin Tucker
             Tucker & Miller
             1440 E. Missouri, Suite C-115
             Phoenix, AZ  85014
             Document review, affidavit

16

99. Cornelius v. State Farm

  October 25, 2011
  Matt Schmidt
  Kinerk Schmidt and Sethi
  1790 East River, Suite 300
  Tucson, AZ 85718
  Document review, opinion letter

100.  Guerra v. Amado et al

  November 18, 2011
  Sean Doughty
  Sean Doughy, PC
  1145 E. Via Linda, Suite 2 PMB-627
  Scottsdale, AZ 85259

101.  Annexus Distributors AZ LLC v. Lloyds (BAD FAITH)

  November 20, 2011
  Robert Pohlman
  Snell & Wilmer
  400 East Van Buren, Suite 1900
  Phoenix, AZ 85004
  Document review; affidavit

102.  Collier v. Geico

  March 16, 2012
  James Craft
  Gammage & Burnham
  2 North Central, 15th floor
  Phoenix, AZ 85004
  Document review; opinion letter

103.  Encino Pallets v. Scali and USF Insurance (STANDARD OF CARE & BAD FAITH)

  March 16, 2012
  Jennifer Fite
  Fite Law Office
  10210 N. 32nd Street, Suite 213
  Phoenix, AZ 85028
  Maricopa County Superior Court No. CV2011-055800

104.  Szymanski v. Shank v. Progressive Michigan Insurance Company (BAD FAITH)

  April 3, 2012
  Robert Tolman
  Davis Miles
  80 E. Rio Salado Parkway, Suite 401
  Tempe, AZ 85281
  Maricopa County Superior Court, No. CV2010-090292

105.  Button & Bohnee (STANDARD OF CARE)

17

April 6, 2012
Todd Jackson
Butler Oden & Jackson
3573 E. Sunrise Drive, Suite, 125
Tucson, AZ  85718
Pinal County Superior Court, No. CV201104266

106.   Murray v. Jones
April 17, 2011
Bethany Torgersen
1702 E. Highland, Suite 409
Phoenix, AZ  85016

107.   McGill v. National Speciality Ins. Co. (STANDARD OF CARE & BAD FAITH)
June 13, 2012
Scott Palumbo
Palumbo Wolfe
2800 N. Central, Suite 1400
Phoenix, AZ  85012
U.S. District Court, District of Arizona No.2:12-cv-01671-DGC

**108.**   Sumpter v. State Farm Insurance (BAD FAITH)
August 8, 2012
Steve Adelman
Adelman German, PLC
8245 N. 85th Way
Scottsdale, AZ  85258
Maricopa County Superior Court No. CV2012-001137; Depo 4-24-13;
Trial 11-13-13

109.   Erickson v. Cons (Allstate Insurance Company) (STANDARD OF CARE)
August 27, 2012
Michael Magee
The Magee Law Firm, P.L.C.
7411 East Sixth Avenue, Suite 106
Scottsdale, AZ 85251
Maricopa County Superior Court No. CV2011-080281

110.   Bakarich v. Allstate Insurance Company (BAD FAITH)
August 27, 2012
Ilya Elena Lerma
Tidmore Law Offices, L.L.P.
301 E. Bethany Home Road, B-140
Phoenix, AZ 85012-1295
Maricopa County Superior Court No. CV2010-006980

111.   Bronick v. State Farm Mutual Automobile Insurance Company (BAD FAITH)
September 5, 2012
Gary A. Porter
Riggs Ellsworth & Porter, PLC

18

1423 South Higley Road, Suite 113
Mesa, AZ 85206-3449
U.S. District Court, District of Arizona No. CV-11-01442-PHX-JAT

112.    Romanous v. Liberty Mutual Fire Insurance Company (BAD FAITH)
September 12, 2012
Thomas J. Howard
Wattel & York
2175 North Alma School Road, Suite B107
Chandler, AZ 85224
Maricopa County Superior Court No. CV2011-081390

113.    Hughes v. State Farm Mutual Automobile Insurance Company (BAD FAITH)
September 17, 2012
Gunn McKay
Law Office of Gunn McKay
1019 South Stapley
Mesa, AZ 85204
Maricopa County Superior Court No. CV2011-097890

114.    Hairston v. Trumbull Insurance Company (STANDARD OF CARE)
October 26, 2012
Bimal Raj Merchant
Merchant Law Firm PLLC
1400 East Southern Avenue, Suite 620
Tempe, AZ 85282
Maricopa County Superior Court No. CV2012-

115.    TMM v. Powers Leavitt (STANDARD OF CARE)
December 12, 2012
Herman C. Zickerman "Gib"
Herman and Zickerman, P.L.L.C.
310 South Williams Blvd. Suite 250
Tucson, AZ 85711
Pima County Superior Court

116.    Watson v. American Family Mutual Insurance Company (BAD FAITH)
December 19, 2012
Thomas J. Howard
Wattell & York
2175 North Alma School Road, Suite B.107
Chandler, AZ 85224
Maricopa County Superior Court No. CV2010-096459

117.    Albert v. Liberty Mutual Insurance Company (BAD FAITH)
December 20, 2012
Kelly Jo
Treon Shook PLLC
2700 North Central Avenue, Suite 1000
Phoenix, AZ 85004

19

Maricopa County Superior Court No. CV

118. Geico Indemnity Company v. Brown (BAD FAITH)
January 10, 2013
Thomas J. Howard, Wattel & York
2175 North Alma School Road, Suite B.107
Chandler, AZ 85224
Maricopa County Superior Court No. CV2011-01125

119. Chartis Property Casualty Company v. Robert Albert and Hillary Albert (BAD FAITH)
February 27, 2013 (Depo 7-31-14)
David W. Williams, Davis Miles McGuire Gardner, PLLC
80 East Rio Salado Parkway, Suite 401
Tempe, AZ 85281
U.S. District Court, District of Arizona No. 2:11-cv-02067-SRB

120. Mirchandani v. Allied Property And Casualty Insurance Company (BAD FAITH)
April 8, 2013
Francisco X. Gutiérrez, Gutiérrez Law Firm, P.C.
1001 North Central Avenue, Suite 660
Pheonix, AZ 85004
U.S. District Court, District of Arizona No. 2:11-cv-01253-MEA

121. Malin v. United Healthcare of Arizona, Inc. (BAD FAITH)
April 23, 2013
John N. Wilborn, Surrano Law Offices
7114 E. Stetson Dr., Suite 300
Scottsdale, AZ 85251
Maricopa County Superior Court No. CV2012-012193

122. MacDonald v. Cincinnati Life Insurance Company (BAD FAITH)
January 25, 2013
John N. Wilborn, Surrano Law Offices
7114 E. Stetson Dr., Suite 300
Scottsdale, AZ 85251
U.S. District Court, District of Arizona No. 2:12-cv-01712-PHX-NVW

