# EXHIBIT C

# Arizona Department of Insurance

# 2017/2018
# Annual Report &
# Five-year Strategic Plan



Douglas A. Ducey
Governor

Keith A. Schraad
Director of Insurance

## DIRECT-WRITING INSURERS AUTHORIZED IN ARIZONA

As of December 31, 2017 ($000 omitted)

| NAIC # | GROUP # | NAME | DOMICILE STATE | BUSINESS TYPE | STATUS | ASSETS | LIABILITIES | CAPITAL & SURPLUS | ARIZONA PREMIUMS |
|---|---|---|---|---|---|---|---|---|---|
| 25232 | 69 | 21ST CENTURY ADVANTAGE INS CO | MN | PC | AC | 29,636 | (30) | 29,666 | 3,384 |
| 34789 | 69 | 21ST CENTURY CENTENNIAL INS CO | PA | PC | AC | 601,136 | 78 | 601,059 | 65 |
| 43974 | 69 | 21ST CENTURY INDEMNITY INS CO | PA | PC | AC | 69,280 | 19 | 69,261 | 87 |
| 36587 | 415 | 21ST CENTURY NATIONAL INS CO | NY | PC | AC | 25,404 | 0 | 25,404 | 0 |
| 32220 | 69 | 21ST CENTURY NORTH AMERICA INS CO | NY | PC | AC | 594,567 | 22,503 | 572,063 | 832 |
| 22225 | 69 | 21ST CENTURY PREFERRED INS CO | PA | PC | AC | 42,400 | 15 | 42,386 | 93 |
| 20796 | 69 | 21ST CENTURY PREMIER INS CO | PA | PC | AC | 289,310 | 17 | 289,293 | 28 |
| 80985 | 23 | 4 EVER LIFE INS CO | IL | LD | AC | 212,463 | 127,465 | 84,998 | 1,195 |
| 77879 | | 5 STAR LIFE INS CO | NE | LD | AC | 291,203 | 262,342 | 28,861 | 2,301 |
| 15742 | | 7710 INS CO | SC | CI | AC | 14,751 | 8,419 | 6,332 | 304 |
| 71854 | 4853 | AAA LIFE INS CO | MI | LD | AC | 652,034 | 496,648 | 155,386 | 11,961 |
| 71471 | 4824 | ABILITY INS CO | NE | LD | AC | 1,194,511 | 1,171,995 | 22,516 | 1,928 |
| 22896 | | ACA FINANCIAL GUARANTY CORP | MD | CI | AC | 266,916 | 210,583 | 56,333 | 0 |
| 12934 | | ACADEMIC MEDICAL PROFESSIONALS INS RRG, | VT | RG | AC | 4,818 | 2,408 | 2,410 | 5 |
| 31325 | 98 | ACADIA INS CO | NH | PC | AC | 164,250 | 110,663 | 53,587 | 9,432 |
| 10807 | | ACCC INS CO | TX | PC | AC | 278,961 | 226,905 | 52,057 | 13,933 |
| 63444 | 4667 | ACCENDO INS CO | UT | LD | AC | 12,949 | 3,250 | 9,699 | 0 |
| 37958 | | ACCEPTANCE INS CO | NE | PC | RH | 11,427 | 8,442 | 2,985 | 0 |
| 12304 | 572 | ACCIDENT FUND GENERAL INS CO | MI | PC | AC | 250,796 | 178,600 | 72,196 | 411 |
| 10166 | 572 | ACCIDENT FUND INS CO OF AMERICA | MI | PC | AC | 3,664,536 | 2,669,827 | 994,709 | 1,002 |
| 12305 | 572 | ACCIDENT FUND NATIONAL INS CO | MI | PC | AC | 194,621 | 111,067 | 83,554 | 668 |
| 11573 | 4680 | ACCIDENT INS CO, INC | SC | PC | AC | 87,334 | 60,922 | 26,412 | 318 |
| 62200 | 3891 | ACCORDIA LIFE AND ANNUITY CO | IA | LD | AC | 8,916,159 | 8,231,232 | 684,927 | 13,616 |
| 26379 | 4234 | ACCREDITED SURETY AND CASUALTY CO, INC | FL | PC | AC | 148,717 | 94,254 | 54,463 | 89 |
| 22667 | 626 | ACE AMERICAN INS CO | PA | PC | AC | 13,605,973 | 11,074,166 | 2,531,806 | 67,485 |
| 20702 | 626 | ACE FIRE UNDERWRITERS INS CO | PA | PC | AC | 119,883 | 41,812 | 78,070 | 719 |
| 60348 | 626 | ACE LIFE INS CO | CT | LD | AC | 46,848 | 40,315 | 6,533 | 0 |
| 20699 | 626 | ACE PROPERTY AND CASUALTY INS CO | PA | PC | AC | 8,693,129 | 6,722,810 | 1,970,320 | 7,776 |
| 19984 | 594 | ACIG INS CO | IL | PC | AC | 503,401 | 360,431 | 142,970 | 231 |
| 22950 | | ACSTAR INS CO | IL | PC | AC | 52,610 | 29,014 | 23,596 | 1 |
| 14184 | | ACUITY, A MUTUAL INS CO | WI | PC | AC | 3,960,072 | 2,140,298 | 1,819,775 | 55,735 |
| 33987 | 4726 | ADM INS CO | AZ | PC | AC | 103,096 | 79,953 | 23,144 | 21 |
| 44318 | 98 | ADMIRAL INDEMNITY CO | DE | PC | AC | 59,498 | 16,739 | 42,759 | 0 |

