# EXHIBIT D

# Annual Report on the Insurance Industry

FEDERAL INSURANCE OFFICE, U.S. DEPARTMENT OF THE TREASURY

*Completed pursuant to Title V of the Dodd-Frank Wall Street Reform and Consumer Protection Act*

## SEPTEMBER 2018



Annual Report on the Insurance Industry (September 2018)

**Figure 6: P&C Insurance Groups by 2017 U.S. Combined Lines Direct Premiums Written**

| 2016 Rank | 2017 Rank | Insurance Group | 2016 Direct Premiums Written ($000) | Share of Total (%) | 2017 Direct Premiums Written ($000) | Share of Total (%) |
|---|---|---|---|---|---|---|
| 1 | 1 | State Farm Mutual Automobile Insurance Co. | $ 62,189,311 | 10.14 | $ 64,892,583 | 10.13 |
| 2 | 2 | Berkshire Hathaway Inc. | 33,300,439 | 5.43 | 38,408,251 | 5.99 |
| 3 | 3 | Liberty Mutual Group | 32,217,215 | 5.25 | 33,831,726 | 5.28 |
| 4 | 4 | Allstate Corp. | 30,875,771 | 5.03 | 31,501,664 | 4.92 |
| 5 | 5 | Progressive Corp. | 23,951,690 | 3.90 | 27,862,882 | 4.35 |
| 6 | 6 | Travelers Companies Inc. | 23,918,048 | 3.90 | 24,875,076 | 3.88 |
| 7 | 7 | Chubb Ltd. | 20,786,847 | 3.39 | 21,208,576 | 3.31 |
| 10 | 8 | United Services Automobile Association | 18,213,843 | 2.97 | 20,151,368 | 3.14 |
| 9 | 9 | Farmers Insurance Group of Companies | 19,677,601 | 3.21 | 19,862,472 | 3.10 |
| 8 | 10 | Nationwide Mutual Insurance Co. | 19,756,093 | 3.22 | 19,218,907 | 3.00 |
| | | **Combined Top 10** | $ 284,886,858 | 46.44 | $ 301,813,505 | 47.10 |
| | | **Combined Top 25** | $ 399,153,226 | 65.81 | $ 417,532,247 | 65.16 |
| | | **Combined Top 100** | $ 528,266,405 | 86.15 | $ 553,998,163 | 86.49 |
| | | **Total U.S. P&C Sector** | $ 613,383,631 | | $ 640,773,840 | |

Source: S&P Global (includes all lines of business)

On a combined basis (including all lines of P&C business), State Farm Mutual Automobile Insurance Company remained the largest writer of P&C business in 2017. Similarly, there was no change in the market share rankings of the remaining top seven P&C insurers. USAA rose to eighth place from tenth in 2016, replacing Nationwide Mutual Group, which dropped to tenth place from eighth in 2016.

For P&C commercial lines, there was little change among the top five writers, while Berkshire Hathaway rose to seventh place in 2017 from ninth in 2016. Among P&C personal lines writers, State Farm was again the largest, while Berkshire Hathaway rose to second place from third in 2016, swapping places with Allstate, and USAA overtook fifth place from Liberty Mutual. For both commercial lines and personal lines, there was little change in the aggregate market shares of the top 10, 25, and 100 companies in 2017.

As shown in Figure 7 below, market share rankings among the top ten health insurance groups were little changed in 2017. UnitedHealth Group continued to dominate the market, while Centene overtook Aetna for fifth place and Kaiser Foundation Health Plan Inc. overtook Independence Health Group for seventh place.