# EXHIBIT E

```
                        GALLAGHER BASSETT SERVICES, INC.
                               PRINT CLAIM NOTES

CLAIM NUMBER  :  002778-002084-NS-01 (OPEN   )
CLAIMANT NAME:  BROWN,GERMAIN
ACCIDENT DATE:  03-07-2016

DATE RANGE    :  01-01-0001 THRU 02-21-2019
SEQUENCE      :  NOTE CREATE DATE ASCENDING
REQUESTOR     :  030652 BOUCEK,PATRICIA (02-21-2019 JOB CN654668)
SUBJECT(S)    :  001 FILE NOTES
                 002 MEDICAL
                 003 INVESTIGATION
                 004 LEGAL
                 005 RESERVING
                 006 REHABILITATION
                 007 SUPERVISION
                 008 SUBRO/SALVAGE/SECOND INJURY
                 009 DAMAGES
                 010 COVERAGE/COMPENSABILITY
                 011 CARRIER REPORTING
                 013 CONTACT FORM
                 014 SPECIFIC EXCESS RECOVERIES
                 015 NURSE NOTES
                 016 COMPLIANCE/STATE REPORTING
                 017 LOSS
                 018 CLIENT NOTES
                 019 PLAN OF ACTION
                 020 RUN-IN NOTES
                 021 DETAILED STATUS REPORT
                 023 INDEX BUREAU
                 024 MEDICARE COMPLIANCE
```

DEFS 0341

CNQ21R01                    GALLAGHER BASSETT SERVICES, INC.   21Feb2019 PAGE      1
                                   PRINT CLAIM NOTES


CLAIM NUMBER :  002778-002084-NS-01 (OPEN  )
CLAIMANT NAME:  BROWN,GERMAIN
ACCIDENT DATE:  03-07-2016

------------------------------------------------------------------------------
ENTRY DATE   :  03-17-2016 (13:16) SUBJECT:  017 LOSS
AUTHOR       :  LAUGHLIN,ASHLEY

Loss Added Via Risx-Facs for .Net
NOTICE_XREFID:  002778001227
INSURANCE_LINE:  LIABILITY
------------------------------------------------------------------------------
ENTRY DATE   :  03-17-2016 (13:23) SUBJECT:  001 FILE NOTES
AUTHOR       :  SYSTEM GENERATED

BY CLAIM SETUP: LOSS PROGRAM/NAME/ACCOUNT COORDINATOR/PRODUCER/SIR/NOTICES
LOSS PROGRAM NUMBER       - 00
LOSS PROGRAM NAME         - (P) ACE OCCUPATIONAL ACCIDENT PROGRAM
CLAIM PERIOD (011)        - 01/01/16 - 01/01/17
ACCOUNT COORDINATOR NAME - STACEY CORCORAN
PRODUCER NAME             - GREGORY LEROY
SIR CLAIM AMOUNT          - .00              OCCUR AMOUNT - 999,999,999.00
LOSS NOTICE LIMIT         -(NONE)
CAPTIONED REPORT LIMIT    -(NONE)
BE ADVISED THAT THIS INFORMATION MAY BECOME OUTDATED AFTER THE NOTE IS CREATED
------------------------------------------------------------------------------
ENTRY DATE   :  03-18-2016 (07:38) SUBJECT:  010 COVERAGE/COMPENSABILITY
AUTHOR       :  BOUCEK,PATRICIA

PREMIUMS PAID
LOADED IN TUCUMCARL, NEW MEXICO IN SLEEPER BERTH
DATE OF LEAS: 6/9/2015
------------------------------------------------------------------------------
ENTRY DATE   :  03-18-2016 (07:50) SUBJECT:  019 PLAN OF ACTION
AUTHOR       :  BOUCEK,PATRICIA

Diary Review/POA:
Claimant: GERMAIN BROWN
DATE OF BIRTH: 6/17/1993
Company: SWIFT TRANSPORTATION
DATE OF LEASE: SINC E6/9/2015
POLICY #: TOCN001303533  POLICY MAX: $1,000,000
DATE OF INJURY: 3/7/2016 @ 4:00 PM
DESCRIPTION: I/V WAS TRAVELING EAST ON I-40. STUDENT WAS DRIVING & LOST
CONTROL DUE TO EQUIPMENT FAILURE. I/V SWERVED INTO WESTBOUND LAND & HIT O/V
HEAD ON. BOTH VEHICLES ENDED UP IN RAVINE ABOUT 200 FT OFF THE ROAD.
INJURY/INJURIES: MULTIPLE INJURIES; BACK & HEAD
TREATED: UNKNOWN
P/R: PENDING REPORT
SUBROGATION: UNLIKELY, AS AT FAULT MVA; HOWEVER POSSIBLE AS STUDENT WAS
DRIVING & MVA OCCURRED DUE TO EQUIPMENT FAILURE. WILL REPORT POLICE REPORT
OCC ACC IS PRIMARY
DISPATCH: loaded in Tucumcarl, NM  COVERAGE/PREMIUM: premiums paid

CONTINUED ON THE NEXT PAGE

DEFS 0342

```
CNQ21R01              GALLAGHER BASSETT SERVICES, INC.   21Feb2019 PAGE      2
                             PRINT CLAIM NOTES


CLAIM NUMBER :  002778-002084-NS-01 (OPEN  )
CLAIMANT NAME:  BROWN,GERMAIN
ACCIDENT DATE:  03-07-2016

INITIAL RESERVES: ADEQUATE FOR 2 WEEKS TTD AND MEDICAL; WILL REVIEW FULL
RESERVES ONCE POL CLAIM FORMS ARE RECEIVED & INJURIES ARE KNOWN
INITIAL PLAN OF ACTION: Coverage verified & POL received. Claim pending: phys
claim form, TTD affidavit & police report. Initial reserves adequate and
possible subrogation on claim, however unlikely. Will continue to monitor.
-------------------------------------------------------------------------------
ENTRY DATE   :  03-18-2016 (07:51) SUBJECT:  001 FILE NOTES
AUTHOR       :  BOUCEK,PATRICIA

D.F.I. - faxed occ/acc coverage to ortho
Category          : Correspondence
Date Attached     : 18-Mar-2016
User ID           :  (030652)
File Name         : SWIFT COVERAGE TO PROVIDER.DOC
Description       : faxed occ/acc coverage to ortho on 3/15/2016 for eval.
primary insurance and no pre auth required.
System Information:
    Category ID  : 27
    Document ID  : 70779500
    File Name    : EX20160318D8A401CA4FFB4B26A7AFE649A5D7C24B.DOC
    File Location: Attachments\2016\03\18\0016\
-------------------------------------------------------------------------------
ENTRY DATE   :  03-18-2016 (09:01) SUBJECT:  002 MEDICAL
AUTHOR       :  BOUCEK,PATRICIA

RECEIVED THE INSURED'S HIPAA AUTH FORM & POL FORM.
INSURED LAST WORKED 3/7/16, FIRST TREATED WITH PHYSICIAN ON 3/14/16
BACK AND HEAD INJURIES
-------------------------------------------------------------------------------
ENTRY DATE   :  03-18-2016 (10:42) SUBJECT:  023 INDEX BUREAU
AUTHOR       :  SYSTEM GENERATED

INDEXED - DATE:  03/18/2016
THIS CLAIM HAS BEEN SENT ELECTRONICALLY TO THE INDEX BUREAU
-------------------------------------------------------------------------------
ENTRY DATE   :  03-19-2016 (08:33) SUBJECT:  023 INDEX BUREAU
AUTHOR       :  SYSTEM GENERATED

Index Bureau Match Claim 002778-002084-NS-01
Case File #        Search ID   Accid Date  Reason For Match
019597285006       0E003694149 2014-07-29  MULTIPLE REASON FOUND
Please refer to Claim View in R.F.com and View
the Index Bureau link under the claim information.
-------------------------------------------------------------------------------
ENTRY DATE   :  03-24-2016 (07:23) SUBJECT:  024 MEDICARE COMPLIANCE
AUTHOR       :  SYSTEM GENERATED

Medicare Eligibility Yet To Be Determined
-------------------------------------------------------------------------------
ENTRY DATE   :  03-28-2016 (15:31) SUBJECT:  001 FILE NOTES
AUTHOR       :  BOUCEK,PATRICIA


CONTINUED ON THE NEXT PAGE
```

DEFS 0343

```
CNQ21R01                 GALLAGHER BASSETT SERVICES, INC.   21Feb2019 PAGE     3
                              PRINT CLAIM NOTES
```

CLAIM NUMBER :  002778-002084-NS-01 (OPEN  )
CLAIMANT NAME:  BROWN,GERMAIN
ACCIDENT DATE:  03-07-2016

RETURNED CALL TO THE INSURED, 229-726-1788 RE CLAIM STATUS. ADVISED HIS
INITIAL PHYS FORM HAS NOT BEEN RECEIVED TO DATE. THE INSURED STATED THAT HE
RECEIVED AN OFF WORK NOTICE LETTER, AS HIS PHYSICIAN TOOK HIM OFF OF WORK, BUT
THE DOCTOR'S OFFICE STILL HAS HIS IAP FORM.
LEFT V/M FOR INSURED ADVISING THAT HE COULD FAX LETTER TO G/B FOR REVIEW, BUT
THE IAP FORM IS STILL NEEDED FROM THE PHYSICIAN'S OFFICE IF TAKEN OFF OF WORK
--------------------------------------------------------------------------------
ENTRY DATE   :  03-30-2016 (10:33) SUBJECT:  001 FILE NOTES
AUTHOR       :  BOUCEK,PATRICIA

CALLED THE INSURED, 229-726-1788. LEFT V/M ADVISING THAT SENDING MRI THROUGH
ONE CALL MEDICAL FOR SCHEDULING AS RX WAS RECEIVED FROM THOMASVILLE ORTHO
CENTER, 229-226-9141 X 122. ALSO CALLED PROVIDER AND LEFT V/M RE SCHEDULING
THROUGH ONE CALL MEDICAL.
--------------------------------------------------------------------------------
ENTRY DATE   :  03-30-2016 (10:38) SUBJECT:  001 FILE NOTES
AUTHOR       :  BOUCEK,PATRICIA

ONE CALL MEDICAL MRI RX RECEIVED:
From: easyreferral@onecallcm.com [mailto:easyreferral@onecallcm.com]
Sent: Wednesday, March 30, 2016 11:38 AM
To: Patricia Tindall
Subject: Automated Easy Referral Confirmation - Claim # 002778-002084-NS-01
Importance: High
Dear PATRICIA TINDALL,
Thank you for using One Call Care Management's EasyReferral. Your referral
request has been received and is currently being processed.
We received the following information about this referral request on 3/30/2016
11:37:22 AM.
Patient:  GERMAIN BROWN
Claim:  002778-002084-NS-01
Date of Injury:  3/7/2016
Adjuster:  PATRICIA TINDALL
Insurance Company:  GALLAGHER BASSETT SERVICES, INC/CMC
Referring Physician:  RICHARD MURPHY
Services Requested:
Diagnostics  MRI LUMBAR SPINE WITHOUT CONTRAST
If you have any questions on your referral please contact one of the phone
numbers below.
DIAGNOSTICS   800.872.2875
DENTAL + DOCTOR   888.539.0577
EQUIPMENT + DEVICES   800.848.1989
HOME HEALTH + COMPLEX CARE   800.848.1989   (x4196 Complex Care)
PHYSICAL MEDICINE   866.389.0211
TRANSPORTATION + LANGUAGE   866.672.5797
This email message from One Call Care Management is for the sole use of the
intended
--------------------------------------------------------------------------------
ENTRY DATE   :  03-31-2016 (07:57) SUBJECT:  001 FILE NOTES
AUTHOR       :  BOUCEK,PATRICIA

CONTINUED ON THE NEXT PAGE

DEFS 0344

CNQ21R01                GALLAGHER BASSETT SERVICES, INC.    21Feb2019 PAGE      4
                                PRINT CLAIM NOTES


CLAIM NUMBER :  002778-002084-NS-01 (OPEN  )
CLAIMANT NAME:  BROWN,GERMAIN
ACCIDENT DATE:  03-07-2016

ONE CALL MRI REQUEST RECEIVED:
From: One Call Care Diagnostics [mailto:CCC_Email_Response@onecallcm.com]
Sent: Wednesday, March 30, 2016 5:34 PM
To: Patricia Tindall
Subject: Referral Notification - Claim #002778-002084-NS-01 - One Call Care
Diagnostics
REFERRAL NOTIFICATION TO SCHEDULE DIAGNOSTIC STUDY
CLAIM # 002778-002084-NS-01
One Call Care Diagnostics has received a request to schedule your claimant for
the following diagnostic study/studies. We will be contacting the claimant to
schedule the requested procedure(s).
Please note: We will make every effort to comply with any special instructions
provided for this referral.
AUTHORIZED - If you were the referral source and/or this has previously been
authorized, NO ACTION is required. This is a notification that we have
received the referral and are proceeding with scheduling.
NOT AUTHORIZED - If this referral is not authorized, or if the information
contained in the referral is incorrect, please notify us by responding to this
notification. Upon notification, we will make the appropriate corrections or
have the referral cancelled, per your instructions.
CLAIMANT INFORMATION:
GERMAIN BROWN
1910 POTTER ST
BAINBRIDGE, GA 39819
 CLAIMANT CONTACT INFORMATION:
HOME PHONE: (229) 726-1788
WORK PHONE:
MOBILE:
OTHER:
REQUESTED STUDY:
MRI LUMBAR SPINE WITHOUT CONTRAST
REFERRING DOCTOR INFORMATION:
RICHARD MURPHY
100 MIMOSA DRIVE SUITE 1R
THOMASVILLE, GA 31792
PHONE: (229) 226-9141
FAX: (229) 226-1191
INSURANCE COMPANY INFORMATION:
PAYER: CLAIMS MANAGEMENT/GALLAGHER-171
ADJUSTER: PATRICIA TINDALL
NURSE CASE MANAGER:
DATE OF INJURY: 03/07/2016
ESTIMATED COST SAVINGS:
$54.05 - MRI LUMBAR SPINE WITHOUT CONTRAST, 72148.
If the above information is incorrect or incomplete, please notify us at
CCC_Email_Response@onecallcm.com.
-----------------------------------------------------------------------------
ENTRY DATE   :  03-31-2016 (10:14) SUBJECT:  001 FILE NOTES
AUTHOR       :  BOUCEK,PATRICIA


CONTINUED ON THE NEXT PAGE


DEFS 0345

CNQ21R01                    GALLAGHER BASSETT SERVICES, INC.    21Feb2019 PAGE    5
                                 PRINT CLAIM NOTES


CLAIM NUMBER :   002778-002084-NS-01 (OPEN  )
CLAIMANT NAME:   BROWN,GERMAIN
ACCIDENT DATE:   03-07-2016

MRI SCHEDULED FOR INSURED:
From: One Call Care Diagnostics [mailto:CCC_Email_Response@onecallcm.com]
Sent: Thursday, March 31, 2016 10:23 AM
To: Patricia Tindall
Subject: Scheduled Appointment Information - Claim #002778-002084-NS-01 - One
Call Care Diagnostics
SCHEDULED APPOINTMENT INFORMATION
CLAIM # 002778-002084-NS-01
One Call Care Diagnostics has scheduled your claimant for the Diagnostic Study
noted below:
CLAIMANT INFORMATION:
GERMAIN BROWN
1910 POTTER ST
BAINBRIDGE, GA 39819
REQUESTED STUDY:
MRI LUMBAR SPINE WITHOUT CONTRAST
PROVIDER INFORMATION:
TALLAHASSEE ORTHO. MRI
3334 CAPITAL MEDICAL BLVD SUITE 700
TALLAHASSEE, FL 32308--4470
PHONE: (850) 219-1940  FAX: (850) 219-1890
APPOINTMENT INFORMATION:
DATE: 04/02/2016  TIME: 9:45 PM
REFERRING DOCTOR INFORMATION:
RICHARD MURPHY
100 MIMOSA DRIVE SUITE 1R
THOMASVILLE, GA 31792
PHONE: (229) 226-9141
FAX: (229) 226-1191
INSURANCE COMPANY INFORMATION:
PAYER: CLAIMS MANAGEMENT/GALLAGHER-171
ADJUSTER: PATRICIA TINDALL
NURSE CASE MANAGER:
DATE OF INJURY: 03/07/2016
ESTIMATED COST SAVINGS:
$82.00 - MRI LUMBAR SPINE WITHOUT CONTRAST, 72148.
STATE FEE/UCR RATE:
$543.00 - MRI LUMBAR SPINE WITHOUT CONTRAST, 72148.
-------------------------------------------------------------------------------
ENTRY DATE    :  04-08-2016 (14:07) SUBJECT:  001 FILE NOTES
AUTHOR        :  BOUCEK,PATRICIA

RETURNED CALL TO THE INSURED, 229-726-1788 RE CLAIM STATUS.
ADVISED HIS INITIAL PHYS FORM HAS STILL NOT BEEN RECEIVED TO DATE.
-------------------------------------------------------------------------------
ENTRY DATE    :  04-11-2016 (09:20) SUBJECT:  001 FILE NOTES
AUTHOR        :  BOUCEK,PATRICIA

RETURNED CALL TO THE INSURED, 229-726-1788 RE CLAIM STATUS.

CONTINUED ON THE NEXT PAGE

DEFS 0346

```
CNQ21R01                    GALLAGHER BASSETT SERVICES, INC.   21Feb2019 PAGE        6
                                    PRINT CLAIM NOTES
```

```
CLAIM NUMBER :  002778-002084-NS-01 (OPEN  )
CLAIMANT NAME:  BROWN,GERMAIN
ACCIDENT DATE:  03-07-2016
```

ADVISED HIS INITIAL PHYS FORM HAS STILL NOT BEEN RECEIVED TO DATE OVER THE
WEEKEND. INSURED IS GOING TO THEIR OFFICE RIGHT NOW AND WILL FAX.
-------------------------------------------------------------------------------
ENTRY DATE    :  04-12-2016 (08:04) SUBJECT:  001 FILE NOTES
AUTHOR        :  BOUCEK,PATRICIA

CALLED FLOWERS HOSPITAL, 888-225-7156. GAVE CORRECT OCC/ACC CLAIM AND BILLING
INFORMATION FOR INSURED'S DATE OF SERVICE: 3/14/2016. PROVIDER WILL MAIL BILL
AND E/R NOTES.
-------------------------------------------------------------------------------
ENTRY DATE    :  04-12-2016 (08:30) SUBJECT:  001 FILE NOTES
AUTHOR        :  BOUCEK,PATRICIA

Called 229-226-9141 for Thomasville Orthopedic Center re DOS 3/24/16. Left
voice mail for call back in order to give correct Occ/Acc billing information.
-------------------------------------------------------------------------------
ENTRY DATE    :  04-12-2016 (08:37) SUBJECT:  002 MEDICAL
AUTHOR        :  BOUCEK,PATRICIA

RECEIVED INITIAL ATTENDING PHYS FORM:
DX: LOW BACK PAIN, HIP PAIN, RADICULITIS, SPONDYLOTHESIS
FIRST TREATED W/ ORTHO ON 3/24/16
TAKEN OFF OF WORK FROM 3/24/16- CONTINUED
PROGNOSIS: SCHEDULED FOR LUMBAR MRI TO EVALUATE FOR EDEMA & INSTABILITY AT L5-
S1 & WILL FOLLOW UP
-------------------------------------------------------------------------------
ENTRY DATE    :  04-12-2016 (08:51) SUBJECT:  002 MEDICAL
AUTHOR        :  BOUCEK,PATRICIA

Insured qualifies for $700/week TTD benefits.
7 day waiting period- 7/24-30/2016
issued initial TTD check for $1300.00 to cover 3/31/16-4/12/16
-------------------------------------------------------------------------------
ENTRY DATE    :  04-12-2016 (09:02) SUBJECT:  003 INVESTIGATION
AUTHOR        :  BOUCEK,PATRICIA

REQUESTED POLICE REPORT FROM METRO REPORTING DEPARTMENT, AS HAVE NOT RECEIVED
TO DATE FROM THE INSURED.
-------------------------------------------------------------------------------
ENTRY DATE    :  04-12-2016 (15:01) SUBJECT:  001 FILE NOTES
AUTHOR        :  BOUCEK,PATRICIA

RETURNED CALL TO JANICE WITH THOMASVILLE ORTHO, 229-227-1690 X 211. LEFT V/M
FOR CALL BACK.
-------------------------------------------------------------------------------
ENTRY DATE    :  04-13-2016 (08:40) SUBJECT:  001 FILE NOTES
AUTHOR        :  BOUCEK,PATRICIA

SPOKE WITH INSURED, ADVISED TTD BENEFIT CHECK WAS ISSUED YESTERDAY AS INSURED

CONTINUED ON THE NEXT PAGE

DEFS 0347

CNQ21R01                    GALLAGHER BASSETT SERVICES, INC.   21Feb2019 PAGE        7
                              PRINT CLAIM NOTES

CLAIM NUMBER :  002778-002084-NS-01 (OPEN  )
CLAIMANT NAME:  BROWN,GERMAIN
ACCIDENT DATE:  03-07-2016

QUALIFIES FOR POLICY MAX OF $700/WEEK AFTER 7 DAY WAITING PERIOD.
INSURED HAS FOLLOW UP APPT TOMORROW, 4/14/16. REQUESTED THAT INSURED KEEP G/B
UPDATED AS TO HIS RETURN TO WORK STATUS OR IF THE PHYSICIAN REQUESTS ANY
ADDITIONAL TREATMENT FOR THE INSURED.
--------------------------------------------------------------------------------
ENTRY DATE   :  04-14-2016 (07:45) SUBJECT:  001 FILE NOTES
AUTHOR       :  BOUCEK,PATRICIA

RETURNED CALL TO INSURED, 229-726-1788. ADVISED THAT ONE CALL MEDICAL WILL BE
CONTACTING HIM REGARDING RESCHEDULING OF HIS MRI APPT.
INSURED ALSO HAD A FOLLOW UP APPT WITH THOMASVILLE ORTHO TODAY.
--------------------------------------------------------------------------------
ENTRY DATE   :  04-14-2016 (12:40) SUBJECT:  001 FILE NOTES
AUTHOR       :  BOUCEK,PATRICIA

Spoke with the insured, he stated that his ortho office rescheduled his follow
up appt for next Friday, 4/22/16 at 2:30, as this MRI had not been completed
yet.
--------------------------------------------------------------------------------
ENTRY DATE   :  04-17-2016 (21:04) SUBJECT:  007 SUPERVISION
AUTHOR       :  DAWSON,HARRY

Supervisory Diary Review:
Coverage and dispatch verified.
Reserved to process for 2 weeks TTD and initial medical costs,
however appears likely reserves will need to be evaluated once
additional information is received.
Doubtful subro, MVA, IV swerved into other lane hitting OV.
Insured was in sleeper.
RM is pending additional info from insured and treating
physician to review for further TTD benefits.
--------------------------------------------------------------------------------
ENTRY DATE   :  04-18-2016 (08:40) SUBJECT:  019 PLAN OF ACTION
AUTHOR       :  BOUCEK,PATRICIA

Diary Review/POA:
DATE OF LEASE: SINCE 6/9/2015
DATE OF BIRTH: 6/17/1993
DATE OF INJURY: 3/7/2016 @ 4:00 PM
DESCRIPTION: I/V WAS TRAVELING EAST ON I-40. STUDENT WAS DRIVING & LOST
CONTROL DUE TO EQUIPMENT FAILURE. I/V SWERVED INTO WESTBOUND LAND & HIT O/V
HEAD ON. BOTH VEHICLES ENDED UP IN RAVINE ABOUT 200 FT OFF THE ROAD.
POLICY #: TOCN001303533

INJURY/INJURIES: LOW BACK PAIN, HIP PAIN, RADICULITIS, SPONDYLOTHESIS
TREATED: FLOWERS HOSPITAL- 3/14/16; THOMASVILLE ORTHO- 3/24/16
CURRENT PROGNOSIS: PATIENT SCHEDULED FOR A LUMBAR MRI AND FOLLOW UP ON 4/22/16
OFF WORK AS OF 3/24/16 AND CONTINUED
P/R: PENDING REPORT- HAVE REQUESTED FROM METRO REPORTING

CONTINUED ON THE NEXT PAGE

DEFS 0348

CNQ21R01                    GALLAGHER BASSETT SERVICES, INC.   21Feb2019 PAGE       8
                                    PRINT CLAIM NOTES

CLAIM NUMBER :  002778-002084-NS-01 (OPEN  )
CLAIMANT NAME:  BROWN,GERMAIN
ACCIDENT DATE:  03-07-2016

SUBROGATION: UNLIKELY, AS AT FAULT MVA; HOWEVER POSSIBLE AS STUDENT WAS
DRIVING & MVA OCCURRED DUE TO EQUIPMENT FAILURE. WILL NEED POLICE REPORT
OCC ACC IS PRIMARY
DISPATCH: loaded in Tucumcarl, NM  COVERAGE/PREMIUM: premiums paid
CURRENT RESERVES: INCREASING TTD RESERVES FOR 10 WEEKS AT POLICY WEEKLY MAX OF
$700 MEDICAL AND EXPENSE RESERVES ARE ADEQUATE AT THIS TIME
CURRENT PLAN OF ACTION: Coverage verified & POL received. Claim pending:
police report. Processing medical and TTD benefits per policy. Increasing TTD
reserves as insured remains off work and possible subrogation on claim,
however unlikely. Will review once have police report. Will continue to
monitor.
ESTIMATED CLAIM CLOSURE DATE: N/A AS PROCESSING BENEFITS ON CLAIM
--------------------------------------------------------------------------------
ENTRY DATE   :  04-18-2016 (08:41) SUBJECT:  005 RESERVING
AUTHOR       :  BOUCEK,PATRICIA

INCREASING TTD RESERVES FOR 10 WEEKS AT POLICY WEEKLY MAX OF $700 MEDICAL AND
EXPENSE RESERVES ARE ADEQUATE AT THIS TIME
--------------------------------------------------------------------------------
ENTRY DATE   :  04-18-2016 (09:25) SUBJECT:  001 FILE NOTES
AUTHOR       :  BOUCEK,PATRICIA

RETURNED CALL TO INSURED, AND ADVISED THAT ONE CALL MEDICAL IS TRYING TO
CONTACT HIM TO SCHEDULE HIS MRI. GAVE INSURED PHONE # TO ASSIST IN THE
SCHEDULING.
--------------------------------------------------------------------------------
ENTRY DATE   :  04-19-2016 (10:01) SUBJECT:  001 FILE NOTES
AUTHOR       :  BOUCEK,PATRICIA

RECEIVED RESCHEDULED MRI APPT:
From: One Call Care Diagnostics [mailto:CCC_Email_Response@onecallcm.com]
Sent: Tuesday, April 19, 2016 10:41 AM
To: Patricia Tindall
Subject: Re-Scheduled Appointment Information - Claim #002778-002084-NS-01 -
One Call Care Diagnostics
RE-SCHEDULED APPOINTMENT INFORMATION
CLAIM # 002778-002084-NS-01
One Call Care Diagnostics has re-scheduled your claimant for the Diagnostic
Study noted below:
CLAIMANT INFORMATION:
GERMAIN BROWN
1910 POTTER ST
BAINBRIDGE, GA 39819
REQUESTED STUDY:
MRI LUMBAR SPINE WITHOUT CONTRAST
ORIGINAL APPOINTMENT INFORMATION:
DATE: 04/02/2016  TIME: 9:45 PM
REASON FOR RE-SCHEDULE: OTHER
RE-SCHEDULE APPOINTMENT INFORMATION

CONTINUED ON THE NEXT PAGE

DEFS 0349

```
CNQ21R01            GALLAGHER BASSETT SERVICES, INC.   21Feb2019 PAGE      9
                           PRINT CLAIM NOTES


CLAIM NUMBER :  002778-002084-NS-01 (OPEN  )
CLAIMANT NAME:  BROWN,GERMAIN
ACCIDENT DATE:  03-07-2016

PROVIDER INFORMATION:
STAND-UP MRI OF TALLAHASSEE
2332 CAPITAL CIRCLE NORTHEAST
TALLAHASSEE, FL 32308
PHONE: (850) 385-6422  FAX: (850) 422-8993
APPOINTMENT INFORMATION:
DATE: 04/19/2016  TIME: 2:00 PM
REFERRING DOCTOR INFORMATION:
RICHARD MURPHY
100 MIMOSA DRIVE SUITE 1R
THOMASVILLE, GA 31792
PHONE: (229) 226-9141
FAX: (229) 226-1191
INSURANCE COMPANY INFORMATION:
PAYER: CLAIMS MANAGEMENT/GALLAGHER-171
ADJUSTER: PATRICIA TINDALL
NURSE CASE MANAGER:
DATE OF INJURY: 03/07/2016
ESTIMATED COST SAVINGS:
$82.00 - MRI LUMBAR SPINE WITHOUT CONTRAST, 72148.
STATE FEE/UCR RATE:
$543.00 - MRI LUMBAR SPINE WITHOUT CONTRAST, 72148.
--------------------------------------------------------------------------
ENTRY DATE   :  04-22-2016 (09:38) SUBJECT:  002 MEDICAL
AUTHOR       :  BOUCEK,PATRICIA

MRI LUMBAR SPINE RESULTS RECEIVED:
ROTATORY LEVOSCOLIOSIS LUMBAR SPINE OF 28 DEGREES, FELT TO BE CHRONIC W/
RESULTING RIGHT LATERAL WEDGING OF L4
SMALL ANNULAR BULGE L1-2 AND L2-3 W/O CANAL STENOSIS & AGE INDETERMINATE
BROAD BASED HERNIATION L4-5 W/ RIGHT INFERIOR FORAMINAL NARROWING W/O NEURAL
IMPINGEMENT & AGE INDETERMINATE
6 MM ANTEROLISTEHESIS L5-S1 SECONDARY TO PARS DEFECTS & APPEARS CHRONIC
--------------------------------------------------------------------------
ENTRY DATE   :  04-22-2016 (14:35) SUBJECT:  001 FILE NOTES
AUTHOR       :  BOUCEK,PATRICIA

RETURNED CALL TO MARGARET WITH HANGAR PROSTHETICS, 229-225-1158. GAVE CORRECT
OCC/ACC AND NO PRE AUTH REQUIRED INFO.
--------------------------------------------------------------------------
ENTRY DATE   :  04-22-2016 (14:38) SUBJECT:  001 FILE NOTES
AUTHOR       :  MIRANDA,ILDA

Received a call from Hanger Prostetics and Orthotics and spoke
to Margaret. She states that they need authorization for a
back brace. Advised her that the policy does not require pre-
authorization and is based on medical necessity. Advised her
that we are secondary to any other health insurance if
available. She states she thinks he only had Medicaid. Advised

CONTINUED ON THE NEXT PAGE
```

DEFS 0350

CNQ21R01                  GALLAGHER BASSETT SERVICES, INC.   21Feb2019 PAGE    10
                               PRINT CLAIM NOTES

CLAIM NUMBER :  002778-002084-NS-01 (OPEN  )
CLAIMANT NAME:  BROWN,GERMAIN
ACCIDENT DATE:  03-07-2016

we are primary of Medicaid.
----------------------------------------------------------------------------
ENTRY DATE   :  04-24-2016 (18:15) SUBJECT:  024 MEDICARE COMPLIANCE
AUTHOR       :  SYSTEM GENERATED

Medicare Eligibility Could Not Be Determined
----------------------------------------------------------------------------
ENTRY DATE   :  04-25-2016 (11:15) SUBJECT:  001 FILE NOTES
AUTHOR       :  BOUCEK,PATRICIA

RETURNED CALL TO INSURED, 229-726-1788. ADVISED THE INSURED THAT HE WOULD NEED
TO CONTACT SWIFT DIRECTLY REGARDING HIS PREMIUM PAYMENTS AS G/B DOES NOT
HANDLE THIS PORTION.
----------------------------------------------------------------------------
ENTRY DATE   :  04-25-2016 (14:38) SUBJECT:  001 FILE NOTES
AUTHOR       :  BOUCEK,PATRICIA

SPOKE WITH CHECK CASHING COMPANY IN BAINBRIDGE, GA AND VERIFIED CHECK THAT WAS
ISSUED 4/21/2016
----------------------------------------------------------------------------
ENTRY DATE   :  04-28-2016 (17:08) SUBJECT:  002 MEDICAL
AUTHOR       :  BOUCEK,PATRICIA

MEDICAL CORRESPONDENCE WITH THOMASVILLE ORTHO RE TREATMENT:
From: Patricia Tindall
Sent: Friday, April 29, 2016 8:14 AM
To: 'Michelle Murphy'
Subject: RE: Germain Brown
Mr. Brown's Occupational Accident policy does not require pre-authorization,
but is based off of medical necessity in regard to his reported 3/7/2016 date
of injury. We will review the bills and medical reports upon receipt for
coverage.
Tricia Tindall | Resolution Manager | Gallagher Bassett
PO Box 419797, Kansas City, MO 64141
D: 816-216-5204 | F: 816-216-5770
E: patricia_tindall@gbtpa.com
Alternate Point of Contact: Katrina_Greene@gbtpa.com | 816-216-5206

From: Michelle Murphy [mailto:insspec@rose.net]
Sent: Friday, April 29, 2016 8:05 AM
To: Patricia Tindall
Subject: RE: Germain Brown
Is this epidural approved for Mr. Brown?

From: Patricia Tindall
Sent: Thursday, April 28, 2016 6:08 PM
To: 'Michelle Murphy'
Subject: RE: Germain Brown
Thank you for the updated records.

