# EXHIBIT F

```
MIQ32R01                 LIST CLAIM PAYMENTS - SUMMARY              21-Feb-2019
                                                                   PAGE:     9
CLIENT: 002778 MOHAVE TRANSPORTATION                                  LP  CP
                                                    002778 002084 NS 01  00 011
NAME: BROWN            GERMAIN               UNIT            : 162460
            NET PTD: $      103,389.62       BROWN, GERMAIN
```

*"Net Ptd" includes direct claim expenses. This is wrong. Under Statutory accounting "direct claim expense does not erode indemnity*

```
            WAGE/LOSS
---------------------------------------------------------------------------
$          72,800.00    903 TEMPORARY TOTAL DISABILITY
========================
$          72,800.00    TOTAL WAGE/LOSS PAYMENTS                72,800
```

```
            MEDICAL
---------------------------------------------------------------------------
$           2,783.48    001 TREATING PHYSICIAN
$           1,150.52    003 PHYSIOTHERAPY
$          11,943.22    013 DIAGNOSTIC TESTS
$           1,513.00    023 DURABLE MEDICAL EQUIPMENT
$           2,287.95    032 HOSPITALS - OUTPATIENT                19,678.17
========================
$          19,678.17    TOTAL   MEDICAL   PAYMENTS
```

*Total indemnity    $92,478.17*

```
            EXPENSE
---------------------------------------------------------------------------
$             720.00    001 INVESTIGATION
$           8,983.75    006 DOCTOR (INDEP. MEDICAL EVAL.)
$              30.00    008 POLICE REPORT
$             277.70    057 PPO FEES
$             900.00    058 MEDICAL FEE REVIEW PANEL
========================
$          10,911.45    TOTAL   EXPENSE   PAYMENTS
```

DEFS 0014

G  GALLAGHER BASSETT
GUIDE. GUARD. GO BEYOND.

August 14, 2018

Bob Law, The Law Firm Of Benjamin O. Bengston
Attn: Benjamin O. Bengston
1100 Circle 75 Pkwy Suite 460
Atlanta, GA 30339

*Sent via email*

RE:  Our Insured:   Germain Brown
     Claim of:      3/7/2016
     Our Claim #:   002778-002084-NS-01
     Our Policy #:  TOCN01303533
     Your Client:   Germain Brown

Dear Mr. Bengston:

This is a follow up to my 1/8/2018 in regards to our insured and your client, Germain Brown.

According to our information, at the time of Mr. Brown's 3/7/2016 date of injury, he was an independent contractor with Mohave/Swift Transportation and not an employee. Mr. Brown is covered under an individual Occupational Accident Plan administered by Gallagher Bassett Services, Inc./CMC on behalf of CHUBB Group Insurance Company. **This is not a Policy of Statutory Workers' Compensation.** *Benefits are paid for certain losses resulting directly and independently of all other causes from an Occupational Accident or accidental bodily injuries that occur while the Policy is in force and his coverage is in effect. Benefits are subject to all the provisions, conditions, exclusions and limitations of the Policy.*

[handwritten: No 104 limitation disclosure]

For your review, I've requested that an additional copy the Occupational Accident Policy that was in effect at the time of Mr. Brown's 3/7/2016 date of loss be sent to you. This was previously sent on 1/8/2018. In addition, Gallagher Bassett is unable to release a copy of the claim file at this time without official documentation. [handwritten: what is this? = mumbo jumbo]

If you have any questions, please feel free to contact me by calling (816) 216-5204.

The contents of this letter should not be construed as a waiver of any rights and defenses that we may have under the policy and law. Neither this communication nor further communications that we may have regarding this claim should be construed to waive any of these rights and defenses. We are willing to review any additional information that you may provide. We further reserve all of our rights to assert defenses based upon other policy provisions whether or not specifically mentioned herein.

Sincerely,

Tricia Boucek
Senior Resolution Manager
Direct: (816) 216-5204
Fax: (816) 216-5770
**On Behalf of CHUBB Group**

P.O. BOX 419797
KANSAS CITY, MO 64141

O 800.821.5401
F 866.486.5243
www.gallagherbassett.com

DEFS 0016



**G  GALLAGHER BASSETT**
GUIDE, GUARD, GO BEYOND.

April 3, 2018

*Claim Denial Letter*

Germain Brown
1910 Potter Street
Bainbridge, GA 39819

*Sent via mail to insured & facsimile to attorney*

Re:            Occupational Accident Policy Expiration
Claim #:       002778-002084-NS-01
Policy #:      TOCN01303533
Date of Loss:  3/7/2016

Dear Mr. Brown:

*104 weeks expired*

This is a follow up to Gallagher Bassett's 1/8/2018 letter regarding your Occupational Accident Plan Benefits. Please be advised that your Occupational Accident Benefits 104 week policy benefits have expired. Your 104 weeks of medical benefits expired on 3/13/2018 and your final 104 weeks Temporary Total Disability benefits were issued 3/28/2018.