123. Moore v. The Hartford Life and Accident Insurance Company (BAD FAITH0
February 15, 2013
Charles J. Surrano, III, Surrano Law Offices
7114 E. Stetson Dr., Suite 300
Scottsdale, AZ 85251
U.S. District Court, District of Arizona No. 2:12-cv-00860-PHX-JAT

20

124.    Garlick v. Humana Insurance Company and Schmidt (STANDARD OF CARE)
        May 16, 2013
        Charles J. Surrano, III, Surrano Law Offices
        7114 E. Stetson Dr., Suite 300
        Scottsdale, AZ 85251
        Superior Court of Arizona, Maricopa County No. CV2012-009888

125.    Lopez v. American Family Mutual Ins. Co. (BAD FAITH; STANDARD OF CARE)
        April 3, 2013
        Charles J. Surrano, III, Surrano Law Offices
        7114 E. Stetson Dr., Suite 300
        Scottsdale, AZ 85251
        Superior Court of Arizona, Maricopa County No. CV2012-012615

126.    CR Operating Co., Inc. & Lincoln Plaza v. Great American Ins. Co. (BAD FAITH)
        May 22, 2013 (Depo 8-5-13)
        Damion D. D. Robinson, Van Vleck Turner & Zaller LLP
        604 Arizona Avenue, Suite 28
        Los Angeles, CA 90401
        U.S. District Court, Western District of Oklahoma No. CIV-12-00715-HE

127.    Aguirre v. Siera Vista Ins. Agency, Inc. (STANDARD OF CARE)
        May 31, 2013
        Joseph Watkins
        6303 E. Tanque Verde Road, Suite 210
        Tucson, AZ 85715-3858
        Superior Court of Arizona, Cochise County No.201200287

128.    Schmalian v. Siera Vista Ins. Agency, Inc. (STANDARD OF CARE)
        May 31, 2013
        Joseph Watkins
        6303 E. Tanque Verde Road, Suite 210
        Tucson, AZ 85715-3858
        Superior Court of Arizona, Cochise County No. 201200299

129.    Canyon State Credit Union v. Bennett (STANDARD OF CARE; BAD FAITH)
        June 3, 2013
        Arthur E. Lloyd, Lloyd & Robinson, P.L.L.C.
        113 East Frontier
        Payson, AZ 85541
        Superior Court of Arizona, Gila County No. CV2011-00424

130.    Haywood v. Allstate (STANDARD OF CARE)
        June 10, 2013
        Mark D. Samson, Keller Rohrback, P.L.C.
        3101 North Central Avenue, Suite 1400
        Phoenix, AZ 85012-2643
        Superior Court of Arizona, Maricopa County (Not filed)

21

131.    Kapellusch v. Banner Life Insurance Co. (BAD FAITH)
                October 19, 2013
                Richard Plattner, Plattner Verderame, PC
                P.O. Box 36570
                Phoenix, AZ 85007
                Superior Court of Arizona, Maricopa County

132.    Casa del Pueblo HOA v. American Family Mutual Insurance Co. (BAD FAITH)
                2013 (Depo 10-17-14)
                Kevin Wein, Doyle Raizner LLP
                2929 E. Camelback Rd., Suite 126
                Phoenix, AZ 85016
                Superior Court of Arizona, Maricopa County CV2012-004465

133.    Bolar v. American Family Mutual Insurance Co. (BAD FAITH)
                2013 (Depo 3-26-14)
                Kevin Wein, Doyle Raizner LLP
                2929 E. Camelback Rd., Suite 126
                Phoenix, AZ 85016
                Superior Court of Arizona, Maricopa County CV2012-014467

134.    Lehman v. American Family Mutual Insurance Co. (BAD FAITH)
                2013 (Depo 1-13-14)
                Kevin Wein, Doyle Raizner LLP
                2929 E. Camelback Rd., Suite 126
                Phoenix, AZ 85016
                Superior Court of Arizona, Maricopa County CV2011-017999

135.    Insana v. American Family Mutual Insurance Co. (BAD FAITH)
                2013 (Depo 1-13-14)
                Kevin Wein, Doyle Raizner LLP
                2929 E. Camelback Rd., Suite 126
                Phoenix, AZ 85016
                Superior Court of Arizona, Maricopa County CV2011-018143

136.    Sauerman v. American Family Mutual Insurance Co. (BAD FAITH)
                2013 (Depo 2-7-14)
                Kevin Wein, Doyle Raizner LLP
                2929 E. Camelback Rd., Suite 126
                Phoenix, AZ 85016
                Superior Court of Arizona, Maricopa County CV2011-018188

137.    Van Winkle v. American Family Mutual Insurance Co. (BAD FAITH)
                2013
                Kevin Wein, Doyle Raizner LLP
                2929 E. Camelback Rd., Suite 126
                Phoenix, AZ 85016
                Superior Court of Arizona, Maricopa County CV2011-018329

138.    Walers v. American Family Mutual Insurance Co. (BAD FAITH)
          2013
          Kevin Wein, Doyle Raizner LLP
          2929 E. Camelback Rd., Suite 126
          Phoenix, AZ 85016
          Superior Court of Arizona, Maricopa County CV2011-018392

139.    Twomley v. American Family Mutual Insurance Co. (BAD FAITH)
          2013 (Depo 2-25-14)
          Kevin Wein, Doyle Raizner LLP
          2929 E. Camelback Rd., Suite 126
          Phoenix, AZ 85016
          Superior Court of Arizona, Maricopa County CV2011-0189294

140.    Vander Vlucht v. American Family Mutual Insurance Co. (BAD FAITH)
          2013 (Depo 2-25-14)
          Kevin Wein, Doyle Raizner LLP
          2929 E. Camelback Rd., Suite 126
          Phoenix, AZ 85016
          Superior Court of Arizona, Maricopa County CV2012-010410

141.    Trinity Baptist Church v. Brotherhood Mutual Insurance Co. (BAD FAITH)
          July 11, 2013 (Depo 2-4-14)
          John Wiggins, Wiggins Sewell & Ogletree
          210 Park Ave, Suite 3100
          Oklahoma City, Oklahoma 73102
          District Court of Oklahoma, Oklahoma County CJ-2011-1157

142.    Murray v. Farmers Insurance Co. (BAD FAITH)
          August 27, 2013 (Depo 2-14-14, Trial 4-16-14)
          Thomas G. Cotter, Haralson Miller Pitt Feldman & McAnally, PLC
          One South Church Ave., Suite 900
          Tucson, Arizona 85701
          Superior Court of Arizona, Pinal County C2012-4962

143.    Potter v. M & O Agencies, Inc. dba The Mahoney Group (STANDARD OF CARE)
          December 5, 2013 [FCB depo 9-28-17] [Trial testimony 03—6-19]
          Michael N. Poli, Merlin Law Group
          2999 N. 44th St., Suite 520
          Phoenix, AZ 85018
          Superior Court of Arizona, Maricopa County, No. CV2014-002391

144.    Haldiman v. Continental Casualty Company (BAD FAITH)
          November 8, 2013 (Depo 1-10-14)
          Brian G. Campbell, Campbell Law Group
          3101 N. Central Ave., Suite 840
          Phoenix, AZ 85012
          United States District Court, District of Arizona No: 2:13-cv-00736-GMS