50

# FIVE-YEAR AGENCY STRATEGIC PLAN

## EXECUTIVE SUMMARY

The Department's job is to foster a competitive marketplace where Arizona citizens and businesses can readily find and rely on insurance coverage and insurance professionals. The Department is currently focused on **National Association of Insurance Commissioners (NAIC) reaccreditation**, showing that our processes, laws, resources and performance meet national standards for insurer solvency oversight; **federal and state legislation**, including implementing new laws, evaluating proposed legislation, and actively participating in the NAIC to create model laws and model regulations that promote uniformity and efficiency of insurance regulation; **health insurance marketplace**, including promoting new insurer entry, and evaluating whether insurers comply with benefit requirements and have sufficient and accessible health provider networks for their enrollees; **technology opportunities**, including ways the Department can leverage technology to improve its processes, and ways to help new forms of insurance and new methods of insurance delivery/processing to emerge in Arizona; and, **consumer education** to help our citizens and business-owners make good insurance-related decisions.

## WHO WE ARE

### Description

The **Arizona Department of Insurance ("ADOI")**, established as an independent agency in 1954, assists and protects Arizona citizens and businesses by responding to inquiries and investigating complaints, healthcare appeals, provider grievances and insurance fraud; licensing qualified insurance companies, professionals and intermediaries; monitoring insurers for compliant marketplace practices; overseeing the financial solvency of insurance companies; administering insurer receiverships; paying Arizona insurance consumers on their claims against insolvent insurers; reviewing new and updated insurance products and rates; collecting insurance premium tax; and, encouraging competition and economic development.

- The ADOI is the largest professional licensing agency in Arizona state government, serving over 250,000 licensed insurance professionals, and annually reviewing around 70,000 license and renewal applications.

- The ADOI annually deposits over $500 million dollars in insurance premium taxes and license fees into the State General Fund, making ADOI its third largest General Fund contributor behind the Department of Revenue and the Lottery Commission.

### Mission

The mission of the ADOI is **to protect Arizona citizens and businesses by promoting a safe, strong, innovative and competitive insurance marketplace**. This statement recognizes that ADOI's objectives and responsibilities are intertwined. ADOI protects consumers by providing sound financial regulation of the insurers doing business in Arizona, licensing insurance professionals, responding to consumer complaints and reviewing products sold in our marketplace. ADOI provides a vital connection among all of those priorities for the benefit of all Arizonans.

### Vision

ADOI's vision is **effective insurance consumer protection with minimal regulatory and taxpayer burden**. We use technology, best practices, innovative ideas, and professional and courteous staff to make that vision a reality.

### Principles

- **Commitment**– We challenge ourselves to seek input from our customers and to do better for them every day.

- **Efficiency** – We continuously look for ways to make the best use of resources and ways to minimize burdens on our customers.

- **Effectiveness** – We focus on providing meaningful benefit to Arizona citizens and businesses.

- **Professionalism** – All of our employees treat our customers and each other with respect and courtesy.