CONTINUED ON THE NEXT PAGE

DEFS 0351

```
CNQ21R01              GALLAGHER BASSETT SERVICES, INC.   21Feb2019 PAGE    11
                              PRINT CLAIM NOTES
```

CLAIM NUMBER : 002778-002084-NS-01 (OPEN  )
CLAIMANT NAME: BROWN,GERMAIN
ACCIDENT DATE: 03-07-2016

Gallagher Bassett is committed to delivering exceptional service and we are
here to help.
Please contact my supervisor (Harry_Dawson@gbtpa.com) with any questions.
Tricia Tindall | Resolution Manager | Gallagher Bassett
PO Box 419797, Kansas City, MO 64141
D: 816-216-5204 | F: 816-216-5770
E: patricia_tindall@gbtpa.com
Alternate Point of Contact: Katrina_Greene@gbtpa.com | 816-216-5206
From: Michelle Murphy [mailto:insspec@rose.net]
Sent: Thursday, April 28, 2016 3:57 PM
To: Patricia Tindall
Subject: Germain Brown
4-28-16
RE: GERMAIN BROWN
DOB: 6-17-1993
DOL: 3-7-2016
CLAIM#: 254879397
POLICY #: TOCN01303533
Ms Tindall-
Mr Brown was seen by Dr. Richard Murphy on Friday 4-22-16, at which time Dr
Murphy ordered patient to have RT L5 TFE and a 1 month follow up appointment
after epidural to re-evaluate. Attached are Mr Brown's last 2 office notes and
a copy of the recent MRI report for your review.  Please notify me of your
decision via email at insspec@rose.net or I can be reached at (229) 227-1690
ext 213.
Thank you
Michelle Murphy, Insurance Specialist
Thomasville Orthopedic Center
------------------------------------------------------------------------------
ENTRY DATE    : 05-05-2016 (09:39) SUBJECT:  001 FILE NOTES
AUTHOR        : SYSTEM GENERATED

REPETITIVE PAY SCHED. FOR 1 WKS. FOR TOTAL OF  4 PAYMENTS FOR    $700.00
PAYEE: GERMAIN BROWN
MAIL:  GERMAIN BROWN
FIRST PAYMENT DATE:  5/05/16
DISABILITY START DATE:  4/29/16
PAY CODE:     TEMPORARY TOTAL DISABILITY
MESSAGE: STANDARD
------------------------------------------------------------------------------
ENTRY DATE    : 05-09-2016 (14:14) SUBJECT:  001 FILE NOTES
AUTHOR        : BOUCEK,PATRICIA
```

Spoke with the insured, as he stated that per his medical provider, his
treatment (injection) was getting rejected. Advised the insured that G/B had
emailed correspondence with Thomasville Ortho regarding his Occ/Acc policy,
however, nothing to date has been rejected. G/B has only advised that no pre
auth is required and treatment is based off of medical necessity to the DOL.
Advised that if his provider has any questions regarding his coverage, they

CONTINUED ON THE NEXT PAGE

DEFS 0352

CNQ21R01                   GALLAGHER BASSETT SERVICES, INC.   21Feb2019 PAGE     12
                                  PRINT CLAIM NOTES

CLAIM NUMBER :  002778-002084-NS-01 (OPEN  )
CLAIMANT NAME:  BROWN,GERMAIN
ACCIDENT DATE:  03-07-2016

can contact our office directly.
-----------------------------------------------------------------------------
ENTRY DATE   :  05-10-2016 (12:22)  SUBJECT:   003 INVESTIGATION
AUTHOR       :  BOUCEK,PATRICIA

D.F.I. - NEW MEXICO HWY PATROL POLICE REPORT- I/V DRIVER AT FAULT. INSURED WAS
PASSENGER IN SLEEPER CAB AT TIME OF MVA.
Category          : Police Reports
Date Attached     : 10-May-2016
User ID           :  (030652)
File Name         : 9LT5130000.PDF
Description       : INSURED WAS A PASSENGER OF I/V (VEHICLE 1 IN REPORT) I/V
WAS AT FAULT IN MVA DUE TO DRIVER INATTENTION. I/V CROSSED OVER MEDIAN AND
STRUCK PASSENGER CAR ON DRIVER'S SIDE, BOTH VEHICLES CONTINUED DOWN AN
EMBANKMENT. DRIVER BELIEVED THAT HE WAS UNABLE TO SLOW DOWN BEFORE RIGHT CURVE
AS HEARD A POP IN THE CAB. INSURED (PASSENGER) WAS ASLEEP IN CAB AT TIME OF
MVA. DRIVER OF VEHICLE 2 WAS PRONOUNCED DECEASED ON SCENE AND PASSENGER WAS IN
CRITICAL CARE AT TIME OF MVA, BUT DECEASED 2 DAYS LATER. PER POLICE, NO
EVIDENCE OF BLOWN TIRE OF I/V OR STEERING ISSUES AFTER INSPECTION. I/V DRIVER
WAS CITED FOR CARELESS DRIVING.
System Information:
    Category ID   : 8
    Document ID   : 75591650
    File Name     : EX20160510ABC03BB65DF146398C2707C8B1C2FC1E.PDF
    File Location: Attachments\2016\05\10\0025\
-----------------------------------------------------------------------------
ENTRY DATE   :  05-11-2016 (13:26)  SUBJECT:   001 FILE NOTES
AUTHOR       :  BOUCEK,PATRICIA

RETURNED CALL TO INSURED, 229-254-7660. LEFT V/M FOR CALL BACK RE TTD CHECK.
-----------------------------------------------------------------------------
ENTRY DATE   :  05-12-2016 (10:50)  SUBJECT:   001 FILE NOTES
AUTHOR       :  BOUCEK,PATRICIA

RETURNED CALL TO INSURED, 229-309-3654. UNABLE TO LEAVE A VOICEMAIL.
-----------------------------------------------------------------------------
ENTRY DATE   :  05-12-2016 (10:58)  SUBJECT:   001 FILE NOTES
AUTHOR       :  BOUCEK,PATRICIA

SPOKE WITH INSURED AS HE HAS NOT RECEIVED HIS CHECK FROM 5/5/16. ADVISED WOULD
HAVE TO WAIT UNTIL NEXT WEEK TO ISSUE A STOP PAY, BUT TO FOLLOW UP WITH G/B IF
NOT RECEIVED. ALSO CONFIRMED CORRECT PHONE #, 229-726-5417 AND WILL UPDATE INN
SYSTEM.
-----------------------------------------------------------------------------
ENTRY DATE   :  05-18-2016 (08:01)  SUBJECT:   001 FILE NOTES
AUTHOR       :  BOUCEK,PATRICIA

MAILED UPDATED SUPP FORMS TO INSURED, MONITOR FOR RETURN
-----------------------------------------------------------------------------
ENTRY DATE   :  05-19-2016 (20:04)  SUBJECT:   001 FILE NOTES
AUTHOR       :  SYSTEM GENERATED


CONTINUED ON THE NEXT PAGE

DEFS 0353

```
CNQ21R01                GALLAGHER BASSETT SERVICES, INC.   21Feb2019 PAGE    13
                               PRINT CLAIM NOTES


CLAIM NUMBER :  002778-002084-NS-01 (OPEN  )
CLAIMANT NAME:  BROWN,GERMAIN
ACCIDENT DATE:  03-07-2016

REPETITIVE PAYMENT ALERT
THE FOLLOWING ALERT WAS SENT TO THE INBOX OF ADJUSTER 030652
Claim:         002778-002084-NS-01    Claimant:  BROWN, GERMAIN
Reason:        Payee Name       :     BROWN, GERMAIN
               Payment Date     :     19-May-2016
               Frequency        :     Every 01 week(s)
               Next Payment Date:     26-May-2016
               Amount           :     0000700.00
               Net PTD          :     00008214.39
Instructions:  WARNING - THIS IS THE NEXT TO LAST PAYMENT
-------------------------------------------------------------------------------
ENTRY DATE  :  05-20-2016 (14:14) SUBJECT:  004 LEGAL
AUTHOR      :  BOUCEK,PATRICIA


D.F.I. - INITIAL LETTER OF REP RECEIVED FROM INSURED'S ATTORNEY
Category         : Legal
Date Attached    : 20-May-2016
User ID          :  (030652)
File Name        : GERMAIN BROWN-LTR FROM ATTY .PDF
Description      : LETTER OF REP RECEIVED FROM INSURED'S ATTORNEY, MONTLICK
AND ASSOC.
System Information:
    Category ID  : 2
    Document ID  : 76085188
    File Name    : EX20160520EEBB3A1BB62148EAB685A0CB20015DB9.PDF
    File Location: Attachments\2016\05\20\0028\
-------------------------------------------------------------------------------
ENTRY DATE  :  05-20-2016 (15:04) SUBJECT:  004 LEGAL
AUTHOR      :  BOUCEK,PATRICIA


D.F.I. - FAXED RESPONSE TO LETTER OF REP
Category         : Legal
Date Attached    : 20-May-2016
User ID          :  (030652)
File Name        : GBFAX TRICIA.DOC
Description      : FAXED RESPONSE TO LETTER OF REP WITH COPY OF THE OCC/ACC
POLICY TO MONTLICK AND ASSOC
System Information:
    Category ID  : 2
    Document ID  : 76087994
    File Name    : EX2016052029EA1E1C5C78412DA77887924F2F4EF9.DOC
    File Location: Attachments\2016\05\20\0030\
-------------------------------------------------------------------------------
ENTRY DATE  :  05-20-2016 (15:04) SUBJECT:  004 LEGAL
AUTHOR      :  BOUCEK,PATRICIA


D.F.I. - FAXED RESPONSE TO LETTER OF REP
Category         : Legal
Date Attached    : 20-May-2016

CONTINUED ON THE NEXT PAGE
```

DEFS 0354

```
CNQ21R01               GALLAGHER BASSETT SERVICES, INC.   21Feb2019 PAGE    14
                             PRINT CLAIM NOTES


CLAIM NUMBER :  002778-002084-NS-01 (OPEN  )
CLAIMANT NAME:  BROWN,GERMAIN
ACCIDENT DATE:  03-07-2016

User ID          :  (030652)
File Name        :  GERMAIN BROWN ATTORNEY RESPONSE.PDF
Description      :  FAXED RESPONSE TO LETTER OF REP WITH COPY OF THE OCC/ACC
POLICY TO MONTLICK AND ASSOC
System Information:
     Category ID  :  2
     Document ID  :  76088000
     File Name    :  EX201605205245F0AC889E48FE943E39650A9DC996.PDF
     File Location: Attachments\2016\05\20\0030\
-------------------------------------------------------------------------------
ENTRY DATE   :  05-23-2016 (09:54) SUBJECT:  001 FILE NOTES
AUTHOR       :  BOUCEK,PATRICIA


EMAILED ATTORNEY RESPONSE WITH COPY OF OCC/ACC POLICY LETTER TO LAW OFFICE:
From: Patricia Tindall
Sent: Monday, May 23, 2016 10:53 AM
To: 'smcallister@montlick.com'
Subject: re: Germain Brown, DOL: 3/7/2016
Ms. McAllister,
Per your voicemail, please see attached fax that was sent last week.
Thank you,
Gallagher Bassett is committed to delivering exceptional service and we are
here to help.
Please contact my supervisor (Harry_Dawson@gbtpa.com) with any questions.
Tricia Tindall | Resolution Manager | Gallagher Bassett
PO Box 419797, Kansas City, MO 64141
D: 816-216-5204 | F: 816-216-5770
E: patricia_tindall@gbtpa.com
Alternate Point of Contact: Katrina_Greene@gbtpa.com | 816-216-5206
From: Patricia Tindall
Sent: Friday, May 20, 2016 4:03 PM
To: '94043213323@global.fax'
Cc: Patricia Tindall
Subject: Germain Brown, DOL: 3/7/2016
Gallagher Bassett is committed to delivering exceptional service and we are
here to help.
Please contact my supervisor (Harry_Dawson@gbtpa.com) with any questions.
Tricia Tindall | Resolution Manager | Gallagher Bassett
-------------------------------------------------------------------------------
ENTRY DATE   :  05-24-2016 (08:44) SUBJECT:  019 PLAN OF ACTION
AUTHOR       :  BOUCEK,PATRICIA

Diary Review/POA:
DATE OF LEASE: SINCE 6/9/2015
DATE OF BIRTH: 6/17/1993
DATE OF INJURY: 3/7/2016 @ 4:00 PM
DESCRIPTION: I/V WAS TRAVELING EAST ON I-40. STUDENT WAS DRIVING & LOST
CONTROL DUE TO EQUIPMENT FAILURE. I/V SWERVED INTO WESTBOUND LAND & HIT O/V
HEAD ON. BOTH VEHICLES ENDED UP IN RAVINE ABOUT 200 FT OFF THE ROAD. DRIVER

CONTINUED ON THE NEXT PAGE
```

DEFS 0355

```
CNQ21R01              GALLAGHER BASSETT SERVICES, INC.   21Feb2019 PAGE    15
                            PRINT CLAIM NOTES


CLAIM NUMBER :  002778-002084-NS-01 (OPEN  )
CLAIMANT NAME:  BROWN,GERMAIN
ACCIDENT DATE:  03-07-2016

AND PASSENGER OF O/V BOTH DIED AFTER MVA.
POLICY #: TOCN001303533

```
---
```
INJURY/INJURIES: LOW BACK PAIN, HIP PAIN, RADICULITIS, SPONDYLOTHESIS; FROM
MRI, L5-S1 SPONDYLOSISTHESIS & FORAMINAL STENOSIS SEEMS CHRONIC IN NATURE.
TREATED: FLOWERS HOSPITAL- 3/14/16; THOMASVILLE ORTHO- 3/24/16- BRACE AND
POSSIBLE INJECTIONS
CURRENT PROGNOSIS: FOLLOW UP AFTER 4/22/2016 APPT AND INJECTIONS
OFF WORK AS OF 4/22/16 AND CONTINUED FOR AT LEAST 4 WEEKS
P/R: REC'D- INSURED WAS PASSENGER OF I/V AND I/V WAS AT FAULT, DUE TO DRIVER
INATTENTION.
SUBROGATION: UNLIKELY, AS AT FAULT MVA; HOWEVER INSURED WAS PASSENGER AT WHILE
STUDENT WAS DRIVING AND CITED FOR CARELESS DRIVING
OCC ACC IS PRIMARY
DISPATCH: loaded in Tucumcarl, NM  COVERAGE/PREMIUM: premiums paid
CURRENT RESERVES: INCREASING TTD RESERVES TO COVER 26 WEEKS AT POLICY MAX OF
$700; INCREASING MEDICAL RESERVES TO COVER INITIAL E/R VISIT, FOLLOW UPS AND
INJECTIONS; INCREASING EXPENSE RESERVES TO COVER IME AND POSSIBLE
INVESTIGATION
CURRENT PLAN OF ACTION: Processing medical and TTD benefits per policy.
Insured has attorney rep and has been responded to. Pending updated supp forms
from the insured. Increasing all reserves as insured remains off work and
possible subrogation on claim, however unlikely. Will schedule insured for an
IME if he remains off of work at next diary. Will continue to
monitor.
ESTIMATED CLAIM CLOSURE DATE: N/A AS PROCESSING BENEFITS ON CLAIM
-----------------------------------------------------------------------------
ENTRY DATE   :  05-24-2016 (08:45) SUBJECT:  005 RESERVING
AUTHOR       :  BOUCEK,PATRICIA


INCREASING TTD RESERVES TO COVER 26 WEEKS AT POLICY MAX OF $700; INCREASING
MEDICAL RESERVES TO COVER INITIAL E/R VISIT, FOLLOW UPS AND INJECTIONS;
INCREASING EXPENSE RESERVES TO COVER IME AND POSSIBLE INVESTIGATION
-----------------------------------------------------------------------------
ENTRY DATE   :  05-26-2016 (20:04) SUBJECT:  001 FILE NOTES
AUTHOR       :  SYSTEM GENERATED


REPETITIVE PAYMENT ALERT
THE FOLLOWING ALERT WAS SENT TO THE INBOX OF ADJUSTER 030652
Claim:       002778-002084-NS-01    Claimant:  BROWN, GERMAIN
Reason:      Payee Name        :    BROWN, GERMAIN
             Payment Date      :    26-May-2016
             Frequency         :    Every 01 week(s)
             Next Payment Date:     02-Jun-2016
             Amount            :    0000700.00
             Net PTD           :    00008914.39
Instructions: WARNING - THIS IS THE FINAL PAYMENT
-----------------------------------------------------------------------------
ENTRY DATE   :  06-01-2016 (07:23) SUBJECT:  002 MEDICAL
AUTHOR       :  BOUCEK,PATRICIA


CONTINUED ON THE NEXT PAGE
```

DEFS 0356

CNQ21R01                 GALLAGHER BASSETT SERVICES, INC.   21Feb2019 PAGE     16
                              PRINT CLAIM NOTES


CLAIM NUMBER :  002778-002084-NS-01 (OPEN  )
CLAIMANT NAME:  BROWN,GERMAIN
ACCIDENT DATE:  03-07-2016

RECEIVED UPDATED INSURED'S SUPP  & TTD AFFIDAVIT CLAIM FORMS:
INSURED HAS NOT RTW AT THIS TIME, NOR ANY OTHER OCCUPATION. FORMS COMPLETED ON
5/29/2016
-----------------------------------------------------------------------------
ENTRY DATE   :  06-02-2016 (12:00) SUBJECT:   001 FILE NOTES
AUTHOR       :  BOUCEK,PATRICIA

RETURNED CALL TO INSURED, 229-726-1788. CONFIRMED RECEIPT OF UPDATED SUPP
FORMS FOR THE INSURED RECEIVED YESTERDAY AND THE PHYSICIAN'S FORMS WILL BE
RECEIVED TOMORROW AFTER HIS FOLLOW UP APPT.
-----------------------------------------------------------------------------
ENTRY DATE   :  06-03-2016 (14:57) SUBJECT:   002 MEDICAL
AUTHOR       :  BOUCEK,PATRICIA

RECEIVED UPDATED PHYSICIAN'S SUPP FORM:
DX: Low back pain, m54.5; spinal instabilities, M53.2x6; spondylosis &
radiculopathy M47.26
COMPLICATIONS: spinal instability
PROGNOSIS: fair/good
CURRENT TREATMENT PLAN: patient placed on zanaflax, medrol dosepack & ultram.
Also placed in brace
-----------------------------------------------------------------------------
ENTRY DATE   :  06-03-2016 (15:02) SUBJECT:   001 FILE NOTES
AUTHOR       :  BOUCEK,PATRICIA

CALLED THOMASVILLE ORTHO, 229-226-9141. LEFT V/M FOR DR. MURPHY'S NURSE, JANA.
RECEIVED UPDATED SUPP FORM, HOWEVER NEED TO RE-ADVISE NOT W/C AND NO PRE AUTH
REQUIRED UNDER THE POLICY. ALSO ADVISED COULD FAX RX FOR THERAPY OR DIAGNOSTIC
TESTING IF NEEDED.
-----------------------------------------------------------------------------
ENTRY DATE   :  06-03-2016 (15:02) SUBJECT:   001 FILE NOTES
AUTHOR       :  SYSTEM GENERATED

REPETITIVE PAY SCHED. FOR 1 WKS. FOR TOTAL OF  4 PAYMENTS FOR    $700.00
PAYEE: GERMAIN BROWN
MAIL:  GERMAIN BROWN
FIRST PAYMENT DATE:  6/09/16
DISABILITY START DATE:  6/03/16
PAY CODE:     TEMPORARY TOTAL DISABILITY
MESSAGE: STANDARD
-----------------------------------------------------------------------------
ENTRY DATE   :  06-07-2016 (10:10) SUBJECT:   001 FILE NOTES
AUTHOR       :  BOUCEK,PATRICIA

RETURNED CALL TO INSURED'S ATTORNEY, NORA JANE WILLIAMS, 404-529-6333. SPOKE
WITH GELENA BUT THEN TRANSFERRED TO ATTORNEY @ EXTENSION 348.
EMAIL ASST: SMCALLISTER@MONTLICK.COM
SPOKE WITH THE INSURED'S ATTORNEY, AND ADVISED OCC/ACC POLICY IS JUST
MEDICAL/DISABILITY BENEFITS, BUT ATTORNEY STATED THAT THE LETTER WAS INITIALLY

CONTINUED ON THE NEXT PAGE

DEFS 0357

CNQ21R01                GALLAGHER BASSETT SERVICES, INC.    21Feb2019 PAGE      17
                              PRINT CLAIM NOTES

CLAIM NUMBER :  002778-002084-NS-01 (OPEN   )
CLAIMANT NAME:  BROWN,GERMAIN
ACCIDENT DATE:  03-07-2016

SENT TO SWIFT TRANSPORTATION AS THEY WANTED TO PURSUE A LIABILITY CLAIM
AGAINST THE DRIVER, AS THIS WAS A SINGLE MVA CLAIM WHERE INSURED WAS A
PASSENGER OF SWIFT DRIVER.
-------------------------------------------------------------------------
ENTRY DATE    :  06-07-2016 (10:14) SUBJECT:  001 FILE NOTES
AUTHOR        :  BOUCEK,PATRICIA


EMAIL CORRESPONDENCE WITH SWIFT RE LEGAL ATTORNEY LETTER TO SWIFT:
From: Patricia Tindall
Sent: Tuesday, June 07, 2016 11:13 AM
To: 'Juliet Hensel'
Subject: RE: 002778-002084-NS-01 BROWN, GERMAIN **ATTACHED LTR FROM ATTY
REPRESENTING INSD**
Juliet,
I responded to the attorney on 5/20/2016, however the attorney is wanting to
pursue a liability claim towards the driver since Mr. Brown was the passenger
while the driver was also a Swift driver.
Please forward accordingly.
Thank you,
Tricia
Gallagher Bassett is committed to delivering exceptional service and we are
here to help.
Please contact my supervisor (Harry_Dawson@gbtpa.com) with any questions.
Tricia Tindall | Resolution Manager | Gallagher Bassett
PO Box 419797, Kansas City, MO 64141
D: 816-216-5204 | F: 816-216-5770
E: patricia_tindall@gbtpa.com
Alternate Point of Contact: Katrina_Greene@gbtpa.com | 816-216-5206
From: Juliet Hensel [mailto:Juliet_Hensel@swifttrans.com]
Sent: Friday, May 20, 2016 10:48 AM
To: Patricia Tindall
Subject: 002778-002084-NS-01 BROWN, GERMAIN **ATTACHED LTR FROM ATTY
REPRESENTING INSD**
Thanks,
Juliet Hensel
Work Injury Examiner II & Unit Support
Swift Transportation & Mohave Transportation Insurance Company
-------------------------------------------------------------------------
ENTRY DATE    :  06-08-2016 (13:16) SUBJECT:  001 FILE NOTES
AUTHOR        :  BOUCEK,PATRICIA

RETURNED CALL TO INSURED, 229-726-1788. CONFIRMED RECEIPT OF UPDATED SUPP
FORMS FROM PHYSICIAN. ALSO RE-ADVISED THAT OCC/ACC POLICY DOES NOT REQUIRE ANY
PRE AUTH BUT IS BASED OFF OF MEDICAL NECESSITY FOR DOL, AS INSURED STATED THAT
HIS PHYSICIAN WAS WANTING TO DO EPIDURAL INJECTIONS
-------------------------------------------------------------------------
ENTRY DATE    :  06-16-2016 (10:41) SUBJECT:  001 FILE NOTES
AUTHOR        :  BOUCEK,PATRICIA

*[handwritten margin notes: "As knew treating provider" / "waiting for "preauth" to do epidural injection." / "Did provider provide treatment w/o "preauth"?]*

CONTINUED ON THE NEXT PAGE

DEFS 0358

CNQ21R01                GALLAGHER BASSETT SERVICES, INC.   21Feb2019 PAGE    18
                            PRINT CLAIM NOTES

CLAIM NUMBER :  002778-002084-NS-01 (OPEN  )
CLAIMANT NAME:  BROWN,GERMAIN
ACCIDENT DATE:  03-07-2016

RETURNED CALL TO INSURED, 229-254-7660. LEFT V/M FOR CALL BACK.
------------------------------------------------------------------------------
ENTRY DATE    :  06-17-2016 (08:40) SUBJECT:  001 FILE NOTES
AUTHOR        :  BOUCEK,PATRICIA

Called Thomasville Orthopedic center, 229-226-9141, x8 for Dr. Murphy's nurse,
Jana. Regarding bill and eval notes received for DOS: 6/3/2016. Left voice-
mail re-advising occ/acc and not w/c and that policy does not require pre        *Same*
auth, but is based off of medical necessity regarding 3/7/2016 DOL.
DR is trying to set insured up with a transforminal injection, but is
rejecting due to the occ/acc coverage/not approved yet. DR is keeping insured
off of work at this time for his MRI showing L5-S1 spondylolisthesis
------------------------------------------------------------------------------
ENTRY DATE    :  06-20-2016 (12:13) SUBJECT:  001 FILE NOTES      *"Germain was*
AUTHOR        :  BOUCEK,PATRICIA                            *"dropped" him b/c AS won't*
                                                            *preauthorize*
SPOKE WITH THE INSURED, 229-726-5417.  HE STATED THAT HIS ORTHOPEDIC AT *treatment. --*
THOMASVILLE ORTHO HAS DROPPED HIM AS A PATIENT SINCE G/B'S OCC/ACC POLICY
WOULD NOT PRE-AUTHORIZE TREATMENT. INSURED STATD THAT HE APPLIED FOR MEDICAID *[Enforcing*
AND ASKED HIS DOCTOR IF HE WOULD ACCEPT THAT AND PER THE INSURED, HE STATED, *Germain,*
THAT HIS DOCTOR STILL DID NOT WANT TO TREAT HIM. *provider to drop*
EXPLAINED TO THE INSURED THAT HE WOULD NEED TO FOLLOW UP WITH ANOTHER *are AS being*
ORTHOPEDIC IN THE AREA AND ADVICE G/B ONCE SCHEDULED. IF NEW ORTHO NEEDS G/B *helpful? Why*
TO FAX OVER INSURANCE COVERAGE, WE CAN DO THAT. *are AS giving Germain the hassell?*
------------------------------------------------------------------------------ *In my judgment, ACE*
ENTRY DATE    :  06-23-2016 (12:54) SUBJECT:  001 FILE NOTES *front for Swift knows that*
AUTHOR        :  BOUCEK,PATRICIA *most client/insureds will not*
                                                         *be able to use much*
EMAIL CORRESPONDENCE WITH INSURED RE POSSIBLE NEW ORTHOPEDICS: *indemnity before the 104*
From: Patricia Tindall                                   *week deadline]*
Sent: Thursday, June 23, 2016 1:53 PM
To: 'gbrown1910@gmail.com'
Subject: Orthopedic possible options
Mr. Brown,
Per our conversation, please find below link to search for other possible
Orthopedic locations in your area. If they have any questions in regards to
your Occupational Accident coverage, the providers can contact me directly.
http://www.multiplan.com/search/search-4.cfm?originator=84451
possible other option:
Park, Thomas M., MD or Hector A. Mejia, MD
Orthopaedic Surgery
603 Wheat Ave Ste 800
Bainbridge, GA 39819
Accepts new patients: Yes   229 246 3608
Pilcher, Robert Sumner, MD
Orthopaedic Surgery
48 US Highway 19 S
Camilla, GA 31730
Accepts new patients: Yes

CONTINUED ON THE NEXT PAGE

DEFS 0359

CNQ21R01              GALLAGHER BASSETT SERVICES, INC.   21Feb2019 PAGE     19
                            PRINT CLAIM NOTES

CLAIM NUMBER :  002778-002084-NS-01 (OPEN  )
CLAIMANT NAME:  BROWN,GERMAIN
ACCIDENT DATE:  03-07-2016

  229 446 1990
Thank you,
Tricia
Gallagher Bassett is committed to delivering exceptional service and we are
here to help.
Please contact my supervisor (Harry_Dawson@gbtpa.com) with any questions.
Tricia Tindall | Resolution Manager | Gallagher Bassett
-----------------------------------------------------------------------------
ENTRY DATE   :  06-23-2016 (20:04) SUBJECT:  001 FILE NOTES
AUTHOR       :  SYSTEM GENERATED

REPETITIVE PAYMENT ALERT
THE FOLLOWING ALERT WAS SENT TO THE INBOX OF ADJUSTER 030652
Claim:          002778-002084-NS-01    Claimant:  BROWN, GERMAIN
Reason:         Payee Name      :      BROWN, GERMAIN
                Payment Date    :      23-Jun-2016
                Frequency       :      Every 01 week(s)
                Next Payment Date:     30-Jun-2016
                Amount          :      0000700.00
                Net PTD         :      00014239.34
Instructions:  WARNING - THIS IS THE NEXT TO LAST PAYMENT
-----------------------------------------------------------------------------
ENTRY DATE   :  06-29-2016 (14:15) SUBJECT:  001 FILE NOTES
AUTHOR       :  BOUCEK,PATRICIA

EMAIL WITH SWIFT TRANSPORTATION REGARDING LIABILITY CLAIM INFO:
From: Juliet Hensel [mailto:Juliet_Hensel@swifttrans.com]
Sent: Wednesday, June 29, 2016 3:11 PM
To: Patricia Tindall
Subject: RE: 002778-002084-NS-01 BROWN, GERMAIN **ATTACHED LTR FROM ATTY
REPRESENTING INSD**
Hi Tricia,
Our BI department regarding liability has been notified & provided them of
Sarah's contact#. As soon as they open their claim, I will provide with the
adjuster name & phone number so that way if they ever call you again you have
it.
Thanks!
From: Patricia Tindall [mailto:Patricia_Tindall@gbtpa.com]
Sent: Monday, June 27, 2016 9:25 AM
To: Juliet Hensel <Juliet_Hensel@swifttrans.com>
Cc: Melanie Malkemus <melanie_malkemus@swifttrans.com>; Christina Garza
<Christina_Garza@swifttrans.com>
Subject: FW: 002778-002084-NS-01 BROWN, GERMAIN **ATTACHED LTR FROM ATTY
REPRESENTING INSD**
Juliet,
We just received a call from Sarah with the attorney's office regarding this
above letter, as they had requested that I forward back to Swift for the
liability claim, however, their office has yet to be contacted.
Sarah's contact #: 404-529-6333 x 117

CONTINUED ON THE NEXT PAGE

DEFS 0360

CNQ21R01                GALLAGHER BASSETT SERVICES, INC.   21Feb2019 PAGE     20
                             PRINT CLAIM NOTES

CLAIM NUMBER :  002778-002084-NS-01 (OPEN  )
CLAIMANT NAME:  BROWN,GERMAIN
ACCIDENT DATE:  03-07-2016

Or can you provide me the Swift contact that will be handling and I can advise
the attorney's office?
Thank you,
Tricia
Gallagher Bassett is committed to delivering exceptional service and we are
here to help.
Please contact my supervisor (Harry_Dawson@gbtpa.com) with any questions.
Tricia Tindall | Resolution Manager | Gallagher Bassett
PO Box 419797, Kansas City, MO 64141
D: 816-216-5204 | F: 816-216-5770
E: patricia_tindall@gbtpa.com
Alternate Point of Contact: Katrina_Greene@gbtpa.com | 816-216-5206
From: Patricia Tindall
Sent: Tuesday, June 07, 2016 11:13 AM
To: 'Juliet Hensel'
Subject: RE: 002778-002084-NS-01 BROWN, GERMAIN **ATTACHED LTR FROM ATTY
REPRESENTING INSD**
Juliet,
I responded to the attorney on 5/20/2016, however the attorney is wanting to
pursue a liability claim towards the driver since Mr. Brown was the passenger
while the driver was also a Swift driver.
Please forward accordingly.
Thank you,
Tricia
Gallagher Bassett is committed to delivering exceptional service and we are
here to help.
Please contact my supervisor (Harry_Dawson@gbtpa.com) with any questions.
Tricia Tindall | Resolution Manager | Gallagher Bassett
PO Box 419797, Kansas City, MO 64141
D: 816-216-5204 | F: 816-216-5770
E: patricia_tindall@gbtpa.com
Alternate Point of Contact: Katrina_Greene@gbtpa.com | 816-216-5206
From: Juliet Hensel [mailto:Juliet_Hensel@swifttrans.com]
Sent: Friday, May 20, 2016 10:48 AM
To: Patricia Tindall
Subject: 002778-002084-NS-01 BROWN, GERMAIN **ATTACHED LTR FROM ATTY
REPRESENTING INSD**
Thanks,
Juliet Hensel
Work Injury Examiner II & Unit Support
Swift Transportation & Mohave Transportation Insurance Company
---------------------------------------------------------------------------
ENTRY DATE   :  06-30-2016 (07:31) SUBJECT:  001 FILE NOTES
AUTHOR       :  BOUCEK,PATRICIA

MAILING UPDATED SUPP FORM TO INSURED, MONITOR FOR RETURN.
---------------------------------------------------------------------------
ENTRY DATE   :  06-30-2016 (07:31) SUBJECT:  001 FILE NOTES
AUTHOR       :  SYSTEM GENERATED


CONTINUED ON THE NEXT PAGE

DEFS 0361

```
CNQ21R01                GALLAGHER BASSETT SERVICES, INC.   21Feb2019 PAGE    21
                             PRINT CLAIM NOTES


CLAIM NUMBER :  002778-002084-NS-01 (OPEN  )
CLAIMANT NAME:  BROWN,GERMAIN
ACCIDENT DATE:  03-07-2016


UPDT REPETITIVE PAY SCHED. FOR 1 WKS. FOR TOTAL OF  5 PAYMENTS FOR    $700.00
PAYEE: GERMAIN BROWN
MAIL:  GERMAIN BROWN
FIRST PAYMENT DATE:  6/09/16
DISABILITY START DATE:  6/03/16
PAY CODE:     TEMPORARY TOTAL DISABILITY
MESSAGE: STANDARD
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
ENTRY DATE   :  06-30-2016 (20:04) SUBJECT:  001 FILE NOTES
AUTHOR       :  SYSTEM GENERATED


REPETITIVE PAYMENT ALERT
THE FOLLOWING ALERT WAS SENT TO THE INBOX OF ADJUSTER 030652
Claim:       002778-002084-NS-01    Claimant:  BROWN, GERMAIN
Reason:      Payee Name       :     BROWN, GERMAIN
             Payment Date     :     30-Jun-2016
             Frequency        :     Every 01 week(s)
             Next Payment Date:     07-Jul-2016
             Amount           :     0000700.00
             Net PTD          :     00014939.34
Instructions:  WARNING - THIS IS THE NEXT TO LAST PAYMENT
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
ENTRY DATE   :  07-01-2016 (13:33) SUBJECT:  019 PLAN OF ACTION
AUTHOR       :  BOUCEK,PATRICIA


Diary Review/POA:
DATE OF LEASE: SINCE 6/9/2015
DATE OF BIRTH: 6/17/1993
DATE OF INJURY: 3/7/2016 @ 4:00 PM
DESCRIPTION: I/V WAS TRAVELING EAST ON I-40. STUDENT WAS DRIVING & LOST
CONTROL DUE TO EQUIPMENT FAILURE. I/V SWERVED INTO WESTBOUND LAND & HIT O/V
HEAD ON. BOTH VEHICLES ENDED UP IN RAVINE ABOUT 200 FT OFF THE ROAD. DRIVER
AND PASSENGER OF O/V BOTH DIED AFTER MVA.
POLICY #: TOCN001303533
```
---
```
INJURY/INJURIES: Low back pain, m54.5; spinal instabilities, M53.2x6;
spondylosis & radiculopathy M47.26
COMPLICATIONS: spinal instability
CURRENT TREATMENT PLAN: patient placed on zanaflax, medrol dosepack & ultram.
Also placed in brace
CURRENT PROGNOSIS: fair/good
ESTIMATE RTW DATE: unknown
P/R: REC'D- INSURED WAS PASSENGER OF I/V AND I/V WAS AT FAULT, DUE TO DRIVER
INATTENTION.
SUBROGATION: UNLIKELY, AS AT FAULT MVA; HOWEVER INSURED WAS PASSENGER AT WHILE
STUDENT WAS DRIVING AND CITED FOR CARELESS DRIVING
OCC ACC IS PRIMARY
DISPATCH: loaded in Tucumcarl, NM  COVERAGE/PREMIUM: premiums paid
CURRENT RESERVES: TTD RESERVES ADEQUATE TO COVER 26 WEEKS AT POLICY MAX OF


CONTINUED ON THE NEXT PAGE
```

DEFS 0362

```
CNQ21R01              GALLAGHER BASSETT SERVICES, INC.   21Feb2019 PAGE    22
                            PRINT CLAIM NOTES


CLAIM NUMBER :  002778-002084-NS-01 (OPEN  )
CLAIMANT NAME:  BROWN,GERMAIN
ACCIDENT DATE:  03-07-2016

$700; MEDICAL RESERVES TO COVER INITIAL E/R VISIT, FOLLOW UPS AND INJECTIONS;
EXPENSE RESERVES TO COVER IME AND POSSIBLE INVESTIGATION
CURRENT PLAN OF ACTION: Processing medical and TTD benefits per policy.
Insured has attorney rep and has been responded to. Updated supp forms have
been sent to the insured.  Reserves adequate and possible subrogation on
claim, however unlikely. Setting special diary to schedule insured for an IME
to determine RTW status and treatment. Will continue to  monitor.
ESTIMATED CLAIM CLOSURE DATE: N/A AS PROCESSING BENEFITS ON CLAIM
------------------------------------------------------------------------------
ENTRY DATE   :  07-07-2016 (20:04) SUBJECT:  001 FILE NOTES
AUTHOR       :  SYSTEM GENERATED

REPETITIVE PAYMENT ALERT
THE FOLLOWING ALERT WAS SENT TO THE INBOX OF ADJUSTER 030652
Claim:          002778-002084-NS-01    Claimant: BROWN, GERMAIN
Reason:         Payee Name        :    BROWN, GERMAIN
                Payment Date      :    07-Jul-2016
                Frequency         :    Every 01 week(s)
                Next Payment Date:     14-Jul-2016
                Amount            :    0000700.00
                Net PTD           :    00015639.34
Instructions:  WARNING - THIS IS THE FINAL PAYMENT
------------------------------------------------------------------------------
ENTRY DATE   :  07-11-2016 (13:42) SUBJECT:  001 FILE NOTES
AUTHOR       :  BOUCEK,PATRICIA

RETURNED CALL TO INSURED, 229-726-1788. LEFT V/M FOR CALL BACK RE ORTHO
SCHEDULING APPT.
------------------------------------------------------------------------------
ENTRY DATE   :  07-11-2016 (15:12) SUBJECT:  007 SUPERVISION
AUTHOR       :  DAWSON,HARRY

Supervisory Diary Review/Adjuster Task/Sub: Subrogation:
Coverage and dispatch verified.
Reserved to process for 26 weeks TTD and ongoing medical costs
to include injections and f/u visits. Expense set for PPO,
potential IME and further investigation. Appear Adequate.
Doubtful subro, MVA, IV swerved into other lane hitting OV.
Insured was in sleeper.
RM is processing claim for TTD and medical benefits under
policy provisions. Appears insured may be pursuing other
driver in claim as he has representation. Will advise RM to
send lien letter if not already sent. RM also planning to set
up IME if no RTW date specified in the next few weeks.
Cannot estimate closure date due to potential subro.
------------------------------------------------------------------------------
ENTRY DATE   :  07-11-2016 (15:55) SUBJECT:  010 COVERAGE/COMPENSABILITY
AUTHOR       :  BOUCEK,PATRICIA