*Under the Occupational Accident Policy, **DEFINITIONS** it states:*

***Total Disability-** For the first 104 weeks of Total Disability, Your inability to perform all of the substantial and material duties of Your regular employment or occupation and earning less than 80% of your pre-disability earnings.*

*For any period of Total Disability continuing for more than 104 weeks, You must meet both of the following:*
  1. *You cannot be engaged in any work for pay or profit.*
  2. *You must be unable to perform all the substantial and material duties of **any** occupation or employment that You are qualified for by reason of education, training or experience.*

*Under **DISABILITY INCOME BENEFITS** it states:*

**Permanent Total Disability**
*Payments will start on the latest of:*
  1. *The date You satisfy the Benefit Waiting Period shown in the Schedule of Benefits for this benefit.*
  2. *The first day of the week after the Maximum Payment Period under Temporary Total Disability is reached.*
  3. *The date You are granted a Social Security Disability Award for the Total Disability; provided, the Total Disability is the primary result of the bodily injury caused by the Occupational Accident, and not the primary result of an unrelated injury, condition, or sickness.*

*Payments will stop on the earliest of the following:*
  1. *The date Your Total Disability stops.*
  2. *The date You return to work.*
  3. *When the Maximum Payment Period for Permanent Total Disability shown in the Schedule of Benefits is reached.*
  4. *The date Your Social Security Disability Award stops.*

P.O. BOX 419797
KANSAS CITY, MO 64141

O 800.821.5401
F 866.486.5243
www.gallagherbassett.com



GUiDE. GUARD. GO BEYOND.

Under the, *SCHEDULE OF BENEFITS* it states:

*Accident Medical Expense Benefit, Maximum Payment Period- 104 weeks from the date the first treatment is received*

With this in mind, your Temporary Total Disability and Medical benefits have both expired.

If you have medical information stating that you are permanently totally disabled, please submit the information along with your Social Security Disability Award letter and your file will be reviewed. Upon receipt of this, we may require an Independent Medical Examination, Functional Capacity Evaluation and Vocational Assessment.

The contents of this letter should not be construed as a waiver of any rights and defenses that we may have under the policy and law. Neither this communication nor further communications that we may have regarding this claim should be construed to waive any of these rights and defenses. We are willing to review any additional information that you may provide. We further reserve all of our rights to assert defenses based upon other policy provisions whether or not specifically mentioned herein.

Sincerely,

Tricia Boucek
Senior Resolution Manager
Direct: (816) 216-5204
Direct Fax: (816) 216-5770
*On Behalf of CHUBB Group*


CC:
**Bob Law, The Law Firm of Benjamin O. Bengston**
**Attn: Benjamin O. Bengston**
**1100 Circle 75 Parkway, Ste 460**
**Atlanta, GA 30339**

P.O. BOX 419797
KANSAS CITY, MO 64141

O 800.821.5401
F 866.486.5243
www.gallagherbassett.com

DEFS 0019



**G GALLAGHER** BASSETT
GUIDE. GUARD. GO BEYOND.

January 8, 2018

Bob Law, The Law Firm Of Benjamin O. Bengtson
Attn: Benjamin O. Bengtson
1100 Circle 75 Pkwy Suite 460
Atlanta, GA 30339

*Sent via facsimile*

RE:   Our Insured:   Germain Brown
      Claim of:      3/7/2016
      Our Claim #:   002778-002084-NS-01
      Our Policy #:  TOCN01303533
      Your Client:   Germain Brown

Dear Mr. Bengston:

We are in receipt of your letter dated 12/15/2017 and received in our office on 12/27/2017 in regards to our insured and your client, Germain Brown.

According to our information, at the time of Mr. Brown's 3/7/2016 date of injury, he was an independent contractor with Mohave/Swift Transportation and not an employee. Mr. Brown is covered under an individual Occupational Accident Plan administered by Gallagher Bassett Services, Inc./CMC on behalf of CHUBB Group Insurance Company. **This is not a Policy of Statutory Workers' Compensation.** *Benefits are paid for certain losses resulting directly and independently of all other causes from an Occupational Accident or accidental bodily injuries that occur while the Policy is in force and his coverage is in effect. Benefits are subject to all the provisions, conditions, exclusions and limitations of the Policy.*

For your review, I've attached a copy of the Occupational Accident Policy that was in effect at the time of Mr. Brown's 3/7/2016 date of loss. *not true.* "Peer review" denied claim — *sub standard claim handling*

Please note that there was no denial or pre authorization for treatment or surgery was given, but payment of covered expenses would be reviewed based off of Medical Necessity to the injury sustained on 03/07/2016 at L4-L5 and not addressing the other congenital issues per the most recent IME report 07/19/2017. The IME has been sent to Mr. Brown's treating physicians at Musculoskeletal Associates.