145. Acosta-Cazares v. Aviva Life and Annuity Company (BAD FAITH)
December 20, 2013 (Depo 6-5-14)
Jared E. Everton, Jackson White, PC
40 N. Center, Suite 200
Mesa, AZ 85201
United States District Court, District of Arizona No:2:13-cv-01690-GMS

146. Eungard v. AAA Arizona, Inc. (STANDARD OF CARE)
June 17, 2013
Brian T. Allen, Udall Shumway
1138 N. Alma School Road, Suite 101
Mesa, AZ 85201
Superior Court of Arizona, Maricopa County

147. Larson v. Government Employees Insurance Company (BAD FAITH)
August 16, 2013
Christian K. G. Henrichsen, CKGH Law, P.C.
16515 S. 40th St., Suite 143
Phoenix, AZ 85048
Superior Court of Arizona, Maricopa County CV2013-003936

148. McDonald v. Brown & Brown (STANDARD OF CARE)
November 20, 2013
Erin McGuinness, Beus Gilbert PLLC
701 N. 44th St.
Phoenix, AZ 85008-6504
Superior Court of Arizona, Maricopa County CV2013-009426

149. Ainsworth v. Government Employees Insurance Company (BAD FAITH)
December 2, 2013
Kevin J. Chapman, Rowley Chapman & Barney, Ltd.
63 E. Main St., Suite 501
Mesa, AZ 85201-7436
U.S. District Court, District of Arizona 2:13-cv-00862-PHX-SRB

150. Beasley v. American Family Mutual Insurance Company (BAD FAITH)
May 1, 2012
Jeffrey I. Ostreicher, Jeffrey I. Ostreicher, P.C.
333 W. Roosevelt St.
Phoenix, AZ 85003
Superior Court of Arizona, Maricopa County CV2010-034146

151. Lopez v. State Farm Property and Casualty Company (BAD FAITH)
March 12, 2012
Kirsten Copeland, Copeland Law Offices
20180 N. 59th Ave., Suite 115, PMB533
Glendale, AZ 85308
No litigation filed.

152.  James v. GEICO Indemnity Company (BAD FAITH)
        August 29, 2013
        Krista T. McCarthy, Law Office of Berin A. Fite
        10210 N. 32nd St., Suite 213
        Phoenix, AZ 85028
        Superior Court of Arizona, Maricopa County CV2012-055280

153.  Childs v. Farmers Insurance Company of Arizona (STANDARD OF CARE)
        July 11, 2013
        Thomas B. Dixon, Dixon Law Offices, PLC
        343 W. Roosevelt St., Suite 200
        Phoenix, AZ 85003
        Superior Court of Arizona, Cochise County CV2013-00231

154.  Herrod v. Farmers Insurance Company of Arizona (STANDARD OF CARE)
        July 11, 2013
        Thomas B. Dixon, Dixon Law Offices, PLC
        343 W. Roosevelt St., Suite 200
        Phoenix, AZ 85003
        Superior Court of Arizona, Cochise County CV2013-00202

155.  Davis Enterprises – Indian School Plaza, L.L.C. v. Commercial Industrial Building
      Owner's Alliance, Inc., d/b/a CIBA Insurance Services (UNAUTHORIZED INSURER,
      STANDARD OF CARE) (Depo 4-14 15, 10-6-15, 11-6-15)
        December 13, 2013
        Michael N. Poli, Michael N. Poli, P.C.
        2999 N 44th St., Suite 500
        Phoenix, AZ 85018
        Superior Court of Arizona, Maricopa County CV2013-005545

156.  Paul Johnson Drywall, Inc. v. Phoenix Insurance Company (BAD FAITH)
        January 16, 2014
        R. Douglas Dalton, Osborn Maledon PA
        2929 N. Central Ave., Suite 2100
        Phoenix, AZ 85012
        United States District Court for the District of Arizona

157. Acosta-Cazares v. Pruco Life Insurance Company and Prudential Financial, Inc. (BAD
        FAITH)
        January 15, 2014
        Jared E. Everton, Jackson White, PC
        40 N. Center Street, Suite 200
        Mesa, AZ 85201
        Superior Court of Arizona, Maricopa County CV2013-094645

158. Berglund v. American Family Mutual Insurance Co. (BAD FAITH)
      August 8, 2013
      Kevin Wein, Doyle Raizner LLP
      2929 E. Camelback Rd., Suite 126
      Phoenix, AZ 85016
      Superior Court of Arizona, Maricopa County CV2011-018280

159. Gasson v. Country Life Insurance Company (BAD FAITH & STANDARD OF CARE)
      February 21, 2014 (Depo 8-12-14, 8-13-14)
      Charles D. Onofry, Schneider & Onofry, P.C.
      3101 N. Central Avenue, Suite 600
      Phoenix, AZ 85012
      Superior Court of Arizona, Maricopa County CV2013-001176

160. Maryland Gardens Investors, L.L.C. v. Southwest Real Estate Purchasing Group, Inc.
(UNAUTHORIZED INSURER, BAD FAIATH & STANDARD OF CARE)
      February 12, 2014
      Lawrence R. Moon, Poli & Ball, P.L.C.
      2999 North 44th Street, Suite 500
      Phoenix, AZ 85018
      Superior Court of Arizona, Maricopa County CV2012-012123

161. Feather v. Automobile-Owners Ins. Co. (BAD FAITH & STANDARD OF CARE)
      December 15, 2012 (Depos 5-7-14, 8-7-14, 8-29-14, 12-14-14)
      Kelly Jo, Treon & Shook PLLC
      2700 North Central Avenue, Suite 1400
      Phoenix, AZ 85004-1148
      Superior Court of Arizona, Maricopa County CV2012-003252

162. Cornerstone National Insurance Company v. Itule (THIRD-PARTY BAD FAITH)
      June 17, 2014
      Thomas J. Howard, Wattel & York
      2175 North Alma School Road, Suite B.107
      Chandler, AZ 85224
      United States District Court, Arizona 2:13-cv-00292-PHX-GMS

163. Leyen v. State Farm Mut. Automobile Ins. Co. (BAD FAITH, STANDARD OF CARE)
      June 24, 2014
      Kevin J. Tucker, Tucker & Miller, L.L.L.P.
      1440 East Missouri Avenue, Suite C-150
      Phoenix, AZ 85014
      (Expected to be filed in Superior Court of Arizona, Maricopa County)

164. Hobbs v. Henry (STANDARD OF CARE)
      October 10, 2014 (Depo 01-11-16)
      Cole D. Sorenson, Cole D. Sorenson PLLC
      1411 North 3rd Street
      Phoenix, AZ 85004-1612
      Superior Court of Arizona, Maricopa County CV2013-015866

26

165. DeShazo v. GEICO Indemnity Co. (STANDARD OF CARE)
August 4, 2014
Mark C. Bradshaw, The Bradshaw Firm
1013 South Stapley Drive
Mesa, AZ 85204
(Expected to be filed in Superior Court of Arizona, Maricopa County)