6

## Programs

The ADOI works to achieve its overall mission by pursuing the missions of the following programs:

| PROGRAM / SUBPROGRAM | PROGRAM MISSION |
|---|---|
| Policy and Administration | Provide leadership and support toward the ADOI efficiently and effectively achieving its mission and realizing its vision. |
| Solvency Regulation | Monitor the ability of authorized insurers to perform their financial obligations under insurance policies. |
| Consumer Support | Assist, inform and protect Arizona insurance consumers. |
| Fraud Investigation and Deterrence | Deter, investigate and facilitate conviction for insurance fraud. |
| Licensing | Provide efficient and highly responsive insurance licensing services. |
| Premium Tax Collections and Analysis | Collect, deposit and accurately forecast insurance premium tax revenues. |
| Captive Insurer | Foster a sound and competitive captive insurance program in support of Arizona economic activity. |

## Divisions

The ADOI's operations are administered through the following divisions:

**Office of the Director** sets policy, and provides leadership, coordination and support, enabling ADOI to achieve its overall mission. The Office:

- promotes the continuous improvement of agency processes, develops operational policies and coordinates and directs the activities of the agency's divisions and boards;

- provides technical support, advice and a variety of reports to the Governor's Office, state legislators and the U.S. Congressional delegation;

- coordinates interaction with the agency's major customers and stakeholders, including consumers, licensees, industry, elected officials, other state and federal agencies, other state insurance departments through the NAIC, and the media; develops, recommends, implements and enforces insurance-related legislation, rules and substantive policy statements;

- oversees the preparation, publication and distribution of consumer-oriented literature, statutorily required reports, and the agency's web site;

- renders decisions on health care appeals, and starting January 1, 2019, will administer a new dispute resolution process for Arizona citizens who receive surprise bills from out-of-network healthcare providers;

- coordinates the rehabilitation or liquidation of insurers placed in receivership;

- coordinates legal representation of the agency by the Arizona Attorney General's Office and renders ultimate decisions in administrative proceedings necessary to enforce and administer the Insurance Code; and,

- provides voice and data infrastructure, systems, equipment, and expertise to support ADOI operations.

**Financial Affairs Division** licenses and oversees the financial solvency of insurers. The Division is organized in three sections:

- *Financial Surveillance* analyzes quantitative and qualitative information in mandatory insurer financial filings, evaluates insurer financial transactions, identifies insurers that are approaching a hazardous financial condition or that may be engaged in unsound financial practices, and works with insurers to assess their financial strength.

- *Examinations* conducts mandatory on-site full-scope financial examinations of insurers, and ad hoc targeted examinations of insurers when warranted from financial surveillance findings; follows up with insurers concerning the correction of deficiencies.

- *Compliance* coordinates the review of insurance company applications for licensure, acquisitions, mergers and withdrawals; reviews applications for other types of insurance-related license authority (life and health administrators, service companies, reinsurance intermediaries, life settlement contract providers); ensures that insurers and other types of entities maintain required trust deposits and surety bonds, and monitors insurer deposits held by the Arizona State Treasurer.

**Office of the Insurance Guaranty Funds** administers the Arizona Life and Disability Insurance Guaranty Fund and the Arizona Property and Casualty Insurance Guaranty Fund (collectively, "the Funds"), which provide a safety net that protects insurance consumers from financial loss in the event that an authorized insurance company is placed in liquidation. The Funds investigate, adjudicate, and pay the claims of Arizona-resident insureds or claimants in accordance with insurance contracts, subject to legal limits and exclusions; coordinate with other states to administer multi-state guaranty fund activities; and, levy assessments on member insurers to pay for Fund obligations (for which the member insurer receives a certificate of contribution, entitling the insurer to a credit to offset its Arizona premium tax obligation).

**Captive Insurance Division** promotes the formation of, and oversees the financial position, business plans and management of, captive insurers and domestic risk retention groups.

**Consumer Protection Division** assists, informs, educates and protects Arizona insurance consumers. The Division is organized into two sections:

- *Consumer Assistance* renders assistance to insurance consumers and investigates possible violations of Arizona insurance laws

- *Licensing* promptly reviews applications and approves licenses and renewals for qualifying insurance-professional licensees.

**Insurance Fraud Division** deters, investigates and supports prosecution of insurance fraud.  The Division, staffed with Arizona-certified peace officers, receives insurer referrals of cases of suspected insurance fraud, coordinates with other law enforcement agencies, conducts undercover investigations, interviews witnesses, collects evidence, organizes case files, and refers violations for prosecution by the Arizona Attorney General or by a county attorney.

**Market Oversight Division** protects Arizona insurance consumers by ensuring that insurance companies are compliant with Arizona's insurance laws, and monitors and promotes a healthy Arizona insurance market.  The Division is comprised of three sections.

- *Property and Casualty Section* ensures that property and casualty insurance policies, contracts and related forms comply with Arizona law,  and that rates for certain categories of property and casualty insurance are not excessive, inadequate or unfairly discriminatory.  The Section reviews form and rate filings for compliance; and, conducts surveys and market studies to evaluate the competitiveness and health of various property and casualty markets by compiling and analyzing survey responses and evaluating the results.