CONTINUED ON THE NEXT PAGE
```

DEFS 0363

```
CNQ21R01                    GALLAGHER BASSETT SERVICES, INC.  21Feb2019 PAGE    23
                                 PRINT CLAIM NOTES


      CLAIM NUMBER :  002778-002084-NS-01 (OPEN  )
      CLAIMANT NAME:  BROWN,GERMAIN
      ACCIDENT DATE:  03-07-2016

      D.F.I. - FAXED OCC/ACC COVERAGE TO PREMIER ORTHO
      Category          : Coverage/Compensability
      Date Attached     : 11-Jul-2016
      User ID           :  (030652)
      File Name         : SWIFT COVERAGE TO PROVIDER.DOC
      Description       : FAXED OCC/ACC COVERAGE TO PREMIER ORTHO
      System Information:
          Category ID  : 14
          Document ID  : 80626214
          File Name    : EX2016071105384512A67E4E89ADBB8C68E720A03F.DOC
          File Location: Attachments\2016\07\11\0032\
      --------------------------------------------------------------------
      ENTRY DATE  :  07-18-2016 (11:22) SUBJECT:  003 INVESTIGATION
      AUTHOR      :  BOUCEK,PATRICIA
```

*Surveillance*

```
      ACTIVITY CHECK UPDATE RECEIVED:
      From: Ali Corbino [mailto:alicorbino@migclaims.com]
      Sent: Monday, July 18, 2016 11:11 AM
      To: Patricia Tindall
      Subject: Update for Germain Brown - Claim # 2778-2084-Ns-01
      Good Morning Tricia,
      Please see below for our activity check update on Brown from this past
      Thursday.  We watched him picking up pieces of wood and sawing/hammering with
      them.  The full report from your activity check will be sent to you soon.  If
      you would like to assign surveillance on him due to his activity level
      discovered during our check, please let me know.  Thank you- Ali
      Date:07/14/2016
      Remaining Budgeted Hours:-0.02
      Video Time:
      Video Type Time (Hr/Min/Sec)
      Internal 00:00:00
      External 00:05:22
      Video Clip:
      CLIP.wmv
      ID Photo:
      Activity Summary:
      On Thursday, July 14, 2016 at 12:05 p.m., an activity check/ surveillance was
      initiated at the claimant's residence located at 1910 Potter Street,
      Bainbridge, Georgia 39819. Upon arrival no outside activity was observed and
      one vehicle was present, a tan late model Chevrolet Pickup tag not visible.
      The residence can be described as a single story brick structure with a shed
      attached to the structure in the front in need of repair. A position with a
      partial view of the residence was established. At 2:06 p.m. the pickup was
      observed changing parking positions.
      At  2:31 p.m. The claimant emerged from the side of the residence and entered
      the front door then exited the front back to the side of residence out of
      view. The claimant emerged again to the front of the residence and began to
      pick up various pieces of wood and a particle board. He then began to measure
      and mark the particle board. The claimant then picked up an electric circular

      CONTINUED ON THE NEXT PAGE
```

DEFS 0364

```
CNQ21R01                GALLAGHER BASSETT SERVICES, INC.   21Feb2019 PAGE    24
                             PRINT CLAIM NOTES
```

CLAIM NUMBER :  002778-002084-NS-01 (OPEN  )
CLAIMANT NAME:  BROWN,GERMAIN
ACCIDENT DATE:  03-07-2016

saw and proceeded to cut the marked particle board as a female watched. After
cutting the particle board the claimant picked up the board and walked to the
side of the residence out of view.
At 2:40 p.m.: The claimant then emerged from the side of the residence to the
pickup and retrieved an unknown item from the pickup then entered the
residence with a hammer out of view. At 4:06 p.m. Efforts were discontinued
due to lack of activity from the claimant.
Claimant's Mobility:
- Moved In A Fluid Manner
------------------------------------------------------------------------------
ENTRY DATE   :  07-20-2016 (10:00)  SUBJECT:  001 FILE NOTES
AUTHOR       :  BOUCEK,PATRICIA

SENT CLAIM FILE TO DIVERSIMED TO SCHEDULE IME TO REVIEW FOR FURTHER TREATMENT
AND RTW STATUS

*[handwritten: ? may be vendor who sets up insurance medical exams.]*
------------------------------------------------------------------------------
ENTRY DATE   :  07-20-2016 (15:25)  SUBJECT:  001 FILE NOTES
AUTHOR       :  BOUCEK,PATRICIA

Received voice mail from the insured and spoke with, 229-726-1788
insured stated that he has spoken with Premier Ortho in Thomasville, GA.
Provider is reviewing the verification stages and will contact GB to verify
insurance and should be able to schedule insured for follow up hopefully by
next week.
Also advised insured that he will be contacted by Diversimed to schedule an
IME in the next few days.
------------------------------------------------------------------------------
ENTRY DATE   :  07-21-2016 (13:44)  SUBJECT:  001 FILE NOTES
AUTHOR       :  BOUCEK,PATRICIA

EMAILED INSURED UPDATED SUPP CLAIM FORMS FOR NEW ORTHO APPT NEXT WEEK:
From: Patricia Tindall
Sent: Thursday, July 21, 2016 2:43 PM
To: 'gbrown1910@gmail.com'
Subject: udpated Occ/Acc claim forms
Importance: High
RE:                 SUPPLEMENTAL CLAIM FORM
DOL:            3/7/2016
CLAIM#:         2778-2084-NS-01
POLICY#:       TOCN01303533
Dear Mr. Brown:
We are in the process of updating our files.  Enclosed is a supplemental claim
form. Please complete the front side and have your treating physician complete
the backside and return to our office as soon as possible. Please also
complete the Temporary Total Disability Benefit Affidavit & have returned to
our office.
Please have the completed form back to our office within 10 days to avoid any
interruption in further disability benefits.
If you have any questions pertaining to this matter, please contact this

CONTINUED ON THE NEXT PAGE

DEFS 0365

CNQ21R01              GALLAGHER BASSETT SERVICES, INC.    21Feb2019 PAGE      25
                            PRINT CLAIM NOTES

CLAIM NUMBER :  002778-002084-NS-01 (OPEN  )
CLAIMANT NAME:  BROWN,GERMAIN
ACCIDENT DATE:  03-07-2016

office.  Thank you.
Thank you,
Tricia
----------------------------------------------------------------------------
ENTRY DATE    :  07-25-2016 (07:13) SUBJECT:  001 FILE NOTES
AUTHOR        :  SYSTEM GENERATED

Adjuster Task From Notebook : TINDALL, PATRICIA (030652)
Notebook Subject            : 007 SUPERVISION
Created by                   : 11-Jul-2016 DAWSON, HARRY (010716)
Completed by                 : 25-Jul-2016 TINDALL, PATRICIA (030652)
Reason:
Send Attonrey a lien letter if not done already.
Supervisory Diary Review/Adjuster Task/Sub: Subrogation:⊠
Coverage and dispatch verified.⊠
⊠
Reserved to process for 26 weeks TTD and ongoing medical costs⊠
to include injections and f/u visits. Expense set for PPO,⊠
potential IME and further investigation. Appear Adequate.⊠
⊠
Doubtful subro, MVA, IV swerved into other lane hitting OV.⊠
Insured was in sleeper.⊠
⊠
RM is processing claim for TTD and medical benefits under⊠
policy provisions. Appears insured may be pursuing other⊠
driver in claim as he has representation. Will advise RM to⊠
send lien letter if not already sent. RM also planning to set⊠
up IME if no RTW date specified in the next few weeks.⊠
⊠
Cannot estimate closure date due to potential subro.
Comments:
lien letter was faxed to attorney on 5/20/2016, however they responded with
only representing for liability property damage claim. at fault MVA with
student driving.

*[handwritten: IME if German does not return to work in next few weeks]*

----------------------------------------------------------------------------
ENTRY DATE    :  07-25-2016 (10:23) SUBJECT:  001 FILE NOTES
AUTHOR        :  BOUCEK,PATRICIA

RETURNED CALL TO SARAH WITH MONTLICK & ASSOCIATES RE LIABILITY CLAIM FILED,
404-529-6333 X 117
PER SWIFT, THEIR ADJUSTER HANDLING IS: VALERI DICERBO, 800-467-2793 X
907.7323.
LEFT V/M WITH CONTACT INFO.
----------------------------------------------------------------------------
ENTRY DATE    :  07-25-2016 (15:25) SUBJECT:  001 FILE NOTES
AUTHOR        :  BOUCEK,PATRICIA

Spoke with Beth with Premier Orthopedics, 229-435-1458. Went over Occ/Acc
policy and not WC. Also advised that in process of scheduling insured for an

CONTINUED ON THE NEXT PAGE

*[handwritten: told ortho provider same day that IME [looks like as trying to scare ortho away] is being scheduled.]*

DEFS 0366

```
CNQ21R01              GALLAGHER BASSETT SERVICES, INC.   21Feb2019 PAGE    26
                             PRINT CLAIM NOTES
```
*[handwritten:] is this true?*

```
   CLAIM NUMBER :  002778-002084-NS-01 (OPEN  )
   CLAIMANT NAME:  BROWN,GERMAIN
   ACCIDENT DATE:  03-07-2016

   IME to determine further treatment and RTW status.
   ---------------------------------------------------------------------------
   ENTRY DATE   :  07-28-2016 (13:55) SUBJECT:  001 FILE NOTES
   AUTHOR       :  BOUCEK,PATRICIA
```
*[handwritten:] Second ortho also scared away*

```
   RETURNED CALL TO INSURED, 229-726-1788. HE STATED THAT NEW ORTHOPEDIC OFFICE,
   PREMIER ORTHO, STATED THAT THE "INSURANCE WAS OK," BUT THE DOCTOR DID NOT WANT
   TO SEE THE INSURED AS THOUGHT HIS INJURIES WERE TOO SEVERE..." PER THE
   INSURED, ORTHO REFERRED HIM TO SOME OTHER PHYSICIANS IN THE AREA.
   INSURED CONFIRMED THAT DIVERSIMED DID CONTACT HIM REGARDING SCHEDULING OF IME.
```
*[handwritten:] of course not. Plan was to wait a few weeks to see if german returned to work.*

```
   ---------------------------------------------------------------------------
   ENTRY DATE   :  07-28-2016 (14:37) SUBJECT:  001 FILE NOTES
   AUTHOR       :  BOUCEK,PATRICIA

   D.F.I. - FAXED OCC/ACC COVERAGE TO NEW ORTHO.
   Category            :  Correspondence
   Date Attached       :  28-Jul-2016
   User ID             :  (030652)
   File Name           :  SWIFT COVERAGE TO PROVIDER.DOC
   Description         :  FAXED OCC/ACC COVERAGE TO TALLAHASSEE ORTHO OF SOUTHERN
   GEORGIA
   System Information:
        Category ID  :  27
        Document ID  :  82916474
        File Name    :  EX201607282E6005311E7A4E2A80256B8BE0F1359C.DOC
        File Location:  Attachments\2016\07\28\0029\
```
*[handwritten:] ACE Sent*
*[handwritten:] coverage to 3rd Ortho. what exactly was sent?*
*[handwritten:] Has this been produced?*

```
   ---------------------------------------------------------------------------
   ENTRY DATE   :  07-28-2016 (15:25) SUBJECT:  001 FILE NOTES
   AUTHOR       :  BOUCEK,PATRICIA
```
*[handwritten:] Third ortho doctor scared away*

```
   INSURED CALLED BACK AND STATED THAT NEW ORTHO OFFICE, TALLAHASSEE ORTHO OF
   SOUTHERN GA, IS UNWILLING TO SEE INSURED, EVEN THOUGH WILL TAKE INSURANCE, AS
   STATED NEEDED TO SEE A SPINAL ORTHO
   CALLED BETH, WITH PREMIER ORTHO AND SHE ADVISED THAT INSURED NEEDS TO SEE AN
   ACTUAL SPINE DOCTOR
   SPOKE WITH INSURED AND HE IS TRYING TO FIND ANOTHER ORTHO IN HIS AREA. IME IS
   MOST LIKELY GOING TO BE AT TALLAHASSEE ORTHO CLINIC, 850-877-8174, BUT
   DIVERSIMED WILL CONFIRM WITH INSURED TOMORROW ONCE APPT IS SET. INSURED WILL
   BE UNABLE TO SEE TOC AS HIS TREATING PHYSICIAN IF IME IS COMPLETED.
   INSURED STATED THAT HE HAS CONTACTED BOTH OF FOLLOWING LOCATIONS FOR
   SCHEDULING ORTHO SPINAL EVAL:
   SOUTHERN ACTIVE ORTHOPEDICS IN MULTREE, GA
   MSA IN ALBANY, GA- 229-435-0525
```
*[handwritten:] Does German have to give up Ortho if ACE uses TOC for Insurance Medical Examination?*
*[handwritten:] Is this the Forth Ortho?*

```
   ---------------------------------------------------------------------------
   ENTRY DATE   :  08-09-2016 (13:18) SUBJECT:  001 FILE NOTES
   AUTHOR       :  BOUCEK,PATRICIA

   RETURNED CALL TO INSURED, 229-726-1788 7& LEFT VOICEMAIL.
   INSURED HAS AN APPT THIS FRIDAY, 8/12/2016 @ 8:45 W/ MSA ORTHOPEDICS W/ DR.

   CONTINUED ON THE NEXT PAGE
```

DEFS 0367

CNQ21R01                   GALLAGHER BASSETT SERVICES, INC.   21Feb2019 PAGE      27
                               PRINT CLAIM NOTES

CLAIM NUMBER :   002778-002084-NS-01 (OPEN  )
CLAIMANT NAME:   BROWN,GERMAIN
ACCIDENT DATE:   03-07-2016

HENRY BONNER.
----------------------------------------------------------------------------
ENTRY DATE    :   08-10-2016 (11:51) SUBJECT:   019 PLAN OF ACTION
AUTHOR        :   BOUCEK,PATRICIA

Diary Review/POA:
DATE OF LEASE: SINCE 6/9/2015
DATE OF BIRTH: 6/17/1993
DATE OF INJURY: 3/7/2016 @ 4:00 PM
POLICY #: TOCN001303533
DESCRIPTION: I/V WAS TRAVELING EAST ON I-40. STUDENT WAS DRIVING & LOST
CONTROL DUE TO EQUIPMENT FAILURE. I/V SWERVED INTO WESTBOUND LAND & HIT O/V
HEAD ON. BOTH VEHICLES ENDED UP IN RAVINE ABOUT 200 FT OFF THE ROAD. DRIVER
AND PASSENGER OF O/V BOTH DIED AFTER MVA.

INJURY/INJURIES: Low back pain, m54.5; spinal instabilities, M53.2x6;
spondylosis & radiculopathy M47.26
COMPLICATIONS: spinal instability
CURRENT TREATMENT PLAN: patient placed on zanaflax, medrol dosepack & ultram.
Also placed in brace
CURRENT PROGNOSIS: fair/good
ESTIMATE RTW DATE: unknown
P/R: REC'D- INSURED WAS PASSENGER OF I/V AND I/V WAS AT FAULT, DUE TO DRIVER
INATTENTION.
SUBROGATION: UNLIKELY, AS AT FAULT MVA; HOWEVER INSURED WAS PASSENGER AT WHILE
STUDENT WAS DRIVING AND CITED FOR CARELESS DRIVING
OCC ACC IS PRIMARY
DISPATCH: loaded in Tucumcarl, NM  COVERAGE/PREMIUM: premiums paid
CURRENT RESERVES: TTD RESERVES ADEQUATE TO COVER 26 WEEKS AT POLICY MAX OF
$700; MEDICAL RESERVES TO COVER INITIAL E/R VISIT, FOLLOW UPS AND INJECTIONS;
EXPENSE RESERVES TO COVER IME AND INVESTIGATION [does not reduce indemnity]
*****************************************************************************
CURRENT PLAN OF ACTION: Processing medical and TTD benefits per policy. File
has been sent to Diversimed for IME and date is pending for evaluation. Need   Germain
to determine what further treatment, if any, is medically necessary, and what  switched
is RTW status is. Insured has also switched treating orthopedics. Insured has  treating Ortho
a follow up appt this week, 8/12/2016. Pending updated supp claim form.
Reserves adequate and possible subrogation on claim, however unlikely. Will
continue to  monitor.
ESTIMATED CLAIM CLOSURE DATE: claim will remain open for at least 90 days for
IME and results review
----------------------------------------------------------------------------
ENTRY DATE    :   08-12-2016 (15:17) SUBJECT:   001 FILE NOTES
AUTHOR        :   BOUCEK,PATRICIA

D.F.I. - IME SCHEDULING NOTICE
Category         : File Notes
Date Attached    : 12-Aug-2016
User ID          : (030652)

CONTINUED ON THE NEXT PAGE

DEFS 0368

```
CNQ21R01                GALLAGHER BASSETT SERVICES, INC.   21Feb2019 PAGE   28
                              PRINT CLAIM NOTES

CLAIM NUMBER :  002778-002084-NS-01 (OPEN  )
CLAIMANT NAME:  BROWN,GERMAIN
ACCIDENT DATE:  03-07-2016

File Name        : 514407CF-343A-4AE8-BE7E-1851E91CA1A9-20251-IF.TIF
Description      : IME SCHEDULED FOR 9-7-2016 @ 4:00 PM
System Information:
    Category ID  : 1
    Document ID  : 83570453
    File Name    : EX2016081209A784F65385425C82E28845D828250C.TIF
    File Location: Attachments\2016\08\12\0031\
-------------------------------------------------------------------------------
ENTRY DATE   :  08-15-2016 (08:48) SUBJECT:  002 MEDICAL
AUTHOR       :  BOUCEK,PATRICIA

Ortho provider called regarding authorization for an injection for insured
after his appt on Friday. Advised Occ/Acc and not WC and is based off of
medical necessity for his 3/7/2016 DOL. No pre auth is required under the
policy.
-------------------------------------------------------------------------------
ENTRY DATE   :  08-18-2016 (14:54) SUBJECT:  001 FILE NOTES
AUTHOR       :  SYSTEM GENERATED

REPETITIVE PAY SCHED. FOR 1 WKS. FOR TOTAL OF  3 PAYMENTS FOR    $700.00
PAYEE: GERMAIN BROWN
MAIL:  GERMAIN BROWN
FIRST PAYMENT DATE:  8/18/16
DISABILITY START DATE:  8/12/16
PAY CODE:      TEMPORARY TOTAL DISABILITY
MESSAGE: STANDARD
-------------------------------------------------------------------------------
ENTRY DATE   :  08-25-2016 (20:04) SUBJECT:  001 FILE NOTES
AUTHOR       :  SYSTEM GENERATED

REPETITIVE PAYMENT ALERT
THE FOLLOWING ALERT WAS SENT TO THE INBOX OF ADJUSTER 030652
Claim:        002778-002084-NS-01    Claimant:  BROWN, GERMAIN
Reason:       Payee Name      :      BROWN, GERMAIN
              Payment Date    :      25-Aug-2016
              Frequency       :      Every 01 week(s)
              Next Payment Date:     01-Sep-2016
              Amount          :      0000700.00
              Net PTD         :      00021259.34
Instructions:  WARNING - THIS IS THE NEXT TO LAST PAYMENT
-------------------------------------------------------------------------------
ENTRY DATE   :  09-01-2016 (07:09) SUBJECT:  001 FILE NOTES
AUTHOR       :  SYSTEM GENERATED

UPDT REPETITIVE PAY SCHED. FOR 1 WKS. FOR TOTAL OF  5 PAYMENTS FOR    $700.00
PAYEE: GERMAIN BROWN
MAIL:  GERMAIN BROWN
FIRST PAYMENT DATE:  8/18/16
DISABILITY START DATE:  8/12/16

CONTINUED ON THE NEXT PAGE
```

*Ortho provider told pre auth no pre auth* (handwritten margin note)

DEFS 0369

```
CNQ21R01                GALLAGHER BASSETT SERVICES, INC.   21Feb2019 PAGE     29
                               PRINT CLAIM NOTES


CLAIM NUMBER :  002778-002084-NS-01 (OPEN  )
CLAIMANT NAME:  BROWN,GERMAIN
ACCIDENT DATE:  03-07-2016


PAY CODE:     TEMPORARY TOTAL DISABILITY
MESSAGE: STANDARD
-----------------------------------------------------------------------------
ENTRY DATE   :  09-06-2016 (08:28) SUBJECT:  002 MEDICAL
AUTHOR       :  BOUCEK,PATRICIA


UPDATED PHYS SUPP FORM RECEIVED, FORM COMPLETED 9/2/2016:
DX: low back, lumbar spondylolisthesis
PROGNOSIS: good
CURRENT TREATMENT PLAN: no work until MRI results
DISABLED FROM: 3/7/2016 to unknown
-----------------------------------------------------------------------------
ENTRY DATE   :  09-08-2016 (07:36) SUBJECT:  001 FILE NOTES
AUTHOR       :  SYSTEM GENERATED


UPDT REPETITIVE PAY SCHED. FOR 1 WKS. FOR TOTAL OF  6 PAYMENTS FOR    $700.00
PAYEE: GERMAIN BROWN
MAIL:  GERMAIN BROWN
FIRST PAYMENT DATE:  8/18/16
DISABILITY START DATE:  8/12/16
PAY CODE:     TEMPORARY TOTAL DISABILITY
MESSAGE: STANDARD
-----------------------------------------------------------------------------
ENTRY DATE   :  09-09-2016 (13:00) SUBJECT:  001 FILE NOTES
AUTHOR       :  BOUCEK,PATRICIA
```

*Germain attended IME*

```
CONFIRMATION THAT INSURED ATTENDED IME APPT:
From: Maryann Poinsette [mailto:maryann.poinsette@diversimed.com]
Sent: Friday, September 09, 2016 2:11 PM
To: Patricia Tindall
Subject: RE: Germain Brown, additional medical for IME
Hi Tricia,
He did attend the IME appt on 09/07/16.
Thanks
Maryann Poinsette RN
DiversiMed, Inc
-----------------------------------------------------------------------------
ENTRY DATE   :  09-15-2016 (20:05) SUBJECT:  001 FILE NOTES
AUTHOR       :  SYSTEM GENERATED


REPETITIVE PAYMENT ALERT
THE FOLLOWING ALERT WAS SENT TO THE INBOX OF ADJUSTER 030652
Claim:        002778-002084-NS-01    Claimant:  BROWN, GERMAIN
Reason:       Payee Name        :    BROWN, GERMAIN
              Payment Date      :    15-Sep-2016
              Frequency         :    Every 01 week(s)
              Next Payment Date:     22-Sep-2016
              Amount            :    0000700.00
              Net PTD           :    00023359.34


CONTINUED ON THE NEXT PAGE
```

DEFS 0370

```
CNQ21R01                GALLAGHER BASSETT SERVICES, INC.   21Feb2019 PAGE      30
                             PRINT CLAIM NOTES

CLAIM NUMBER :   002778-002084-NS-01 (OPEN   )
CLAIMANT NAME:   BROWN,GERMAIN
ACCIDENT DATE:   03-07-2016

Instructions:  WARNING - THIS IS THE NEXT TO LAST PAYMENT
------------------------------------------------------------------------------
ENTRY DATE   :   09-21-2016 (07:30) SUBJECT:  001 FILE NOTES
AUTHOR       :   BOUCEK,PATRICIA

Insured called in and wanted to know the status of his claim.
Explained to the insured that currently pending the receipt of the IME report.
Insured then stated that he has a copy of the IME report.
Insured stated that he asked Tallahassee Ortho/Dr. Matthew Lee for a copy of
the IME report, and it was given to the insured yesterday, 9/20/2016.
Insured stated that he would fax a copy of what he received to G/B for review.
Also called Diversimed to request why this was completed, as the IME report
was not supposed to be given to the insured.
------------------------------------------------------------------------------
ENTRY DATE   :   09-22-2016 (07:07) SUBJECT:  019 PLAN OF ACTION
AUTHOR       :   BOUCEK,PATRICIA

Diary Review/POA:
DATE OF LEASE: SINCE 6/9/2015
DATE OF BIRTH: 6/17/1993
DATE OF INJURY: 3/7/2016 @ 4:00 PM
POLICY #: TOCN001303533; PRIMARY POLICY
DESCRIPTION: I/V WAS TRAVELING EAST ON I-40. STUDENT WAS DRIVING & LOST
CONTROL DUE TO EQUIPMENT FAILURE. I/V SWERVED INTO WESTBOUND LAND & HIT O/V
HEAD ON. BOTH VEHICLES ENDED UP IN RAVINE ABOUT 200 FT OFF THE ROAD. DRIVER
AND PASSENGER OF O/V BOTH DIED AFTER MVA.
_____
INJURY/INJURIES: low back, lumbar spondylolisthesis
CURRENT TREATMENT PLAN: no work until MRI results
CURRENT PROGNOSIS: good
ESTIMATE RTW DATE: 3/7/2016 to unknown
P/R: REC'D- INSURED WAS PASSENGER OF I/V AND I/V WAS AT FAULT, DUE TO DRIVER
INATTENTION.
SUBROGATION: UNLIKELY, AS AT FAULT MVA; HOWEVER INSURED WAS PASSENGER AT WHILE
STUDENT WAS DRIVING AND CITED FOR CARELESS DRIVING
DISPATCH: loaded in Tucumcarl, NM  COVERAGE/PREMIUM: premiums paid
CURRENT RESERVES: TTD RESERVES ADEQUATE TO COVER 26 WEEKS AT POLICY MAX OF
$700; MEDICAL RESERVES TO COVER INITIAL E/R VISIT, FOLLOW UPS AND INJECTIONS;
EXPENSE RESERVES TO COVER IME AND INVESTIGATION
******************************************************************
CURRENT PLAN OF ACTION: Processing medical and TTD benefits per policy.
Insured attended IME on 9/7/2016. Results are pending. Reserves adequate and
possible subrogation on claim, however unlikely. Will continue to  monitor.
ESTIMATED CLAIM CLOSURE DATE: claim will remain open for at least 90 days for
IME results review
------------------------------------------------------------------------------
ENTRY DATE   :   09-22-2016 (20:04) SUBJECT:  001 FILE NOTES
AUTHOR       :   SYSTEM GENERATED


CONTINUED ON THE NEXT PAGE
```

*[Handwritten margin notes:]* Did ACE tell Germain that disability check was "NEXT TO LAST"? ACE pre-authorized disability income payments, but refuses to pre-authorize much more expensive covered medical procedure.

*[Handwritten note:]* Sub-Standard. No reason to not give IME report to Germain. Why was it secret? IME always given to insured.

DEFS 0371

```
CNQ21R01              GALLAGHER BASSETT SERVICES, INC.   21Feb2019 PAGE    31
                            PRINT CLAIM NOTES


CLAIM NUMBER :  002778-002084-NS-01 (OPEN  )
CLAIMANT NAME:  BROWN,GERMAIN
ACCIDENT DATE:  03-07-2016


REPETITIVE PAYMENT ALERT
THE FOLLOWING ALERT WAS SENT TO THE INBOX OF ADJUSTER 030652
Claim:         002778-002084-NS-01     Claimant:  BROWN, GERMAIN
Reason:        Payee Name      :       BROWN, GERMAIN
               Payment Date    :       22-Sep-2016
               Frequency       :       Every 01 week(s)
               Next Payment Date:      29-Sep-2016
               Amount          :       0000700.00
               Net PTD         :       00024059.34
Instructions:  WARNING - THIS IS THE FINAL PAYMENT
-----------------------------------------------------------------------------
ENTRY DATE   :  09-28-2016 (14:06) SUBJECT:  001 FILE NOTES
AUTHOR       :  BOUCEK,PATRICIA


D.F.I. - IME REPORT- EVAL OF 9-7-2016
Category          :  Correspondence
Date Attached     :  28-Sep-2016
User ID           :  (030652)
File Name         :  IME REPORT.PDF
Description       :  DX: LUMBAR STRAIN; REQUESTING RX FOR 6 WEEKS PHYSICAL
THERAPY TO PROVIDER AND THEN INSURED SHOULD BE ABLE TO RTW. TREATMENT TO DATE
HAS BEEN MEDICALLY NECESSARY, BUT DOES HAVE SOME PRE-EX CONDITIONS RELATING TO
LUMBAR AS WELL.
System Information:
    Category ID  : 27
    Document ID  : 85185662
    File Name    : EX20160928C61AE228633C4445BA71D64163CF2D5E.PDF
    File Location: Attachments\2016\09\28\0028\
-----------------------------------------------------------------------------
ENTRY DATE   :  09-28-2016 (14:06) SUBJECT:  001 FILE NOTES
AUTHOR       :  BOUCEK,PATRICIA


D.F.I. - FAXED IME RESULTS TO PROVIDER
Category          :  Correspondence
Date Attached     :  28-Sep-2016
User ID           :  (030652)
File Name         :  ACE CMCFAX--IME RESULTS.DOC
Description       :  FAXED IME RESULTS TO PROVIDER, REQUESTING RX FOR 6 WEEKS
PHYSICAL THERAPY
System Information:
    Category ID  : 27
    Document ID  : 85185663
    File Name    : EX20160928CDDF26D80E3243C0849A1B6B5B156B3C.DOC
    File Location: Attachments\2016\09\28\0028\
-----------------------------------------------------------------------------
ENTRY DATE   :  09-28-2016 (14:16) SUBJECT:  005 RESERVING
AUTHOR       :  BOUCEK,PATRICIA


INCREASING RESERVES:


CONTINUED ON THE NEXT PAGE
```

*[Handwritten annotations: "Hard close" (bracketed, near Net PTD line); "IME report. Needs 6 weeks PT & then German should be able to return to work. Has 'some pre-ex condition'" (near IME report description); "reserves ↑" (near INCREASING RESERVES)]*

CNQ21R01                    GALLAGHER BASSETT SERVICES, INC.   21Feb2019 PAGE    32
                                 PRINT CLAIM NOTES

CLAIM NUMBER :   002778-002084-NS-01 (OPEN   )
CLAIMANT NAME:   BROWN,GERMAIN
ACCIDENT DATE:   03-07-2016

ADDING 6 WEEKS TTD BENEFITS TO COVER ADDITIONAL OFF WORK, PER IME REPORT.
ADDING MEDICAL RESERVES TO COVER INJECTIONS AND 6 WEEKS PHYSICAL THERAPY
--------------------------------------------------------------------------------
ENTRY DATE    :  09-28-2016 (14:18) SUBJECT:   001 FILE NOTES
AUTHOR        :  SYSTEM GENERATED

REPETITIVE PAY SCHED. FOR 1 WKS. FOR TOTAL OF  5 PAYMENTS FOR    $700.00
PAYEE: GERMAIN BROWN
MAIL:  GERMAIN BROWN
FIRST PAYMENT DATE:  9/29/16
DISABILITY START DATE:  9/23/16
PAY CODE:      TEMPORARY TOTAL DISABILITY
MESSAGE: STANDARD
--------------------------------------------------------------------------------
ENTRY DATE    :  09-29-2016 (13:06) SUBJECT:   001 FILE NOTES
AUTHOR        :  BOUCEK,PATRICIA

Provider contact: Musculoskeletal Assoc/NW Plaza, 229-317-0742
called Laura re billing statements. All bills received via fax have been paid,
however need medical office notes for dos: 8/12/2016 & 9/20/2016
Left v/m for records.
--------------------------------------------------------------------------------
ENTRY DATE    :  10-03-2016 (08:37) SUBJECT:   007 SUPERVISION
AUTHOR        :  DAWSON,HARRY

Supervisory Diary Review:
Reserved to process for 32 weeks TTD and ongoing medical costs
to include injections and further PT. Expense set for PPO, IME
and further investigation.
Doubtful subro, MVA, IV swerved into other lane hitting OV.
Insured was in sleeper.
RM is processing claim for TTD and medical benefits under
policy provisions. IME physician recommended additional six
weeks of PT and advised insured should be able to RTW at
conclusion. RM has faxed IME to treating physician and is
requesting RX for PT. Once PT completed will re evaluate if
insured and treating physician state he is still unable to
RTW.
Cannot estimate closure date due to potential subro.
--------------------------------------------------------------------------------
ENTRY DATE    :  10-17-2016 (15:04) SUBJECT:   001 FILE NOTES
AUTHOR        :  BOUCEK,PATRICIA

Insured contact:
spoke with insured re status of claim. Explained that per IME results, an
additional 6 weeks therapy was needed and his IME results were faxed to his
treating physician.
Explained to the insured that he would need to follow up with his physician
and a RX for the therapy needs to be submitted to G/B for scheduling.

CONTINUED ON THE NEXT PAGE

DEFS 0373

```
CNQ21R01              GALLAGHER BASSETT SERVICES, INC.   21Feb2019 PAGE    33
                            PRINT CLAIM NOTES

CLAIM NUMBER :  002778-002084-NS-01 (OPEN  )
CLAIMANT NAME:  BROWN,GERMAIN
ACCIDENT DATE:  03-07-2016

Insured stated that he thought that he has a follow up injection and then
possibly surgery. Again, explained that per the IME results, physical therapy
is needed at this time and his IME was submitted to his treating physician, so
he will need to contact his treating physician regarding further treatment,
etc.
-----------------------------------------------------------------------------
ENTRY DATE    :  10-20-2016 (20:04) SUBJECT:   001 FILE NOTES
AUTHOR        :  SYSTEM GENERATED

REPETITIVE PAYMENT ALERT
THE FOLLOWING ALERT WAS SENT TO THE INBOX OF ADJUSTER 030652
Claim:        002778-002084-NS-01    Claimant:  BROWN, GERMAIN
Reason:       Payee Name       :     BROWN, GERMAIN
              Payment Date     :     20-Oct-2016
              Frequency        :     Every 01 week(s)
              Next Payment Date:     27-Oct-2016
              Amount           :     0000700.00
              Net PTD          :     00031694.06
Instructions:  WARNING - THIS IS THE NEXT TO LAST PAYMENT
-----------------------------------------------------------------------------
ENTRY DATE    :  10-21-2016 (14:55) SUBJECT:   002 MEDICAL
AUTHOR        :  BOUCEK,PATRICIA

D.F.I. - CORRECTED IME REPORT
Category          : Medical
Date Attached     : 21-Oct-2016
User ID           : (030652)
File Name         : 517A1069-6E4A-4D90-AC86-E61A0F2A246D-2745-IF.TIF
Description       : CORRECTED IME REPORT RECEIVED; INSURED NEEDS 6 WEEKS
PHYSICAL THERAPY AND SHOULD BE ABLE TO RTW
System Information:
    Category ID  : 4
    Document ID  : 86136670
    File Name    : EX20161021CA2B0E930BDB4855B0A28FD51D5C1D4D.TIF
    File Location: Attachments\2016\10\21\0030\
-----------------------------------------------------------------------------
ENTRY DATE    :  10-24-2016 (13:43) SUBJECT:   001 FILE NOTES
AUTHOR        :  BOUCEK,PATRICIA

Provider Contact: Musculoskeletal Assoc; 229-317-0615
Called provider as insured continues to state that provider has not received
the IME results that have been faxed 3 times w/ IME results and request for PT
RX is provider agrees.
Provider stated that Dr. Barnard has received the IME results and has
commented on it, but his nurse, Candace Milton will be contacting G/B
regarding the IME.
-----------------------------------------------------------------------------
ENTRY DATE    :  10-27-2016 (20:04) SUBJECT:   001 FILE NOTES
AUTHOR        :  SYSTEM GENERATED


CONTINUED ON THE NEXT PAGE
```

*[Handwritten margin notes:]* Germain thought he would get injection & then surgery. ACE told him to contact treating physician.

On 10-17-16, Germain believes he will get surgery & on 10-21-17, ACE thinks he will return to work. why is there a miss-connect?

Provider will contact ACE re IME [why?] [Is ACE micro-managing treatment?]