In addition, there are certain requirements and exclusions that apply under the policy's terms and conditions. Based upon the both the Independent Medical Examination as well as the Independent Peer Review, it appears that after failure of prior treatment, recommendation of surgery was medically necessary, however, the surgery would need to address the Occupational Accident injury specifically, and not address any underlying pre-existing condition.

*Under the Occupational Accident Policy, Covered Expenses:*

*Covered Expenses are the actual cost to You of the Reasonable Charges for the services and supplies listed below: The service or supply must be:*

1)  *Ordered by a Physician for the diagnosis or treatment of an Occupational Accident.*
2)  *Medically Necessary.*

P.O. BOX 419797
KANSAS CITY, MO 64141

O 800.821.5401
F 866.486.5243
www.gallagherbassett.com

DEFS 0020

"incurred"
not loss condition

**G GALLAGHER BASSETT**
GUIDE. GUARD. GO BEYOND.

*A service or supply may not be Medically Necessary if a less intensive or more appropriate diagnostic or treatment alternative could have been used. We, at our discretion, may consider the cost of that alternative to be Covered Expenses. In this case, Covered Expenses are limited to the Reasonable Charges for that diagnostic or treatment alternative.*

Medical & Temporary Total Disability Benefits under the Occupational Accident Policy are effective for the first 104 continuous weeks. The 104 weeks for medical benefits expire 3/13/2018 at midnight as Mr. Brown's first covered medical expense was incurred 3/14/2016. Since Mr. Brown was taken off of work as of 3/24/2016 and his 7 day waiting period was satisfied on 3/30/2016. Temporary Total Disability benefits will expire 3/30/2018, as the first TTD payment was issued as of 3/31/2016.

If you have any questions, please feel free to contact me by calling (816) 216-5204.

The contents of this letter should not be construed as a waiver of any rights and defenses that we may have under the policy and law. Neither this communication nor further communications that we may have regarding this claim should be construed to waive any of these rights and defenses. We are willing to review any additional information that you may provide. We further reserve all of our rights to assert defenses based upon other policy provisions whether or not specifically mentioned herein.

Sincerely,

Tricia Boucek
Senior Resolution Manager
Direct: (816) 216-5204
Fax: (816) 216-5770
*On Behalf of CHUBB Group*

P.O. BOX 419797
KANSAS CITY, MO 64141

O 800.821.5401
F 866.486.5243
www.gallagherbassett.com

DEFS 0021



ACE American Insurance Company
(A Stock Company)
Philadelphia, PA 19106

# Occupational Accident
## Policy

| | |
|---|---|
| **POLICYHOLDER:** | Swift Transportation Co., Inc. |
| **POLICY NUMBER:** | T●C N01303533    ⟨ ⟨₆⟨ |
| **POLICY EFFECTIVE DATE:** | June 1, 2007 |
| **POLICY ANNIVERSARY DATE:** | January 1, 2008 and each January 1 thereafter |
| **STATE OF DELIVERY:** | Arizona |

This Policy describes the terms and conditions of coverage for Occupational Accident Insurance. The Policy takes effect at 12:01 a.m. on the Policy Effective Date shown above.

This Policy is governed by the laws of the state in which it is delivered.

Signed for ACE AMERICAN INSURANCE COMPANY at Philadelphia, Pennsylvania

JOHN J. LUPICA, President

GEORGE D. MULLIGAN, Secretary

THIS IS NOT A POLICY OF WORKERS' COMPENSATION INSURANCE. THE POLICYHOLDER DOES NOT BECOME A SUBSCRIBER TO THE WORKERS' COMPENSATION SYSTEM BY PURCHASING THIS POLICY, AND IF THE POLICYHOLDER IS A NON-SUBSCRIBER, THE POLICYHOLDER LOSES THOSE BENEFITS THAT WOULD OTHERWISE ACCRUE UNDER THE WORKERS' COMPENSATION LAWS. THE POLICYHOLDER MUST COMPLY WITH THE WORKERS' COMPENSATION LAW AS IT PERTAINS TO NON-SUBSCRIBERS AND THE REQUIRED NOTIFICATIONS THAT MUST BE FILED AND POSTED.