166. Farmers Ins. Co. of Arizona v. Hatfield (BAD FAITH)
October 13, 2014
C. Douglas Weber, Miller Weber Kory LLP
506 East Portland Street
Phoenix, AZ 85004
Bruce M. Squire, Bruce Squire Law LLC
4500 Lakeshore Drive, Suite 345
Tempe, AZ 85282
Superior Court of Arizona, Maricopa County CV2014-006531

167. Laufer v. Starr Indemnity & Liability Co. (STANDARD OF CARE)
October 1, 2014 (Depo 11-24-15)
Jay A. Bansal, Law Offices of Jay A. Bansal
1400 East Southern Avenue, Suite 620
Tempe, AZ 85282
Charles D. Onofry, Schneider & Onofry, P.C.
3101 N. Central Avenue, Sutie 600
Phoenix, AZ 95012
Superior Court of Arizona, Maricopa County CV2014-094388

168. Piedra v. Farmers Ins. Co. of Arizona (STANDARD OF CARE)
November 5, 2014
Bonnie Shore Dombrowski, Jacoby & Meyers Law Offices
2343 East Broadway, Suite 112
Tucson, AZ 85719
Superior Court of Arizona, Pima County C2014-1285

169. McLaws v. Allstate Indemnity Co (BAD FAITH)
November 12, 2012 (Depo 2-24-15)
David A. Christoffel, Arguella Hope & Associates, PLLC
1110 North Nasa Parkway, Suite 620
Houston, TX 77058
Superior Court of Arizona, Maricopa County CV2012-015292

170. Trueblood v. Walstad (STANDARD OF CARE)
November 21, 2014
Lisa J. Counters, The Counters Firm, P.C.
4809 East Thistle Landing Drive, Suite 100
Phoenix, AZ 85044
Superior Court of Arizona, Maricopa County CV2014-052663

171. Klungvedt v. Humana Ins. Co. (BAD FAITH)
October 28, 2014

27

Jason M. Kelly, Schneider & Onofry, P.C.
3101 North Central Avenue, Suite 600
Phoenix, AZ 85012-2658
United States District Court, District of Arizona CV-14-01327-PHX-JJT

172. Marsh Aviation Co. v. Hardy Aviation Insurance Services, Inc.(STANDARD OF CARE)
January 6, 2015 (Depo 12-19-15)
R. Lee Steers, Jr.
13424 East Bloomfield Dr.
Scottsdale, AZ 85259-2214
United States District Court, District of Arizona CV-15-00515-PHX-SRB

173. ComTrans, Inc. v. Davis (STANDARD OF CARE)
January 7, 2015
Robert J. Pohlman, Snell & Wilmer L.L.P.
400 East Van Buren Street, Suite 1900
Phoenix, AZ 85004-2202
Superior Court of Arizona, Maricopa County CV2015-002874

174. Yuma Funding, Inc. v. AEA Federal Credit Union (BAD FAITH)
March 3, 2015
Jason M. Kelly, Schneider & Onofry, P.C.
3101 North Central Avenue, Suite 600
Phoenix, AZ 85012
Superior Court of Arizona, Maricopa County CV2014-011770

175. Herrera v. Farmers Insurance Exchange (BAD FAITH)
May 27, 2015 (Depo 9-18-15)
Zachary Clayton, Ganz & Hauf
8950 West Tropicana Avenue, Suite 1
Las Vegas, NV 89147
United States District Court, District of Nevada 2:14-cv-02221-RFB-VCF

176. Buser v. The Northwestern Mutual Life Insurance Company (SOC and BAD FAITH)
June 16, 2015
Steven A. Gruenemeier
40099 North 52nd Street
Cave Creek, AZ 85331
Superior Court of Arizona, Maricopa County CV2015-052127

177. Rayas v. Powers-Broadbent (SOC)
June 16, 2015 [FCB deposition 7-8-16
R. Andy Rojas
3614 North 15th Avenue, Bldg. A
Phoenix, AZ 85015
Superior Court of Arizona, Maricopa County CV2015-003579

178. Hicks v. State Farm Mutual Automobile Insurance Company & Newman (SOC)
June 18, 2015
Marc H. Lamber, Fennemore Craig PC
2394 East Camelback Road, Suite 600

Phoenix, AZ 85016-3429
Expected to be filed in Superior Court of Arizona, Maricopa County

179. Macak v. American Hallmark Insurance Company of Texas (SOC)
June 23, 2015
Daniel B. Treon and Kelly Jo, Treon & Shook, P.L.L.C.
2700 North Central Avenue, Suite 1400
Phoenix, AZ 85004
Superior Court of Arizona, Pinal County No. CV2014-02316

180. Four Ladies, Inc. v. Cotton and Mid-Century Insurance (SOC)
July 1, 2015
Kasey D. Huebner, Mills Meyers Swartling P.S.
1000 Second Avenue, 30th Floor
Seattle, WA 98104-1064
Superior Court of the State of Washington, San Juan County,
No.: 14-2-05136-1

181. Yung Lin Enterprises, Inc. v. Bank of America, N.A. (Bad Faith)
July 1, 2015 (Depo 12-21-15)
Kirsten Copeland, Copeland Law Office
9017 North 57th Drive
Glendale, AZ 85302
Superior Court of Arizona, Maricopa County, No.: CV2014-052608

182. Menard v. Scottsdale Insurance Co. (Bad Faith)
August 7, 2015
Gene M. Cullan, Cullan & Cullan
20830 North Tatum Blvd., Suite 360
Phoenix, AZ 85050
Superior Court of Arizona, Maricopa County, [to be filed]

183. Brenner v. Hill & Usher, L.L.C. (SOC)
August 17, 2015
Robert J. Hommel, Patricia E. Ronan, Robert J. Hommel, P.C.
9304 East Raintree Drive, Suite 100
Scottsdale, AZ 85260
Superior Court of Arizona, Maricopa County, No.: CV2015-053194

184. Integrated Machinery, Inc. v. Auto-Owners Insurance Company (SOC, Bad Faith)
September 10, 2015
Jeffrey B. Miller, Miller Weber Kory LLP
506 East Portland Street
Phoenix, AZ 85004
Christopher G. Stuart
4530 East Shea Boulevard, Suite 140
Phoenix, AZ 85028
Superior Court of Arizona, Maricopa County, No.: 2015-001330

29

185.  Waters v. Wynkoop (SOC)
                November 16, 2015
                Joseph M. Leal, III, Cole & Leal, P.A.
                420 West Casa Grande Lakes Boulevard North
                Casa Grande, AZ 85122
                Superior Court of Arizona, Pinal County, No. CV2015-00783

186.  Solcito Investments LLC v. American Family Mutual & Mausbach (Bad Faith & SOC)
                December 18, 2015 [FCB deposition 8-29-16]
                Gary A. Gotto, Alison E. Chase, Keller Rohrback L.L.P.
                3101 North Central Avenue, Suite 1400
                Phoenix, AZ 85012-643
                Superior Court of Arizona, Maricopa County, No. CV2014-011566