- *Life and Health Section* ensures that life and disability (including health insurance) policies, contracts, and related forms comply with Arizona law, and that rates for certain categories of insurance are reasonable in relation to the premiums charged. The Section reviews rates and forms proposed to be used by issuers of qualified health plans ("QHP's") on the federal health insurance marketplace ("Healthcare.gov").  The Section assesses the adequacy of health plan provider networks, and oversees managed care provider education, grievance resolution, corrective action enforcement and compliance for timely pay and HMO service delivery.

- *Market Conduct Section* gathers and analyzes market information to identify insurers and types of insurance transactions that warrant increased scrutiny, and executes targeted examinations and monitors corrective actions relating to insurer underwriting, rating, claim settlement and payment, and other market-related practices for possible violations of the insurance code.

**Administrative Services Division** provides the resources that the ADOI needs to fulfill its mission, and collects and deposits revenues owed to the State.  The Division is organized into two sections.

- *Business Services Section* procures, provides, and pays for the goods and services needed to support efficient and effective agency operations, and assesses and fully collects taxes, fees, assessments, and other revenues prescribed by Arizona law. The Section coordinates ADOI human resources; administers employee payroll and pays contractors, vendors, and employees; deposits taxes, fees, and assessments; maintains and reconciles accounting records; plans expenditures and cash flows for

multiple revolving and other funds; distributes and posts mail; coordinates office space planning and facilities issues; and, oversees ADOI's loss control program.

- *Insurance Premium Tax Section* conducts research and produces forms and information to facilitate remittances of insurance premium tax from insurers, surplus lines brokers, AHCCCS contractors and other categories of insurance premium taxpayers.

## STRATEGIC ISSUES

The ADOI's top strategic issues include responses to:

- **National Association of Insurance Commissioners (NAIC) reaccreditation**, showing our processes, laws, resources and performance meet national standards for insurer solvency oversight;

- **Federal and state legislation,** including implementing new laws, evaluating proposed legislation, and actively participating in the NAIC to create model laws and model regulations that promote uniformity and efficiency of insurance regulation;

- **Health insurance marketplace dynamics,** including promoting new insurer entry, and evaluating whether insurers have sufficient and accessible health provider networks for their enrollees;

- **Technology opportunities**, including ways the ADOI can leverage technology to improve its processes, and ways to help new forms of insurance and new methods of insurance delivery/processing emerge in Arizona; and,

- **Consumer education** to help our citizens and business owners make good insurance-related decisions.

### NAIC Reaccreditation

**The NAIC Accreditation Program maintains standards that promote sound oversight of insurer solvency**. State insurance departments must meet baseline standards, must undergo annual interim reviews, and every five years must undergo a full on-site accreditation review. During the latter part of Fiscal Year 2013, the NAIC performed its full accreditation review and reaccredited the ADOI. The ADOI is undergoing a full accreditation review again during FY 2019. The ADOI will continue to propose legislation or rulemaking, as necessary, to ensure Arizona's laws meet all NAIC accreditation standards.

**Strengths/Opportunities:**

- Being an "accredited" state allows other states to rely on ADOI analysis and examination work, resulting in cost savings to the industry through elimination of redundancy.

- The NAIC provides detailed guidelines that states are expected to observe to ensure rigorous review of insurer solvency.

- The accreditation process ensures that the financial conditions of insurers domiciled in every accredited state are competently monitored, allowing ADOI to focus on monitoring the financial conditions of insurers domiciled in Arizona.

- The NAIC provides sophisticated financial analysis tools to identify potential threats to insurer solvency, and to prioritize additional review.

- The accreditation standards respond to changes in US and international insurance marketplaces, insurance industry operational and reporting practices, innovative insurance products, types of investments that insurers may hold, and other environmental factors that may affect insurer solvency.

11

FY 2019 – FY 2023 FIVE-YEAR AGENCY STRATEGIC PLAN – STRATEGIC ISSUES

- Arizona's insurance laws provide ADOI the authority, resources, and flexibility to achieve its mission without burdening Arizona taxpayers.

- The involvement of the insurance industry and consumer groups in the crafting of NAIC model laws provides our customers a voice and stake in laws that are enacted by state legislatures, including Arizona.

- By and large, Arizona policymakers enact legislation to promote the consistency of Arizona law with model laws.

**Weaknesses/Threats:**

- Changes to accreditation standards may affect the resources that insurance departments need (although the threat to ADOI is mitigated by non-appropriated funding sources that pay for much of ADOI's solvency-review costs).

- The failure of ADOI to remain accredited could have profound impacts on Arizona-domiciled insurance companies, exposing them to the possibility of having to incur costs associated with the independent financial oversight of each of the other US states and territories.