```
CNQ21R01              GALLAGHER BASSETT SERVICES, INC.   21Feb2019 PAGE    34
                           PRINT CLAIM NOTES


CLAIM NUMBER :  002778-002084-NS-01 (OPEN  )
CLAIMANT NAME:  BROWN,GERMAIN
ACCIDENT DATE:  03-07-2016

REPETITIVE PAYMENT ALERT
THE FOLLOWING ALERT WAS SENT TO THE INBOX OF ADJUSTER 030652
Claim:         002778-002084-NS-01      Claimant:  BROWN, GERMAIN
Reason:        Payee Name      :        BROWN, GERMAIN
               Payment Date    :        27-Oct-2016
               Frequency       :        Every 01 week(s)
               Next Payment Date:       03-Nov-2016
               Amount          :        0000700.00
               Net PTD         :        00036012.81
Instructions:  WARNING - THIS IS THE FINAL PAYMENT
```

*Second "FINAL PAYMENT"* (handwritten annotation)

```
ENTRY DATE    :  11-03-2016  (14:29) SUBJECT:  001 FILE NOTES
AUTHOR        :  BOUCEK,PATRICIA


D.F.I. - FAXED IME RESULTS TO MUSCO ASSOC-3RD FAX
Category          : Correspondence
Date Attached     : 03-Nov-2016
User ID           :  (030652)
File Name         : ACE CMCFAX--IME RESULTS.DOC
Description       : FAXED IME RESULTS TO PROVIDER REQUESTING REVIEW AND COMMENT
FOR IME RESULTS AS WELL AS PHYSICAL THERAPY RX.
System Information:
    Category ID  : 27
    Document ID  : 87050411
    File Name    : EX20161103B644C5AEEC1D4210B1C60D0D3C871FED.DOC
    File Location: Attachments\2016\11\03\0029\
```

```
ENTRY DATE    :  11-03-2016  (14:36) SUBJECT:  019 PLAN OF ACTION
AUTHOR        :  BOUCEK,PATRICIA

Diary Review/POA:
DATE OF LEASE: SINCE 6/9/2015
DATE OF BIRTH: 6/17/1993
DATE OF INJURY: 3/7/2016 @ 4:00 PM
POLICY #: TOCN001303533; PRIMARY POLICY
DESCRIPTION: I/V WAS TRAVELING EAST ON I-40. STUDENT WAS DRIVING & LOST
CONTROL DUE TO EQUIPMENT FAILURE. I/V SWERVED INTO WESTBOUND LAND & HIT O/V
HEAD ON. BOTH VEHICLES ENDED UP IN RAVINE ABOUT 200 FT OFF THE ROAD. DRIVER
AND PASSENGER OF O/V BOTH DIED AFTER MVA.

INJURY/INJURIES: per 9/7/2016 IME: lumbar strain
CURRENT TREATMENT PLAN: per IME, 6 weeks physical therapy
CURRENT PROGNOSIS: good
ESTIMATE RTW DATE: after 6 weeks of physical therapy after IME
P/R: REC'D- INSURED WAS PASSENGER OF I/V AND I/V WAS AT FAULT, DUE TO DRIVER
INATTENTION.
SUBROGATION: UNLIKELY, AS AT FAULT MVA; HOWEVER INSURED WAS PASSENGER AT WHILE
STUDENT WAS DRIVING AND CITED FOR CARELESS DRIVING
DISPATCH: loaded in Tucumcarl, NM  COVERAGE/PREMIUM: premiums paid

CONTINUED ON THE NEXT PAGE
```

DEFS 0375

```
CNQ21R01              GALLAGHER BASSETT SERVICES, INC.   21Feb2019 PAGE      35
                           PRINT CLAIM NOTES
```

CLAIM NUMBER  :  002778-002084-NS-01 (OPEN  )
CLAIMANT NAME:  BROWN,GERMAIN
ACCIDENT DATE:  03-07-2016

CURRENT RESERVES: TTD RESERVES ADEQUATE TO COVER 32 WEEKS AT POLICY MAX OF
$700; MEDICAL RESERVES TO COVER INITIAL E/R VISIT, FOLLOW UPS AND INJECTIONS;
EXPENSE RESERVES TO COVER IME AND INVESTIGATION
*************************************************************************
CURRENT PLAN OF ACTION: Processing medical and TTD benefits per policy for
insured's lumbar strain, however also has some pre-ex conditions related to
lumbar. IME of 9/7/2016 stated that insured needed 6 weeks physical therapy
post IME and request for RX was sent to ortho office, 3 times. Per insured,
Ortho has not referred him for PT and G/B has been unable to get in contact
with the ortho to date regarding IME review/comment and PT RX. Reserves
adequate and possible subrogation on claim, however unlikely. Reviewing with
supervisor as have been unable to obtain PT RX. Will continue to  monitor.
ESTIMATED CLAIM CLOSURE DATE: claim will remain open for at least 90 days for
PT completion
------------------------------------------------------------------------------
ENTRY DATE    :  11-07-2016 (09:24) SUBJECT:  001 FILE NOTES
AUTHOR        :  BOUCEK,PATRICIA

Provider Contact: Musculoskeletal Assoc; 229-317-0615 re IME results, etc
spoke with office assistant and explained that G/B has faxed the IME results
multiple times to their office as well as called requesting a response and PT
RX if the DR agreed with IME recommendations.
Explained that G/B has been told to expect a follow up call from Dr. Barnard's
nurse/Candace Milton, however G/B has yet to received and the insured has been
calling G/B requesting status as well.
The office assistance reviewed the file for insured, and saw where the ortho
office had received the IME results. There was a note for Candace (nurse) to
contact G/B and stated that the insured care needed to be "transferred to Dr.
Lee or someone who believes his injury as he will not have his treatment
directed to him..."
After the above statement, the office asst, stated that she would not read the
file notes further but would have the nurse contact G/B.
I thanked her and explained that after the IME was completed, the results were
faxed and requested at the bottom whether or not the DR agreed with the IME
results and requested review and comment.
------------------------------------------------------------------------------
ENTRY DATE    :  11-08-2016 (13:54) SUBJECT:  001 FILE NOTES
AUTHOR        :  BOUCEK,PATRICIA

Insured contact: 229-726-1788
explained to insured that TTD check will be issued as was not issued last week
in error.
Insured also stated that he had spoken with MSA (his ortho) and they confirmed
receipt of his IME results and would be reviewing and contacting him to
schedule a follow up appt/therapy.
Explained that G/B will need to know once his appt has been scheduled as we do
have to confirm updated treatment and work status and will need updated claim
forms to be completed.
------------------------------------------------------------------------------
ENTRY DATE    :  11-10-2016 (12:55) SUBJECT:  005 RESERVING
AUTHOR        :  BOUCEK,PATRICIA

CONTINUED ON THE NEXT PAGE

*[handwritten marginalia: "[what does this mean ?"]*

*[handwritten marginalia: "[why does ACE need to know" when German's appointment is scheduled? Sounds like ACE is micro-managing treatment"]*

DEFS 0376

```
CNQ21R01              GALLAGHER BASSETT SERVICES, INC.   21Feb2019 PAGE    36
                              PRINT CLAIM NOTES


CLAIM NUMBER :   002778-002084-NS-01 (OPEN  )
CLAIMANT NAME:   BROWN,GERMAIN
ACCIDENT DATE:   03-07-2016


Increasing TTD reserves for additional 15 weeks TTD at $700/week
increasing expense reserves for further review of claim
---------------------------------------------------------------------------
ENTRY DATE   :  11-11-2016 (08:16) SUBJECT:  001 FILE NOTES
AUTHOR       :  BOUCEK,PATRICIA

Provider Contact: Laura w/ Musculoskeletal Associates; 229-317-5576
Requested office notes to be faxed for DOS: 8/12/16 & 9/20/16.
Also left a v/m for Candace w/ Dr. Barnard regarding IME results and needed
comments regarding IME results whether DR agreed that insured needed further
additional treatment or not.
---------------------------------------------------------------------------
ENTRY DATE   :  11-17-2016 (09:28) SUBJECT:  001 FILE NOTES
AUTHOR       :  SYSTEM GENERATED

REPETITIVE PAY SCHED. FOR 1 WKS. FOR TOTAL OF  4 PAYMENTS FOR     $700.00
PAYEE: GERMAIN BROWN
MAIL:  GERMAIN BROWN
FIRST PAYMENT DATE: 11/17/16
DISABILITY START DATE: 11/11/16
PAY CODE:    TEMPORARY TOTAL DISABILITY
MESSAGE: STANDARD
---------------------------------------------------------------------------
ENTRY DATE   :  11-22-2016 (09:01) SUBJECT:  023 INDEX BUREAU
AUTHOR       :  SYSTEM GENERATED

Index Bureau Match Claim 002778-002084-NS-01
Case File #        Search ID   Accid Date  Reason For Match
PHX0121795         3W004234156 2016-03-07  MULTIPLE REASON FOUND
Please refer to Claim View in R.F.com and View
the Index Bureau link under the claim information.
---------------------------------------------------------------------------
ENTRY DATE   :  12-01-2016 (20:04) SUBJECT:  001 FILE NOTES
AUTHOR       :  SYSTEM GENERATED

REPETITIVE PAYMENT ALERT
THE FOLLOWING ALERT WAS SENT TO THE INBOX OF ADJUSTER 030652
Claim:        002778-002084-NS-01   Claimant: BROWN, GERMAIN
Reason:       Payee Name       :    BROWN, GERMAIN
              Payment Date     :    01-Dec-2016
              Frequency        :    Every 01 week(s)
              Next Payment Date:    08-Dec-2016
              Amount           :    0000700.00
              Net PTD          :    00039887.92
Instructions: WARNING - THIS IS THE NEXT TO LAST PAYMENT
---------------------------------------------------------------------------
ENTRY DATE   :  12-07-2016 (15:10) SUBJECT:  001 FILE NOTES
AUTHOR       :  BOUCEK,PATRICIA


CONTINUED ON THE NEXT PAGE
```

[handwritten annotations: "why does ACE need comments from treating provider re IME? More micro-management. Looks like ACE wants treating physician to agree with insurance medical exam"]

[handwritten annotation: "Another "WARING" about DI payments ending"]

DEFS 0377

CNQ21R01                    GALLAGHER BASSETT SERVICES, INC.    21Feb2019 PAGE    37
                                        PRINT CLAIM NOTES

CLAIM NUMBER  :  002778-002084-NS-01 (OPEN  )
CLAIMANT NAME:  BROWN,GERMAIN
ACCIDENT DATE:  03-07-2016

Provider contact: pamela w/ musc assoc. 229-435-3106
Provider will fax PT RX to G/B for scheduling through align networks.

?

---------------------------------------------------------------------------
ENTRY DATE    :  12-08-2016 (10:04) SUBJECT:  001 FILE NOTES
AUTHOR        :  BOUCEK,PATRICIA

Sent PT referral to Align networks.
---------------------------------------------------------------------------
ENTRY DATE    :  12-08-2016 (20:04) SUBJECT:  001 FILE NOTES
AUTHOR        :  SYSTEM GENERATED

REPETITIVE PAYMENT ALERT
THE FOLLOWING ALERT WAS SENT TO THE INBOX OF ADJUSTER 030652
Claim:          002778-002084-NS-01    Claimant:  BROWN, GERMAIN
Reason:         Payee Name        :    BROWN, GERMAIN
                Payment Date      :    08-Dec-2016
                Frequency         :    Every 01 week(s)
                Next Payment Date:     15-Dec-2016
                Amount            :    0000700.00
                Net PTD           :    00040587.92
Instructions:   WARNING - THIS IS THE FINAL PAYMENT

third "FINAL PAYMENT"

---------------------------------------------------------------------------
ENTRY DATE    :  12-14-2016 (13:16) SUBJECT:  001 FILE NOTES
AUTHOR        :  BOUCEK,PATRICIA

[Why does ACE micro-manage PT Scheduling?]

Insured contact: 229-726-1788. Left v/m for call back re PT scheduling
---------------------------------------------------------------------------
ENTRY DATE    :  12-14-2016 (13:49) SUBJECT:  001 FILE NOTES
AUTHOR        :  BOUCEK,PATRICIA

Insured contact: 229-726-1788
Insured stated that his PT appt is on 12/20/2016 @ 11:30 am, Align networks
has a different date of 12/27/2016. Will follow up with Align to verify and
try to schedule earlier if need be.
---------------------------------------------------------------------------
ENTRY DATE    :  12-16-2016 (14:12) SUBJECT:  019 PLAN OF ACTION
AUTHOR        :  BOUCEK,PATRICIA

Diary Review/POA:
DATE OF LEASE: SINCE 6/9/2015
DATE OF BIRTH: 6/17/1993
DATE OF INJURY: 3/7/2016 @ 4:00 PM
POLICY #: TOCN001303533; PRIMARY POLICY
DESCRIPTION: I/V WAS TRAVELING EAST ON I-40. STUDENT WAS DRIVING & LOST
CONTROL DUE TO EQUIPMENT FAILURE. I/V SWERVED INTO WESTBOUND LAND & HIT O/V
HEAD ON. BOTH VEHICLES ENDED UP IN RAVINE ABOUT 200 FT OFF THE ROAD. DRIVER
AND PASSENGER OF O/V BOTH DIED AFTER MVA.

INJURY/INJURIES: per 9/7/2016 IME: lumbar strain

CONTINUED ON THE NEXT PAGE

DEFS 0378

CNQ21R01                    GALLAGHER BASSETT SERVICES, INC.   21Feb2019 PAGE     38
                                      PRINT CLAIM NOTES

CLAIM NUMBER :  002778-002084-NS-01 (OPEN  )
CLAIMANT NAME: BROWN,GERMAIN
ACCIDENT DATE:  03-07-2016

CURRENT TREATMENT PLAN: per IME, 6 weeks physical therapy
CURRENT PROGNOSIS: good
ESTIMATE RTW DATE: after 6 weeks of physical therapy after IME
P/R: REC'D- INSURED WAS PASSENGER OF I/V AND I/V WAS AT FAULT, DUE TO DRIVER
INATTENTION.
SUBROGATION: UNLIKELY, AS AT FAULT MVA; HOWEVER INSURED WAS PASSENGER AT WHILE
STUDENT WAS DRIVING AND CITED FOR CARELESS DRIVING
DISPATCH: loaded in Tucumcarl, NM  COVERAGE/PREMIUM: premiums paid
CURRENT RESERVES: TTD RESERVES ADEQUATE TO COVER 47 WEEKS AT POLICY MAX OF
$700; MEDICAL RESERVES TO COVER INITIAL E/R VISIT, DIAGNOSTIC EXAMS, PHYSICAL
THERAPY AND INJECTIONS; EXPENSE RESERVES TO COVER IME AND INVESTIGATION
*************************************************************************
CURRENT PLAN OF ACTION: Processing medical and TTD benefits per policy for
insured's lumbar strain. IME of 9/7/2016 stated that insured needed 6 weeks
physical therapy. RX has now been received from ortho office, and has been
sent to Align Networks for scheduling. Reserves adequate and possible
subrogation on claim, however unlikely. Will continue to  monitor.
ESTIMATED CLAIM CLOSURE DATE: claim will remain open for at least 90 days for
PT completion
-------------------------------------------------------------------------------
ENTRY DATE    :  12-27-2016 (08:00) SUBJECT:   001 FILE NOTES
AUTHOR        :  BOUCEK,PATRICIA

Received a voice mail from the insured that he attended his PT eval appt and
his 1st PT visit is scheduled for today, 12/27/16 at 11am
-------------------------------------------------------------------------------
ENTRY DATE    :  12-28-2016 (16:58) SUBJECT:   007 SUPERVISION
AUTHOR        :  DAWSON,HARRY

Supervisory Diary Review:
Reserved to process for 47 weeks TTD and ongoing medical costs
to include injections and further PT. Expense set for PPO, IME
and further investigation.
Doubtful subro, MVA, IV swerved into other lane hitting OV.
Insured was in sleeper.
RM is processing claim for TTD and medical benefits under
policy provisions. IME physician recommended additional six
weeks of PT and advised insured should be able to RTW at
conclusion. RM has now scheduled additional PT via Align
Networks now that RX ahs been received from Ortho, should
inquire with treatomg physician in regards to potential RTW at
conclusion of PT or possibly schedule 2nd IME to address.
Cannot estimate closure date due to potential subro.
-------------------------------------------------------------------------------
ENTRY DATE    :  01-20-2017 (12:06) SUBJECT:   001 FILE NOTES
AUTHOR        :  BOUCEK,PATRICIA

Insured contact: explained to insured that 1//12/2017 TTD check was issued,
however, 1/19/2017 check was not issued as have not received off work

CONTINUED ON THE NEXT PAGE

DEFS 0379

CNQ21R01                  GALLAGHER BASSETT SERVICES, INC.    21Feb2019 PAGE    39
                              PRINT CLAIM NOTES

CLAIM NUMBER :   002778-002084-NS-01 (OPEN  )
CLAIMANT NAME:   BROWN,GERMAIN
ACCIDENT DATE:   03-07-2016

information.
Insured is supposed to be in physical therapy, however, only 6 weeks was
needed per IME results from 9/7/2016. While the IME report took a while to
receive and the PT get scheduled, the insured needs to have the updated claim
forms completed and schedule a follow up appt with the orthopedic. Will email
updated claim forms again to insured.
------------------------------------------------------------------------
ENTRY DATE    :   01-20-2017 (12:09) SUBJECT:   001 FILE NOTES
AUTHOR        :   BOUCEK,PATRICIA

Emailed insured updated supp forms for completion:
From: Patricia Tindall
Sent: Friday, January 20, 2017 1:09 PM
To: 'gbrown1910@gmail.com'
Subject: OccAcc updated claim forms
Importance: High
RE:                 SUPPLEMENTAL CLAIM FORM
DOL:                3/7/2016
CLAIM#:             2778-2084-NS-01
POLICY#:            TOCN01303533
Dear Mr. Brown:
We are in the process of updating our files.  Enclosed is a supplemental claim
form. Please complete the front side and have your treating physician complete
the backside and return to our office as soon as possible. Please also
complete the Temporary Total Disability Benefit Affidavit & have returned to
our office.
Please have the completed form back to our office within 10 days to avoid any
interruption in further disability benefits.
If you have any questions pertaining to this matter, please contact this
office
Thank you,
Tricia
------------------------------------------------------------------------
ENTRY DATE    :   01-20-2017 (12:15) SUBJECT:   001 FILE NOTES
AUTHOR        :   BOUCEK,PATRICIA

Provider Contact: MSA Orthopedic; 229-435-0525
Explained to provider that insured's OccAcc policy does not require pre auth
but insured does need a follow up appt after his IME and post physical
therapy. Provider, Dr. Barnard, had seen insured last and stated PRN for
visits, so provider wanted to verify coverage prior to scheduling insured.
------------------------------------------------------------------------
ENTRY DATE    :   01-25-2017 (13:24) SUBJECT:   002 MEDICAL
AUTHOR        :   BOUCEK,PATRICIA

Received updated supp claim forms & TTD affidavit for January 2017
dx: bilateral left pain, greatest in the left
prognosis: good
current treatment plan: surgery if approved; per supp form: would benefit from

CONTINUED ON THE NEXT PAGE

DEFS 0380

CNQ21R01                    GALLAGHER BASSETT SERVICES, INC.   21Feb2019 PAGE    40
                                  PRINT CLAIM NOTES

CLAIM NUMBER :  002778-002084-NS-01 (OPEN  )
CLAIMANT NAME:  BROWN,GERMAIN
ACCIDENT DATE:  03-07-2016

LS decompression posterior & interbody with ___
Expected RTW date: 4-6 weeks post surgery
---------------------------------------------------------------------------------
ENTRY DATE    :  01-30-2017 (06:57) SUBJECT:   019 PLAN OF ACTION
AUTHOR        :  BOUCEK,PATRICIA

Diary Review/POA:
DATE OF LEASE: SINCE 6/9/2015
DATE OF BIRTH: 6/17/1993
DATE OF INJURY: 3/7/2016 @ 4:00 PM
POLICY #: TOCN001303533; PRIMARY POLICY
DESCRIPTION: I/V WAS TRAVELING EAST ON I-40. STUDENT WAS DRIVING & LOST
CONTROL DUE TO EQUIPMENT FAILURE. I/V SWERVED INTO WESTBOUND LAND & HIT O/V
HEAD ON. BOTH VEHICLES ENDED UP IN RAVINE ABOUT 200 FT OFF THE ROAD. DRIVER
AND PASSENGER OF O/V BOTH DIED AFTER MVA.

CURRENT DIAGNOSIS: bilateral left pain, greatest in the left
CURRENT TREATMENT PLAN: surgery if approved; per supp form: would benefit from
LS decompression posterior & interbody with ___
CURRENT PROGNOSIS: good
ESTIMATE RTW DATE: 4-6 weeks post surgery
P/R: REC'D- INSURED WAS PASSENGER OF I/V AND I/V WAS AT FAULT, DUE TO DRIVER
INATTENTION. BOTH PARTIES OF O/V DIED POST MVA.
SUBROGATION: UNLIKELY, AS AT FAULT MVA; HOWEVER INSURED WAS PASSENGER AT WHILE
STUDENT WAS DRIVING AND CITED FOR CARELESS DRIVING
DISPATCH: loaded in Tucumcarl, NM  COVERAGE/PREMIUM: premiums paid
CURRENT RESERVES: TTD RESERVES ADEQUATE TO COVER 47 WEEKS AT POLICY MAX OF
$700; MEDICAL RESERVES TO COVER INITIAL E/R VISIT, DIAGNOSTIC EXAMS, PHYSICAL
THERAPY AND INJECTIONS; EXPENSE RESERVES TO COVER IME, PEER REVIEW AND
INVESTIGATION
*******************************************************************
CURRENT PLAN OF ACTION: Processing medical and TTD benefits per policy for           "peer
insured's lumbar strain. IME of 9/7/2016 stated that insured needed 6 weeks          review."
physical therapy. PT has been completed, however, ortho is now suggesting that
insured needs lumbar surgery. Sending claim file to follow up peer review post       post Insurance
IME and completed Physical therapy to determine if requested surgery is              Medical Examination
medically necessary and related to original DOL. Reserves adequate and
possible subrogation on claim, however unlikely, unless insured files a claim        is new.
against student driver. Will continue to  monitor. "Medical Necessary" is new new.
ESTIMATED CLAIM CLOSURE DATE: claim will remain open for at least 90 days for
peer review results
---------------------------------------------------------------------------------
ENTRY DATE    :  02-02-2017 (13:34) SUBJECT:   001 FILE NOTES
AUTHOR        :  BOUCEK,PATRICIA

Sent claim file to HHC for peer review to determine whether or not requested
surgery is medically necessary and related to 3/7/2016 date of loss:
From: Patricia Tindall
Sent: Thursday, February 02, 2017 2:33 PM

CONTINUED ON THE NEXT PAGE

DEFS 0381

```
CNQ21R01                GALLAGHER BASSETT SERVICES, INC.   21Feb2019 PAGE     41
                              PRINT CLAIM NOTES


CLAIM NUMBER :  002778-002084-NS-01 (OPEN  )
CLAIMANT NAME:  BROWN,GERMAIN
ACCIDENT DATE:  03-07-2016


To: 'mrp@hhcgroup.com'
Subject: Germain Brown Peer Review request, claim# 2778-2084-NS-01
Importance: High
Please see attached peer review request with medical records to date for
review.
Thank you,
Tricia
------------------------------------------------------------------------------
ENTRY DATE   :  02-17-2017 (12:59) SUBJECT:   002 MEDICAL
AUTHOR       :  BOUCEK,PATRICIA
```

D.F.I. - PEER REVIEW RESULTS- lumbar spinal fusion & LESI injections are NOT )PEER
medically necessary; EMG Studies would be medically necessary; psychological Review
testing is medically necessary due to fatalities in MVA;

```
Category          : Medical
Date Attached     : 17-Feb-2017
User ID           :  (030652)
File Name         : PEER REVIEW RESULTS.PDF
Description       : RESULTS STATE THAT WHILE INSURED SUFFERED AN OCCUPATIONAL
ACCIDENT, THE REQUESTED LUMBAR SURGERY IS NOT MEDICALLY NECESSARY FOR DATE OF
LOSS
System Information:
    Category ID  : 4
    Document ID  : 90906748
    File Name    : EX201702179FC4F3D991B4490D860A303EB43F9344.PDF
    File Location: Attachments\2017\02\17\0026\
------------------------------------------------------------------------------
ENTRY DATE   :  02-21-2017 (10:25) SUBJECT:   001 FILE NOTES
AUTHOR       :  BOUCEK,PATRICIA
```

Discharge from align networks PT received:                    Discharge from PT

```
From: visitmanagement@alignnetworks.com
[mailto:visitmanagement@alignnetworks.com]
Sent: Tuesday, February 21, 2017 10:50 AM
To: Patricia Tindall
Subject: Physical Therapy - Align Networks, Discharged.Complt. - Claim :
02778-002084-NS-01, Germain Brown
Attn: Tricia Tindall
The patient?s last date of service attended is 02/07/2017.
According to our records, the patient has not received new orders for therapy
and/or
the last date was over two weeks ago. We will now close our file.
Patient: Germain Brown
Injury: Spondylosis / Spondylolisthesis
Body Part: LOW BACK / LUMBAR / SACRUM --
Eval Date Time: Dec 20 2016 12:00AM
Service Requested: Physical Therapy
Claim #: 02778-002084-NS-01
Date of Injury #: 03/07/2016


CONTINUED ON THE NEXT PAGE
```

DEFS 0382

```
CNQ21R01                GALLAGHER BASSETT SERVICES, INC.   21Feb2019 PAGE    42
                               PRINT CLAIM NOTES
```

CLAIM NUMBER :  002778-002084-NS-01 (OPEN  )
CLAIMANT NAME:  BROWN,GERMAIN
ACCIDENT DATE:  03-07-2016

Provider:
South Georgia Spine and Joint Center
517 South Scott St.
BAINBRIDGE, GA, 39819
(229) 416-4457

---

ENTRY DATE   :  02-23-2017 (13:21) SUBJECT:  005 RESERVING
AUTHOR       :  BOUCEK,PATRICIA

Increasing TTD reserves to 78 weeks at policy max of $700 as insured remains
off of work.
Medical and expense reserves are adequate.

---

ENTRY DATE   :  02-23-2017 (13:22) SUBJECT:  001 FILE NOTES
AUTHOR       :  SYSTEM GENERATED

REPETITIVE PAY SCHED. FOR 1 WKS. FOR TOTAL OF  3 PAYMENTS FOR    $700.00
PAYEE: GERMAIN BROWN
MAIL:  GERMAIN BROWN
FIRST PAYMENT DATE:  2/23/17
DISABILITY START DATE:  2/17/17
PAY CODE:      TEMPORARY TOTAL DISABILITY
MESSAGE: STANDARD

---

ENTRY DATE   :  02-23-2017 (14:00) SUBJECT:  001 FILE NOTES
AUTHOR       :  BOUCEK,PATRICIA

D.F.I. - FAXED PEER REVIEW RESULTS TO MUSC ASSOCI
Category         : Correspondence
Date Attached    : 23-Feb-2017
User ID          :  (030652)
File Name        : ACE CMCFAX--IME RESULTS.DOC
Description      : FAXED PEER REVIEW RESULTS TO MUSC ASSOCI
System Information:
    Category ID  : 27
    Document ID  : 91082951
    File Name    : EX2017022309D76CAA0F074F4BA516477950FC0FA3.DOC
    File Location: Attachments\2017\02\23\0028\

---

ENTRY DATE   :  02-28-2017 (20:13) SUBJECT:  001 FILE NOTES
AUTHOR       :  BOUCEK,PATRICIA

Emailed updated supp claim forms to insured, monitor for return:
From: Patricia Tindall
Sent: Tuesday, February 28, 2017 9:13 PM
To: 'gbrown1910@gmail.com'
Subject: Updated Occupational Accident supplemental claim forms
RE:              SUPPLEMENTAL CLAIM FORM
DOL:             3/7/2016

CONTINUED ON THE NEXT PAGE

DEFS 0383

```
CNQ21R01              GALLAGHER BASSETT SERVICES, INC.   21Feb2019 PAGE    43
                           PRINT CLAIM NOTES


CLAIM NUMBER :  002778-002084-NS-01 (OPEN  )
CLAIMANT NAME:  BROWN,GERMAIN
ACCIDENT DATE:  03-07-2016


CLAIM#:         2778-2084-NS-01
POLICY#:        TOCN01303533
Dear Mr. Brown:
We are in the process of updating our files.  Enclosed is a supplemental claim
form. Please complete the front side and have your treating physician complete
the backside and return to our office as soon as possible. Please also
complete the Temporary Total Disability Benefit Affidavit & have returned to
our office.
Please have the completed form back to our office within 10 days to avoid any
interruption in further disability benefits.
If you have any questions pertaining to this matter, please contact this
office.  Thank you.
Thank you,
Tricia
--------------------------------------------------------------------------------
ENTRY DATE   :  03-02-2017 (20:04) SUBJECT:  001 FILE NOTES
AUTHOR       :  SYSTEM GENERATED


REPETITIVE PAYMENT ALERT
THE FOLLOWING ALERT WAS SENT TO THE INBOX OF ADJUSTER 030652
Claim:          002778-002084-NS-01    Claimant:  BROWN, GERMAIN
Reason:         Payee Name       :     BROWN, GERMAIN
                Payment Date     :     02-Mar-2017
                Frequency        :     Every 01 week(s)
                Next Payment Date:     09-Mar-2017
                Amount           :     0000700.00
                Net PTD          :     00051108.44
Instructions:   WARNING - THIS IS THE NEXT TO LAST PAYMENT
--------------------------------------------------------------------------------
ENTRY DATE   :  03-07-2017 (10:36) SUBJECT:  001 FILE NOTES
AUTHOR       :  BOUCEK,PATRICIA


Email correspondence with insured re surgery status/medical necessity:
From: Gabrielle Henry-Brown [mailto:gbrown1910@gmail.com]
Sent: Wednesday, March 08, 2017 5:55 PM
To: Patricia Tindall
Subject: RE: Updated Occupational Accident supplemental claim forms
Ok I have app on 14 th @ 9:15
From: Patricia Tindall
Sent: Tuesday, March 07, 2017 11:35 AM
To: 'Gabrielle Henry-Brown'
Subject: RE: Updated Occupational Accident supplemental claim forms
Importance: High
Mr. Brown,
A review of your claim was completed and the surgery that was requested was
deemed not medically necessary or and directly related to your 3/7/2016 date
of loss. These results were faxed to Musculoskeletal Associates on 2/23/2017.
If the doctor does not agree with this determination, they have been advised
that they can submit medical documentation to support and Gallagher Bassett


CONTINUED ON THE NEXT PAGE
```

*[Handwritten margin notes: "4th Next to last payment "WARNING."" ; "Surgery Claim Denied" ; "denied surgery claim as "Not medically necessary or and directly related to your 3/7/0016 date of loss,""]*

DEFS 0384

```
CNQ21R01                  GALLAGHER BASSETT SERVICES, INC.  21Feb2019 PAGE    44
                              PRINT CLAIM NOTES

CLAIM NUMBER :  002778-002084-NS-01 (OPEN  )
CLAIMANT NAME:  BROWN,GERMAIN
ACCIDENT DATE:  03-07-2016
```

will review further. At this time, since you have not been released to RTW
without restrictions yet, your benefits are continuing, however, will still
need to be treating/follow up with your orthopedic in regards to the
Occupational Accident.
If you have any questions, please contact me.
Thank you,
Tricia

---------------------------------------------------------------------------------
```
ENTRY DATE    :  03-09-2017 (20:05) SUBJECT:  001 FILE NOTES
AUTHOR        :  SYSTEM GENERATED
```

REPETITIVE PAYMENT ALERT
THE FOLLOWING ALERT WAS SENT TO THE INBOX OF ADJUSTER 030652
```
Claim:          002778-002084-NS-01    Claimant:  BROWN, GERMAIN
Reason:         Payee Name        :    BROWN, GERMAIN
                Payment Date      :    09-Mar-2017
                Frequency         :    Every 01 week(s)
                Next Payment Date:     16-Mar-2017
                Amount            :    0000700.00
                Net PTD           :    00051808.44
Instructions:   WARNING - THIS IS THE FINAL PAYMENT
```
*another final payment "WARNING"* [handwritten annotation]

---------------------------------------------------------------------------------
```
ENTRY DATE    :  03-16-2017 (14:55) SUBJECT:  001 FILE NOTES
AUTHOR        :  BOUCEK,PATRICIA
```

Insured contact: 229-726-1788
insured stated that he went to DR this past Tuesday and they have the claim
forms. Explained that TTD benefits would be reviewed once updated claim forms
are received.
---------------------------------------------------------------------------------
```
ENTRY DATE    :  03-16-2017 (15:08) SUBJECT:  019 PLAN OF ACTION
AUTHOR        :  BOUCEK,PATRICIA
```

Diary Review/POA:
DATE OF LEASE: SINCE 6/9/2015
DATE OF BIRTH: 6/17/1993
DATE OF INJURY: 3/7/2016 @ 4:00 PM
POLICY #: TOCN001303533; PRIMARY POLICY
DESCRIPTION: I/V WAS TRAVELING EAST ON I-40. STUDENT WAS DRIVING & LOST
CONTROL DUE TO EQUIPMENT FAILURE. I/V SWERVED INTO WESTBOUND LAND & HIT O/V
HEAD ON. BOTH VEHICLES ENDED UP IN RAVINE ABOUT 200 FT OFF THE ROAD. DRIVER
AND PASSENGER OF O/V BOTH DIED AFTER MVA.

CURRENT DIAGNOSIS: bilateral left pain, greatest in the left
CURRENT TREATMENT PLAN: surgery if approved; per supp form: would benefit from
LS decompression posterior & interbody with ___
CURRENT PROGNOSIS: good
ESTIMATE RTW DATE: 4-6 weeks post surgery
P/R: REC'D- INSURED WAS PASSENGER OF I/V AND I/V WAS AT FAULT, DUE TO DRIVER

CONTINUED ON THE NEXT PAGE

DEFS 0385

```
CNQ21R01                GALLAGHER BASSETT SERVICES, INC.   21Feb2019 PAGE     45
                             PRINT CLAIM NOTES
```

CLAIM NUMBER :  002778-002084-NS-01 (OPEN  )
CLAIMANT NAME:  BROWN,GERMAIN
ACCIDENT DATE:  03-07-2016

*2 deaths*

INATTENTION. BOTH PARTIES OF O/V DIED POST MVA.
SUBROGATION: UNLIKELY, AS AT FAULT MVA; HOWEVER INSURED WAS PASSENGER AT WHILE
STUDENT WAS DRIVING AND CITED FOR CARELESS DRIVING
DISPATCH: loaded in Tucumcarl, NM  COVERAGE/PREMIUM: premiums paid
CURRENT RESERVES: TTD RESERVES ADEQUATE TO COVER 78 WEEKS AT POLICY MAX OF
$700; MEDICAL RESERVES TO COVER INITIAL E/R VISIT, DIAGNOSTIC EXAMS, PHYSICAL
THERAPY AND INJECTIONS; EXPENSE RESERVES TO COVER IME, PEER REVIEW AND
INVESTIGATION
*************************************************************************
CURRENT PLAN OF ACTION: TTD benefits suspended and pending additional off work
information form insured/physician. Peer review completed stated that
insured's lumbar spinal fusion & injections are not medically necessary or
related to the DOL. IME of 9/7/2016 stated that insured needed 6 weeks
physical therapy. Reserves adequate and possible subrogation on claim, however
unlikely, unless insured files a claim against student driver. Will continue
to  monitor.
ESTIMATED CLAIM CLOSURE DATE: claim will remain open for at least 90 days for
benefit processing.
------------------------------------------------------------------------------
ENTRY DATE   :  03-17-2017 (14:32) SUBJECT:  001 FILE NOTES
AUTHOR       :  BOUCEK,PATRICIA

Insured contact: 229-726-1788
gave fax # for insured to fax his updated claim forms to G/B.
Insured also stated that he understands that he has had some pre-existing
issues but needs to know how to proceed with other treatment that would be
related to the DOL.
Explained to the insured that OccAcc policy does not require pre-auth, and is
based off of medical necessity to DOL. Also explained that if the medical
provider does not agree that the requested surgery is not directly
related/medically necessary for DOL, they can submit medical documentation for
further review.

*BUT claim already denied on 3-2-17*

------------------------------------------------------------------------------
ENTRY DATE   :  03-20-2017 (14:39) SUBJECT:  001 FILE NOTES
AUTHOR       :  BOUCEK,PATRICIA

Insured contact:
spoke with insured and confirmed that received office notes from 3/14/2107
office visit. Will follow up with MSA associates to provide additional
information in response to IME physician's statements.
From: Gabrielle Henry-Brown [mailto:gbrown1910@gmail.com]
Sent: Monday, March 20, 2017 3:21 PM
To: Patricia Tindall
Subject: Claim forms
Hi this is Germain Brown I tried calling you to tell you the Larry in records
at msa called and told he for got to attach the doctor notes from my last
appointment that he was referring to on the claim form he email me those
records I have faxed them over to you he said this is where you will find my
work status and the notes from the doctor from my 3-14-17 doctor's visit

CONTINUED ON THE NEXT PAGE

DEFS 0386