This Policy is for Accident Insurance Only. It does not pay benefits for Sickness. This Policy may be discontinued by the Insurance Company according to the terms of the Policy.

Non-Participating Insurance

RECEIVED
OCT 10 2007

AH-10577                    ACE American Insurance Company                    Page 1

DEFS 0065



**Gallagher Bassett Services, Inc.**

May 20, 2016

*[handwritten: LF Ms: Roberts-William dated 4-8-16. Took 22 days to respond = Sub standard]*

Nora-Jane Roberts-William
Montlick & Associates, P.C., Attorneys at Law
17 Executive Park Drive, Ste 300
Atlanta, GA 30329

_Sent via facsimile_

RE:   Our Insured:    Germain Brown
      Claim of:       3/7/2016
      Our Claim #:    002778-002084-NS-01
      Our Policy #:   TOCN01303533
      Your Client:    Germain Brown

Dear Ms. Roberts-William,

We are in receipt of your letter dated 4/8/2016 that was sent to Swift Transportation and received in our office on 5/2/2016 in regards to our insured and your client, Germain Brown.

According to our information, at the time of Mr. Brown's 3/7/2016 date of injury, he was an independent contractor with Mohave/Swift Transportation and not an employee. Mr. Brown is covered under an individual Occupational Accident Plan administered by Gallagher Bassett Services, Inc./CMC on behalf of ACE American Insurance Company. **This is not a Policy of Statutory Workers' Compensation.** _Benefits are paid for certain losses resulting directly and independently of all other causes from an Occupational Accident or accidental bodily injuries that occur while the Policy is in force and his coverage is in effect. Benefits are subject to all the provisions, conditions, exclusions and limitations of the Policy._

Please note we are currently paying Mr. Brown's medical and disability benefits under the Occupational Accident Policy in regards to his 3/7/2016 reported injury. I have attached a copy of the Occupational Accident policy for your review.

If you have any questions, please contact me @ (816) 216-5204.

*[handwritten: Where is this? I don't think it was sent.]*

The contents of this letter should not be construed as a waiver of any rights and defenses that we may have under the policy and law. Neither this communication nor further communications that we may have regarding this claim should be construed to waive any of these rights and defenses. We are willing to review any additional information that you may provide. We further reserve all of our rights to assert defenses based upon other policy provisions whether or not specifically mentioned herein.

Sincerely,

Tricia Tindall
Resolution Manager
Direct: (816) 216-5204
Fax: (816) 216-5770
**On Behalf of Ace American Insurance Company**

PO BOX 419707
KANSAS CITY, MO 64141
800-821-5401 PHONE
866-486-5243 FAX
gallagherbassett.com

DEFS 0110

Hensl

# MONTLICK & ASSOCIATES, P.C.

### ATTORNEYS AT LAW

17 EXECUTIVE PARK DRIVE • SUITE 300
ATLANTA, GEORGIA • 30329

TELEPHONE (930) 235-5000 • FACSIMILE (404) 321-3023
www.montlick.com

[Sending to Swift seems logical b/c

Germain not given copy of Policy.]

16C3C76237533C2

MAY 0 2 2016

April 8, 2016

Swift Transportation
2200 South 75th Avenue
Phoenix, AZ 85038

RE:    Our Client:         Germain Brown
       Incident Date:      March 7, 2016
       Incident Location:  I-40 @ MM 331

Dear Sir or Madam:

This firm has been retained to represent Mr. Germain Brown for injuries sustained in the above-referenced incident in which your agent or employee was involved. It appears from our initial information that you are responsible for our client's injuries and damages. We are now in the process of investigating this matter. Therefore, in an effort to prevent any misunderstanding, please forward a copy of the applicable incident report.

You should notify your insurance company of this claim immediately and forward this letter to them. Failure to notify your insurance company could result in a denial of coverage.

Please also notify us of your insurance company's name and your policy number so that we may deal directly with them and minimize further inconvenience to you. If you did not have insurance at the time of this incident, please notify us of such fact in writing.

Thank you for your cooperation.

Very truly yours,

MONTLICK & ASSOCIATES, P.C.

BY:

Nora-Jane Roberts-William
Attorney at Law

LTR_1103:593137:ndls
cc:    Germain Brown

 **Gallagher Bassett Services, Inc.**
March 9, 2016

GERMAIN BROWN
1910 POTTER ST
BAINBRIDGE, GA 39819

Re:        Claim forms: Proof of Loss (Medical), Initial Physician (Disability), HIPAA Auth
DOL:       03/08/2016
Policy #:  TOCN01303533

Dear Mr. Brown,

Enclosed you will find claim forms that must be completed by you and your treating physician. Please return the forms to us as soon as possible so that we may begin processing your claim and determine if you are entitled to benefits.