187.  Lewis v. Allstate Insurance Company (Bad Faith; Negligent Misrepresentation)
                February 9, 2016 [FCB deposition 8-5-16]
                Kyle Hallstrom, The Hallstrom Law Firm, PLLC
                2942 North 24th Street, Suite 114-709
                Phoenix, AZ 85016
                United States District Court, District of Arizona, No. 3:15-cv-08074-HRH

188.  Willis v. General Southwest Insurance Agency, Inc. & Binsfeld (SOC)
                March 1, 2016
                C. Douglas Weber, Miller Weber Kory LLP
                506 East Portland Street
                Phoenix, AZ 85004
                Superior Court of Arizona, Maricopa County, No. CV2015-008432

189.  Country Mutual Ins. Co. v. Kouts & Lawson (Claim Standards)
                March 11, 2016
                John P. Torgenson, Paul M. Benson, Torgenson Law
                1433 North 3rd Avenue
                Phoenix, AZ 85003
                Superior Court of Arizona, Graham County, No. CV201500004

190.  Holthaus v. Government Employees Ins. Co. dba GEICO Insurance Agency, Inc. (Claim
                Standards, Breach of Contract)
                March 10, 2016
                Alan Bowman, Bowman & Smith, P.C.
                113 West Giss Parkway
                Yuma, AZ 85364
                Superior Court of Arizona, Yuma County, No. CV2013-00916

30

191.   Buckley v. State Farm Mutual Automobile Ins. Co. (Claim Standards)
March 18, 2016 [FCB Deposition 04-24-17]
Mark L. Jackson, Vannah & Vannah
400 South 4th Street, 6th Floor
Las Vegas, NV 89101-6205
Superior Court of Arizona, Maricopa County, No. CV2012-011312

192.   Arizona Pool Covers, LLC v. Johns Martinez Group, LLC dba JM Insurance AZ (SOC)
March 21, 2016
Richard A. Dillenburg, Richard A. Dillenburg, P.C.
2173 East Warner Road, Suite 101
Tempe, AZ 85284
Superior Court of Arizona, Maricopa County,

193.   Country Mutual Ins. Co. v. Kouts, Lawson (Claim Standards)
March 14, 2016
John P. Torgenson & Paul M. Benson, Torgenson Law
1433 North 3rd Avenue
Phoenix, AZ 85003
Superior Court of Arizona, Graham County, No. CV2015-00004

194.   Columbus v. Country Mutual Insurance Company (Insurance Industry Standards, SOC)
March 28, 2016
Alexander R. Arpad & Scott Day Freeman, Fennemore Craig, P.C.
2394 East Camelback Road, Suite 600
Phoenix, AZ 85016-3429
United States District Court, District of Arizona, No: 3:15-cv-15-08073
PCT SPL

195.   Sebree v. American Family Mutual Ins. Co. (Claim Standards)
April 21, 2016
Alan Bowman, Bowman & Smith, P.C.
113 West Giss Parkway
Yuma, AZ 85364
United States District Court, District of Arizona, No: 2:15-CV-02601-GMS

196.   Morehouse v. American Family Mut. Ins. Co.,  N. Cass Agency (Claim Standards, SOC)
April 21, 2016
Scott Day Freeman, Fennemore Craig, P.C.
1700 Lincoln Street, Suite 2400
Denver, CO 80203
District Court, El Paso County, Colorado, No: 2015CV031688

31

197.   Wolfe v. State Farm Mutual Automobile Ins. Co. (Claim Standards)
        April 25, 2016
        Jonathan Jamieson, Phillips Law Group, P.C.
        3101 North Central Avenue, Suite 1500
        Phoenix, AZ 85012
        United States District Court, District of Arizona, No. 15-cv-02150-SRB

198.   Manone v. Farm Bureau Property and Casualty Company (Claim Standards)
        April 29, 2016
        Alexander R. Arpad, Fennemore Craig, P.C.
        2394 East Camelback Road, Suite 600
        Phoenix, AZ 85016-3429
        Superior Court of Arizona, Yavapai County, No. P1300CV201500546

199.   Al-Obaidy and Dankha v. Progressive Preferred Insurance Company (Claim Standards)
        May 6, 2016
        R. Randall Johnson, The Vakula Law Firm, PLC
        11240 North Tatum Blvd., Suite 120
        Phoenix, AZ 85028
        Superior Court of Arizona, Maricopa County, No. CV2015-054733

200.   Rodgers v. Healthcare Solutions Group, Inc. and Tulsa Firefighters Health & Welfare
        Trust (Claim Standards and SOC) (Deposition September 9, 2016)
        May 10, 2016
        Joel A. LaCourse, Fred E. Stoops, Sr., Stoops & LaCourse, PLLC
        8801 South Yale, Suite 420
        Tulsa, OK 74137
        District Court of Tulsa County, State of Oklahoma No. 2013-03614

201.   Mathewes adv. The Lincoln National Life Insurance Company (Claim Standards)
        May 31, 2016
        Shane M. Ham, Osborn Maledon, P.A.
        2929 North Central Avenue, 21st Floor
        Phoenix, AZ 85012
        Superior Court of Arizona, Maricopa County

202.   Chandler v. Acceptance Indemnity Insurance Company (SOC; Claim Standards)
        June 21, 2016
        Gunn McKay, The McKay Johnson Firm, PLC
        1019 South Stapley
        Mesa, AZ 85204
        Superior Court of Arizona, Maricopa County, No. CV2016-090320

203.   Pint v. Sonoran Naturopathic Centers, PLC and State Farm Fire & Cas. Co. (Claim
        Standards), August 29, 2016
        R. Douglas Dalton, Osborn Maledon, PA
        2929 North Central Avenue, 21st Floor
        Phoenix, AZ 85012
        Superior Court of Arizona, Maricopa County, No. CV2016-000696

32

204. Hutchison v. American Family Mutual Insurance Company (Claim Standards)
September 1, 1016 [Depo 04-18-17]
Charles D. Onofry, Luane Rosen, Schneider & Onofry, P.C.
833 E. Plaza Circle, Suite 300
Yuma, AZ 85365
Superior Court of Arizona, Yuma County, No. S1400CV201000996

205. Weinstein v. American Family Mutual Insurance Company (Claim Standards for First-Party and Third-Party) September 8, 2016 [Depo 05-10-17]
Ryan Alexander, Ryan Alexander Chtd.
3017 West Charleston Boulevard, Suite 58
Las Vegas, NV 89102
United States Bankruptcy Court for the District of Nevada, No. BK-S-15-13460-MKN

206. Sanchez v. Leavitt Group of Winslow, Inc. (Standard of Care) [Depo. 02-24-17]
September 12, 2016
Scott MacMillan Baker, Law Offices of Scott MacMillan Baker, P.C.
4562 North First Avenue, Suite 100
Tucson, AZ 85718
Superior Court of Arizona, Navajo County, No. C201500460