**Strategies:**

- **Administer solvency oversight responsibilities with resources and practices that meet NAIC accreditation standards.** NAIC accreditation is vital to preserving state-based regulation because it means that state regulators have the laws, personnel, funding, procedures, and practices needed to effectively regulate the insurance industry's financial solvency. If the ADOI lost its NAIC accreditation, Arizona-domiciled insurers would be subject to increased direct regulation and oversight by other states, in turn, leading insurers to potentially move their domicile and operations to other states.

- **Continue to be involved in NAIC working groups charged with developing and improving standards for insurer financial solvency** and promote standards that are consistent with ADOI's vision (effective insurance consumer protection with minimal regulatory and taxpayer burden).

- **Continue to employ Arizona Management System principles and tools** to continuously improve ADOI's solvency oversight activities.

## Federal and State Legislation

Certain federal legislation may expand or limit the state's powers to regulate insurance; and other states' laws may impact standards promoting uniformity among state insurance departments; both federal and state laws may increase or reduce bureaucracy in Arizona on customers and stakeholders, and may prove to have undesirable consequences.

- **The McCarran–Ferguson Act, 15 U.S.C. §§ 1011-1015, relegates insurance regulation specifically to the states** and makes the business of insurance not subject to the Commerce Clause.

- **The Patient Protection and Affordable Care Act (PPACA)** expanded the ADOI's responsibilities by involving the agency in implementing certain aspects of the federally-facilitated health insurance exchange, and it imposed new requirements on the insurance industry and on Arizona citizens and businesses.

- **Other federal health insurance initiatives**, such as those promoting association health plans and allowing short-term limited-benefit health plans, aim to make more health benefit options available (also see the discussion concerning Arizona's "Health Insurance Marketplace," which follows).

- **The Financial Stability Oversight Council (FSOC)** was created as part of the US Treasury Department in 2010 as part of the Dodd-Frank Wall Street Reform and Consumer Protection Act. It was designed to provide a second layer of protection against an insurer designated as a "systematically important financial institution" (a so-called "to big to fail" entity) from becoming insolvent.

- **Federal ERISA laws preempt the state from regulating self-funded employer-provided health plans.** This leads the employees of those businesses to be confused and frustrated because they do not know that their employer health benefit plan is not "insurance" regulated by the ADOI, but is instead a benefit plan regulated by the federal government (US Department of Labor). Employees with such plans often seek assistance from the ADOI, but the assistance we can provide in that situation is limited given that our jurisdiction is preempted.

- **The NAIC Accreditation Program and model laws developed through the NAIC,** benefitting from input provided by insurance regulators, the insurance industry and insurance consumer groups, establish consistent standards for overseeing insurers and insurance professionals. Uniformity helps insurers meet the common expectations of the states in which they conduct business, and as discussed earlier with regard to the NAIC Accreditation Program, prevents insurers from being burdened by what would be costly and time-consuming duplicative examination by each state in which they conduct business.

**Strengths/Opportunities:**

- The federal government may offer grants that could help states improve the efficiency and effectiveness of insurance industry licensing and oversight.

- Arizona lawmakers have historically supported multi-state uniformity of insurance regulation and standards by enacting into Arizona laws and rules the model laws and rules developed by state insurance directors through the NAIC, providing efficiency and predictability for the insurance industry while preserving consumer protections.

- The NAIC and a wide array of insurance trade groups and consumer representatives analyze proposed and implemented federal legislation and regulations, allowing Arizona lawmakers and insurance directors to make informed decisions and plans to protect our citizens while providing an environment for insurance businesses to innovate and thrive.

- The lump-sum appropriation ADOI receives from the General Fund provides the ADOI the flexibility to adjust spending among expenditure categories (personal services, ERE, other operating, etc.) as needed to maximize the impact of each dollar

the ADOI spends. Arizona law specifies special revenue funds as sources of funding for responsibilities the law requires the ADOI to administer.

- The ADOI's continuous improvement operating framework, employing Arizona Management System tools and principles, allows the ADOI to capitalize on the diversity and commitment of its team members and to involve its customers in developing compliant, efficient regulatory approaches, including those for new and innovative types of insurance products, while preserving effective insurance consumer protection with minimal regulatory and taxpayer burden (ADOI's vision). The ADOI continuously improves its operations, focusing on value-added activities. The ADOI communicates with the Governor's Office regarding concerns that may impact agency efficiency, customer satisfaction and costs/burdens that become ultimately borne by Arizona's insurance-buying citizens and businesses.