```
CNQ21R01              GALLAGHER BASSETT SERVICES, INC.    21Feb2019 PAGE    46
                             PRINT CLAIM NOTES

     CLAIM NUMBER :  002778-002084-NS-01 (OPEN  )
     CLAIMANT NAME:  BROWN,GERMAIN
     ACCIDENT DATE:  03-07-2016

     Thanks
     Germain brown
     ----------------------------------------------------------------------------
     ENTRY DATE   :  03-20-2017 (14:55) SUBJECT:  001 FILE NOTES
     AUTHOR       :  BOUCEK,PATRICIA

     D.F.I. - RE-FAXED PEER REVIEW RESULTS TO MSA ASSOC
     Category          : Correspondence
     Date Attached     : 20-Mar-2017
     User ID           :  (030652)
     File Name         : ACE CMCFAX GERMAIN BROWN.DOC
     Description       : RE-FAXED PEER REVIEW RESULTS TO MSA ASSO; REQUESTING
     SPECIFIC ANSWERS FROM ORTHO RE ADDITIONAL TESTING AND PAIN LEVELS OF INSURED.
     System Information:
          Category ID  : 27
          Document ID  : 92481744
          File Name    : EX20170320CAA5C45F23AD487BA5FBE69E5BF6BEA1.DOC
          File Location: Attachments\2017\03\20\0030\
     ----------------------------------------------------------------------------
     ENTRY DATE   :  03-21-2017 (13:30) SUBJECT:  004 LEGAL
     AUTHOR       :  BOUCEK,PATRICIA

     Attorney Contact: Ben Bengston; 404-596-5518
     He advised that he is not yet representing Mr. Brown at this time, but insured
     would like a copy of his Occ/Acc policy so that he can review his legal
     options. I stated that if he was representing insured, would need a letter of
     representation, however, G/B will get a copy of the Occ/Acc policy mailed to
     insured's home, per the insured's request.
     ----------------------------------------------------------------------------
     ENTRY DATE   :  03-21-2017 (13:35) SUBJECT:  001 FILE NOTES
     AUTHOR       :  BOUCEK,PATRICIA

     Insured contact via email and phone re Occ/Acc benefits:
     Returned call to insured. Verified that received the physician's updated supp
     forms but still in need of his claim forms. Once have, will be able to issue
     TTD benefits up to date.
     Also verified that will have a copy of his OccAcc policy mailed to his home
     address, per his request.
     From: Gabrielle Henry-Brown [mailto:gbrown1910@gmail.com]
     Sent: Tuesday, March 21, 2017 11:53 AM
     To: Patricia Tindall
     Subject: Claim forms
     Good morning I'm trying to see when will you authorized last week benefits? I
     know you said you would  after you receive the claim forms if you have please
     disregard. But if you haven't and you need additional information for me or
     the doctor please let me know so I can help you get the info quickly. Because
     I don't really have much wiggle room in my current Financial State for large
     gaps in benefits please understand
     Thanks

     CONTINUED ON THE NEXT PAGE
```

*[Handwritten annotations in right margin:]* copy of policy requested by atty Bengston + will be mailed to Germain. [I doubt that Germain has seen the policy at this point.]

*[Handwritten annotations lower right:]* Germain doesn't have much wiggle room in my current financial state for large gaps in benefits... [I doubt if hardly any Swift driver with limited medical payments insurance fronted by ACE would be able to weather benefit gap w/o catastrophic financial disaster. ACE knows this.]

DEFS 0387

```
CNQ21R01              GALLAGHER BASSETT SERVICES, INC.   21Feb2019 PAGE    47
                           PRINT CLAIM NOTES


   CLAIM NUMBER :  002778-002084-NS-01 (OPEN  )
   CLAIMANT NAME:  BROWN,GERMAIN
   ACCIDENT DATE:  03-07-2016

   Germain brown
```
---
```
ENTRY DATE   :  03-21-2017 (13:38) SUBJECT:  010 COVERAGE/COMPENSABILITY
AUTHOR       :  BOUCEK,PATRICIA
```

Requested copy of OccAcc policy be mailed to insured: *Policy sent but only when requested. [Based on testimony of Daniel McCreary, I do bt that it was sent before.] I note it is referenced "Swift Occ Acc policy."*

From: Patricia Tindall
Sent: Tuesday, March 21, 2017 2:38 PM
To: 'Joelle Richardson'
Subject: Swift OccAcc policy request
Joelle,
Can you please send a certified copy of the Occ/Acc policy to the below
insured please?
Insured: Germain Brown
DOL: 3/7/2016
DOB: 6/17/1993
Policy# TOCN01303533 -Swift
Claim# 02778-002084-ns-01
Let me  know if any additional information is needed.
Thank you,
Tricia

---
```
ENTRY DATE   :  03-21-2017 (14:22) SUBJECT:  002 MEDICAL
AUTHOR       :  BOUCEK,PATRICIA
```

Received physician's supp form, completed on 3/16/2017:
dx: low back pain w/ radiculopathy
surgical procedure pending approval = *already denied*
discharged on 31/4/2017
disabled from 8/12/2016-3/14/2017
prognosis: none listed
current treatment plan: surgical intervention pending approval = *denied*
expected RTW date w/o restrictions: none listed

---
```
ENTRY DATE   :  03-26-2017 (16:57) SUBJECT:  007 SUPERVISION
AUTHOR       :  DAWSON,HARRY
```

Supervisory Diary Review:
Reserved to process for 78 weeks TTD and ongoing medical costs
. Expense set for PPO, IME and further investigation.
Doubtful subro, MVA, IV swerved into other lane hitting OV.
Insured was in sleeper.
RM is processing claim for TTD and medical benefits under
policy provisions. Peer review states proposed spinal fusion
is not medically necessary or appropriate, however insured
unable to RTW, RM continues TTD, pending possible appeal in
regards to surgery from treating physician and insured.
Cannot estimate closure date due to potential subro.

*surgery denied. Bad faith suit filed. "appeal" not mandatory in non ERISA claim. "appeal" not claim condition.*

---
```
ENTRY DATE   :  03-27-2017 (13:36) SUBJECT:  001 FILE NOTES
AUTHOR       :  BOUCEK,PATRICIA
```

CONTINUED ON THE NEXT PAGE

DEFS 0388

CNQ21R01              GALLAGHER BASSETT SERVICES, INC.    21Feb2019 PAGE    48
                          PRINT CLAIM NOTES

CLAIM NUMBER :  002778-002084-NS-01 (OPEN  )
CLAIMANT NAME:  BROWN,GERMAIN
ACCIDENT DATE:  03-07-2016

Email correspondence with insured re TTD benefits suspended until received     *TTD benefit suspended*
further off work information:
From: Patricia Tindall
Sent: Monday, March 27, 2017 2:36 PM
To: 'Gabrielle Henry-Brown'
Subject: RE: OccAcc claim benefits
Mr. Brown,
Your physician's supplemental claim form dated 3/16/2017 was received on
3/21/2017. The form lists that you were discharged on 3/14/2017 and only taken
off of work through 3/14/2017. We've also received your office medical notes
from MSA from 3/14/2017. If this is not correct, please have MSA contact G/B
directly or submit additional medical documentation that you are unable to
work.
At this time, I've attached an updated claim form that you can have completed
by your treating physician if treating and taken off of work, but at this time
we've only received off work information through 3/14/2017.
Thank you,
Tricia
Gallagher Bassett is committed to delivering exceptional service and we are
here to help.
Please contact my supervisor (Harry_Dawson@gbtpa.com) with any questions.
Tricia Tindall | Senior Resolution Manager | Gallagher Bassett
PO Box 419797, Kansas City, MO 64141
D: 816-216-5204 | F: 816-216-5770
E: patricia_tindall@gbtpa.com
Alternate Point of Contact: Jim_Blevins@gbtpa.com | (816) 216-5198
From: Gabrielle Henry-Brown [mailto:gbrown1910@gmail.com]
Sent: Monday, March 27, 2017 2:29 PM
To: Patricia Tindall
Subject: Re:
Hi I have noticed I check has been issued  for 500.00 dollars on 3/22/17 now     *email from Germain*
that I'm up to date with my paperwork . But that check  doesn't cover the
normal weekly benefits that was missed for check  date 3/16/17 that would have
been issued out. also this past week check is now behind check date 3/23/17.
Was not issued  this week. I no this have happened before while in the process
of getting my file updated I just wanted to being it to your attention.
Thanks
Germain Brown
On Fri, Mar 24, 2017 at 1:42 AM, Gabrielle Henry-Brown <gbrown1910@gmail.com>
wrote:
Hi I have noticed I check has been issued  for 500.00 dollars on 3/22/17 now
that I'm up to date with my paperwork . But that check  doesn't cover the
normal weekly benefits that was missed for check  date 3/16/17 that would have
been issued out. also this past week check is now behind check date 3/23/17.
Was not issued  this week. I no this have happened before while in the process
of getting my file updated I just wanted to being it to your attention.
Thanks
Germain Brown
-----------------------------------------------------------------------------
ENTRY DATE  :  03-29-2017 (14:37) SUBJECT:   001 FILE NOTES
AUTHOR      :  BOUCEK,PATRICIA


CONTINUED ON THE NEXT PAGE

DEFS 0389

CNQ21R01            GALLAGHER BASSETT SERVICES, INC.   21Feb2019 PAGE    49
                         PRINT CLAIM NOTES

CLAIM NUMBER :   002778-002084-NS-01 (OPEN  )
CLAIMANT NAME:   BROWN,GERMAIN
ACCIDENT DATE:   03-07-2016


Insured contact via email re received supp claim forms:
From: Gabrielle Henry-Brown [mailto:gbrown1910@gmail.com]
Sent: Wednesday, March 29, 2017 10:44 AM
To: Patricia Tindall
Subject: RE: OccAcc claim benefits
Hi, I have pushed up my doctor's appointment with msa to  Friday the 31 @
11:30 am to discuss get a epidural injection. And any remaining non-surgical
treatments available.

*Germain planning to get non-surgical treatment*

Thanks
Germain brown
On Mar 28, 2017 5:18 PM, "Gabrielle Henry-Brown" <gbrown1910@gmail.com> wrote:
Hi I just fax over the updated claim forms from MSA they said they don't no
why that got put on there to start with and if you needed anything  that you
call there office.
Thanks
Germain brown
On Mar 27, 2017 3:14 PM, "Patricia Tindall" <Patricia_Tindall@gbtpa.com>
wrote:
Thank you. I will advise once received.
Thank you,
Tricia
Gallagher Bassett is committed to delivering exceptional service and we are
here to help.
Please contact my supervisor (Harry_Dawson@gbtpa.com) with any questions.
Tricia Tindall | Senior Resolution Manager | Gallagher Bassett
PO Box 419797, Kansas City, MO 64141
D: 816-216-5204 | F: 816-216-5770
E: patricia_tindall@gbtpa.com
Alternate Point of Contact: Jim_Blevins@gbtpa.com | (816) 216-5198
From: Gabrielle Henry-Brown [mailto:gbrown1910@gmail.com]
Sent: Monday, March 27, 2017 3:08 PM
To: Patricia Tindall
Subject: RE: OccAcc claim benefits
I understand,  that's a error on MSA Part. I just spoke with them and they are
working to correct that error. I will fax you the updated claim forms as soon
as I receive them
Thanks
Germain brown
-------------------------------------------------------------------------------
ENTRY DATE   :  03-29-2017 (14:39) SUBJECT:   002 MEDICAL
AUTHOR       :  BOUCEK,PATRICIA

Confirmed receipt of updated physician's supp claim forms with insured unable
to RTW and follow up appt on 3/31/2017.
-------------------------------------------------------------------------------
ENTRY DATE   :  03-31-2017 (07:37) SUBJECT:   001 FILE NOTES
AUTHOR       :  BOUCEK,PATRICIA

Provider contact: Rebecca with MSA; 229-435-0525

CONTINUED ON THE NEXT PAGE

DEFS 0390

CNQ21R01              GALLAGHER BASSETT SERVICES, INC.   21Feb2019 PAGE      50
                            PRINT CLAIM NOTES

CLAIM NUMBER :  002778-002084-NS-01 (OPEN  )
CLAIMANT NAME:  BROWN,GERMAIN
ACCIDENT DATE:  03-07-2016

Provider was requesting pre auth for treated has Dr. Barnard had previously
released insured on 3/14/2017, but he is trying to make a follow up appt for
his low back today.
Advised OccAcc and not work and that no pre auth required for treatment. Will
be reviewed upon receipt for medical necessity and relation to original
3/7/3016 DOL.
------------------------------------------------------------------------------
ENTRY DATE   :  03-31-2017 (15:04)  SUBJECT:   001 FILE NOTES
AUTHOR       :  BOUCEK,PATRICIA

Provider contact: Inshar; NW Plaza/Surgery Center: 229-317-0742
Referral was received for an injection. Advised OccAcc and not WC. No pre-auth
is required under the policy but based off of medical necessity to 3/7/2016
DOL. Will review for medical necessity and direct relation upon receipt.
------------------------------------------------------------------------------
ENTRY DATE   :  04-06-2017 (13:24)  SUBJECT:   001 FILE NOTES
AUTHOR       :  BOUCEK,PATRICIA                         *insured filing lawsuit.*

Per 3/31/2017 medical notes received from MSA, insured now has attorney
contact and is filing a lawsuit.
------------------------------------------------------------------------------
ENTRY DATE   :  04-19-2017 (08:57)  SUBJECT:   001 FILE NOTES
AUTHOR       :  BOUCEK,PATRICIA

Provider contact: Lisa w/ musculoskeletal associates; 229-317-0838. Provider
wanted to verify that the peer review results were sent were to her and not
the physician, Dr. Barnard. I explained that the insured had stated to G/B
that the results had not been received, therefore I re-faxed the peer review
results for review/comment, specifically regarding the electro diagnostic    *surgery claim*
studies and submitted pain behavior referenced in the report.                *denied.*
Provider stated that insured has decided to not proceed with surgery at this
time, but is scheduled for pain injections. Will review bills/records for
medical necessity upon receipt.
Provider also stated that they would be responding to the peer review report.
------------------------------------------------------------------------------
ENTRY DATE   :  04-21-2017 (14:27)  SUBJECT:   001 FILE NOTES
AUTHOR       :  GREENE,KATRINA

From: Katrina Greene
Sent: Friday, April 21, 2017 2:27 PM
To: 'Gabrielle Henry-Brown'
Cc: Patricia Tindall
Subject: RE: Disability check of 4/13/17
Hi Germain,
The system does show your disability check was issued on 4/13/17 and we must
allow 10 business day before placing a stop payment on the check. Please
notify Patricia if you do not receive your check by  4/27/17 and she will get
this check reissued. Please be advised that Gallagher Bassett does not have
direct deposit as our checks are sent from our check processing center.

CONTINUED ON THE NEXT PAGE

DEFS 0391

CNQ21R01                    GALLAGHER BASSETT SERVICES, INC.    21Feb2019 PAGE    51
                                  PRINT CLAIM NOTES

CLAIM NUMBER :  002778-002084-NS-01 (OPEN  )
CLAIMANT NAME:  BROWN,GERMAIN
ACCIDENT DATE:  03-07-2016

Please let me know if you should have any further questions. I have cc'd your
Resolution Manager in on this email.
Thanks,
Katrina
Gallagher Bassett is committed to delivering exceptional service and we are
here to help.
Please contact my supervisor (Harry_Dawson@gbtpa.com) with any questions.
Katrina Greene | Senior Resolution Manager |Gallagher Bassett Services
P.O. Box 419797, Kansas City, MO  64141
D: 816-216-5206 | F:  816-216-5765
E:  Katrina_Greene@gbtpa.com
Alternate Point of Contact: Patricia_Tindall@gbtpa.com |  816-216-5204
Business Insurance Award Recipient
2008, 2009 & 2010 Reader's Choice Award - Best Third-Party Administrator
2011 & 2012 Buyers Choice Award
From: Gabrielle Henry-Brown [mailto:gbrown1910@gmail.com]
Sent: Friday, April 21, 2017 12:43 PM
To: Katrina Greene
Subject:
Hi Katrina, my name is Germain brown I was trying to get in contact with Mrs
tindall to  let her know that last week's payment 4-13-17 never got here and
to request her to reissue it usually get to me on Mondays no later than
Tuesday and I believe  it was misplaced in transit. Also I was trying to find
out if Gallagher Bassett offered a direct deposit option For benefits
claim number:
2778-2084-NS-01
Thank
Germain brown
----------------------------------------------------------------------------
ENTRY DATE   :  04-24-2017 (11:45) SUBJECT:   001 FILE NOTES
AUTHOR       :  BOUCEK,PATRICIA

4/13/2017 TTD check re-mailed correspondence to insured:
From: Patricia Tindall
Sent: Monday, April 24, 2017 12:43 PM
To: 'Gabrielle Henry-Brown'
Subject: OccAcc TTD check for 4/13/2017
Importance: High
Please note that the TTD check for 4/13/2017 was received back in our office
today. Check will be mailed directly to home address today.
----------------------------------------------------------------------------
ENTRY DATE   :  04-28-2017 (08:43) SUBJECT:   019 PLAN OF ACTION
AUTHOR       :  BOUCEK,PATRICIA

Diary Review/POA:
DATE OF LEASE: SINCE 6/9/2015
DATE OF BIRTH: 6/17/1993
DATE OF INJURY: 3/7/2016 @ 4:00 PM
POLICY #: TOCN001303533; PRIMARY POLICY

CONTINUED ON THE NEXT PAGE

DEFS 0392

CNQ21R01                 GALLAGHER BASSETT SERVICES, INC.    21Feb2019 PAGE    52
                              PRINT CLAIM NOTES

CLAIM NUMBER :  002778-002084-NS-01 (OPEN   )
CLAIMANT NAME:  BROWN,GERMAIN
ACCIDENT DATE:  03-07-2016

DESCRIPTION: I/V WAS TRAVELING EAST ON I-40. STUDENT WAS DRIVING & LOST
CONTROL DUE TO EQUIPMENT FAILURE. I/V SWERVED INTO WESTBOUND LAND & HIT O/V
HEAD ON. BOTH VEHICLES ENDED UP IN RAVINE ABOUT 200 FT OFF THE ROAD. DRIVER
AND PASSENGER OF O/V BOTH DIED AFTER MVA.
_____
CURRENT DIAGNOSIS: low back pain w/ radiculopathy; surgical procedure pending
approval
CURRENT TREATMENT PLAN: surgery if approved; per supp form: would benefit from
LS decompression posterior & interbody with ___
CURRENT PROGNOSIS: none listed
ESTIMATE RTW DATE: surgical intervention pending approval
P/R: REC'D- INSURED WAS PASSENGER OF I/V AND I/V WAS AT FAULT, DUE TO DRIVER
INATTENTION. BOTH PARTIES OF O/V DIED POST MVA.
SUBROGATION: UNLIKELY, AS AT FAULT MVA; HOWEVER INSURED WAS PASSENGER AT WHILE
STUDENT WAS DRIVING AND CITED FOR CARELESS DRIVING
DISPATCH: loaded in Tucumcarl, NM  COVERAGE/PREMIUM: premiums paid
CURRENT RESERVES: TTD RESERVES ADEQUATE TO COVER 78 WEEKS AT POLICY MAX OF
$700; MEDICAL RESERVES TO COVER INITIAL E/R VISIT, DIAGNOSTIC EXAMS, PHYSICAL
THERAPY AND INJECTIONS; EXPENSE RESERVES TO COVER IME, PEER REVIEW AND
INVESTIGATION
******************************************************************
CURRENT PLAN OF ACTION: Processing TTD benefits per policy as insured remains
off of work. Scheduling insured for 2nd IME, as it has been 6+ months since
first IME and therapy is now completed. Reserves adequate and possible
subrogation on claim, however unlikely, unless insured files a claim against
student driver. Will continue to  monitor.
ESTIMATED CLAIM CLOSURE DATE: claim will remain open for at least 90 days for
IME results.
-----------------------------------------------------------------------------
ENTRY DATE   :  04-28-2017 (09:27) SUBJECT:  001 FILE NOTES
AUTHOR       :  BOUCEK,PATRICIA

Sent claim file TO HHC for 2nd IME:
From: Patricia Tindall
Sent: Friday, April 28, 2017 10:26 AM
To: 'mrp@hhcgroup.com'
Subject: Germain Brown IME review; claim# 2778-2084-NS-01
Importance: High
Please see attached IME request for above insured. There should be approx.
212-215 pages.
Thank you,
-----------------------------------------------------------------------------
ENTRY DATE   :  05-02-2017 (13:03) SUBJECT:  001 FILE NOTES
AUTHOR       :  BOUCEK,PATRICIA

HHC Contact re IME scheduling: Bob with HHC; 301-963-0762 x163. In process of
scheduling and went over fees.
-----------------------------------------------------------------------------
ENTRY DATE   :  05-15-2017 (18:30) SUBJECT:  001 FILE NOTES
AUTHOR       :  BOUCEK,PATRICIA


CONTINUED ON THE NEXT PAGE

DEFS 0393

```
CNQ21R01              GALLAGHER BASSETT SERVICES, INC.   21Feb2019 PAGE     53
                           PRINT CLAIM NOTES
```

CLAIM NUMBER :  002778-002084-NS-01 (OPEN  )
CLAIMANT NAME:  BROWN,GERMAIN
ACCIDENT DATE:  03-07-2016

Insured email contact re TTD benefit checks:
From: Patricia Tindall
Sent: Monday, May 15, 2017 7:29 PM
To: 'Gabrielle Henry-Brown'
Subject: RE: OccAcc TTD check for 4/13/2017
Importance: High
Mr. Brown,
I apologize for your ==frustration== regarding your Occupational Accident benefit
checks.  TTD benefits are issued weekly on Thursdays and mailed Fridays from a
central GB office in Delaware. Once I issue the check on Thursday, I
unfortunately have no control on the mail carriers. As long as the updated
claim forms have been received in time and the treating physician had
continued to take you off of work for your Occupational Accident, weekly
benefits will be issued per the policy. This makes it extremely important for
you and your treating physician to complete the forms in full so that I know
when to send your updated claim forms so that you have your forms prior to the
follow up appt.
Since 4/6/2017, you have been issued weekly benefits of $700. There was one
check, issued on 4/13/2017, that was returned to our office and we re-mailed
it to you the same day.
I'm currently showing that you have cashed all of your TTD checks except for
5/4/2017 & 5/11/2017 checks.  These were both sent to 1910 Potter St,
Bainbridge, GA 39819.
Please let me know if you have any other questions.
Thank you,
Gallagher Bassett is committed to delivering exceptional service and we are
here to help.
Please contact my supervisor (Harry_Dawson@gbtpa.com) with any questions.
Tricia Tindall | Senior Resolution Manager | Gallagher Bassett
PO Box 419797, Kansas City, MO 64141
D: 816-216-5204 | F: 816-216-5770
E: patricia_tindall@gbtpa.com
Alternate Point of Contact: Jim_Blevins@gbtpa.com | (816) 216-5198
From: Gabrielle Henry-Brown [mailto:gbrown1910@gmail.com]
Sent: Monday, May 15, 2017 5:17 PM
To: Patricia Tindall
Subject: RE: OccAcc TTD check for 4/13/2017
Mrs. Tindall
          I called you to discuss the ==constant delay== in weekly benefits.
Over the last 5 months my weekly benefits has taken  longer and longer to get
to my residents for the first 12 months I received benefits on Monday like
clock work. And now its   Wednesdays Thursdays and Friday's and most recently
it's not geting hare at all like apr 20th benefits  and now  may 4th benefits
until 2 weeks later. these constant delays in benefits are causing my bills to
fall further and further behind and  cause more  service Interruptions and
fees to be added . I have three small children that I'm financially
responsible for and I can no longer afford these types of delays.
Please give me a call at your soonest convenience so we can discuss these
matters 229-726- 1788

CONTINUED ON THE NEXT PAGE

*[Handwritten margin notes:]* constant delay with TTD checks. Germin very frustrated. This is understandable and is evidence that ACE is intentionally inflicting upset, humiliation and dispair so german will adopt an attitude of hopelessness and dispair and abandon his claim.

                                                                      DEFS 0394

```
CNQ21R01              GALLAGHER BASSETT SERVICES, INC.   21Feb2019 PAGE    54
                           PRINT CLAIM NOTES
```

CLAIM NUMBER :  002778-002084-NS-01 (OPEN  )
CLAIMANT NAME:  BROWN,GERMAIN
ACCIDENT DATE:  03-07-2016

Thanks
Germain brown
------------------------------------------------------------------------------
ENTRY DATE    :  05-17-2017 (12:51) SUBJECT:  001 FILE NOTES
AUTHOR        :  BOUCEK,PATRICIA

Insured contact: 229-726-1788
insured requested that GB stop pay and re-issue the 5/4/2017 TTD check as has
not received to date.
From: Gabrielle Henry-Brown [mailto:gbrown1910@gmail.com]
Sent: Wednesday, May 17, 2017 12:24 PM
To: Patricia Tindall
Subject: RE: OccAcc TTD check for 4/13/2017
Ok I see, may 4 th check never got here I think it has been 10 b-days
------------------------------------------------------------------------------
ENTRY DATE    :  05-17-2017 (12:54) SUBJECT:  001 FILE NOTES
AUTHOR        :  BOUCEK,PATRICIA

Stop pay request:
-----Original Message-----
From: Patricia Tindall
Sent: Wednesday, May 17, 2017 1:54 PM
To: GB-Stop-Checks
Cc: Patricia Tindall
Subject: Stop Payment Request
Requestor: patricia tindall
RequestorPhone: 816-216-5204
UserEmail: patricia_tindall@gbtpa.com
Branch: 171
ClaimNo: 002778-002084-NS-01
Amount: 700.00
VoucherNo:
CheckNo: 0136752163
Payee: GERMAIN BROWN
CheckDate: 05/04/2017
Reason: NEED TO STOP PAY TTD CHECK IN ORDER TO RE-ISSUE AS INSURED HAS YET TO
RECEIVE TTD CHECK
------------------------------------------------------------------------------
ENTRY DATE    :  05-18-2017 (15:40) SUBJECT:  001 FILE NOTES
AUTHOR        :  BOUCEK,PATRICIA

Provider contact: MSA associates- Jordan Brown; 229-435-0525
Left v/m advising that bill has been received and pending further review.
Letter was also mailed on 4/28/2017.
------------------------------------------------------------------------------
ENTRY DATE    :  05-19-2017 (08:44) SUBJECT:  001 FILE NOTES
AUTHOR        :  BOUCEK,PATRICIA

Provider contact: 229-435-0525

CONTINUED ON THE NEXT PAGE

DEFS 0395

CNQ21R01            GALLAGHER BASSETT SERVICES, INC.   21Feb2019 PAGE    55
                          PRINT CLAIM NOTES

CLAIM NUMBER :  002778-002084-NS-01 (OPEN  )
CLAIMANT NAME:  BROWN,GERMAIN
ACCIDENT DATE:  03-07-2016

MSA associates: provider had received a correspondence letter regarding his
treatment advising that claim was under further review and wanted
clarification.
I advised the provider that insured's Occupational Accident claim is currently
being reviewed and once a determination is made, either claim payment or an
additional correspondence letter will be sent to the provider regarding his
benefits. Advised again that this is OccAcc and not WC.
The provider asked why this was if the procedure was pre-approved?
I stated that the procedure was not pre-approved as his policy does not
require pre authorization and is based off of medical necessity to the
3/7/2016 DOL.
The provider asked why this wasn't stated previously to the provider?
I stated that it has been, multiple times, via phone/verbally, physical mail
and faxed. This has been made known to both the insured and the medical
provider.                    + claim for surgery was denied
----------------------------------------------------------------------------
ENTRY DATE    :  05-25-2017 (06:44) SUBJECT:  001 FILE NOTES
AUTHOR        :  SYSTEM GENERATED

REPETITIVE PAY SCHED. FOR 1 WKS. FOR TOTAL OF  3 PAYMENTS FOR    $700.00
PAYEE: GERMAIN BROWN
MAIL:  GERMAIN BROWN
FIRST PAYMENT DATE:  5/25/17
DISABILITY START DATE:  5/19/17
PAY CODE:       TEMPORARY TOTAL DISABILITY
MESSAGE: STANDARD
----------------------------------------------------------------------------
ENTRY DATE    :  05-30-2017 (12:57) SUBJECT:  001 FILE NOTES
AUTHOR        :  BOUCEK,PATRICIA

Provider contact: MSA associates- Laura T. 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; advised that DOS:
5/4/2017 has been paid today at usual & customary rate. Left vm re payment
issued.
----------------------------------------------------------------------------
ENTRY DATE    :  06-01-2017 (20:05) SUBJECT:  001 FILE NOTES
AUTHOR        :  SYSTEM GENERATED        .

REPETITIVE PAYMENT ALERT
THE FOLLOWING ALERT WAS SENT TO THE INBOX OF ADJUSTER 030652
Claim:         002778-002084-NS-01     Claimant:  BROWN, GERMAIN
Reason:        Payee Name        :     BROWN, GERMAIN
               Payment Date      :     01-Jun-2017
               Frequency         :     Every 01 week(s)
               Next Payment Date:      08-Jun-2017
               Amount            :     0000700.00
               Net PTD           :     00060753.55
Instructions:  WARNING - THIS IS THE NEXT TO LAST PAYMENT
----------------------------------------------------------------------------
ENTRY DATE    :  06-03-2017 (15:12) SUBJECT:  005 RESERVING
AUTHOR        :  BOUCEK,PATRICIA


CONTINUED ON THE NEXT PAGE

DEFS 0396

CNQ21R01                    GALLAGHER BASSETT SERVICES, INC.    21Feb2019 PAGE    56
                                  PRINT CLAIM NOTES

CLAIM NUMBER :  002778-002084-NS-01 (OPEN  )
CLAIMANT NAME:  BROWN,GERMAIN
ACCIDENT DATE:  03-07-2016

Increasing expense reserves to cover IME fee at this time.
TTD reserves adequate
medical reserves adequate at this time, once IME results are received, will
review further if need to increase
----------------------------------------------------------------------------
ENTRY DATE    : 06-05-2017 (07:35) SUBJECT:  001 FILE NOTES
AUTHOR        : BOUCEK,PATRICIA
Provider contact: NW plaza, 229-317-0742
Returned call re injection authorization, advised OccAcc and not WC. No pre
auth required for treatment, but based off of medical necessity to 3/7/2016.
Explained that insured's OccAcc claim is in the process of being reviewed and
will be reviewed once the medical records are received, per the policy.
----------------------------------------------------------------------------
ENTRY DATE    : 06-05-2017 (08:07) SUBJECT:  001 FILE NOTES
AUTHOR        : BOUCEK,PATRICIA

Provider contact: NW plaza, 229-317-0742. Gave updated fax # for provider to
fax clinicals to.
----------------------------------------------------------------------------
ENTRY DATE    : 06-08-2017 (09:01) SUBJECT:  001 FILE NOTES
AUTHOR        : BOUCEK,PATRICIA

Provider contact: Regional Health/Phillip Hajek's office; 229-435-0525
advised that all bills for 2017 are pending attendance of IME and results to
determine what treatment/surgery/etc was medically necessary and related to
the DOL. IME should be this month.
----------------------------------------------------------------------------
ENTRY DATE    : 06-08-2017 (16:25) SUBJECT:  001 FILE NOTES
AUTHOR        : SYSTEM GENERATED

UPDT REPETITIVE PAY SCHED. FOR 1 WKS. FOR TOTAL OF  7 PAYMENTS FOR    $700.00
PAYEE: GERMAIN BROWN
MAIL:  GERMAIN BROWN
FIRST PAYMENT DATE:  5/25/17
DISABILITY START DATE:  5/19/17
PAY CODE:     TEMPORARY TOTAL DISABILITY
MESSAGE: STANDARD
----------------------------------------------------------------------------
ENTRY DATE    : 06-08-2017 (16:25) SUBJECT:  002 MEDICAL
AUTHOR        : BOUCEK,PATRICIA

Updated supp forms received, dated 6/7/2017
insured has not RTW at this time
dx: low back pain and lumbar radiculopathy
prognosis: fair
current treatment plan: underwent 50% relief from ESI injection, pending
surgery approval
expected RTW date: pending

*Handwritten margin notes:*
- Pre aut granted by ACE — Provider told ① no "pre auth" required unlike WC but, ② pre-authorization for injection approved To 3/7/16.
- * pending pre aut for surgery
- * pending for pre aut for surgery

DEFS 0397

```
CNQ21R01              GALLAGHER BASSETT SERVICES, INC.   21Feb2019 PAGE    57
                              PRINT CLAIM NOTES
```

CLAIM NUMBER :  002778-002084-NS-01 (OPEN   )
CLAIMANT NAME:  BROWN,GERMAIN
ACCIDENT DATE:  03-07-2016

-----------------------------------------------------------------------------
ENTRY DATE   :  06-12-2017 (07:01) SUBJECT:  019 PLAN OF ACTION
AUTHOR       :  BOUCEK,PATRICIA

Diary Review/POA:
DATE OF LEASE: SINCE 6/9/2015
DATE OF BIRTH: 6/17/1993
DATE OF INJURY: 3/7/2016 @ 4:00 PM
POLICY #: TOCN001303533; PRIMARY POLICY
DESCRIPTION: I/V WAS TRAVELING EAST ON I-40. STUDENT WAS DRIVING & LOST
CONTROL DUE TO EQUIPMENT FAILURE. I/V SWERVED INTO WESTBOUND LAND & HIT O/V
HEAD ON. BOTH VEHICLES ENDED UP IN RAVINE ABOUT 200 FT OFF THE ROAD. DRIVER
AND PASSENGER OF O/V BOTH DIED AFTER MVA.

-----------------------------------------------------------------------------
CURRENT DIAGNOSIS: low back pain and lumbar radiculopathy
CURRENT TREATMENT PLAN: underwent 50% relief from ESI injection, pending
surgery approval
CURRENT PROGNOSIS: fair
ESTIMATE RTW DATE: pending
P/R: REC'D- INSURED WAS PASSENGER OF I/V AND I/V WAS AT FAULT, DUE TO DRIVER
INATTENTION. BOTH PARTIES OF O/V DIED POST MVA.
SUBROGATION: UNLIKELY, AS AT FAULT MVA; HOWEVER INSURED WAS PASSENGER AT WHILE
STUDENT WAS DRIVING AND CITED FOR CARELESS DRIVING
DISPATCH: loaded in Tucumcarl, NM  COVERAGE/PREMIUM: premiums paid
CURRENT RESERVES: TTD RESERVES ADEQUATE TO COVER 78 WEEKS AT POLICY MAX OF
$700; MEDICAL RESERVES TO COVER INITIAL E/R VISIT, DIAGNOSTIC EXAMS, PHYSICAL
THERAPY AND INJECTIONS; EXPENSE RESERVES TO COVER IME, PEER REVIEW AND
INVESTIGATION
***************************************************************
CURRENT PLAN OF ACTION: Processing TTD benefits per policy as insured remains
off of work. Claim file has been sent to HHC and pending IME date. Reserves
adequate and possible subrogation on claim, however unlikely, unless insured
files a claim against student driver. Will continue to  monitor.
ESTIMATED CLAIM CLOSURE DATE: claim will remain open for at least 90 days for
IME results.
-----------------------------------------------------------------------------
ENTRY DATE   :  06-12-2017 (09:55) SUBJECT:  001 FILE NOTES
AUTHOR       :  BOUCEK,PATRICIA

Provider contact: Ansure with MSA, 229-317-0742
Provider wanted authorization for insured's injection. I explained that OccAcc
policy does not require pre auth for treatment but is based off of medical
necessity to DOL.
Also explained that insured is being scheduled for an IME at this time and
once results are received, will be able to determine if further treatment/
injections are medically necessary and related to the DOL.
-----------------------------------------------------------------------------
ENTRY DATE   :  06-13-2017 (10:29) SUBJECT:  007 SUPERVISION
AUTHOR       :  DAWSON,HARRY

CONTINUED ON THE NEXT PAGE

*(handwritten margin notes):* Temporary Total Disability (TTD) pre-authorized · Provider told that Pre-authorization not required but IME scheduled so ACE can pre-authorize injections*

DEFS 0398