Please note that under the Occupational Accident Policy you must treat within **90 days** from the date of a covered Occupational Accident. In addition, the Policy states:

We pay covered expenses:

(2) only when they are in excess of amounts paid by any other Health Care Plan.

If you are applying for Temporary Total Disability (TTD) benefits your treating doctor must disable you within **90 days** from the date of a covered Occupational Accident. You and your treating physician will need to complete the disability claim form and return it to us. We will also need a copy of your 1040 schedule from your last income tax return or thirteen consecutive settlement statements immediately prior to the date Total Disability began or the period worked. If your treating physician does not disable you for more than **7 consecutive days** completion of the disability claim form is not required. Medical and TTD benefits are in effect for a maximum of 104 weeks.

If this injury was due to a motor vehicle accident, please submit a copy of the police report for our file.

Once all information has been received, please allow **10 business days** for us to process your claim.

If you have any questions, please feel free to contact me at 816-216-5204.

Sincerely,

Patricia Tindall
Resolution Manager
Direct: (816) 216-5204
Direct Fax: (816) 216-5770
On Behalf of Ace American Insurance Company

Enclosures: al

PO BOX 419797
KANSAS CITY, MO 64141
800-821-5401 PHONE
866-486-5243 FAX
gallagherbassett.com

DEFS 0215

## Temporary Total Disability Benefit Affidavit

I, _Germain Brown_, am entitled to a Weekly Income Benefit under the Occupational Accident Plan. I understand that my benefits under the Accident plan will cease the date I am released to return to work and/or no longer considered temporary totally disabled, as defined by the Policy.

By signing this Affidavit, I hereby state that I have not returned to work at this time.

I do understand that I must notify my Adjuster and/or Gallagher Bassett when I am released and/or return to work.

I do understand that if I do not notify my adjuster and/or Gallagher Bassett of my return to work date, resulting in an overpayment of the benefits, I will be responsible to reimburse Gallagher Bassett, in full, of the overpaid amount.

Signed _____  Date _6-7-17_
INSURED

*[handwritten margin note: "TTD benefit will cease the date i am released to return to work"]*

**CMC**
Fax #: 868-486-5243

**OCCUPATIONAL ACCIDENT PLAN**
**SUPPLEMENTARY ATTENDING PHYSICIAN'S STATEMENT**                TT
(To be completed by the Treating Physician)

Patient's Name: Brown, Germain                Date of Birth: 06-17-1993

Height: _____         Weight: _____

not pain

1  Objective Diagnosis:

low back pain w/ radiculopathy

Describe complications including any other disease affecting present condition:

2  Is claim for accident or sickness?                Accident ☑    Sickness ☐

3  If accident, do you have any knowledge as to how accident occurred? (If Yes, please describe).                Yes ☑    No ☐

Attached office note

4  When did patient first consult you for this condition?    Date    8|12|16                ,20

5  Has patient ever had same or similar condition?    (If yes, state when and describe)                Yes ☐    No ☑

6  Hospital name and dates confined:                from _____ ,20 ___ to _____ ,20 ___

7  Nature of surgical procedure, if any (Describe fully).    Pending approval
Date surgery performed?                Date _____ ,20 ___
Where performed?                If in hospital, inpatient ☐ outpatient ☐

8  Give dates of treatment: Attached                Office _____
Next appointment date: none                Hospital _____

9  Is patient still under your care for this condition?    If discharged, give data: 3/14/17                Yes ☐    No ☑

10 List the dates the patient will be totally disabled?    (Unable to do one or more duties of their own occupation)                Disabled from 8/12 ,20 16 to 3/14 ,20 17

11 Is condition due to injury arising out of patient's work?    (If yes, please describe):                Yes ☑    No ☐

Attached office note

12 Are you this patient's family physician?    (If no, please list the family physician's name and address)                Yes ☐    No ☑
Name: _____
Address: lenbrown

13 PROGNOSIS:                CURRENT TREATMENT PLAN:

Surgical intervention pending approval

Is Patient Compliant with Treatment?: Yes ☑    No ☐

14 Expected Return To Work Date Without Restrictions (Full Duty): _____

Date    3/16    ,20 17    Signed    Henry Barnard    M.D.
Attending Physician

Phone #: _____

Social Security or Tax ID Number: _____

Street Address                City or Town                State                Zip Code

DEFS 0339