207. Brown, et. al. v. State Farm Fire & Casualty Co. (Claim Standards, Standard of Care)
September 29, 2016 [Depo. 06-22-17]
Ray Harris, Scott Day Freeman, Fennemore Craig, P.C.
2394 East Camelback Road, Suite 600
Phoenix, AZ 8016-3429
Superior Court of Arizona, Yavapi County, No. P1300CV201400709

208. Savage v. State Farm Fire & Casualty Co. (Claim Standards) [Depo 3-16-17]
October 15, 2016
Donald R. Alvarez, Kelly Jo, Alvarez & Gilbert, PLLC
14500 North Northsight Boulevard, Suite 216
Phoenix, AZ 85260
Superior Court of Arizona, Maricopa County, No. CV2015-054801

209. Corsentino v. Hub International Texas, Inc.; Travelers Indemnity Company of Connecticut (Standard of Care, Claim Standards)
October 15, 2016
Richard M. Kaudy, Richard M. Kaudy, LLC
333 West Hampden Avenue, Suite 850
Englewood, CO 80110
United States District Court, District of Colorado, No. 1:16-cv-01917-RM-CBS

33

210. Basmajian dba Smashin' Buys v. AMCO Ins. Co. & John Delbrocco (SOC)
November 15, 2016
John N. Wilborn, Surrano Law Offices
7114 East Stetson Drive, Suite 300
Scottsdale, AZ 85251
Superior Court of Arizona, Maricopa County, No. CV2015-008750

211. McCall v. State Farm Mutual Automobile Insurance Company (Claim Standards)
November 17, 2016 [FCB Deposition 05-23-17]
Marjorie Hauf, Cara Xidis, Ganz & Hauf
8950 West Tropicana Avenue, Suite 1
Las Vegas, NV 89147
District Court, Clark County, Nevada, No. A-16-729765-C

212. Perkins v. GEICO General Insurance Company (Standard of Care)
November 22, 2016
Jonathan V. O'Steen, O'Steen & Harrison, PLC
300 West Clarendon Avenue, Sutie 400
Phoenix, AZ 85013-3424
Superior Court of Arizona, Maricopa County, No. CV2016-011889

213. Sadeghi v. Palomino (Standard of Care)
December 1, 2016
Robert W. Boatman, Matthew R. Boatman, Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, AZ 85016-9225
Superior Court of Arizona, Maricopa County, No. CV2016-04944

214. Wright v. Country Mut. Ins. Co., Wright and Robinson (SOC)
January 14, 2017
Robert D. Ryan, Robert D. Ryan, P.L.C.
343 West Roosevelt Street, Suite 220
Phoenix, AZ 85003
Superior Court of Arizona, Maricopa County, No. CV2016-013838

215. May v. Schubert (Standard of Care)
February 3, 2017
Robert D. Bohm, Robert D. Bohm, PLLC
PO Box 34102
Phoenix, AZ 85067-4102
Superior Court of Arizona, Maricopa County, No. CV2016-009287

216.   Bennett & Pilarski v. American Property & Casualty Ins. Co.,
Insurancebeacon., Inc. and Edmands (Claim Standards and Standard Care)
February 15, 2017
Scott Day Freeman, Esquire, Fennemore Craig, P.C.
2394 East Camelback Road, Suite 600
Phoenix, AZ 85016-3429
Superior Court of Arizona, Yavapai County, No. P1300 CV2014 00711

217.   Beus v. Powers-Leavitt Insurance Agency, Inc. (Standard of Care)
February 22, 2017
Leo R. Beus, Adrianna Griego, Beus Gilbert PLLC
701 North 44th Street
Phoenix, AZ 85008-6504
Superior Court of Arizona, Maricopa County, No. CV2017-000886

218.   Hammon v. Banner Life Insurance Company (Claim Standards and Standard Care)
March 17, 2017
Raymond M. Norris, Wm. Charles Thomson, Gallagher & Kennedy, PA
2575 East Camelback Road, Suite 1100
Phoenix, AZ 85016
Superior Court of Arizona, Maricopa County, No. CV2016-000676

219.   Corsentino v. Hub International Insurance Services Inc. and The Travelers Indemnity
Company of Connecticut (Claims Standards and Standard of Care)
March 21, 2017
Randy Barnhart, Keating Wagner Polidori Free, P.C.
1290 Broadway, Suite 600
Denver, CO 80203
United States District Court, District of Colorado, No. 1:16-cv-
01917-RM

220.   Riggs dba Benjamin J Custom Cabinetry v. Lebaron & Carroll, L.L.C. (SOC)
March 23, 2017
Roger R. Foote, Jackson White PC
40 North Center Street, Suite 200
Mesa, AZ 85201
Superior Court of Arizona, Maricopa County, No. CV2017-

221.   Phillis v. CSAA General Insurance Company (Claims Standards)
April 6, 2017 [FCB deposition 10-12-17]
Steven J. Jones, Phillips Law Group, P.C.
3101 North Central Avenue, Suite 1500
Phoenix, AZ 84012
United States District Court, District of Arizona, No. CV-16-3961-GMS

222.    Schaffer v. Williams (Standard of Care)
April 28, 2017
Evan L. Thompson, Thompson Krone, PLC
4601 East Ft. Lowell Road, Suite 109
Tucson, AZ 85712
Superior Court of Arizona, Pima County,

223.    Francis v. The Clements Agency, L.L.C. (Standard of Care)
May 8, 2017
Sara R. Witthoft, Witthoft Derksen, P.C.
3550 North Central Avenue, Suite 1006
Phoenix, AZ 85012
Superior Court of Arizona, Maricopa County, No. CV2017-005171

224.    Robson v. Amer-X Security, Inc., Lake Norman Security Patrol, Inc., King, White,
Schoen, Wells Fargo Ins., Inc., Pacific Ind. Co. (SOC & Claim Standards)
May 8, 2017
Sally A. Odegard, Jesse M. Showalter, Holloway Odegard & Kelly, P.C.
3020 East Camelback Road, Suite 201
Phoenix, AZ 85016
Superior Court of Arizona, Maricopa County, No. CV2016-006147

225.    Wortham v. Western Mutual Insurance Company (Claim Standards, SOC)
May 23, 2017 [FCB deposition 07-20-17]
Michael N. Poli, Kesha A. Hodge, Merlin Law Group
2999 North 44th Street, Suite 520
Phoenix, AZ 85018
United States District Court, District of Nevada, No.: 2:16-cv-02988-JCM-CWH

226.    Shafer v. LaVerdi (SOC)
October 28, 2016 [FCB Deposition 06-19-17]
Jonathan V. O'Steen, O'Steen Harrison
300 West Clarendon Avenue, Suite 400
Phoenix, AZ 85013-3424
Superior Court of Arizona, Maricopa County, No. CV2016-008392

227.    Jimenez v. Progressive Casualty Insurance Company (SOC, Claim Standards)
June 5, 2017 [FCB Deposition November 29, 2017]
Ryan Skiver, The Skiver Law Firm
3200 North Hayden Road, suite 220
Scottsdale, AZ 85251
United States District Court, District of Arizona, No.: 2:15-cv-01187-PHX-ROS

36

228.  1-Call Staffing, LLC v. The Mahoney Group, Inc. (SOC)
          June 26, 2017
          Cody James Jess, Schian Walker, P.L.C.
          1850 North Central Avenue, Suite 900
          Phoenix, AZ 85004-4531
          Superior Court of Arizona, Maricopa County (unfiled)

229.  Chacon v. Ohio State Life Insurance Company (Claim Standards)
          July 18, 2017
          David L. Abney, Ahwatukee Legal Office, P.C.
          P.O. Box 50351
          Phoenix, AZ 85076
          United States District Court, District of Arizona, No.: 2:14-cv-00574-HRH.