**Weaknesses/Threats:**

- The McCarran-Ferguson Act withstanding, federal encroachment into the realm of insurance regulation poses a threat of usurpation of state regulatory authority, which could prevent states from taking actions to best protect and promote the interests of its constituents.

- Federal and international insurance oversight either duplicates state insurance regulation or preempts state insurance regulation and consumer protection. Federal regulations associated with the FSOC, for example, duplicate state regulation, are of questionable value given the intensity of state regulation, and are very costly to affected insurers (currently Prudential). The Financial Stability Board, an international body that monitors the global financial system, looks at global systemically important insurers (including Prudential, MetLife, AIG).

- The inconsistency with which federal laws over employer-provided health plans preempts state laws is confusing to enrollees, whose health-benefits-related rights depend upon whether they are covered by insurance (underwritten by an authorized insurance company) or covered by the enrollee's employer (with coverage administered by a contracted party, often an insurer). States are limited in the assistance they are able to provide to insurance consumers for which regulation of insurance is preempted by federal law.

- The number of bills proposed that impact the ADOI has been growing, while the ADOI's resources to evaluate legislative proposals, to keep the Governor's Office aware of facts and concerns, and to implement enacted legislation, have not kept pace.

- Some Arizona laws are outdated (e.g. back to the days before computers and the Internet), and should be evaluated to determine whether they still adequately protect insurance consumers or needlessly impose barriers that inhibit innovation.

- Some laws, including those emanating from NAIC models, may be overly broad or overly restrictive, placing unnecessary restrictions or requirements on the business of insurance in some cases. However, deviating from NAIC models detracts from the benefits of making multi-state regulation consistent and efficient for industry participants that operate in multiple jurisdictions. Additionally, in the area of

insurance professional licensing, uniformity standards are a requirement for interstate reciprocity whereby one state foregoes imposing pre-license examination requirements, fingerprinting requirements and insurance continuing education requirements on residents of another state if the other state's laws are substantially similar to the multi-state-established standards. Deviating from uniformity standards places a state's resident insurance professionals in jeopardy of having to fulfill duplicative requirements in each jurisdiction in which they seek to become licensed.

- Legislation may be enacted that is not completely clear, or that imposes new requirements for the ADOI to administer without providing necessary resources.

- The costs of developing, configuring and administering systems, processes, policies, procedures, forms and instructions to accommodate enacted carve outs for small, or even singular, constituents may sometimes exceed the benefits provided to Arizonans, and dilute ADOI resources.

- Some of the rules (Arizona Administrative Code) are outdated and need to undergo amendment or elimination. In their current form, rules that relate to Medicare should be updated annually. The ADOI is not always able to timely initiate rulemaking to keep pace with all changes that should be made.

**Strategies:**

- **Continue to collaborate with industry and consumer groups, and other state, federal and international insurance regulators to continuously improve the efficiency and effectiveness of the state-based regulatory system to foster a sound, competitive, and market-responsive insurance industry within Arizona, nationally and globally.** The expanding global focus of many major insurers requires state regulators to work to strengthen the international insurance regulatory system. ADOI will continue to communicate and coordinate with industry, other state regulators, federal entities and international supervisors to facilitate effective, efficient and cooperative oversight of the insurance industry.

- **Work with Arizona policymakers and insurance industry representatives to propose and enact legislation that continues to promote efficiencies created by multi-state uniformity while enabling innovation in the types of insurance businesses that can be formed, and in the types of insurance products and the ways insurance can be made available to Arizona insurance consumers.** One of the most critical issues facing Arizona and all other states is the modernization and preservation of state-based insurance regulation in order to prevent the insurance industry from being subjected to a morass of disparate requirements imposed by individual states and to minimize the potential for federal usurpation of insurance regulation, which would vastly reduce service levels to insurance consumers and insurance industry constituencies. The ADOI shall continue to render assistance to policymakers, industry and consumers to identify and propose ways to make Arizona laws as responsive as possible to the needs and expectations of its customers and stakeholders. We will continue to find ways to accomplish this that minimize costs to the insurance industry, which are ultimately borne by insurance consumers.

- **Enforce Arizona insurance laws in a reasonable and consistent manner** that promotes fair and strong competition among industry participants, and that minimizes red tape.

- **Continue to apply Arizona Management System principles and practices to implement efficient solutions in response to changes in laws.**

- **Develop and promote information resources to help insurance consumers understand how to obtain help for insurance coverage for which state regulation is preempted by federal law.** The ADOI has already developed and is improving and expanding a resource on its web site to help guide insurance consumers on how best to resolve insurance complaints that are outside the ADOI's jurisdiction.