```
CNQ21R01                    GALLAGHER BASSETT SERVICES, INC.   21Feb2019 PAGE      58
                                   PRINT CLAIM NOTES

CLAIM NUMBER :   002778-002084-NS-01 (OPEN  )
CLAIMANT NAME:   BROWN,GERMAIN
ACCIDENT DATE:   03-07-2016

Supervisory Diary Review:
Reserved to process for 78 weeks TTD and ongoing medical costs
. Expense set for PPO, IME and further investigation.
Doubtful subro, unless insured pursues student driver, RM
continues to monitor.
RM is processing claim for TTD and medical benefits under
policy provisions. RM has scheduled IME to address medical
necessity of ongoing treatment as well as RTW status.
Cannot estimate closure date due to potential subro.
-------------------------------------------------------------
ENTRY DATE    :  06-14-2017 (08:19) SUBJECT:   023 INDEX BUREAU
AUTHOR        :  SYSTEM GENERATED


INDEXED - DATE:  06/14/2017
THIS CLAIM HAS BEEN SENT ELECTRONICALLY TO THE INDEX BUREAU
-------------------------------------------------------------
ENTRY DATE    :  06-15-2017 (09:03) SUBJECT:   023 INDEX BUREAU
AUTHOR        :  SYSTEM GENERATED


Index Bureau Match Claim 002778-002084-NS-01
Case File #          Search ID   Accid Date  Reason For Match
019597285006         0E003694149 2014-07-29  MULTIPLE REASON FOUND
PHX0121795           3W004234156 2016-03-07  MULTIPLE REASON FOUND
Please refer to Claim View in R.F.com and View
the Index Bureau link under the claim information.
-------------------------------------------------------------
ENTRY DATE    :  06-15-2017 (17:06) SUBJECT:   023 INDEX BUREAU
AUTHOR        :  BOUCEK,PATRICIA


Reviewed index bureau:
7/29/2014- Personal MVA injury claim, closed august 2015, unknown injuries
MVA- 3/7/2016--uninsured motorist claim through Esurance
Esurance OFC #9
Eugenia Ruff, 678-366-8594
3159 Royal Dr, #320
Alpharetta, GA 30022
Policy# PAGA006498588
-------------------------------------------------------------
ENTRY DATE    :  06-29-2017 (20:04) SUBJECT:   001 FILE NOTES
AUTHOR        :  SYSTEM GENERATED


REPETITIVE PAYMENT ALERT
THE FOLLOWING ALERT WAS SENT TO THE INBOX OF ADJUSTER 030652
Claim:       002778-002084-NS-01       Claimant: BROWN, GERMAIN
Reason:      Payee Name        :       BROWN, GERMAIN
             Payment Date      :       29-Jun-2017
             Frequency         :       Every 01 week(s)
             Next Payment Date:        06-Jul-2017
             Amount            :       0000700.00


CONTINUED ON THE NEXT PAGE
```

DEFS 0399

CNQ21R01              GALLAGHER BASSETT SERVICES, INC.   21Feb2019 PAGE      59
                              PRINT CLAIM NOTES

CLAIM NUMBER :  002778-002084-NS-01 (OPEN  )
CLAIMANT NAME:  BROWN,GERMAIN
ACCIDENT DATE:  03-07-2016

                    Net PTD        :       00069038.55
Instructions:  WARNING - THIS IS THE NEXT TO LAST PAYMENT
------------------------------------------------------------------------------
ENTRY DATE   :  07-05-2017 (14:47) SUBJECT:   001 FILE NOTES
AUTHOR       :  BLEVINS,JIM

From: Roberta Fineroff [mailto:rfineroff@HHCGroup.com]
Sent: Wednesday, July 05, 2017 2:22 PM
To: Jim Blevins; Patricia Tindall
Subject: 2778-2084-NS-01 HHC #: 1353234
Good afternoon,
After trying the patient many times at (229) 726-1788 reaching a voice message
stating: "the mailbox is full  and cannot take anymore message. Please call
back". We have been unable to reach the patient. Do you possibly have another
phone number or email address that we could contact the patient as we would
like to see if he can make the IME appointment on either 7/12 or 7/19 at
4:00PM.  Your immediate attention into this matter would be greatly
appreciated.
Best,
Roberta
Roberta A. Fineroff, M.S., CPC , V.P. of Operations
H.H.C. Group | 438 N. Frederick Avenue, Suite 200A | Gaithersburg, MD 20877-
2432
Tel: (301) 963-0762 ext. 102 | Fax: (301) 963-9431
rfineroff@hhcgroup.com | http://www.hhcgroup.com
------------------------------------------------------------------------------
ENTRY DATE   :  07-05-2017 (14:47) SUBJECT:   001 FILE NOTES
AUTHOR       :  BLEVINS,JIM

From: Jim Blevins
Sent: Wednesday, July 05, 2017 2:47 PM
To: 'gbrown1910@gmail.com'
Cc: Patricia Tindall (Patricia_Tindall@gbtpa.com); 'Roberta Fineroff'
Subject: RE: 2778-2084-NS-01 HHC #: 1353234
Importance: High                    [no. This would be an Insurance Medical Exam
Mr. Brown,                                under cooperation clause of policy]
Ms. Tindall is out of the office until Monday and I am her back up.  She has
requested that HHC set up an independent medical exam (IME).  They have been
attempting to contact you.
Please call Ms. Fineroff at HHC, 301-963-0762 ext 102 as soon as possible to
schedule a date.  If you do not respond, I will ask HHC to schedule the date
for 07/19 and if the appointment is not attended or a no show, your adjuster
may cut off your disability benefits until an IME is attended and the report
received.
Please respond and advise.
Sincerely,
Jim Blevins | Resolution Manager | Gallagher Bassett/CMC P.O. Box 419797,
Kansas City, MO  64141
D: 816-216-5198 | F:  816-399-5599 (e-fax)

CONTINUED ON THE NEXT PAGE

DEFS 0400

```
CNQ21R01              GALLAGHER BASSETT SERVICES, INC.   21Feb2019 PAGE     60
                            PRINT CLAIM NOTES


CLAIM NUMBER :  002778-002084-NS-01 (OPEN   )
CLAIMANT NAME:  BROWN,GERMAIN
ACCIDENT DATE:  03-07-2016

800-821-5401 Ext 5198
E:  jim_blevins@gbtpa.com
------------------------------------------------------------------------------
ENTRY DATE    :  07-06-2017 (20:04) SUBJECT:  001 FILE NOTES
AUTHOR        :  SYSTEM GENERATED

REPETITIVE PAYMENT ALERT
THE FOLLOWING ALERT WAS SENT TO THE INBOX OF ADJUSTER 030652
Claim:        002778-002084-NS-01      Claimant: BROWN, GERMAIN
Reason:       Payee Name       :       BROWN, GERMAIN
              Payment Date     :       06-Jul-2017
              Frequency        :       Every 01 week(s)
              Next Payment Date:       13-Jul-2017
              Amount           :       0000700.00
              Net PTD          :       00069738.55
Instructions: WARNING - THIS IS THE FINAL PAYMENT
```

*final TTD pre-authorized payment.*

```
------------------------------------------------------------------------------
ENTRY DATE    :  07-13-2017 (08:25) SUBJECT:  001 FILE NOTES
AUTHOR        :  BOUCEK,PATRICIA

HHC contact: IME is scheduled for insured, however, have been unable to get a-
hold of the insured to confirm via email or phone and there is a cancellation
fee for 7/19/2017.
Letter has also been physically mailed to insured. Will try and contact via
phone and email as well.
------------------------------------------------------------------------------
ENTRY DATE    :  07-13-2017 (08:28) SUBJECT:  001 FILE NOTES
AUTHOR        :  BOUCEK,PATRICIA

Insured contact: 229-726-1788. Insured stated that he confirmed with HHC group
last week his IME for 7/19/2017, but I requested that he contact again as they
did not receive.
------------------------------------------------------------------------------
ENTRY DATE    :  07-17-2017 (11:13) SUBJECT:  001 FILE NOTES
AUTHOR        :  BOUCEK,PATRICIA

Insured email contact re TTD and IME appt scheduling:
From: Patricia Tindall
Sent: Monday, July 17, 2017 12:11 PM
To: 'Gabrielle Henry-Brown'
Subject: RE: OccAcc TTD check for 4/13/2017
Importance: High
Mr. Brown,
The TTD check has been issued today. I apologize as it was an error that did
not get issued last week.
Your IME is scheduled for: 7/19 at 4pm.
The address is:
Provider:                  Peter Loeb, MD Board Certified - Orthopaedic
                           North Florida Sports and Medicine &
```

*Pre-authorized TTD check mailed late with apology.*

*IME doctor for 7-19-17*

```
CONTINUED ON THE NEXT PAGE
```

DEFS 0401

```
CNQ21R01              GALLAGHER BASSETT SERVICES, INC.   21Feb2019 PAGE    61
                              PRINT CLAIM NOTES


     CLAIM NUMBER :  002778-002084-NS-01 (OPEN  )
     CLAIMANT NAME:  BROWN,GERMAIN
     ACCIDENT DATE:  03-07-2016

  Orthopaedic Center
  Address:                    1911 Muccosukee Road; Tallahassee, Florida 32308
  Phone:                      (850) 878-2549                  [settlement manager?]
  Thank you,
  Tricia Tindall | Senior Resolution Manager | Gallagher Bassett
  PO Box 419797, Kansas City, MO 64141
  D: 816-216-5204 | F: 816-216-5770
  E: patricia_tindall@gbtpa.com
  Alternate Point of Contact: Jim_Blevins@gbtpa.com | (816) 216-5198
  From: Gabrielle Henry-Brown [mailto:gbrown1910@gmail.com]
  Sent: Monday, July 17, 2017 10:45 AM
  To: Patricia Tindall
  Subject: RE: OccAcc TTD check for 4/13/2017
  Mrs. Tindall
  I did confirm the IME appointment for the 19 th they sent me a email  with the
  details but for some reason I can't view it i tryed calling them but I got no
  answer from extension #102  do you have the location and time of  this
  appointment. also I see last week's check didn't get issued
  Thanks
  Germain Brown
  ------------------------------------------------------------------------------
  ENTRY DATE    : 07-18-2017 (14:03) SUBJECT:  004 LEGAL
  AUTHOR        : BOUCEK,PATRICIA
  Attorney contact: Benson w/ Bob Law, 404-596-5518. Insured's attorney wanted
  to know if the insured had to go to the IME that is scheduled for tomorrow. I
  explained that yes, the insured needed to attend the IME as under the policy,
  we have a right to review the claim.
  I confirmed that all medical records had been received and sent the IME
  physician for his eval. Insured's 1st IME was 9/7/20016 and G/B needs to
  verify if the requested surgery is medically necessary/related to the OccAcc
  claim.
  ------------------------------------------------------------------------------
  ENTRY DATE    : 07-20-2017 (14:16) SUBJECT:, 001 FILE NOTES
  AUTHOR        : BOUCEK,PATRICIA
  Insured contact re request for 1st IME results:
  From: Patricia Tindall
  Sent: Thursday, July 20, 2017 3:16 PM
  To: 'Gabrielle Henry-Brown'
  Subject: RE: OccAcc TTD check for 4/13/2017
  Your IME results from eval of 9/7/2016 were faxed to your treating physician
  at the time, Musculoskeletal Associates. You will need to obtain from their
  office.
  Thank you,
  Tricia Tindall | Senior Resolution Manager | Gallagher Bassett
  PO Box 419797, Kansas City, MO 64141
  D: 816-216-5204 | F: 816-216-5770
  E: patricia_tindall@gbtpa.com

  CONTINUED ON THE NEXT PAGE
```

*Handwritten margin notes (left side):* ACE wants insurance medical examination to pre-authorize or deny or authorize request for surgery

*Handwritten notes (right side, first entry):* told that Germain's lawyer Insurance Medical Exam because ACE has right under policy to investigate whether requested surgery is medically necessary & related to crash.

*Handwritten notes (right side, second entry):* Germain requested that ACE send him the first Insurance Medical Examination report located in the ACE file but ACE told German that ACE would not send to German. Instead, German should get report from German's treating physician at the time. Sub standard claim handling, ACE is giving German the hassell and creating unnecessary barriers as it intentionally inflicts delay and damage to its client-insured.

DEFS 0402

CNQ21R01                    GALLAGHER BASSETT SERVICES, INC.    21Feb2019 PAGE    62
                            PRINT CLAIM NOTES

CLAIM NUMBER :  002778-002084-NS-01 (OPEN  )
CLAIMANT NAME:  BROWN,GERMAIN
ACCIDENT DATE:  03-07-2016

Alternate Point of Contact: Jim_Blevins@gbtpa.com | (816) 216-5198
Gallagher Bassett is committed to delivering exceptional service and we are
here to help.
Please contact my supervisor (Harry_Dawson@gbtpa.com) with any questions.
From: Gabrielle Henry-Brown [mailto:gbrown1910@gmail.com]
Sent: Wednesday, July 19, 2017 4:24 PM
To: Patricia Tindall
Subject: Re: OccAcc TTD check for 4/13/2017
Hi
I would like to request a full copy of my first IME from Tallahassee
Orthopedic Center for my records
Thanks
Germain Brown
--------------------------------------------------------------------------------
ENTRY DATE    :  07-26-2017 (13:19) SUBJECT:    019 PLAN OF ACTION
AUTHOR        :  BOUCEK,PATRICIA

Diary Review/POA:
DATE OF LEASE: SINCE 6/9/2015
DATE OF BIRTH: 6/17/1993
DATE OF INJURY: 3/7/2016 @ 4:00 PM
POLICY #: TOCN001303533; PRIMARY POLICY
DESCRIPTION: I/V WAS TRAVELING EAST ON I-40. STUDENT WAS DRIVING & LOST
CONTROL DUE TO EQUIPMENT FAILURE. I/V SWERVED INTO WESTBOUND LAND & HIT O/V
HEAD ON. BOTH VEHICLES ENDED UP IN RAVINE ABOUT 200 FT OFF THE ROAD. DRIVER
AND PASSENGER OF O/V BOTH DIED AFTER MVA.

CURRENT DIAGNOSIS: low back pain and lumbar radiculopathy
CURRENT TREATMENT PLAN: underwent 50% relief from ESI injection, pending
surgery approval
CURRENT PROGNOSIS: fair
ESTIMATE RTW DATE: pending
P/R: REC'D- INSURED WAS PASSENGER OF I/V AND I/V WAS AT FAULT, DUE TO DRIVER
INATTENTION. BOTH PARTIES OF O/V DIED POST MVA.
SUBROGATION: UNLIKELY, AS AT FAULT MVA; HOWEVER INSURED WAS PASSENGER AT WHILE
STUDENT WAS DRIVING AND CITED FOR CARELESS DRIVING
DISPATCH: loaded in Tucumcarl, NM  COVERAGE/PREMIUM: premiums paid
CURRENT RESERVES: TTD RESERVES ADEQUATE TO COVER 78 WEEKS AT POLICY MAX OF
$700; MEDICAL RESERVES TO COVER INITIAL E/R VISIT, DIAGNOSTIC EXAMS, PHYSICAL
THERAPY AND INJECTIONS; EXPENSE RESERVES TO COVER IME, PEER REVIEW AND
INVESTIGATION
*******************************************************************************
CURRENT PLAN OF ACTION: Processing TTD benefits per policy as insured remains
off of work for injuries. IME was attended on 7/19/2017 and report is pending
at this time. Reserves adequate and possible subrogation on claim, however
unlikely, unless insured files a claim against student driver. Will continue
to  monitor.
ESTIMATED CLAIM CLOSURE DATE: claim will remain open for at least 90 days for
IME results.

pre-
authorization
of TTD
benefits

DEFS 0403

CNQ21R01                GALLAGHER BASSETT SERVICES, INC.    21Feb2019 PAGE    63
                             PRINT CLAIM NOTES

CLAIM NUMBER :   002778-002084-NS-01 (OPEN  )
CLAIMANT NAME:   BROWN,GERMAIN
ACCIDENT DATE:   03-07-2016

---------------------------------------------------------------------------
ENTRY DATE    :   08-03-2017 (08:04) SUBJECT:  001 FILE NOTES
AUTHOR        :   BOUCEK,PATRICIA

Provider contact: Cindy with NW PLaza billing, 229-317-5572. Left v/m advising
that claim is still pending results of IME that was attended on 7/19/2017.
---------------------------------------------------------------------------
ENTRY DATE    :   08-07-2017 (15:48) SUBJECT:  001 FILE NOTES
AUTHOR        :   BOUCEK,PATRICIA

Provider contact: Cindy with NW PLaza billing, 229-317-0744. Left v/m advising
provider that results are still pending as have not been received.
---------------------------------------------------------------------------
ENTRY DATE    :   08-17-2017 (08:13) SUBJECT:  002 MEDICAL   *Medical examination of*
AUTHOR        :   BOUCEK,PATRICIA   *2nd Insurance*                      *7-19-17*

Received IME report for 2nd IME eval of 7/19/2017:
1) subjective complaints do not objectively correlate. He does not have
straight leg raise or negative straight leg raise. He has mildly tight
hamstrings on his left side, but his reflexes are intact. He does have   *nerve root compromise*
decreased strength in the L4-L5 nerve root area on exam.   *L4-L5 nerve + weakness*
2) DX: Low back pain with evidence of L4-L5 nerve root compromise and weakness
along with radicular complaints on the left side. Secondary diagnosis is
congenital scoliosis with congenital hemivertebrae and was felt to be a   *of L5-S1*
congenital spondylolisthesis of L5-S1. *Congenital spondy* [what guidelines?]
3) did suffer an Occupational Accident at time of loss, 3/7/2016   *OccAcc on 3-7-16*
4) treatment to date: Yes. Treatments involved have been appropriate within
guidelines. I think that the treatments today including physical therapy which
he says does not benefit him and in fact, made him feel worse along with the
treatments including the attempted EDSIs have been relevant. There was some
question that there are reports of the EDSIs did not have any benefit. He felt
that he had some slight benefit. I do not think there is any evidence of
ongoing EDSIs are expected at this time.
5) has not healed at this time, as continues to have symptoms & L4-L5 nerve
root issues, however some congenital issues to back pre-existed related to the
potential spondylolisthesis and/or the hemivertebrae and scoliosis.
6) 6 weeks PT was medically necessary, however no further PT is necessary
7) injections only to the left side are medically necessary   *L4-L5*
8) lumbar surgery request: I think it has been noted in the chart that it is   *surgery*
felt that at this time with failure of continuing to be able to improve his   *reasonable*
symptoms and he continued L5 to have essentially L4- nerve root compression, I
think it is reasonable to consider potential surgical treatment. It needs to
be just at that level and not addressing the other congenital issues.
7) underlying conditions: would only be his congenital abnormalities relative
to his lumbar spine and the risk associated with lumbar surgery associated
with that preexisting problem. That needs to be well defined and delineated
prior to potential surgical management.
8) Healing period: going now well over a year with his injury, and he still
continues to be symptomatic as well as show weakness. I think that I would

CONTINUED ON THE NEXT PAGE

DEFS 0404

CNQ21R01                    GALLAGHER BASSETT SERVICES, INC.    21Feb2019 PAGE    64
                                    PRINT CLAIM NOTES

CLAIM NUMBER :   002778-002084-NS-01 (OPEN  )
CLAIMANT NAME:   BROWN,GERMAIN
ACCIDENT DATE:   03-07-2016

have expected improvement prior to this and therefore, I think he is in the
period of where I would believe conservative measures would no longer be
entertained and perhaps could consider measures dealing essentially with that
left L4-L5 nerve root.
9) Not able to RTW at this time
-------------------------------------------------------------------------------
ENTRY DATE    :  08-17-2017 (08:15) SUBJECT:   001 FILE NOTES
AUTHOR        :  SYSTEM GENERATED

REPETITIVE PAY SCHED. FOR 1 WKS. FOR TOTAL OF   5 PAYMENTS FOR     $700.00
PAYEE: GERMAIN BROWN
MAIL:  GERMAIN BROWN
FIRST PAYMENT DATE:  8/17/17
DISABILITY START DATE:  8/11/17
PAY CODE:       TEMPORARY TOTAL DISABILITY
MESSAGE: STANDARD
-------------------------------------------------------------------------------
ENTRY DATE    :  08-17-2017 (08:39) SUBJECT:   001 FILE NOTES
AUTHOR        :  BOUCEK,PATRICIA

D.F.I. - FAXED IME RESULTS TO MUSCULOSKELETAL ASSOC
Category          : Correspondence
Date Attached     : 17-Aug-2017
User ID           :  (030652)
File Name         : ACE CMCFAX--IME RESULTS.DOC
Description       : FAXED IME RESULTS TO MUSCULOSKELETAL ASSOC
System Information:
    Category ID   : 27
    Document ID   : 98954179
    File Name     : EX20170817EC39BEF1545E4D2C8F3A5EFDF6B58BD4.DOC
    File Location: Attachments\2017\08\17\0017\
-------------------------------------------------------------------------------
ENTRY DATE    :  08-17-2017 (08:50) SUBJECT:   005 RESERVING
AUTHOR        :  BOUCEK,PATRICIA

Increasing TTD reserves to full 104 weeks as insured remains off of work after
IME results
increasing medical reserves for additional injections, follow up treatment and
possibly surgery
increasing expense reserves for PPO fees
-------------------------------------------------------------------------------
ENTRY DATE    :  08-24-2017 (09:01) SUBJECT:   001 FILE NOTES
AUTHOR        :  BOUCEK,PATRICIA

Provider contact: Cindy with Regional Health Group; 229-317-5572
advised that injection bills were paid on 8/17/2017 as well as IME results
faxed to provider on 8/17/2017 for review and comment.
Advised that injections were specifically addressed on the IME report for #6
and #10.

DEFS 0405

```
CNQ21R01              GALLAGHER BASSETT SERVICES, INC.   21Feb2019 PAGE     65
                            PRINT CLAIM NOTES


     CLAIM NUMBER :  002778-002084-NS-01 (OPEN  )
     CLAIMANT NAME:  BROWN,GERMAIN
     ACCIDENT DATE:  03-07-2016


     ----------------------------------------------------------------------
     ENTRY DATE   :  08-25-2017 (13:43) SUBJECT:  001 FILE NOTES
     AUTHOR       :  BOUCEK,PATRICIA

     Provider contact: Enshaw with NW plaza 229-317-0742. Explained that per the
     IME report, the left sided injections are medically necessary and related to
     DOL.
     ----------------------------------------------------------------------
     ENTRY DATE   :  08-25-2017 (14:10) SUBJECT:  001 FILE NOTES
     AUTHOR       :  BOUCEK,PATRICIA

     Insured contact: 229-726-1788
     confirmed that IME report has been faxed to the treating physicians and left
     sided injections were medically necessary. Insured will need to contact DR
     office directly.
     ----------------------------------------------------------------------
     ENTRY DATE   :  08-30-2017 (07:00) SUBJECT:  001 FILE NOTES
     AUTHOR       :  BOUCEK,PATRICIA

     Emailed updated supp claim forms to insured, monitor for return:
     From: Patricia Tindall
     Sent: Wednesday, August 30, 2017 8:00 AM
     To: 'Gabrielle Henry-Brown'
     Subject: OccAcc supplemental claim forms- Germain Brown
     Importance: High
     RE:                 SUPPLEMENTAL CLAIM FORM
     DOL:            3/7/2016
     CLAIM#:         2778-2084-NS-01
     POLICY#:        TOCN01303533
     Dear Mr. Brown:
     We are in the process of updating our files.  Enclosed is a supplemental claim
     form. Please complete the front side and have your treating physician complete
     the backside and return to our office as soon as possible. Please also
     complete the Temporary Total Disability Benefit Affidavit & have returned to
     our office.
     Please have the completed form back to our office within 10 days to avoid any
     interruption in further disability benefits.
     If you have any questions pertaining to this matter, please contact this
     office
     ----------------------------------------------------------------------
     ENTRY DATE   :  09-07-2017 (20:05) SUBJECT:  001 FILE NOTES
     AUTHOR       :  SYSTEM GENERATED

     REPETITIVE PAYMENT ALERT
     THE FOLLOWING ALERT WAS SENT TO THE INBOX OF ADJUSTER 030652
     Claim:          002778-002084-NS-01    Claimant:  BROWN, GERMAIN
     Reason:         Payee Name      :      BROWN, GERMAIN
                     Payment Date    :      07-Sep-2017
                     Frequency       :      Every 01 week(s)

     CONTINUED ON THE NEXT PAGE
```

*[handwritten margin note: alert for pre authorized payment to sent to adjuster]*

DEFS 0406

CNQ21R01                  GALLAGHER BASSETT SERVICES, INC.   21Feb2019 PAGE      66
                              PRINT CLAIM NOTES

CLAIM NUMBER :  002778-002084-NS-01 (OPEN  )
CLAIMANT NAME:  BROWN,GERMAIN
ACCIDENT DATE:  03-07-2016

                    Next Payment Date:      14-Sep-2017
                    Amount           :      0000700.00
                    Net PTD          :      00080723.29
Instructions:  WARNING - THIS IS THE NEXT TO LAST PAYMENT
------------------------------------------------------------------------
ENTRY DATE    :  09-08-2017 (09:35) SUBJECT:  019 PLAN OF ACTION
AUTHOR        :  BOUCEK,PATRICIA

Diary Review/POA:
DATE OF LEASE: SINCE 6/9/2015
DATE OF BIRTH: 6/17/1993
DATE OF INJURY: 3/7/2016 @ 4:00 PM
POLICY #: TOCN001303533; PRIMARY POLICY
DESCRIPTION: I/V WAS TRAVELING EAST ON I-40. STUDENT WAS DRIVING & LOST
CONTROL DUE TO EQUIPMENT FAILURE. I/V SWERVED INTO WESTBOUND LAND & HIT O/V
HEAD ON. BOTH VEHICLES ENDED UP IN RAVINE ABOUT 200 FT OFF THE ROAD. DRIVER
AND PASSENGER OF O/V BOTH DIED AFTER MVA.

CURRENT DIAGNOSIS: Low back pain with evidence of L4-L5 nerve root compromise
and weakness along with radicular complaints on the left side
CURRENT TREATMENT PLAN: per IME- injections only to the left side are
medically necessary, no further PT is necessary; if surgery, it needs to be
just at the L4-L5 level and not addressing any other congenital issues.
CURRENT PROGNOSIS: fair
ESTIMATE RTW DATE: pending
P/R: REC'D- INSURED WAS PASSENGER OF I/V AND I/V WAS AT FAULT, DUE TO DRIVER
INATTENTION. BOTH PARTIES OF O/V DIED POST MVA.
SUBROGATION: UNLIKELY, AS AT FAULT MVA; HOWEVER INSURED WAS PASSENGER AT WHILE
STUDENT WAS DRIVING AND CITED FOR CARELESS DRIVING
DISPATCH: loaded in Tucumcarl, NM  COVERAGE/PREMIUM: premiums paid
CURRENT RESERVES: TTD RESERVES ADEQUATE TO COVER 104 WEEKS AT POLICY MAX OF
$700; MEDICAL RESERVES TO COVER INITIAL E/R VISIT, DIAGNOSTIC EXAMS, PHYSICAL
THERAPY AND INJECTIONS; EXPENSE RESERVES TO COVER IME, PEER REVIEW AND
INVESTIGATION
*************************************************************************
CURRENT PLAN OF ACTION: Processing TTD benefits per policy as insured remains
off of work for injuries and further treatment needed for insured per IME of
7/19/2017. Insured not able to RTW at this time. Claim pending, updated supp
claim forms from insured.  Reserves adequate and possible subrogation on
claim, however unlikely, unless insured files a claim against student driver.
Will continue to  monitor.
ESTIMATED CLAIM CLOSURE DATE: claim will remain open for at least 90 days for
to process claim benefits
------------------------------------------------------------------------
ENTRY DATE    :  09-10-2017 (09:49) SUBJECT:  007 SUPERVISION
AUTHOR        :  DAWSON,HARRY

Supervisory Diary Review:
Reserved to process for 78 weeks TTD and ongoing medical

CONTINUED ON THE NEXT PAGE

DEFS 0407

```
CNQ21R01              GALLAGHER BASSETT SERVICES, INC.   21Feb2019 PAGE    67
                           PRINT CLAIM NOTES


CLAIM NUMBER :  002778-002084-NS-01 (OPEN  )
CLAIMANT NAME:  BROWN,GERMAIN
ACCIDENT DATE:  03-07-2016


treatment. Expense set for PPO, IME and further investigation.
Does not appear to be subro.
RM is processing claim for TTD and medical benefits under
policy provisions. Based on IME results insured was unable to
RTW full duty and does require additional treatment.
Claim will remain open for at least 90 days.
-------------------------------------------------------------------------------
ENTRY DATE   :  09-14-2017 (14:57) SUBJECT:  002 MEDICAL
AUTHOR       :  BOUCEK,PATRICIA


Received physician's supp form, dated 9/13/2017:
dx: lwo back pain and lumbar radiculopathy
prognosis: good
current treatment plan: patient underwent Ll4-5, L5-s1 TESI
expected RTW date: TBD
-------------------------------------------------------------------------------
ENTRY DATE   :  09-14-2017 (14:57) SUBJECT:  001 FILE NOTES
AUTHOR       :  SYSTEM GENERATED

UPDT REPETITIVE PAY SCHED. FOR 1 WKS. FOR TOTAL OF 10 PAYMENTS FOR    $700.00
PAYEE: GERMAIN BROWN
MAIL:  GERMAIN BROWN
FIRST PAYMENT DATE:  8/17/17
DISABILITY START DATE:  8/11/17
PAY CODE:     TEMPORARY TOTAL DISABILITY
MESSAGE: STANDARD
-------------------------------------------------------------------------------
ENTRY DATE   :  09-27-2017 (10:44) SUBJECT:  001 FILE NOTES
AUTHOR       :  BOUCEK,PATRICIA

Provider contact: Dorothy with Musculoskeletal Associates; 229-435-0525;
insured is being seen for follow up for his back. Advised OccAcc and not WC.
No pre auth required for treatment, but based off of medical necessity to
3/7/16 DOL and does need to be seen for L4-L5 level and not addressing his
congenital issues, per IME results that were faxed on 8/17/17.
-------------------------------------------------------------------------------
ENTRY DATE   :  10-12-2017 (20:05) SUBJECT:  001 FILE NOTES
AUTHOR       :  SYSTEM GENERATED

REPETITIVE PAYMENT ALERT
THE FOLLOWING ALERT WAS SENT TO THE INBOX OF ADJUSTER 030652
Claim:        002778-002084-NS-01    Claimant:  BROWN, GERMAIN
Reason:       Payee Name       :     BROWN, GERMAIN
              Payment Date     :     12-Oct-2017
              Frequency        :     Every 01 week(s)
              Next Payment Date:     19-Oct-2017
              Amount           :     0000700.00
              Net PTD          :     00086449.62
Instructions: WARNING - THIS IS THE NEXT TO LAST PAYMENT
```

*[handwritten margin notes: "pre-authorize TTD payment", "not WC, etc 'but' does need to be seen for L4-5 level per IME", "next to last payment"]*

DEFS 0408

```
CNQ21R01              GALLAGHER BASSETT SERVICES, INC.   21Feb2019 PAGE    68
                            PRINT CLAIM NOTES


CLAIM NUMBER :  002778-002084-NS-01 (OPEN  )
CLAIMANT NAME:  BROWN,GERMAIN
ACCIDENT DATE:  03-07-2016


---------------------------------------------------------------------------
ENTRY DATE    :  10-19-2017 (20:04) SUBJECT:  001 FILE NOTES
AUTHOR        :  SYSTEM GENERATED

REPETITIVE PAYMENT ALERT
THE FOLLOWING ALERT WAS SENT TO THE INBOX OF ADJUSTER 030652
Claim:         002778-002084-NS-01    Claimant: BROWN, GERMAIN
Reason:        Payee Name      :      BROWN, GERMAIN
               Payment Date    :      19-Oct-2017
               Frequency       :      Every 01 week(s)
               Next Payment Date:     26-Oct-2017
               Amount          :      0000700.00
               Net PTD         :      00087389.62
Instructions:  WARNING - THIS IS THE FINAL PAYMENT
---------------------------------------------------------------------------
ENTRY DATE    :  10-25-2017 (12:35) SUBJECT:  001 FILE NOTES
AUTHOR        :  SYSTEM GENERATED

REPETITIVE PAY SCHED. FOR 1 WKS. FOR TOTAL OF  5 PAYMENTS FOR     $700.00
PAYEE: GERMAIN BROWN
MAIL:  GERMAIN BROWN
FIRST PAYMENT DATE: 10/26/17
DISABILITY START DATE: 10/20/17
PAY CODE:      TEMPORARY TOTAL DISABILITY
MESSAGE: STANDARD
---------------------------------------------------------------------------
ENTRY DATE    :  10-25-2017 (12:37) SUBJECT:  019 PLAN OF ACTION
AUTHOR        :  BOUCEK,PATRICIA

Diary Review/POA:
DATE OF LEASE: SINCE 6/9/2015
DATE OF BIRTH: 6/17/1993
DATE OF INJURY: 3/7/2016 @ 4:00 PM
POLICY #: TOCN001303533; PRIMARY POLICY
DESCRIPTION: I/V WAS TRAVELING EAST ON I-40. STUDENT WAS DRIVING & LOST
CONTROL DUE TO EQUIPMENT FAILURE. I/V SWERVED INTO WESTBOUND LAND & HIT O/V
HEAD ON. BOTH VEHICLES ENDED UP IN RAVINE ABOUT 200 FT OFF THE ROAD. DRIVER
AND PASSENGER OF O/V BOTH DIED AFTER MVA.


CURRENT DIAGNOSIS: Low back pain and lumbar radiculopathy
CURRENT TREATMENT PLAN: per IME- injections only to the left side are
medically necessary, no further PT is necessary; if surgery, it needs to be
just at the L4-L5 level and not addressing any other congenital issues.
CURRENT PROGNOSIS: good
ESTIMATE RTW DATE: TBD
P/R: REC'D- INSURED WAS PASSENGER OF I/V AND I/V WAS AT FAULT, DUE TO DRIVER
INATTENTION. BOTH PARTIES OF O/V DIED POST MVA.
SUBROGATION: POSSBILE,  INSURED WAS PASSENGER AT WHILE STUDENT WAS DRIVING AND
CITED FOR CARELESS DRIVING

CONTINUED ON THE NEXT PAGE
```

*pre-authorized TTD payments* [handwritten margin note]

```
CNQ21R01              GALLAGHER BASSETT SERVICES, INC.   21Feb2019 PAGE      69
                              PRINT CLAIM NOTES
```

```
CLAIM NUMBER :   002778-002084-NS-01 (OPEN  )
CLAIMANT NAME:   BROWN,GERMAIN
ACCIDENT DATE:   03-07-2016
```

DISPATCH: loaded in Tucumcarl, NM  COVERAGE/PREMIUM: premiums paid
CURRENT RESERVES: TTD RESERVES ADEQUATE TO COVER 104 WEEKS AT POLICY MAX OF
$700; MEDICAL RESERVES TO COVER INITIAL E/R VISIT, DIAGNOSTIC EXAMS, PHYSICAL
THERAPY AND INJECTIONS; EXPENSE RESERVES TO COVER IME, PEER REVIEW AND
INVESTIGATION
*******************************************************************
CURRENT PLAN OF ACTION: Processing TTD benefits per policy as insured remains
off of work for injuries and further treatment needed for insured per IME of
7/19/2017. Insured not able to RTW at this time. Reserves adequate and
possible subrogation on claim, however unlikely, unless insured files a claim
against student driver. Have sent claim file to MWC law to protect our lien.
Will send PTD letter to insured at beginning of year, as 104 week policy
expires 3/6/2018. Will continue to  monitor.
ESTIMATED CLAIM CLOSURE DATE: claim will remain open for at least 90 days for
to process claim benefits
------------------------------------------------------------------------
ENTRY DATE    :  11-08-2017 (09:39)  SUBJECT:   001 FILE NOTES
AUTHOR        :  BOUCEK,PATRICIA

Coverage question from Swift correspondence:
From: Patricia Tindall
Sent: Wednesday, November 08, 2017 10:37 AM
To: 'Ginny Bishop'
Subject: RE: GERMAIN BROWN- OccAcc questions
Occupational Accident policy: maximum 104 weeks for Medical and/or Disability
coverage benefits
" 104 weeks from date first treated
" 104 weeks from date taken off of work by treating physician/last day worked
Policy benefit maximum: $1,000,000 (medical & TTD benefits)
In Mr. Brown's particular Occupational Accident claim, his DOL was 3/7/2016,
therefore his benefits would be payable through 3/6/2018, however, first
treated/was taken off of work as of 3/14/2016, therefor his maximum benefits
for medically necessary treatment would go through 3/13/2018.
Medically Necessary
We determine, in Our discretion, if a service or supply is medically necessary
for the diagnosis and treatment of an Occupational Accidental injury. This
determination is based on and consistent with standards approved by Our
medical personnel. These standards are developed, in part, with consideration
to whether the service or supply meets the following:
(1) It is appropriate and required for the diagnosis or treatment of the
Occupational Accidental injury.
(2) It is safe and effective according to accepted clinical evidence reported
by generally recognized medical professionals or publications.
(3) There is not a less intensive or more appropriate diagnostic or treatment
alternative that could have been used in lieu of the service or supply given.
A determination that a service or supply is not medically necessary may apply
to the entire service or supply or to any part of the service or supply.
Thank you,
Tricia Tindall Boucek | Senior Resolution Manager | Gallagher Bassett

CONTINUED ON THE NEXT PAGE
```

*Handwritten margin notes:*

*[left margin]* Question from assuming reinsurer

*[right side]* [SWIFT has assuming reinsurance risk under undisclosed treaty. It is SWIFT that must pay for surgery.]