230.  Horst v. CSAA General Insurance Company (Claim Standards)
          October 19, 2017
          Marjorie Hauf and Cara Xidis, Ganz & Hauf
          8950 W. Tropicana Avenue, Suite 1
          Las Vegas, NV 89147
          United States District Court, District of Nevada, No: 2:17-cv-01619-JCM-GWF

231.  Stiner v. Farmers Insurance Exchange, Bill Keswick Ins. Agency, Inc. (SOC)
          October 26, 2017 (FCB Deposition 9-26-18)
          Guy P. Roll, The Roll Law Office, PLLC
          668 North 44th Street, Suite 300
          Phoenix, AZ 85008
          Superior Court of Arizona, Maricopa County, No. CV2016-007409

232.  Brown v. GEICO Indemnity Company (Claim Standards)
          December 11, 2017
          Douglas F. Dieker, Dieker Voightmann Copple Donovan, PLLC
          15333 North Pima Road, Suite 200
          Scottsdale, AZ 85260
          United States District Court, District of Arizona, No: CV-17-00106-PHX-JJT

233.  Northrup v. Allstate Vehicle And Property Insurance Company (Claim Standards, SOC)
          March 29, 2018
          Michael N. Poli, Lawrence R. Moon, Merlin Law Group P.A.
          2999 North 44th Street, Suite 520
          Phoenix, AZ 85018
          Superior Court of Arizona, Maricopa County, No. CV2018-001799

37

234. Atencio/Chilimidos v. M & O Agencies, Inc. (SOC)
April 4, 2018
William M. Fischbach, Tiffany & Bosco P.A.
2525 East Camelback Road, Seventh Floor
Phoenix, AZ 85016-4229
Superior Court of Arizona, Maricopa County, No. CV2015-012642

235. Truck Insurance Exchange v. [] La Patisserie Bakery [and others] (SOC)
April 11, 2018 [FCB Depo 5-30-19; Trial 9-18&19-2019]
Thomas B. Dixon, Dixon Law Offices, P.L.C.
343 West Roosevelt St., Suite 200
Phoenix, AZ 85003
Superior Court of Arizona, Maricopa County, No. CV2016-001973

236. Humes v. Acuity, A Mutual Insurance Company (Claim Standards)
June 6, 2018
Marjorie Hauf, Madeline Dicicco, Ganz & Hauf
8950 West Tropicana Avenue, Suite 1
Las Vegas, NV 89147
United States District Court, District of Nevada, No.2:17-cv-01778-JAD-PAL

237. Cheney v. The United States Life Insurance Company in the State of New York,
American General Life Ins. Co. [and others] (Claim Standards)
June 6, 2018 [FCB Deposition 09-12-18]
Steven J. German, Of Counsel, Begam Marks & Traulsen
11201 North Tatum Blvd., Suite 110
Phoenix, AZ 85028
United States District Court, District of Arizona, No. 2:17-cv-00004-PHX-DGC

238. Butler v. American Family Mutual Insurance Company (Claim Standards)
June 15, 2018
Timothy G. Tonkin, Kimberly J. Sayre, Phillips Law Group, P.C.
3101 North Central Avenue, Suite 1500
Phoenix, AZ 85012
United States District Court, District of Arizona, No. 2:17-cv-3560-PHX-JJT

239. Barrow v. Farmers Insurance Company of Arizona and Lien Dao (Claim Standards &
SOC) [Deposition 8-14-18]
June 21, 2018
Richard J. Valle, Carter & Valle Law Firm, P.C.
8012 Pennsylvania Circle, NE
Albuquerque, NM 87110
First Judicial District Court, County of Santa Fe, State of New Mexico,
No. D101-CV-2015-00931.

240. Nickerson v. CSAA General Insurance Company (Claim Standards)
July 25, 2018
Amy N. Vela, Timothy G. Tonkin, Phillips Law Group, P.C.
3101 North Central Avenue, Suite 1500
Phoenix, AZ 85012
United States District Court, District of Arizona, No. 2:17-cv-04471-DLR

241. Novo Biopower, L.L.C. v. Liberty Mut. Ins. Co., Worldwide Facilities, LLC, M & O
Agencies, Inc. dba The Mahoney Group (SOC)
August 22, 2018
Kevin E. O'Malley, Jennifer A. Cranston, Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, AZ 85016-9225
Superior Court of Arizona, Maricopa County, No. CV2018-000286.

242. Nickle v. American Family Mutual Insurance (Claim Standards)
August 27, 2018
Ryan J. Linder, Linder & Gully PLC
60 East Rio Salado Parkway, Suite 900
Tempe, AZ 85281
United States District Court, District of Arizona, No. 2:18-cv-00106-DJH

243. McGee v. Zurich American Insurance Company (Claim Standards)
July 3, 2018 (FCB deposition 10-16-18)
David L. Abney, Ahwatukee Legal Office, P.C.
Post Office Box 50351
Phoenix, AZ 85076
United States District Court, District of Arizona, No. 2:17-cv-04024-DGC

244. Cunday v. American Family Mutual Insurance Company (Claim Standards)
September 18, 2108 (FCB deposition 09-19-19)
Guy P. Roll, The Roll Law Office, PLLC
668 North 44th Street, Suite 300
Phoenix, AZ 85008
Superior Court of Arizona, Maricopa County, No. CV2016-006018

245. Frutiger v. USAA Indemnity Company (Claim Standards)
October 8, 2018 (FCB Depo. 06-05-19)
Brown, Engstrand & Shelly Accident Law Group, Robert W. Shelly
3923 South McClintock Drive, Suite 400
Tempe, AZ 85282-5810
United States District Court, District of Arizona, No. 2:18-cv-00547-JJT

246. Iveazaj & Vulaj v. Kalaj (SOC)
October 15, 2018
Terrance D. Dunmire, Law Offices of Terrance D. Dunmire
8701 East Vista Bonita Drive, Suite 220
Scottsdale, AZ 85255
Superior Court of Arizona, Maricopa County, No. CV2018-056494

247. Ketcham v. American General Life Insurance Company, Maloney, Dunhill Marketing & Insurance Services, Inc. (SOC & Claim Standards)
January 9, 2017 (FCB deposition 11-28-18)
Brian J. Campbell, Campbell Law Group, Chartered
1951 West Camelback Road, Suite 200
Phoenix, AZ 85015
Superior Court of Arizona, Maricopa County, No. CV2017-008809