## Health Insurance Marketplace Dynamics

Arizona citizens need access to affordable health insurance, and Arizona businesses need to be able to offer health benefits to their employees in order to remain competitive and to promote employee wellness and productivity. The ability of Arizonans to be insured through individual or group health plans reduces the burdens on Arizona's public (Medicaid/AHCCCCS) system and on Arizona hospitals and emergency care providers who must administer emergency care regardless of whether the patient has insurance or is able to pay for the care.

**Strengths/Opportunities:**

- The ADOI has a strong, positive working relationship with the Arizona insurance industry, and confers with industry members to gain their perspectives and insights.

- By preventing insurers from denying coverage of pre-existing conditions, and by requiring insurers to offer insurance to any eligible applicant regardless of their health status, the Affordable Care Act increased the accessibility of insurance to Arizona citizens.

- Existing Arizona laws allow ADOI to oversee and assist consumers with insured association health plans, and to refer consumers with employer- or association-underwritten health plans to the US Department of Labor.

**Threats/Weaknesses:**

- The Affordable Care Act increased bureaucracy, costs and uncertainty for the insurance industry, and mandated that all citizens who did not qualify for public assistance be covered by insurance. Citizens that neither qualified for AHCCCS nor had sufficient income to make carrying health insurance practicable faced having to pay penalties to the Internal Revenue Service.

- The introduction of short-term limited-benefit policies and association health plans has the potential to attract some Arizonans away from higher-priced traditional insurance into products that offer substantially less benefit. Some policyholders became unwittingly uncovered for pre-existing conditions, including conditions that policyholders developed while under one short-term benefit policy term that became pre-existing conditions for the policyholders under subsequent short-term benefit policies/terms, exposing policyholders to large, uncovered medical bills.

- Reduced federal regulations governing association health plans have increased the likelihood that associations can be formed that target membership by businesses and organizations with healthier citizens, and that deny coverage to businesses or organizations with less healthy members. Association health plans and short-term limited-coverage health plans, through lower premiums, attract healthier citizens away from traditional health insurance coverage, increasing the concentration of less healthy enrollees in traditional health insurance plans, resulting in increased health insurance premiums.

**Strategies:**

- **Work collaboratively and proactively with Arizona's health insurance industry to help make health insurance available and affordable to Arizona citizens and businesses.** This includes finding ways to best respond to evolving and uncertain federal health insurance policy so that insurers can remain financially sound and interested in offering products in Arizona's health insurance market.

## Technology Opportunities

Technology has played major roles in how ADOI administers its responsibilities, in the types of insurance products that are emerging, and in the focus of insurance industry oversight.

Technology that the NAIC and its affiliates make available to state insurance departments allows the ADOI to annually process 70,000 license and renewal applications for insurance professionals with only five employees; perform in-depth analysis of the financial conditions of insurance companies doing business in Arizona; receive and efficiently correspond with insurers concerning insurance policy forms, rates, rules and advertising they propose to use; collect, track and maintain information concerning complaints received from insurance consumers; and, collect over $500 million in tax revenue plus tax-report-related data from insurance-entity taxpayers.

Advances in technology have led to new "insure-tech" companies seeking to enter Arizona's insurance market, which could lead to easier to obtain, more focused and less expensive insurance solutions for citizens.

Insurers have been employing technology-based strategies to develop complex algorithms to improve the preciseness with which they can price insurance in order to maximize competitiveness while helping ensure their solvency.

The ADOI and the insurance industry each need to ensure that data and data systems remain secure amidst rapidly evolving cybersecurity threats.

**Strengths/Opportunities:**

- NAIC-hosted applications allow our customers, many of whom operate in several states within the US, to submit data and attachments through a single online door rather than having to make individual filings with each and every state using 50 different systems and 50 different sets of procedures.

- Online portals provide a mechanism that make it easier for our customers to fulfill filing requirements and that allow documents to be stored and managed in a secure, electronic format that is restricted to authorized personnel.

- The Arizona Strategic Enterprise Technology Office (ASET) provides Arizona state agencies with tools that monitor and assess security vulnerabilities. The system and ASET personnel provide detailed information about their vulnerabilities and ways to mitigate them.

- ADOI staff members are committed to helping new insurance businesses form; and to making new types of insurance products and new ways of delivering insurance to customers available in Arizona's insurance marketplace. The ADOI maintains an open-door policy for current and prospective industry participants, which helps the ADOI remain abreast of, anticipate, and address emerging issues, evolving customer needs, and ways to effectively protect Arizona insurance consumers.