*[bottom]* [not American Insurance Industry Claim Handling Standards. Reference not given to insurer or reinsurer. Investigation and evaluation both must be ① prompt ② thorough and ③ fair. Fair means giving at least equal consideration to interests of client insured as insurer/assuming reinsurer gives itself. Here ACE and Swift did not adjust Germain's claim within the American Insurance Industry Claim Handling Standards.]

DEFS 0410

CNQ21R01                GALLAGHER BASSETT SERVICES, INC.    21Feb2019 PAGE    70
                              PRINT CLAIM NOTES


CLAIM NUMBER  :  002778-002084-NS-01 (OPEN  )
CLAIMANT NAME:  BROWN,GERMAIN
ACCIDENT DATE:  03-07-2016

PO Box 419797, Kansas City, MO 64141
D: 816-216-5204 | F: 816-216-5770
E: patricia_tindall@gbtpa.com
Alternate Point of Contact: Jim_Blevins@gbtpa.com | (816) 216-5198
Gallagher Bassett is committed to delivering exceptional service and we are
here to help.
Please contact my supervisor (Harry_Dawson@gbtpa.com) with any questions.
From: Ginny Bishop [mailto:Ginny_Bishop@Swifttrans.com]
Sent: Wednesday, November 08, 2017 10:18 AM
To: Patricia Tindall
Subject: GERMAIN BROWN
Hi, I received the question below from our BI Department
Can you provide me with time and dollar value limits?
Is there a time limit for payment of accident-related medical or will they
likely be on the hook for the back surgery regardless of when it occurs now
that their IME doctor agrees that it is necessary and related
Thanks!
Ginny Bishop
Work Injury Claim Examiner III - Midwest Region
Swift Transportation Company, Inc.
--------------------------------------------------------------------------
ENTRY DATE    : 11-15-2017 (10:02) SUBJECT:  008 SUBRO/SALVAGE/SECOND INJURY
AUTHOR        : BOUCEK,PATRICIA

D.F.I. - updated lien letter with payment listing sent to Montlick & assoc
Category           : Subro/Salvage/Second Injury
Date Attached      : 15-Nov-2017
User ID            :  (030652)
File Name          : UPDATED LIEN FOR G. BROWN 11.15.17.PDF
Description        : updated lien letter with payment listing sent to Montlick &
assoc
System Information:
    Category ID  : 12
    Document ID  : 103183554
    File Name    : EX20171115D0019628F8ED42C298500A5AB0398CDB.PDF
    File Location: Attachments\2017\11\15\0020\
--------------------------------------------------------------------------
ENTRY DATE    : 11-15-2017 (10:14) SUBJECT:  002 MEDICAL
AUTHOR        : BOUCEK,PATRICIA

Sent claim file to MWC law to protect our lien:
From: Patricia Tindall
Sent: Wednesday, November 15, 2017 11:14 AM
To: 'dchurch@mwcattorneys.com'
Cc: 'Marlene Lubowicz'
Subject: Germain Brown subro; 2778-2084-NS-01, DOL: 3/7/2016
Please see attached subrogation file and supporting documents in order to
protect our lien.
If any additional documentation is needed, please advise.

CONTINUED ON THE NEXT PAGE

*[handwritten annotations in right margin:]* Q from Swift: Wants to know if Swift "on the hook for back surgery" after insurance Medical Exam doctor agrees it is necessary and related.

*[handwritten annotation lower:]* Question confirms my opinion that Swift is ultimate risk be bearer via reinsurance treaty.

DEFS 0411

```
CNQ21R01            GALLAGHER BASSETT SERVICES, INC.   21Feb2019 PAGE    71
                          PRINT CLAIM NOTES


    CLAIM NUMBER  :  002778-002084-NS-01 (OPEN  )
    CLAIMANT NAME:  BROWN,GERMAIN
    ACCIDENT DATE:  03-07-2016

    Thank you,
    Tricia Tindall Boucek | Senior Resolution Manager | Gallagher Bassett
    -----------------------------------------------------------------------
    ENTRY DATE   :  11-16-2017 (20:04) SUBJECT:  001 FILE NOTES
    AUTHOR       :  SYSTEM GENERATED


    REPETITIVE PAYMENT ALERT
    THE FOLLOWING ALERT WAS SENT TO THE INBOX OF ADJUSTER 030652
    Claim:          002778-002084-NS-01    Claimant: BROWN, GERMAIN
    Reason:         Payee Name        :    BROWN, GERMAIN
                    Payment Date      :    16-Nov-2017
                    Frequency         :    Every 01 week(s)
                    Next Payment Date:     23-Nov-2017
                    Amount            :    0000700.00
                    Net PTD           :    00090189.62
    Instructions:   WARNING - THIS IS THE NEXT TO LAST PAYMENT
    -----------------------------------------------------------------------
    ENTRY DATE   :  11-21-2017 (20:13) SUBJECT:  001 FILE NOTES
    AUTHOR       :  SYSTEM GENERATED


    REPETITIVE PAYMENT ALERT
    THE FOLLOWING ALERT WAS SENT TO THE INBOX OF ADJUSTER 030652
    Claim:          002778-002084-NS-01    Claimant: BROWN, GERMAIN
    Reason:         Payee Name        :    BROWN, GERMAIN
                    Payment Date      :    21-Nov-2017
                    Frequency         :    Every 01 week(s)
                    Next Payment Date:     30-Nov-2017
                    Amount            :    0000700.00
                    Net PTD           :    00090889.62
    Instructions:   WARNING - THIS IS THE FINAL PAYMENT
    -----------------------------------------------------------------------
    ENTRY DATE   :  11-27-2017 (15:09) SUBJECT:  008 SUBRO/SALVAGE/SECOND INJURY
    AUTHOR       :  BOUCEK,PATRICIA

    Spoke with Blake with MWC law re subrogation potential unlikely due to at
    fault MVA and driver was student driver through Swift.
    -----------------------------------------------------------------------
    ENTRY DATE   :  11-29-2017 (15:39) SUBJECT:  008 SUBRO/SALVAGE/SECOND INJURY
    AUTHOR       :  BOUCEK,PATRICIA

    D.F.I. - SUBROGATION UNLIKELY AFTER MWC REVIEW AS AT FAULT; ONLY AGAINST SWIFT
    Category        : Subro/Salvage/Second Injury
    Date Attached   : 29-Nov-2017
    User ID         : (030652)
    File Name       : 11-29 TRICIA TINDALL BOUCEK RE REVIEW OF CASE.PDF
    Description     : SUBROGATION UNLIKELY AFTER MWC REVIEW AS AT FAULT; ONLY
    RECOVERY AGAINST WOULD LIKELY BE SOUGHT FROM ANOTHER SWIFT INSURERE OR
    CONTRACTOR, AS THE STUDENT DRIVER WHO WAS WITH INSURED, WAS DRIVING, WHILE
    INSURED WAS IN THE SLEEPER CAB. FROM THE POLICE REPORT, CAUSE OF THE ACCIDENT

    CONTINUED ON THE NEXT PAGE
```

*[Handwritten annotations in margins:]*

pre-authorized TTD $700.00

"WARNING" next last payment

pre-authorized TTD $700

"WARNING" final payment

fault for crash on Swift

Fault only against Swift

[lawyer?]

MWC review. No subrogation d/c recovery by Swift insurer "A" would be against Swift insurer "B"

DEFS 0412

```
CNQ21R01                GALLAGHER BASSETT SERVICES, INC.  21Feb2019 PAGE    72
                              PRINT CLAIM NOTES


     CLAIM NUMBER :  002778-002084-NS-01 (OPEN  )
     CLAIMANT NAME:  BROWN,GERMAIN
     ACCIDENT DATE:  03-07-2016
```

WAS THE SWIFT STUDENT INATTENTIVE DRIVING, AND NO EVIDENCE OF EQUIPMENT
FAILURE

```
     System Information:
         Category ID  : 12
         Document ID  : 103636809
         File Name    : EX20171129296FDBF288594094AA81DC5D3379B0CE.PDF
         File Location: Attachments\2017\11\29\0031\
```
------------------------------------------------------------------------
```
     ENTRY DATE   :  12-07-2017 (13:22) SUBJECT:  007 SUPERVISION
     AUTHOR       :  DAWSON,HARRY
```

*lawyer*   *policy to expire at 104 weeks*

```
     Supervisory Diary Review:
     Reserved to process for 104 weeks TTD and ongoing medical
     treatment. Expense set for PPO, IME and further investigation.
     Does not appear to be subro, however MWC is representing us to
     protect any potential lien.
     RM is processing claim for TTD and medical benefits under
     policy provisions. Appears unlikely insured will return to
     work prior to policy expiration at this point, RM has sent PTD
     letter and will monitor for possible SSDI award.
     Claim will remain open for at least 90 days.
```

*?*   *ACE looking to take Germains Social Security Disability award*   *Income award*

------------------------------------------------------------------------
```
     ENTRY DATE   :  12-07-2017 (13:45) SUBJECT:  001 FILE NOTES
     AUTHOR       :  BOUCEK,PATRICIA


     Mailed updated supp form to insured, monitor for return.
```
------------------------------------------------------------------------
```
     ENTRY DATE   :  12-14-2017 (17:05) SUBJECT:  001 FILE NOTES
     AUTHOR       :  SYSTEM GENERATED


     REPETITIVE PAY SCHED. FOR 1 WKS. FOR TOTAL OF  3 PAYMENTS FOR     $700.00
     PAYEE: GERMAIN BROWN
     MAIL:  GERMAIN BROWN
     FIRST PAYMENT DATE: 12/14/17
     DISABILITY START DATE: 12/08/17
     PAY CODE:     TEMPORARY TOTAL DISABILITY
     MESSAGE: STANDARD
```

*TTD*

------------------------------------------------------------------------
```
     ENTRY DATE   :  12-14-2017 (17:52) SUBJECT:  019 PLAN OF ACTION
     AUTHOR       :  BOUCEK,PATRICIA


     Diary Review/POA:
     DATE OF LEASE: SINCE 6/9/2015
     DATE OF BIRTH: 6/17/1993
     DATE OF INJURY: 3/7/2016 @ 4:00 PM
     POLICY #: TOCN001303533; PRIMARY POLICY
     DESCRIPTION: I/V WAS TRAVELING EAST ON I-40. STUDENT WAS DRIVING & LOST
     CONTROL DUE TO EQUIPMENT FAILURE. I/V SWERVED INTO WESTBOUND LAND & HIT O/V
     HEAD ON. BOTH VEHICLES ENDED UP IN RAVINE ABOUT 200 FT OFF THE ROAD. DRIVER

     CONTINUED ON THE NEXT PAGE
```

*no equipment failure per log entry 11-29-17 that police said "no evidence of equipment failure." [which is it?]*

DEFS 0413

CNQ21R01                    GALLAGHER BASSETT SERVICES, INC.    21Feb2019 PAGE       73
                                   PRINT CLAIM NOTES

CLAIM NUMBER :  002778-002084-NS-01 (OPEN  )
CLAIMANT NAME:  BROWN,GERMAIN
ACCIDENT DATE:  03-07-2016

AND PASSENGER OF O/V BOTH DIED AFTER MVA.

---

CURRENT DIAGNOSIS: Low back pain and lumbar radiculopathy
CURRENT TREATMENT PLAN: per IME- injections only to the left side are
medically necessary, no further PT is necessary; if surgery, it needs to be
just at the L4-L5 level and not addressing any other congenital issues.
CURRENT PROGNOSIS: good
ESTIMATE RTW DATE: TBD
P/R: REC'D- INSURED WAS PASSENGER OF I/V AND I/V WAS AT FAULT, DUE TO DRIVER
INATTENTION. BOTH PARTIES OF O/V DIED POST MVA.
SUBROGATION: unlikely as at fault MVA; could only recover against Swift
DISPATCH: loaded in Tucumcarl, NM  COVERAGE/PREMIUM: premiums paid
CURRENT RESERVES: TTD RESERVES ADEQUATE TO COVER 104 WEEKS AT POLICY MAX OF
$700; MEDICAL RESERVES TO COVER INITIAL E/R VISIT, DIAGNOSTIC EXAMS, PHYSICAL
THERAPY AND INJECTIONS; EXPENSE RESERVES TO COVER IME, PEER REVIEW AND
INVESTIGATION  [No Reserve for expensive surgery.]

*No reserve for expensive surgery* (handwritten, left margin)

*************** ************************************************************
CURRENT PLAN OF ACTION: Processing TTD benefits per policy as insured remains
off of work for injuries and further treatment needed for insured per IME of
7/19/2017. Insured not able to RTW at this time. Reserves adequate and
unlikely subrogation on claim, as at fault MVA claim. Sending PTD letter to
insured as 104 week policy expires 3/6/2018.  **Medical will expire on
3/13/2018, as insured first treated on 3/14/2016. Will continue to  monitor.
ESTIMATED CLAIM CLOSURE DATE: claim will remain open for at least 90 days for
to process claim benefits
-------------------------------------------------------------------------
ENTRY DATE    :  12-21-2017 (20:04) SUBJECT:   001 FILE NOTES
AUTHOR        :  SYSTEM GENERATED    *unauthorized* (handwritten)

*pre-authorized TTD* (handwritten, left margin)

REPETITIVE PAYMENT ALERT
THE FOLLOWING ALERT WAS SENT TO THE INBOX OF ADJUSTER 030652
Claim:        002778-002084-NS-01    Claimant:  BROWN, GERMAIN
Reason:       Payee Name       :     BROWN, GERMAIN
              Payment Date     :     21-Dec-2017               *next to*
              Frequency        :     Every 01 week(s)          *Last Payment* (handwritten)
              Next Payment Date:     28-Dec-2017
              Amount           :     0000700.00
              Net PTD          :     00093689.62
Instructions: WARNING - THIS IS THE NEXT TO LAST PAYMENT
-------------------------------------------------------------------------
ENTRY DATE    :  12-28-2017 (20:06) SUBJECT:   001 FILE NOTES
AUTHOR        :  SYSTEM GENERATED

REPETITIVE PAYMENT ALERT
THE FOLLOWING ALERT WAS SENT TO THE INBOX OF ADJUSTER 030652
Claim:        002778-002084-NS-01    Claimant:  BROWN, GERMAIN
Reason:       Payee Name       :     BROWN, GERMAIN
              Payment Date     :     28-Dec-2017
              Frequency        :     Every 01 week(s)

CONTINUED ON THE NEXT PAGE

DEFS 0414

```
CNQ21R01                GALLAGHER BASSETT SERVICES, INC.  21Feb2019 PAGE    74
                              PRINT CLAIM NOTES
```

*final payment*

```
CLAIM NUMBER :  002778-002084-NS-01 (OPEN  )
CLAIMANT NAME:  BROWN,GERMAIN
ACCIDENT DATE:  03-07-2016
```

*pre-authorized*
*TTD*

```
                  Next Payment Date:      04-Jan-2018
                  Amount         :        0000700.00
                  Net PTD        :        00094389.62
Instructions:  WARNING - THIS IS THE FINAL PAYMENT
--------------------------------------------------------------------------------
ENTRY DATE    :  12-29-2017 (13:13) SUBJECT:  004 LEGAL
AUTHOR        :  BOUCEK,PATRICIA

D.F.I. - LEGAL DEMAND RECEIVED; SENDING CLAIM FILE TO CARRIER FOR REVIEW
Category          : Legal
Date Attached     : 29-Dec-2017
User ID           :  (030652)
File Name         : 20171227122432487.PDF
Description       : LEGAL DEMAND RECEIVED; SENDING CLAIM FILE TO CARRIER FOR
REVIEW
System Information:
    Category ID   : 2
    Document ID   : 106433301
    File Name     : EX20171229D96737571B5E429989839E0AD28BD70B.PDF
    File Location: Attachments\2017\12\29\0026\
--------------------------------------------------------------------------------
```

*11*

```
ENTRY DATE    :  12-29-2017 (13:28) SUBJECT:  001 FILE NOTES
AUTHOR        :  BOUCEK,PATRICIA
```

*" Legal demand*

```
D.F.I. - REFERRED LEGAL DEMAND RECEIVED TO CARRIER
Category          : Correspondence
Date Attached     : 29-Dec-2017
User ID           :  (030652)
File Name         : GERMAIN BROWN CHUBB REFERRAL- SWIFT.DOC
Description       : From: Patricia Boucek   Sent: Friday, December 29, 2017
2:27 PM  To: aceahclaimreferrals@chubb.com  Cc: Patricia Boucek  Subject:
Germain Brown initial CHUBB referral, 2778-2084-NS-01  Importance: High
Please see attached initial CHUBB referral for legal demand received. I ve
attached a copy of the OccAcc policy, claim payments, claim notes, legal
demand & claim medical reports. Please let me know if any additional
information is received.
System Information:
    Category ID   : 27
    Document ID   : 106434231
    File Name     : EX20171229CFCB2871243B422B98A26758DBB34BB4.DOC
    File Location: Attachments\2017\12\29\0027\
--------------------------------------------------------------------------------
ENTRY DATE    :  12-29-2017 (13:41) SUBJECT:  010 COVERAGE/COMPENSABILITY
AUTHOR        :  BOUCEK,PATRICIA

From: A&HTPAReferrals [mailto:ACEAHClaimReferrals@chubb.com]
Sent: Friday, December 29, 2017 2:32 PM
To: Patricia Boucek
Subject: A&H TPA Referrals Auto Response

CONTINUED ON THE NEXT PAGE
```

DEFS 0415

```
CNQ21R01                    GALLAGHER BASSETT SERVICES, INC.   21Feb2019 PAGE    75
                                   PRINT CLAIM NOTES


       CLAIM NUMBER :  002778-002084-NS-01 (OPEN  )
       CLAIMANT NAME:  BROWN,GERMAIN
       ACCIDENT DATE:  03-07-2016

       This email will acknowledge receipt of your TPA claim referral.  These
       materials will be reviewed within the next 3 - 5 business days.  If any
       additional information is needed to complete the processing of your TPA
       referral we will notify you immediately.
       ---------------------------------------------------------------------------
       ENTRY DATE   :  01-04-2018 (16:06) SUBJECT:  001 FILE NOTES
       AUTHOR       :  SYSTEM GENERATED
```

pre-authorized TTD

```
       REPETITIVE PAY SCHED. FOR 1 WKS. FOR TOTAL OF  4 PAYMENTS FOR    $700.00
       PAYEE: GERMAIN BROWN
       MAIL:  GERMAIN BROWN
       FIRST PAYMENT DATE:  1/04/18
       DISABILITY START DATE: 12/29/17
       PAY CODE:     TEMPORARY TOTAL DISABILITY
       MESSAGE: STANDARD
       ---------------------------------------------------------------------------
       ENTRY DATE   :  01-08-2018 (08:45) SUBJECT:  001 FILE NOTES
       AUTHOR       :  BOUCEK,PATRICIA
```

FAYED  "Legal Response" to Demand with copy of policy

```
       D.F.I. - FAXED LEGAL REPONSE TO DEMAND W/ COPY OF OCCACC POLICY
       Category          : Correspondence
       Date Attached     : 08-Jan-2018
       User ID           :  (030652)
       File Name         : G BROWN.PDF
       Description       : FAXED LEGAL REPONSE TO DEMAND W/ COPY OF OCCACC POLICY
       System Information:
           Category ID  : 27
           Document ID  : 108460813
           File Name    : EX20180108F25649B588E1483E891155645E7B2132.PDF
           File Location: Attachments\2018\01\08\0018\
       ---------------------------------------------------------------------------
       ENTRY DATE   :  01-08-2018 (09:04) SUBJECT:  001 FILE NOTES
       AUTHOR       :  BOUCEK,PATRICIA

       Confirmation of Receipt/Fax:
       -----Original Message-----
       From: Corporate GlobalFax - DO NOT REPLY
       Sent: Monday, January 08, 2018 10:02 AM
       To: Patricia Boucek
       Subject: Fax Sent to 94045965519@global.fax at 94045965519
       Time Sent         : Monday, January 8, 2018 9:02:18 AM Central Standard Time
       Pages Sent        : 26
       Duration          : 1099
       Remote CSID       :
       Destination       : 94045965519
       Subject           : Germain Brown, DOL: 3/7/2016
       ---------------------------------------------------------------------------
       ENTRY DATE   :  01-18-2018 (20:05) SUBJECT:  001 FILE NOTES
       AUTHOR       :  SYSTEM GENERATED


       CONTINUED ON THE NEXT PAGE
```

DEFS 0416

CNQ21R01                    GALLAGHER BASSETT SERVICES, INC.   21Feb2019 PAGE      76
                                PRINT CLAIM NOTES

CLAIM NUMBER :  002778-002084-NS-01 (OPEN  )
CLAIMANT NAME:  BROWN,GERMAIN
ACCIDENT DATE:  03-07-2016

REPETITIVE PAYMENT ALERT
THE FOLLOWING ALERT WAS SENT TO THE INBOX OF ADJUSTER 030652
Claim:             002778-002084-NS-01     Claimant: BROWN, GERMAIN
Reason:         Payee Name        :       BROWN, GERMAIN
                Payment Date      :       18-Jan-2018
                Frequency         :       Every 01 week(s)
                Next Payment Date:        25-Jan-2018
                Amount            :       0000700.00
                Net PTD           :       00096489.62
Instructions:  WARNING - THIS IS THE NEXT TO LAST PAYMENT
-------------------------------------------------------------------------------
ENTRY DATE    :  01-25-2018 (20:05) SUBJECT:  001 FILE NOTES
AUTHOR        :  SYSTEM GENERATED

*[handwritten: pre authorized TT]*  *[handwritten: next Tx last payment]*

REPETITIVE PAYMENT ALERT
THE FOLLOWING ALERT WAS SENT TO THE INBOX OF ADJUSTER 030652
Claim:             002778-002084-NS-01     Claimant: BROWN, GERMAIN
Reason:         Payee Name        :       BROWN, GERMAIN
                Payment Date      :       25-Jan-2018
                Frequency         :       Every 01 week(s)
                Next Payment Date:        01-Feb-2018
                Amount            :       0000700.00
                Net PTD           :       00097189.62
Instructions:  WARNING - THIS IS THE FINAL PAYMENT
-------------------------------------------------------------------------------
ENTRY DATE    :  01-28-2018 (18:38) SUBJECT:  019 PLAN OF ACTION
AUTHOR        :  BOUCEK,PATRICIA

*[handwritten: Pre-authorized TT]*  *[handwritten: Final Payment]*  *[handwritten: not true]*

Diary Review/POA:
DATE OF LEASE: SINCE 6/9/2015
DATE OF BIRTH: 6/17/1993
DATE OF INJURY: 3/7/2016 @ 4:00 PM
POLICY #: TOCN001303533; PRIMARY POLICY
DESCRIPTION: I/V WAS TRAVELING EAST ON I-40. STUDENT WAS DRIVING & LOST
CONTROL DUE TO EQUIPMENT FAILURE. I/V SWERVED INTO WESTBOUND LAND & HIT O/V
HEAD ON. BOTH VEHICLES ENDED UP IN RAVINE ABOUT 200 FT OFF THE ROAD. DRIVER
AND PASSENGER OF O/V BOTH DIED AFTER MVA.
-------------------------------------------------------------------------------
CURRENT DIAGNOSIS: Low back pain and lumbar radiculopathy
CURRENT TREATMENT PLAN: per IME- injections only to the left side are
medically necessary, no further PT is necessary; if surgery, it needs to be
just at the L4-L5 level and not addressing any other congenital issues.
CURRENT PROGNOSIS: good
ESTIMATE RTW DATE: TBD
P/R: REC'D- INSURED WAS PASSENGER OF I/V AND I/V WAS AT FAULT, DUE TO DRIVER
INATTENTION. BOTH PARTIES OF O/V DIED POST MVA.
SUBROGATION: unlikely as at fault MVA; could only recover against Swift
DISPATCH: loaded in Tucumcarl, NM  COVERAGE/PREMIUM: premiums paid
CURRENT RESERVES: TTD RESERVES ADEQUATE TO COVER 104 WEEKS AT POLICY MAX OF

CONTINUED ON THE NEXT PAGE

DEFS 0417

CNQ21R01                    GALLAGHER BASSETT SERVICES, INC.   21Feb2019 PAGE    77
                                 PRINT CLAIM NOTES

      CLAIM NUMBER :  002778-002084-NS-01 (OPEN  )
      CLAIMANT NAME:  BROWN,GERMAIN
      ACCIDENT DATE:  03-07-2016

      $700; MEDICAL RESERVES TO COVER INITIAL E/R VISIT, DIAGNOSTIC EXAMS, PHYSICAL
      THERAPY AND INJECTIONS; EXPENSE RESERVES TO COVER IME, PEER REVIEW AND
      INVESTIGATION *no reserve for surgery*
      ********************************************************************
      CURRENT PLAN OF ACTION: Processing TTD benefits per policy as insured remains
      off of work for injuries and further treatment needed for insured per IME of
      7/19/2017. Insured not able to RTW at this time. Reserves adequate and
      unlikely subrogation on claim, as at fault MVA claim. PTD letter sent to
      insured's attorney as 104 week policy expires 3/6/2018.  **Medical will expire
      on 3/13/2018, as insured first treated on 3/14/2016. Will continue to
      monitor.
      ESTIMATED CLAIM CLOSURE DATE: claim will remain open for at least 90 days for
      to process claim benefits
      ------------------------------------------------------------------------
      ENTRY DATE    : 02-01-2018 (07:02) SUBJECT:  001 FILE NOTES   *pre-authorized TTD*
      AUTHOR        : SYSTEM GENERATED

      REPETITIVE PAY SCHED. FOR 1 WKS. FOR TOTAL OF  6 PAYMENTS FOR   $700.00
      PAYEE: GERMAIN BROWN
      MAIL:  GERMAIN BROWN
      FIRST PAYMENT DATE:  2/01/18
      DISABILITY START DATE:  1/26/18
      PAY CODE:    TEMPORARY TOTAL DISABILITY
      MESSAGE: STANDARD
      ------------------------------------------------------------------------
      ENTRY DATE    : 03-01-2018 (20:06) SUBJECT:  001 FILE NOTES   *pre-authorized TTD*
      AUTHOR        : SYSTEM GENERATED

      REPETITIVE PAYMENT ALERT
      THE FOLLOWING ALERT WAS SENT TO THE INBOX OF ADJUSTER 030652
      Claim:        002778-002084-NS-01    Claimant:  BROWN, GERMAIN
      Reason:       Payee Name     :        BROWN, GERMAIN
                    Payment Date   :        01-Mar-2018
                    Frequency      :        Every 01 week(s)       *next to last*
                    Next Payment Date:      08-Mar-2018            *TTD payment*
                    Amount         :        0000700.00
                    Net PTD        :        00100689.62
      Instructions: WARNING - THIS IS THE NEXT TO LAST PAYMENT
      ------------------------------------------------------------------------
      ENTRY DATE    : 03-02-2018 (13:52) SUBJECT:  004 LEGAL
      AUTHOR        : BOUCEK,PATRICIA

      Re-sent legal response/demand to attorney's office:
      From: Patricia Boucek
      Sent: Friday, March 02, 2018 2:52 PM
      To: 'nk@boblawfirm.com'; 'p149a672p4820@boblawfirm.actionstep.com'
      Subject: RE: Matter 672: Germain Brown
      Importance: High
      Natasha,

      CONTINUED ON THE NEXT PAGE

DEFS 0418

*[Handwritten margin notes, left side:]* no reserve for surgery shows that ACE denied surgery that claim insurance medical Exam doctor said was proper but ACE didn't tell Germain or her lawyers that ACE denied.

*[Handwritten notes, bottom:]* American Insurance Industry Claim Handling Standards require ACE to promptly tell insured + all reasons why it was denied. Here, ACE kept its claim denial post second IME secret. = Sub-Standard claim handling. claim is denied

```
CNQ21R01              GALLAGHER BASSETT SERVICES, INC.   21Feb2019 PAGE    78
                            PRINT CLAIM NOTES


CLAIM NUMBER :   002778-002084-NS-01 (OPEN  )
CLAIMANT NAME:   BROWN,GERMAIN
ACCIDENT DATE:   03-07-2016


This response was faxed to your office on 1/8/2018 and received a return
receipt.
Thank you,
Tricia Boucek | Senior Resolution Manager | Gallagher Bassett
PO Box 419797, Kansas City, MO 64141
D: 816-216-5204 | F: 816-216-5770
E: patricia_boucek@gbtpa.com
Alternate Point of Contact: Jim_Blevins@gbtpa.com | (816) 216-5198
Gallagher Bassett is committed to delivering exceptional service and we are
here to help.
Please contact my supervisor (Harry_Dawson@gbtpa.com) with any questions.
From: nk=boblawfirm.com@boblawfirm.actionstep.com
[mailto:nk=boblawfirm.com@boblawfirm.actionstep.com] On Behalf Of Natasha Khan
Sent: Friday, March 02, 2018 2:39 PM
To: Patricia Boucek
Subject: Matter 672: Germain Brown
please call me
natasha khan 4045965518
We help people with auto injuries, work injuries and disability claims.
The Law Firm of Benjamin O. Bengtson
1100 Circle 75 Parkway Suite 460
Atlanta, Georgia 30339
Tel. 404-596-5518
Fax 404-596-5519
------------------------------------------------------------------------------
ENTRY DATE    :  03-06-2018 (09:57) SUBJECT:  007 SUPERVISION
AUTHOR        :  DAWSON,HARRY
```

ACE lawyer?

```
Supervisory Diary Review:
Reserved to process for 104 weeks TTD and ongoing medical
treatment. Expense set for PPO, IME and further investigation.
Does not appear to be subro, however MWC is representing us to
protect any potential lien.
RM is processing claim for TTD and medical benefits under
policy provisions. Appears unlikely insured will return to
work prior to policy expiration at this point, no SSDI aware
received to date, if received claim will need further
investigation to determine if permanent total disability
benefits are applicable.
Claim will remain open for at least 90 days.
------------------------------------------------------------------------------
ENTRY DATE    :  03-08-2018 (20:05) SUBJECT:  001 FILE NOTES
AUTHOR        :  SYSTEM GENERATED


REPETITIVE PAYMENT ALERT
THE FOLLOWING ALERT WAS SENT TO THE INBOX OF ADJUSTER 030652
Claim:        002778-002084-NS-01     Claimant: BROWN, GERMAIN
Reason:       Payee Name      :       BROWN, GERMAIN
              Payment Date    :       08-Mar-2018


CONTINUED ON THE NEXT PAGE
```

DEFS 0419

```
CNQ21R01                GALLAGHER BASSETT SERVICES, INC.   21Feb2019 PAGE    79
                              PRINT CLAIM NOTES
```

*pre-authorized TTD* — *final payment* (handwritten)

```
CLAIM NUMBER :  002778-002084-NS-01 (OPEN  )
CLAIMANT NAME:  BROWN,GERMAIN
ACCIDENT DATE:  03-07-2016

                Frequency        :    Every 01 week(s)
                Next Payment Date:    15-Mar-2018
                Amount           :    0000700.00
                Net PTD          :    00101389.62
Instructions:  WARNING - THIS IS THE FINAL PAYMENT
------------------------------------------------------------------------
ENTRY DATE  :  03-14-2018 (07:34) SUBJECT:  019 PLAN OF ACTION
AUTHOR      :  BOUCEK,PATRICIA
```

*not true per police report* (handwritten)

```
Diary Review/POA:
DATE OF LEASE: SINCE 6/9/2015
DATE OF BIRTH: 6/17/1993
DATE OF INJURY: 3/7/2016 @ 4:00 PM
POLICY #: TOCN001303533; PRIMARY POLICY
DESCRIPTION: I/V WAS TRAVELING EAST ON I-40. STUDENT WAS DRIVING & LOST
CONTROL DUE TO EQUIPMENT FAILURE. I/V SWERVED INTO WESTBOUND LAND & HIT O/V
HEAD ON. BOTH VEHICLES ENDED UP IN RAVINE ABOUT 200 FT OFF THE ROAD. DRIVER
AND PASSENGER OF O/V BOTH DIED AFTER MVA.

CURRENT DIAGNOSIS: Low back pain and lumbar radiculopathy
CURRENT TREATMENT PLAN: per IME- injections only to the left side are
medically necessary, no further PT is necessary; if surgery, it needs to be
just at the L4-L5 level and not addressing any other congenital issues.
CURRENT PROGNOSIS: good
ESTIMATE RTW DATE: TBD
P/R: REC'D- INSURED WAS PASSENGER OF I/V AND I/V WAS AT FAULT, DUE TO DRIVER
INATTENTION. BOTH PARTIES OF O/V DIED POST MVA.
SUBROGATION: unlikely as at fault MVA; could only recover against Swift
DISPATCH: loaded in Tucumcarl, NM  COVERAGE/PREMIUM: premiums paid
CURRENT RESERVES: TTD RESERVES ADEQUATE TO COVER 104 WEEKS AT POLICY MAX OF
$700; MEDICAL RESERVES TO COVER INITIAL E/R VISIT, DIAGNOSTIC EXAMS, PHYSICAL
THERAPY AND INJECTIONS; EXPENSE RESERVES TO COVER IME, PEER REVIEW AND
INVESTIGATION
*************************************************************************
CURRENT PLAN OF ACTION: Processing final TTD benefits per policy as insured
remains off of work for injuries and further treatment needed for insured per
IME of 7/19/2017. Insured not able to RTW at this time. Reserves adequate and
unlikely subrogation on claim, as at fault MVA claim. PTD letter sent to
insured's attorney as 104 week policy expires 3/6/2018. **Medical will expire
on 3/13/2018, as insured first treated on 3/14/2016 & TTD expires 3/30/18.
Will send benefits expired letter to insured at special diary. Will continue
to monitor.
ESTIMATED CLAIM CLOSURE DATE: claim will remain open for at least 90 days for
to process claim benefits
------------------------------------------------------------------------
ENTRY DATE  :  03-15-2018 (10:47) SUBJECT:  001 FILE NOTES
AUTHOR      :  SYSTEM GENERATED

REPETITIVE PAY SCHED. FOR 1 WKS. FOR TOTAL OF  2 PAYMENTS FOR    $700.00

CONTINUED ON THE NEXT PAGE
```

(handwritten margin notes, left side) *no reserve for needed surgery*

(handwritten margin notes, right side) *what is "special diary"? why not send "benefits expired letter" when ACE decided it would not provide promised benefits before the 104 week window expired? why not send "WARNING" that ACE will halt medical benefit?*

(handwritten note bottom) *Should have sent claim denial letter after second IME when zero reserve set for surgery. Should have pre-authorized surgery. Should have explained, in an understandable & straight forward way, that ACE would assert extra-contractual loss condition, limitation or exclusion by failing to help Germain get needed surgery. ACE should have sent a "WARNING."*

DEFS 0420

CNQ21R01                    GALLAGHER BASSETT SERVICES, INC.    21Feb2019 PAGE      80
                                    PRINT CLAIM NOTES

CLAIM NUMBER :  002778-002084-NS-01 (OPEN  )
CLAIMANT NAME:  BROWN,GERMAIN
ACCIDENT DATE:  03-07-2016

PAYEE: GERMAIN BROWN
MAIL:  GERMAIN BROWN
FIRST PAYMENT DATE:  3/15/18
DISABILITY START DATE:  3/09/18
PAY CODE:     TEMPORARY TOTAL DISABILITY
MESSAGE: STANDARD
-------------------------------------------------------------------------------------
ENTRY DATE   :  03-15-2018 (20:04) SUBJECT:  001 FILE NOTES
AUTHOR       :  SYSTEM GENERATED

_[handwritten: 2 more TTD payments pre-authorized]_

_[handwritten: "WARNING" Sent re pre-authorized TTD benefit]_

REPETITIVE PAYMENT ALERT
THE FOLLOWING ALERT WAS SENT TO THE INBOX OF ADJUSTER 030652
Claim:          002778-002084-NS-01    Claimant:  BROWN, GERMAIN
Reason:         Payee Name        :    BROWN, GERMAIN
                Payment Date      :    15-Mar-2018
                Frequency         :    Every 01 week(s)
                Next Payment Date:     22-Mar-2018
                Amount            :    0000700.00
                Net PTD           :    00102089.62
Instructions:   WARNING - THIS IS THE NEXT TO LAST PAYMENT
-------------------------------------------------------------------------------------
ENTRY DATE   :  03-22-2018 (20:04) SUBJECT:  001 FILE NOTES
AUTHOR       :  SYSTEM GENERATED

_[handwritten: "WARNING" Sent re pre-authorized TTD benefit]_

REPETITIVE PAYMENT ALERT
THE FOLLOWING ALERT WAS SENT TO THE INBOX OF ADJUSTER 030652
Claim:          002778-002084-NS-01    Claimant:  BROWN, GERMAIN
Reason:         Payee Name        :    BROWN, GERMAIN
                Payment Date      :    22-Mar-2018
                Frequency         :    Every 01 week(s)
                Next Payment Date:     29-Mar-2018
                Amount            :    0000700.00
                Net PTD           :    00102789.62
Instructions:   WARNING - THIS IS THE FINAL PAYMENT
-------------------------------------------------------------------------------------
ENTRY DATE   :  04-03-2018 (07:44) SUBJECT:  001 FILE NOTES
AUTHOR       :  BOUCEK,PATRICIA

D.F.I. - FAXED & MAILED POLICY EXPIRATION LETTER TO INSURED & ATTORNEY
Category        :  Correspondence
Date Attached   :  03-Apr-2018
User ID         :  (030652)
File Name       :  G BROWN POLICY EXPIRATION.PDF
Description     :  FAXED & MAILED POLICY EXPIRATION LETTER TO INSURED &
ATTORNEY

_[handwritten: Should have been sent earlier. Unfair to German not to do so.]_

System Information:
    Category ID   :  27
    Document ID   :  112159520
    File Name     :  EX2018040381A4FC8281DA4F85BF334260E5094BDF.PDF

CONTINUED ON THE NEXT PAGE

DEFS 0421

```
CNQ21R01                GALLAGHER BASSETT SERVICES, INC.   21Feb2019 PAGE    81
                              PRINT CLAIM NOTES
```

CLAIM NUMBER : 002778-002084-NS-01 (OPEN  )
CLAIMANT NAME: BROWN,GERMAIN
ACCIDENT DATE: 03-07-2016

   File Location: Attachments\2018\04\03\0016\
-----------------------------------------------------------------------------
ENTRY DATE  : 04-27-2018 (08:55) SUBJECT:  019 PLAN OF ACTION
AUTHOR      : BOUCEK,PATRICIA

*not true per police report*

Diary Review/POA:
DATE OF LEASE: SINCE 6/9/2015
DATE OF BIRTH: 6/17/1993
DATE OF INJURY: 3/7/2016 @ 4:00 PM
POLICY #: TOCN001303533; PRIMARY POLICY
DESCRIPTION: I/V WAS TRAVELING EAST ON I-40. STUDENT WAS DRIVING & LOST
CONTROL DUE TO EQUIPMENT FAILURE. I/V SWERVED INTO WESTBOUND LAND & HIT O/V
HEAD ON. BOTH VEHICLES ENDED UP IN RAVINE ABOUT 200 FT OFF THE ROAD. DRIVER
AND PASSENGER OF O/V BOTH DIED AFTER MVA.