248. Crickard v. Aventa Senior Care, LLC (SOC & Claim Standards)
November 29, 2018
Jeffery S. Miller, Miller Weber Kory, LLP
506 East Portland Street
Phoenix, AZ 85004
Superior Court of Arizona, Maricopa County, No. PB2017-001730

249. Flores v. State Farm Mutual Automobile Ins. Co. (Claim Standards)
January 11, 2019
Cara Xidis, Gans & Hauf
8950 West Tropicana Avenue, Suite 1
Las Vegas, NV 89147
United States District Court, District of Nevada, No. 2:18-cv-01795-GMN-GWF

250. Gunderson v. Liberty Mut. Ins., The Ohio Cas. Ins. Co. and Central Ins. Agency (SOC)
January 23, 2019
Geoffrey C. Angel, Angel Law Firm
803 West Babcock
Bozeman, MT 59715
Montana Eighteenth Judicial District Court, Gallatin County, No. DV-17-767B

251. Berger v. Coast National Insurance Company (Claim Standards)
January 28, 2019
Jeff Bouma, Cronus Law. PLLC
2601 East Thomas Road, Suite 235
Phoenix, AZ 85016
(Unfiled)

252. Faulk v. Excalibur Financial Group, Inc. (SOC)
January 28, 2019
Paul Duval Johnson, Law Offices of Paul Duval Johnson
Post Office Box 130375
Tampa, FL 33681
(Unfiled)

253.    Prescott v. Bristol West Insurance Company (Claim Standards)
February 27, 2019
Roger I. Smith, Smith Templeman Law Firm
1400 Central Ave., SE, Suite 2300
Albuquerque, NM 87106
United States District Court, District of New Mexico, No. 1:18-cv-00756-KBM-JHR

254.    Jayhawk Southwest, LLC, v. Border to Border Roofing, LLC [] Al Shank Insurance, LLC
April 1, 2019 (SOC) (FCB deposition April 5, 2019)
Neil C. Gosch, Triplett Woolf Garretson, LLC
2959 North Rock Road, Suite 300
Wichita, KS 67226
Twenty-Sixth Judicial District, District Court, Seward County, Kansas, No. 2017-CV-046

255.    In re the Matter of the Rehabilitation of PMI Mortgage Insurance Company; Ocwen Loan Servicing, LLC v. PMI Mortgage Insurance Company. (Regulatory)
April 24, 2019
David E. Weiss, Matthew D. Rosso, Reed Smith LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
Superior Court of Arizona, Maricopa County, No. CV2011-018944, Petition No. 80.

256.    Kohn v. Bennett & Porter Insurance Services, LLC (SOC)
May 31, 2019
Charles J. Surrano III, John N. Wilborn, Surrano Law Offices
7114 E. Stetson Dr., Suite 300
Scottsdale, AZ 85251
Superior Court of Arizona, Maricopa County, No. CV2018-014305

257.    Murphy v. Professional Underwriters Liability Insurance Company; Western Assurance Corporation (SOC) [FCB Deposition 08/22/19]
June 21, 2019
Ben Davis, Davis Kelin Law Firm LLC
127 Bryn Mawr Drive SE
Albuquerque, NM 87106
State of New Mexico, County of Bernalillo, Second Judicial District Court No. D-202-CV-2016-04582

258.    Morris v. Pekin Insurance (Claim Standards)
August 5, 2019
Law Offices of David A. Bufalilni, P.S., Inc.
2107 North 30th Street
Tacoma, WA 98403
Superior Court of Arizona, Maricopa County, [unfiled]

41

259.    Starks v. Travelers Property Casualty Company of America (Claim Standards)
            August 28, 2019
            Timothy G. Tonkin, Steven J. Jones, Phillips Law Group, P.C.
            3101 North Central Avenue, Suite 1500
            Phoenix, AZ 85012
            United States District Court, District of Arizona, No. 2:19-cv-00771-PHX-
            DLR

260.    Hawkins v. AmTrust North America, Inc. (Claim Standards)
            September 16, 2019
            Christian M. Morris, Nettles|Morris
            1389 Galleria Drive, Suite 200
            Henderson, NV 89014
            District Court, Clark County, Nevada, No.: A-19-794417-C, Dept. 32

261.    Yampolsky v. Lewis and Crest Insurance Agency, L.L.C. (SOC)
            October 10, 2010
            Thomas G. Cotter, Miller, Pitt, Feldman & McAnally, P.C.
            One South Church Avenue, Suite 900
            Tucson, AZ 85701
            Superior Court of Arizona, Pima County, No. C20193186

262.    Jarman v. American Family Insurance Company (Claim Standards)
            November 5, 2019
            David A. Chami, Price Law Group, APC
            8245 N. 85th Way
            Scottsdale, AZ 85258
            United States District Court, District of Arizona, No. CV-18-00526-PHX-
            SPL

263.    Figueredo v. State Farm Mutual Automobile Insurance Company (Claim Standards)
            November 7, 2019
            Christian M. Morris, Nettles|Morris
            1389 Galleria Drive, Suite 200
            Henderson, NV 89014
            United States District Court, District of Nevada, No. 2:19-cv-01295-
            GMN-DJA

264.    Churchill v. State Farm Mutual Automobile Insurance Company (Claim Standards)
            November 12, 2019
            Tanveer A. Shah, Viper Law Group
            8245 N. 85th Way
            Scottsdale, AZ 85258
            Superior Court of Arizona, Maricopa County, No. CV2018-008494

42

265.    Bull Enterprises, Inc. v. Nationwide Mutual Insurance Company (SOC)
             November 25, 2019
             Shant A. Karnikian, Kabateck LLP
             633 W. Fifth Street, Suite 3200
             Los Angeles, CA 90071
             Superior Court of California, Riverside County, No. RIC 1802583

266.    Horst v. State Farm Mutual Automobile Insurance Company (Claim Standards)
             November 26, 2019
             Christian M. Morris, Nettles|Morris
             1389 Galleria Drive, Suite 200
             Henderson, NV 89014
             District Court, Clark County, Nevada No.: A-18-781625-C, Dept. 32

267.    Brown v. ACE American Insurance Company and Gallagher Bassett Services, Inc.
             (Claim Standards)
             January 2, 2020
             David L. Boohaker, McDonald Law Firm
             3100 West 7th Street, Suite 230
             Fort Worth, TX 76107
             Benjamin O. Bengtson, The Law Offices of Benjamin O. Bengtson
             1100 Circle 75 Parkway, Suite 460
             Atlanta, GA 30339
             United States District Court for the Northern District of Georgia, Atlanta
             Division, No. 1:19-cv-01233-TCB

268.    Carrillo v. Ronstadt Insurance, LLC (SOC)
             January 6, 2020
             Barry Kirschner, Barry Kirschner Law, LLC
             P. O. Box 40664
             Tucson, AZ 85717
             Superior Court of Arizona, Pima County, No. C20193551

269.