- The ADOI has access to contracted vendors and funding that allow the ADOI to examine new entrants and new insurance products to help protect citizens, businesses and taxpayers from risks of insurer insolvency.

**Weaknesses/Threats:**

- Arizona's recent success in attracting insurance company operations (customer care centers, etc.) to the Phoenix area introduced additional competition for experienced and educated insurance representatives, impacting ADOI's ability to recruit and retain consumer specialists, investigators and insurance analysts. The threat has been mitigated to some degree by flexibility provided to state agencies to offer employees in-grade salary adjustments and other incentives.

- NAIC-hosted applications on which ADOI relies to operate focus on receiving and processing data and fee payments, but lack focus on providing information to states to help them manage performance and identify opportunities for improvement.

- About 30% of the services that the ADOI offers still require customers to submit paper forms and payments.

- Threats to data systems and data evolve, requiring everyone (including the ADOI and the insurance industry) to continuously look out for hazards and implement compensatory measures as threats are identified.

- Big data allows insurance companies to mine all kinds of information and to form correlations between that information and the likelihood that a person or business will sustain losses. However, industry may apply technology in a way that results in Arizona citizens and businesses who seek to subscribe to insurance being the subject of inappropriate discrimination. The ADOI needs to be able to identify and support legitimate, appropriate relationships between mined data and loss probability while defending Arizona citizens and businesses against misuses and misapplications of data.

**Strategies:**

- **Iteratively improve processes, technology systems and information resources** to allow ADOI to manage a growing workload while minimizing resource requirements. This includes:

  - Continuing to initiate and iterate on Arizona Management System improvements to make ADOI operations increasingly efficient.

  - Creating interfaces with, and otherwise exploit capabilities of, resources made available to state insurance departments (through the NAIC) and Arizona state agencies (through ADOA).

  - Continuing to use tools and information to minimize data and system cybersecurity vulnerabilities.

- **Promote a welcoming, open-minded, and efficient environment that encourages insurers to offer innovative products in Arizona's insurance market.** The ADOI maintains a customer-centric approach to requests to help reach best alternatives where requests appear to conflict with laws.

- **Enforce Arizona insurance laws in a reasonable and consistent manner** that promotes fair and strong competition among industry participants, and that minimizes red tape.

- **Work with Arizona policymakers and insurance industry representatives to modernize Arizona laws** to accommodate emerging insurance products while keeping Arizona policyholders and taxpayers safe.

- **Partner with other Arizona state agencies** to make formation, entry and participation in the Arizona market fast, easy and cost effective.

## Consumer Education

The evolution of new insurance products, federal and state legislation, and advances in technology, present challenges to Arizona citizens and businesses, both in terms of their obtaining insurance that provides coverage that will best meet their needs, and in understanding their rights under their policies and Arizona law.

**Strengths/Opportunities:**

- The ADOI's web site provides information and links to help inform insurance consumers.

- ADOI employees develop into subject matter experts, capable of providing helpful information in response to insurance-related questions from Arizona citizens and businesses.

**Weaknesses/Threats:**

- Some Arizona citizens do not understand basic insurance concepts or contract law, make unwise insurance purchasing decisions, and have unrealistic expectations about how insurance companies should respond concerning how losses are evaluated and covered.

- Some insurance consumers lack an understanding of insurance fraud, and may be led to committing fraud (such as exaggerating when describing property damage or a health condition in conjunction with an insurance claim).

- Arizona citizens are not always able to find information they need on the ADOI's web site, and the ADOI lacks sufficient staff to develop information resources that can be deployed on its web site.

- The ADOI lacks adequate staffing to be able to develop and offer sessions that would help educate current and future insurance consumers about important insurance topics.  The Department formerly offered an "Insurance 101" training at some high schools to familiarize students with insurance basics, but no longer has sufficient staffing to make that training available.

**Strategies:**

- **Implement ways to facilitate and accelerate resolutions to problems Arizonans encounter in receiving the benefits to which they are entitled under insurance contracts.**  ADOI employs both proactive and reactive mechanisms to protect insurance consumers.  Proactive measures include reviewing insurance rates and policy forms for certain types of insurance to make sure rates are not excessive, not insufficient (which could impair an insurer's ability to pay claims and other contracted obligations) and not unfairly discriminatory.  Reactive measures include promptly responding to consumer complaints, as well as evaluating the most frequently raised questions and problems and creating ways to help citizens receive information and assistance as quickly as possible.

- **Improve ADOI's web site, publications, and other resources** to inform and educate Arizona's insurance industry and insurance consumers.  Continue to link to unbiased information produced by the NAIC and by other organizations, and highlight information of contemporaneous importance.