-----------------------------------------------------------------------------
CURRENT DIAGNOSIS: Low back pain and lumbar radiculopathy
CURRENT TREATMENT PLAN: per IME- injections only to the left side are
medically necessary, no further PT is necessary; if surgery, it needs to be
just at the L4-L5 level and not addressing any other congenital issues.
CURRENT PROGNOSIS: good
ESTIMATE RTW DATE: TBD
P/R: REC'D- INSURED WAS PASSENGER OF I/V AND I/V WAS AT FAULT, DUE TO DRIVER
INATTENTION. BOTH PARTIES OF O/V DIED POST MVA.                     *same*
SUBROGATION: unlikely as at fault MVA; could only recover against Swift
DISPATCH: loaded in Tucumcarl, NM  COVERAGE/PREMIUM: premiums paid
CURRENT RESERVES: lowering medical and expense reserves as policy benefits
have expired
*********************************************************************
CURRENT PLAN OF ACTION: 104 week OccAcc policy benefits expired. PTD letter
sent to insured's attorney as 104 week policy expired 3/6/2018. **Medical
expired on 3/13/2018, as insured first treated on 3/14/2016 & TTD expired
3/30/18. Benefits expired letter has also been mailed. To date, SSDI award has
not been received, however, insured is only 25 years old. No subrogation
potential as at fault MVA. Will continue to monitor.
ESTIMATED CLAIM CLOSURE DATE: claim will close at next diary if SSDI award not
received.
-----------------------------------------------------------------------------
ENTRY DATE  : 04-27-2018 (08:56) SUBJECT:  005 RESERVING
AUTHOR      : BOUCEK,PATRICIA                    *claim reserve lowered b/c benefits "expired"*

Lowering medical and expense reserves as policy benefits have expired
-----------------------------------------------------------------------------
ENTRY DATE  : 04-27-2018 (08:59) SUBJECT:  005 RESERVING
AUTHOR      : SYSTEM GENERATED

Initial Notification alert sent to GREG WILLIAMS
This alert was generated for the following reason(s):        *looks like "reinsurance" report to Swift*
- Total Experience of 106,800.00 at or over threshold: 50,000.
          Alert note created by LNQ00.

```
CNQ21R01                    GALLAGHER BASSETT SERVICES, INC.   21Feb2019 PAGE    82
                                 PRINT CLAIM NOTES
```

```
CLAIM NUMBER :  002778-002084-NS-01 (OPEN   )
CLAIMANT NAME:  BROWN,GERMAIN
ACCIDENT DATE:  03-07-2016
```

------------------------------------------------------------------------------

```
ENTRY DATE   :  06-04-2018 (14:58) SUBJECT:  007 SUPERVISION
AUTHOR       :  DAWSON,HARRY
```

Supervisory Diary Review:
Reserved to process any remaining medical bills received that
are within policy period, TTD and medical benefits are now
expired.
Does not appear to be subro, however MWC is representing us to
protect any potential lien and RM will continue to follow up.
Benefits are now expired, RM continues to monitor for any
additional bills and possible SSDI filing, however appears
unlikley insured will pursue.
Directions for RM
1. Verify with MWC if there is any subrogation potential.
2. If there is no subro potential close file.
3. Add target dates.

------------------------------------------------------------------------------

```
ENTRY DATE   :  06-24-2018 (17:02) SUBJECT:  019 PLAN OF ACTION
AUTHOR       :  BOUCEK,PATRICIA
```

*not true per policy report*

Diary Review/POA:
DATE OF LEASE: SINCE 6/9/2015
DATE OF BIRTH: 6/17/1993
DATE OF INJURY: 3/7/2016 @ 4:00 PM
POLICY #: TOCN001303533; PRIMARY POLICY
DESCRIPTION: I/V WAS TRAVELING EAST ON I-40. STUDENT WAS DRIVING & LOST
CONTROL DUE TO EQUIPMENT FAILURE. I/V SWERVED INTO WESTBOUND LAND & HIT O/V
HEAD ON. BOTH VEHICLES ENDED UP IN RAVINE ABOUT 200 FT OFF THE ROAD. DRIVER
AND PASSENGER OF O/V BOTH DIED AFTER MVA.

------------------------------------------------------------------------------

CURRENT DIAGNOSIS: Low back pain and lumbar radiculopathy
CURRENT TREATMENT PLAN: per IME- injections only to the left side are
medically necessary, no further PT is necessary; if surgery, it needs to be
just at the L4-L5 level and not addressing any other congenital issues.
CURRENT PROGNOSIS: good
ESTIMATE RTW DATE: TBD
P/R: REC'D- INSURED WAS PASSENGER OF I/V AND I/V WAS AT FAULT, DUE TO DRIVER
INATTENTION. BOTH PARTIES OF O/V DIED POST MVA.
SUBROGATION: none as at fault MVA; could only recover against Swift
DISPATCH: loaded in Tucumcarl, NM  COVERAGE/PREMIUM: premiums paid
CURRENT RESERVES: removing all as closing claim file
***************************************************************
CURRENT PLAN OF ACTION: 104 week OccAcc policy benefits expired. PTD letter
sent to insured's attorney as 104 week policy expired 3/6/2018.  **Medical
expired on 3/13/2018, as insured first treated on 3/14/2016 & TTD expired
3/30/18. Benefits expired letter has also been mailed. To date, SSDI award has
not been received, however, insured is only 25 years old. No subrogation
potential as at fault MVA. Removing claim reserves. Will continue to monitor.

CONTINUED ON THE NEXT PAGE

DEFS 0423

CNQ21R01                    GALLAGHER BASSETT SERVICES, INC.  21Feb2019 PAGE    83
                                    PRINT CLAIM NOTES

CLAIM NUMBER :  002778-002084-NS-01 (OPEN  )
CLAIMANT NAME:  BROWN,GERMAIN
ACCIDENT DATE:  03-07-2016

ESTIMATED CLAIM CLOSURE DATE: claim will close by Target date: 6/30/2018 as
SSDI award not received.
Per Supervisor 007 claim Directions for RM on 6/4/2018:
1. Verify with MWC if there is any subrogation potential- none per 11/29/2017
letter received
2. If there is no subro potential close file-closing claim file at this time
3. Add target dates- added in 019 claim note
-------------------------------------------------------------------------------
ENTRY DATE    :  06-24-2018  (17:03) SUBJECT:   005 RESERVING
AUTHOR        :  BOUCEK,PATRICIA

Per 6/24/2018 019 claim note, removing claim reserves as closing claim file:
removing all as closing claim file
-------------------------------------------------------------------------------
ENTRY DATE    :  06-24-2018  (17:09) SUBJECT:   005 RESERVING
AUTHOR        :  SYSTEM GENERATED

Subsequent Notification alert sent to GREG WILLIAMS
This alert was generated for the following reason(s):
- Claim closed: 24-Jun-2018
              Alert note created by LNQ00.
-------------------------------------------------------------------------------
ENTRY DATE    :  07-24-2018  (11:15) SUBJECT:   001 FILE NOTES
AUTHOR        :  SYSTEM GENERATED

STOP AGED ACKNOWLEDGEMENT LETTER
GALLAGHER BASSETT -KS/CMC
P.O. BOX 419797
KANSAS CITY, MO   64141-6797
07/24/2018
GERMAIN BROWN
1910 POTTER ST
BAINBRIDGE, GA  39819-4978
RE:  Claim Number:          002778-002084-NS-01
     Date of Loss/Accident: 03/07/2016
     Check Date:            03/22/2018
     Check Number:            144550484
     Check Amount:                       700.00
                    NOTICE OF STOP-AGED PAYMENT
We sent you the above captioned check. To date that check has not been cashed.
Since 120 days have passed since we issued the check, we have placed a stop
payment on it for your protection and ours.
If this check has already been reissued, please disregard this notice.
Otherwise, contact your adjuster to make arrangements for reissuing the
payment.
                    PATRICIA BOUCEK
                    GALLAGHER BASSETT -KS/CMC
                    P.O. BOX 419797
                    KANSAS CITY, MO   64141-6797

CONTINUED ON THE NEXT PAGE

*[handwritten margin note: removed claim reserve]*

DEFS 0424

```
CNQ21R01              GALLAGHER BASSETT SERVICES, INC.   21Feb2019 PAGE    84
                          PRINT CLAIM NOTES


CLAIM NUMBER :  002778-002084-NS-01 (OPEN   )
CLAIMANT NAME:  BROWN,GERMAIN
ACCIDENT DATE:  03-07-2016

                        800-821-5401
                        866-486-5243
                        PATRICIA_BOUCEK@GBTPA.COM
```

Sincerely,
Gallagher Bassett Accounting

---

```
ENTRY DATE   : 08-02-2018 (08:36) SUBJECT:  005 RESERVING
AUTHOR       : BOUCEK,PATRICIA
```

RE-OPENING CLAIM & INCREASING TTD RESERVES AS FINAL TTD CHECK WAS STOP-AGED TO
INSURED, NEED TO RE-ISSUE TO INSURED:
From: Patricia Boucek
Sent: Thursday, August 02, 2018 9:35 AM
To: 'Gabrielle Henry-Brown'
Subject: RE: OccAcc supplemental claim forms- Germain Brown
Importance: High
Good morning,
The check was stop aged, as it was never cashed, but also not returned to our
office.
The check will be re-issued today to the 1910 Potter Street address. If this
is incorrect, please advise.
Thank you,
Tricia Boucek | Senior Resolution Manager | Gallagher Bassett
PO Box 419797, Kansas City, MO 64141
D: 816-216-5204 | F: 816-216-5770
E: patricia_boucek@gbtpa.com
Alternate Point of Contact: Jim_Blevins@gbtpa.com | (816) 216-5198
Gallagher Bassett is committed to delivering exceptional service and we are
here to help.
Please contact my supervisor (Harry_Dawson@gbtpa.com) with any questions.
From: Gabrielle Henry-Brown [mailto:gbrown1910@gmail.com]
Sent: Wednesday, August 01, 2018 12:23 PM
To: Patricia Boucek
Subject: Re: OccAcc supplemental claim forms- Germain Brown
Hey I received a letter today notice of stop age payment apparently there was
a check issued that I never received check number 144550484 check date 3-22-
18. And it says to contact my adjuster for reissuing.
Thanks
Germain Brown
Claim number# 002778-002084-NS-01
On Mon, Jul 30, 2018, 5:22 PM Gabrielle Henry-Brown <gbrown1910@gmail.com>
wrote:
Hey I received a letter today notice of stop age payment apparently there was
a check issued that I never received check number 144550484 check date 3-22-
18. And it says to contact my adjuster for reissuing.
Thanks
Germain Brown
Claim number# 002778-002084-NS-01
```

---

```
ENTRY DATE   : 08-02-2018 (08:40) SUBJECT:  005 RESERVING
AUTHOR       : SYSTEM GENERATED
```

CONTINUED ON THE NEXT PAGE

DEFS 0425

CNQ21R01                    GALLAGHER BASSETT SERVICES, INC.    21Feb2019 PAGE    85
                                 PRINT CLAIM NOTES

CLAIM NUMBER :  002778-002084-NS-01 (OPEN  )
CLAIMANT NAME:  BROWN,GERMAIN
ACCIDENT DATE:  03-07-2016

Subsequent Notification alert sent to GREG WILLIAMS
This alert was generated for the following reason(s):
- Claim closed: 02-Aug-2018
              Alert note created by LNQ00.
----------------------------------------------------------------------------
ENTRY DATE    :  08-13-2018 (15:22) SUBJECT:  011 CARRIER REPORTING
AUTHOR        :  BOUCEK,PATRICIA

Sent follow up referral to CHUBB for insured's new LOR received and requesting
full copy of OccAcc file:
From: Patricia Boucek
Sent: Monday, August 13, 2018 4:21 PM
To: 'Eaddy, Michelle'
Subject: RE: Germain Brown initial CHUBB referral, 2778-2084-NS-01, DOL:
3/7/2016
Importance: High
Good afternoon Michelle,
G/B has received a request from the insured's new attorney for a copy of the
OccAcc claim file.  I've attached the prior attorney's demand received and
G/B's response.
How does CHUBB want for G/B to respond to this request? That we will need a
subpoena in order to release? Or if able to release any part of claim file,
what portion is acceptable.
Thank you,
Tricia Boucek | Senior Resolution Manager | Gallagher Bassett
PO Box 419797, Kansas City, MO 64141
D: 816-216-5204 | F: 816-216-5770
E: patricia_boucek@gbtpa.com
Alternate Point of Contact: Jim_Blevins@gbtpa.com | (816) 216-5198
Gallagher Bassett is committed to delivering exceptional service and we are
here to help.
Please contact my supervisor (Harry_Dawson@gbtpa.com) with any questions.
From: Eaddy, Michelle [mailto:Michelle.Eaddy@Chubb.com]
Sent: Monday, January 08, 2018 8:42 AM
To: Patricia Boucek
Subject: RE: Germain Brown initial CHUBB referral, 2778-2084-NS-01
Good morning Tricia
I reviewed letter and it looks good. You addressed everything outlined in the
attorney's demand accordingly. Suggest you send with verification of receipt.
Let me know if you receive any further responses.
Regards,
Michelle
----------------------------------------------------------------------------
ENTRY DATE    :  08-13-2018 (15:23) SUBJECT:  004 LEGAL
AUTHOR        :  BOUCEK,PATRICIA

D.F.I. - letter from attorney requesting copy of claim file
Category      : Legal
Date Attached : 13-Aug-2018

CONTINUED ON THE NEXT PAGE

```
CNQ21R01              GALLAGHER BASSETT SERVICES, INC.   21Feb2019 PAGE    86
                            PRINT CLAIM NOTES


CLAIM NUMBER  :  002778-002084-NS-01 (OPEN  )
CLAIMANT NAME:  BROWN,GERMAIN
ACCIDENT DATE:  03-07-2016


User ID           :  (030652)
File Name         : 2018 08 03 BROWN LETTER TO GBS REQUESTING CLAIM FILE.PDF
Description       : ATTORNEY LETTER RECEIVED FOR INSURED REQUESTING COPY OF
COMPLETE CLAIM FILE
System Information:
    Category ID  : 2
    Document ID  : 117799140
    File Name    : EX201808139C7E80BEFEC54220A85D9245573A6A1C.PDF
    File Location: Attachments\2018\08\13\0031\
---------------------------------------------------------------------------
ENTRY DATE    :  08-14-2018 (08:21) SUBJECT:  001 FILE NOTES
AUTHOR        :  BOUCEK,PATRICIA


Provider contact: Muscuskeletal Associates; 229-435-0525; confirmed last date
of medical treatment was 10/3/2017.
---------------------------------------------------------------------------
ENTRY DATE    :  08-14-2018 (15:34) SUBJECT:  011 CARRIER REPORTING
AUTHOR        :  BOUCEK,PATRICIA


Carrier communication re attorney letter/requesting copy of claim file:
From: Eaddy, Michelle [mailto:Michelle.Eaddy@Chubb.com]
Sent: Tuesday, August 14, 2018 4:30 PM
To: Patricia Boucek
Subject: RE: Germain Brown initial CHUBB referral, 2778-2084-NS-01, DOL:
3/7/2016
Tricia,
Yes I would say find enclosed another copy of the policy previously sent and
Instead of subpoena I would say you are unable to release a copy of the claim
file at this time without official documentation.
Regards
Michelle
Michelle Eaddy
Claim Specialist, Accident and Health Unit
Chubb North American Claims
600 Independence Parkway, Chesapeake, VA 23320, United States
O 757-222-4418    F 800-664-1765
E Michelle.Eaddy@chubb.com
Chubb. Insured.
From: Patricia Boucek [mailto:Patricia_Boucek@gbtpa.com]
Sent: Tuesday, August 14, 2018 4:10 PM
To: Eaddy, Michelle
Subject: [EXTERNAL] RE: Germain Brown initial CHUBB referral, 2778-2084-NS-01,
DOL: 3/7/2016
Good afternoon Michelle,
I've reviewed this attorney letter again, and it is actually the same
attorney/office that was initially responded to back on 1/8/2018 re further
treatment, etc. A copy of the policy was provided to him at that time as well.
If the attorney is now requesting a copy of our claim, file, should I just
advise that G/B is unable to release a copy without a subpoena and that the


CONTINUED ON THE NEXT PAGE
```

*Insurer doesn't need subpoena to release files if insured authorizes. Not releasing file is not helpful to Germain.*

DEFS 0427

```
CNQ21R01              GALLAGHER BASSETT SERVICES, INC.   21Feb2019 PAGE     87
                            PRINT CLAIM NOTES


CLAIM NUMBER :   002778-002084-NS-01 (OPEN  )
CLAIMANT NAME:   BROWN,GERMAIN
ACCIDENT DATE:   03-07-2016
```

policy was sent on 1/8/2018 but we will have another copy sent to him?
Thank you,
Tricia Boucek | Senior Resolution Manager | Gallagher Bassett
PO Box 419797, Kansas City, MO 64141
D: 816-216-5204 | F: 816-216-5770
E: patricia_boucek@gbtpa.com
Alternate Point of Contact: Jim_Blevins@gbtpa.com | (816) 216-5198
Gallagher Bassett is committed to delivering exceptional service and we are
here to help.
Please contact my supervisor (Harry_Dawson@gbtpa.com) with any questions.
From: Eaddy, Michelle [mailto:Michelle.Eaddy@Chubb.com]
Sent: Tuesday, August 14, 2018 10:53 AM
To: Patricia Boucek
Subject: RE: Germain Brown initial CHUBB referral, 2778-2084-NS-01, DOL:
3/7/2016
Agree you do not have reference the surgical treatment in the response.
Michelle Eaddy
Claim Specialist, Accident and Health Unit
Chubb North American Claims
600 Independence Parkway, Chesapeake, VA 23320, United States
O 757-222-4418    F 800-664-1765
E Michelle.Eaddy@chubb.com
Chubb. Insured.
From: Patricia Boucek [mailto:Patricia_Boucek@gbtpa.com]
Sent: Tuesday, August 14, 2018 10:46 AM
To: Eaddy, Michelle
Subject: [EXTERNAL] RE: Germain Brown initial CHUBB referral, 2778-2084-NS-01,
DOL: 3/7/2016
Thank you.
I will request AON send a copy of the OccAcc policy to the insured's new
attorney and will advise attorney.
Since the most recent LOR received is just requesting a copy of the claim file
and not referencing surgical treatment, do I still need to respond the same
way?
Thank you,
Tricia Boucek | Senior Resolution Manager | Gallagher Bassett
PO Box 419797, Kansas City, MO 64141
D: 816-216-5204 | F: 816-216-5770
E: patricia_boucek@gbtpa.com
Alternate Point of Contact: Jim_Blevins@gbtpa.com | (816) 216-5198
Gallagher Bassett is committed to delivering exceptional service and we are
here to help.
Please contact my supervisor (Harry_Dawson@gbtpa.com) with any questions.
From: Eaddy, Michelle [mailto:Michelle.Eaddy@Chubb.com]
Sent: Tuesday, August 14, 2018 10:35 AM
To: Patricia Boucek
Subject: RE: Germain Brown initial CHUBB referral, 2778-2084-NS-01, DOL:
3/7/2016
Tricia

CONTINUED ON THE NEXT PAGE

DEFS 0428

CNQ21R01                GALLAGHER BASSETT SERVICES, INC.  21Feb2019 PAGE    88
                              PRINT CLAIM NOTES

CLAIM NUMBER :  002778-002084-NS-01 (OPEN  )
CLAIMANT NAME:  BROWN,GERMAIN
ACCIDENT DATE:  03-07-2016

Please respond to attorney advising that supporting medical documentation is
required in order to review the medical necessity for surgical treatment. You
can provide the attorney a copy of the policy only as his client should have
medical records for his attorney.
Let me know if you have any questions.
Regards
Michelle
Michelle Eaddy
Claim Specialist, Accident and Health Unit
Chubb North American Claims
600 Independence Parkway, Chesapeake, VA 23320, United States
O 757-222-4418    F 800-664-1765
E Michelle.Eaddy@chubb.com
Chubb. Insured.
From: Patricia Boucek [mailto:Patricia_Boucek@gbtpa.com]
Sent: Tuesday, August 14, 2018 9:24 AM
To: Eaddy, Michelle
Subject: [EXTERNAL] RE: Germain Brown initial CHUBB referral, 2778-2084-NS-01,
DOL: 3/7/2016
Good morning,
I just confirmed with the DR that he had treated with most recently, and last
DOS seen was 10/3/2017.
No additional medical records/bills have been presented by the insured or his
attorney since letter in January.
A follow up policy expiration letter was mailed and faxed to the insured and
attorney on 4/3/2018.
Thank you,
Tricia Boucek | Senior Resolution Manager | Gallagher Bassett
PO Box 419797, Kansas City, MO 64141
D: 816-216-5204 | F: 816-216-5770
E: patricia_boucek@gbtpa.com
Alternate Point of Contact: Jim_Blevins@gbtpa.com | (816) 216-5198
Gallagher Bassett is committed to delivering exceptional service and we are
here to help.
Please contact my supervisor (Harry_Dawson@gbtpa.com) with any questions.
From: Eaddy, Michelle [mailto:Michelle.Eaddy@Chubb.com]
Sent: Tuesday, August 14, 2018 9:15 AM
To: Patricia Boucek
Subject: RE: Germain Brown initial CHUBB referral, 2778-2084-NS-01, DOL:
3/7/2016
Hello Patricia
A couple of questions.  Do you know if the surgical treatment was completed?
Any more medical expenses /bills presented by Mr. Brown or his attorney after
your letter was sent in January?  Were  any other follow-up letters or denial
letter sent on this claim?
Regards
Michelle
Michelle Eaddy
Claim Specialist, Accident and Health Unit

CONTINUED ON THE NEXT PAGE

DEFS 0429

```
CNQ21R01            GALLAGHER BASSETT SERVICES, INC.   21Feb2019 PAGE    89
                            PRINT CLAIM NOTES
```

CLAIM NUMBER :  002778-002084-NS-01 (OPEN  )
CLAIMANT NAME:  BROWN,GERMAIN
ACCIDENT DATE:  03-07-2016

Chubb North American Claims
600 Independence Parkway, Chesapeake, VA 23320, United States
O 757-222-4418    F 800-664-1765
E Michelle.Eaddy@chubb.com
Chubb. Insured.
From: Patricia Boucek [mailto:Patricia_Boucek@gbtpa.com]
Sent: Monday, August 13, 2018 4:22 PM
To: Eaddy, Michelle
Subject: [EXTERNAL] RE: Germain Brown initial CHUBB referral, 2778-2084-NS-01,
DOL: 3/7/2016
Importance: High
Good afternoon Michelle,
G/B has received a request from the insured's new attorney for a copy of the
OccAcc claim file.  I've attached the prior attorney's demand received and
G/B's response.
How does CHUBB want for G/B to respond to this request? That we will need a
subpoena in order to release? Or if able to release any part of claim file,
what portion is acceptable.
Thank you,
--------------------------------------------------------------------------
ENTRY DATE   :  08-14-2018 (15:54) SUBJECT:  001 FILE NOTES
AUTHOR       :  BOUCEK,PATRICIA

D.F.I. - RESPONSE TO ATTY RE REQUEST FOR COPY OF CLAIM FILE; UNABLE TO RELEASE
Category          : Correspondence
Date Attached     : 14-Aug-2018
User ID           :  (030652)
File Name         : G BROWN.PDF
Description       : From: Patricia Boucek   Sent: Tuesday, August 14, 2018 4:53
PM  To: 'ben@boblawfirm.com'; 'p9a672@boblawfirm.actionstep.com'  Cc: Patricia
Boucek  Subject: RE: Matter 672: Germain Brown    Please see attached.
************************************************* per carrier, unable to
release copy of claim file without official documentation
System Information:
    Category ID  : 27
    Document ID  : 117857372
    File Name    : EX2018081484D5873D77284FF7AC12E872BE145E4C.PDF
    File Location: Attachments\2018\08\14\0032\
--------------------------------------------------------------------------
ENTRY DATE   :  08-14-2018 (15:55) SUBJECT:  010 COVERAGE/COMPENSABILITY
AUTHOR       :  BOUCEK,PATRICIA
```

*[handwritten margin note: What is that? claim delay is always sub-standard.]*

Requested additional copy of OccAcc policy be sent to insured's attorney:
From: Patricia Boucek
Sent: Tuesday, August 14, 2018 4:53 PM
To: 'Joelle Richardson'
Subject: OccAcc policy request; Germain Brown
Good afternoon,
Please email a copy of the Occupational Accident policy  to the insured's

CONTINUED ON THE NEXT PAGE

DEFS 0430

```
CNQ21R01                    GALLAGHER BASSETT SERVICES, INC.    21Feb2019 PAGE     90
                                   PRINT CLAIM NOTES
```

CLAIM NUMBER :  002778-002084-NS-01 (OPEN  )
CLAIMANT NAME:  BROWN,GERMAIN
ACCIDENT DATE:  03-07-2016

attorney please?
Please let me know if any additional information is needed.
Germain Brown
DOL: 3/7/2016
DOB: 6/17/1993
CLAIM# 002778-002084-NS-01
Policy# TOCN01303533
Attorney's office:
The Law Firm of Benjamin O. Bengston
ben@boblawfirm.com
Thank you,
------------------------------------------------------------------------------
ENTRY DATE   :  08-15-2018 (06:31) SUBJECT:  010 COVERAGE/COMPENSABILITY
AUTHOR       :  BOUCEK,PATRICIA

REQUESTED POLICY SENT TO ATTORNEY FROM BROKER:
From: Joelle Richardson [mailto:Joelle_Richardson@swifttrans.com]
Sent: Tuesday, August 14, 2018 6:50 PM
To: ben@boblawfirm.com
Cc: Patricia Boucek
Subject: FW: OccAcc policy request; Germain Brown
Please find attached the policy as requested.  Thank you.
Thank you,
Joelle Richardson | Client Coordinator for Swift Transportation
Aon Risk Solutions  |  Transportation and Logistics Practice
t 623-907-7533 |f 602-605-2282
Joelle_Richardson@swifttrans.com   Alt: aon@swifttrans.com
Aon Risk Services Southwest, Inc.
From: Patricia Boucek [mailto:Patricia_Boucek@gbtpa.com]
Sent: Tuesday, August 14, 2018 1:53 PM
To: Joelle Richardson <Joelle_Richardson@swifttrans.com>
Subject: OccAcc policy request; Germain Brown
Good afternoon,
Please email a copy of the Occupational Accident policy  to the insured's
attorney please?
Please let me know if any additional information is needed.
Germain Brown
DOL: 3/7/2016
DOB: 6/17/1993
CLAIM# 002778-002084-NS-01
Policy# TOCN01303533
Attorney's office:
The Law Firm of Benjamin O. Bengston
ben@boblawfirm.com
Thank you,
------------------------------------------------------------------------------
ENTRY DATE   :  08-16-2018 (14:24) SUBJECT:  001 FILE NOTES
AUTHOR       :  BOUCEK,PATRICIA
```

CONTINUED ON THE NEXT PAGE

DEFS 0431

```
CNQ21R01              GALLAGHER BASSETT SERVICES, INC.   21Feb2019 PAGE      91
                            PRINT CLAIM NOTES

      CLAIM NUMBER :   002778-002084-NS-01 (OPEN  )
      CLAIMANT NAME:   BROWN,GERMAIN
      ACCIDENT DATE:   03-07-2016

      Insured attorney contact re POL forms/claim:
      From: Benjamin O Bengtson [mailto:ben@boblawfirm.com]
      Sent: Thursday, August 16, 2018 4:02 PM
      To: Patricia Boucek
      Cc: p9a672@boblawfirm.actionstep.com
      Subject: Re: Matter 672: Germain Brown
      No. Your policy says a proof of loss has to be submitted. I guess that means
      we need to formally submit a proof of loss for the surgery. Ben
      From: Patricia Boucek
      Sent: Thursday, August 16, 2018 3:18 PM
      To: 'ben@boblawfirm.com'; 'p9a672@boblawfirm.actionstep.com'
      Subject: RE: Matter 672: Germain Brown
      Is there a new accident that is being reported?
      The OccAcc DOL of 3/7/2016 has been paid in full for the 104 weeks.
      Thank you,
      Tricia Boucek | Senior Resolution Manager | Gallagher Bassett
      PO Box 419797, Kansas City, MO 64141
      D: 816-216-5204 | F: 816-216-5770
      E: patricia_boucek@gbtpa.com
      Alternate Point of Contact: Jim_Blevins@gbtpa.com | (816) 216-5198
      Gallagher Bassett is committed to delivering exceptional service and we are
      here to help.
      Please contact my supervisor (Harry_Dawson@gbtpa.com) with any questions.
      From: ben=boblawfirm.com@boblawfirm.actionstep.com
      [mailto:ben=boblawfirm.com@boblawfirm.actionstep.com] On Behalf Of Benjamin O.
      Bengtson Esq.
      Sent: Thursday, August 16, 2018 2:45 PM
      To: Patricia Boucek
      Subject: RE: Matter 672: Germain Brown
      Can you please send us a proof of loss form to complete?
      Ben
      We help people with auto injuries, work injuries and disability claims.
      The Law Firm of Benjamin O. Bengtson
      1100 Circle 75 Parkway Suite 460
      Atlanta, Georgia 30339
      Tel. 404-596-5518
      Fax 404-596-5519
      _____

      From: Patricia Boucek <Patricia_Boucek@gbtpa.com>
      Received: Tuesday August 14, 2018 04:52 pm
      To: "ben@boblawfirm.com" <ben@boblawfirm.com>, "p9a672
      @boblawfirm.actionstep.com" <p9a672@boblawfirm.actionstep.com>
      Cc: Patricia Boucek <Patricia_Boucek@gbtpa.com>
      Subject: RE: Matter 672: Germain Brown
      Please see attached.
      Thank you,
      ------------------------------------------------------------------------------
      ENTRY DATE   :  08-16-2018 (15:16) SUBJECT:   001 FILE NOTES
      AUTHOR       :  BOUCEK,PATRICIA


      CONTINUED ON THE NEXT PAGE
```

DEFS 0432

```
CNQ21R01              GALLAGHER BASSETT SERVICES, INC.    21Feb2019 PAGE    92
                            PRINT CLAIM NOTES
```

```
CLAIM NUMBER :  002778-002084-NS-01 (OPEN  )
CLAIMANT NAME:  BROWN,GERMAIN
ACCIDENT DATE:  03-07-2016
```

Insured attorney contact: Ben Bengston; BOB Law Firm, 404-596-5518; explained in detail again the letters/correspondence regarding insured's 104 week coverage re surgery, benefits etc and that no additional POL claim form is needed as the insured has already completed for his 104 week claim. The attorney then asked if he could submit the POL claim form for him to have the surgery. I explained again that there was no pre auth required for treatment but based off of medical necessity to DOL and I read in detail the letter that was sent to him on 1/8/2018 and 3/2/2018 regarding the insured's coverage, surgery, expiration, etc.
What I'm hearing you say is that "you'll cover the surgery if it's medically necessary for the insured."
I stated, no, b/c his 104 week policy expired 3/13/2018 for his medical benefits.

------------------------------------------------------------------------

```
ENTRY DATE   :  02-21-2019 (11:47) SUBJECT:  004 LEGAL
AUTHOR       :  BOUCEK,PATRICIA
```

```
D.F.I. - SUIT FILING RECEIVED
Category         : Legal
Date Attached    : 21-Feb-2019
User ID          : (030652)
File Name        : BROWN.PDF
Description      : SUIT FILING RECEIVED
System Information:
    Category ID  : 2
    Document ID  : 126245188
    File Name    : EX20190221C5854D6BFF8E41B9A8B4C85D3E34A909.PDF
    File Location: Attachments\2019\02\21\0024\
```

------------------------------------------------------------------------

```
ENTRY DATE   :  02-21-2019 (11:48) SUBJECT:  001 FILE NOTES
AUTHOR       :  BOUCEK,PATRICIA
```

RE-OPENED OCC ACC CLAIM AS SUIT RECEIVED.

```
        266 NOTE(S) PRINTED
```

ACE Telling attorney that occurance policy is a claims made policy.

DEFS 0433