# EXHIBIT K

# Finance and Accounting for Insurance Professionals



Edited by

Michael W. Elliott, CPCU, ARM, AIAF, MBA

3rd Edition • 2nd Printing

**The Institutes**
720 Providence Road, Suite 100
Malvern, Pennsylvania 19355-3433

© 2018
American Institute For Chartered Property Casualty Underwriters

All rights reserved. This book or any part thereof may not be reproduced without the written permission of the copyright holder.

Unless otherwise apparent, examples used in The Institutes materials related to this course are based on hypothetical situations and are for educational purposes only. The characters, persons, products, services, and organizations described in these examples are fictional. Any similarity or resemblance to any other character, person, product, services, or organization is merely coincidental. The Institutes are not responsible for such coincidental or accidental resemblances.

This material may contain internet website links external to The Institutes. The Institutes neither approve nor endorse any information, products, or services to which any external websites refer. Nor do The Institutes control these websites' content or the procedures for website content development.

The Institutes specifically disclaim any implied warranties of merchantability or fitness for a particular purpose. No warranty may be created or extended by sales representatives or written sales materials.

The Institutes materials related to this course are provided with the understanding that The Institutes are not engaged in rendering legal, accounting, or other professional service. Nor are The Institutes explicitly or implicitly stating that any of the processes, procedures, or policies described in the materials are the only appropriate ones to use. The advice and strategies contained herein may not be suitable for every situation.

Information which is copyrighted by and proprietary to Insurance Services Office, Inc. ("ISO Material") is included in this publication. Use of the ISO Material is limited to ISO Participating Insurers and their Authorized Representatives. Use by ISO Participating Insurers is limited to use in those jurisdictions for which the insurer has an appropriate participation with ISO. Use of the ISO Material by Authorized Representatives is limited to use solely on behalf of one or more ISO Participating Insurers.

This publication includes forms which are provided for review purposes only. These forms may not be used, in whole or in part, by any company or individuals not licensed by Insurance Services Office, Inc. (ISO) for the applicable line of insurance and jurisdiction to which this form applies. It is a copyright infringement to include any part(s) of this form within independent company programs without the written permission of ISO.

CPCU is a registered trademark of The Institutes. All rights reserved.

3rd Edition • 2nd Printing • February 2019

Library of Congress Control Number: 2018940831

ISBN 978-0-89462-227-4

**4**

# Insurer Statutory Accounting

### Educational Objectives

After learning the content of this assignment, you should be able to:

- Describe the valuation and recognition concepts underlying insurer statutory accounting principles (SAP).

- Explain how statutory accounting principles (SAP) differ from generally accepted accounting principles (GAAP).

- Describe the main components of an insurer's NAIC Annual Statement and the information those components contain.

### Outline

Statutory
Accounting
Concepts

Statutory
Accounting
Principles (SAP)
Compared
With GAAP

Components of
the NAIC Annual
Statement

Summary

# Insurer Statutory Accounting

**4**

## STATUTORY ACCOUNTING CONCEPTS

In the United States, insurers produce a financial statement known as the National Association of Insurance Commissioners (NAIC) Annual Statement. This statement is filed with state insurance departments for regulatory purposes and is based on statutory accounting principles (SAP).

SAP are based on U.S. generally accepted accounting principles (GAAP). When GAAP changes, the NAIC reviews SAP to determine whether any changes are needed. Although SAP and GAAP are similar in many ways, they differ in how they value many assets and liabilities and recognize many revenues and expenses. Overall, SAP is more conservative than GAAP in reporting the financial position of an insurer.

## Valuation

An insurer's SAP balance sheet shows its assets (the value of property that the insurer owns); liabilities (amounts that the insurer owes to others); and **policyholders' surplus**, commonly called surplus. Policyholders' surplus is a residual amount that remains after subtracting liabilities from assets, similar in concept to shareholders' equity (owners' equity) under GAAP. By using the term "policyholders' surplus," SAP emphasizes the solvency perspective taken by regulators for the protection of policyholders.

The **accounting equation** can be used to represent the contents of a SAP balance sheet and illustrates that a balance sheet must always remain in balance:

Admitted assets = Liabilities + Policyholders' surplus

Rearranging the equation and placing policyholders' surplus on the left side results in:

Policyholders' surplus = Admitted assets - Liabilities

When assets and liabilities change in value, policyholders' surplus also changes, as illustrated by the accounting equation. For example, when an insurer's assets increase relative to its liabilities, its policyholders' surplus also increases. The opposite occurs when an insurer's assets decrease relative to its liabilities. Therefore, the practices that an insurer employs to value its assets and liabilities directly affect its level of policyholders' surplus.

**Policyholders' surplus**

Under statutory accounting principles (SAP), an insurer's total admitted assets minus its total liabilities.

**Accounting equation**

The equation that relates assets to liabilities and owners' equity.

## Conservative Valuation of Policyholders' Surplus

In valuing most assets and liabilities, SAP adopts a conservative approach, resulting in a conservative statement of policyholders' surplus. This is known as the liquidation perspective because it emphasizes practices that value the insurer as if it were to immediately cease operations. Assets are valued at what they would bring in a quick sale, and liabilities are valued at the highest point in their range of possible values. Under SAP, illiquid assets are not counted as "assets" and therefore are not counted toward policyholders' surplus.

Policyholders' surplus provides a cushion to ensure that an insurer has sufficient resources to meet its obligations to policyholders. Unforeseen circumstances can affect an insurer's financial position. For example, premiums or reserves for unpaid losses might prove to be inadequate. Multiple large catastrophes could occur in a single year. SAP's emphasis on a conservative valuation of policyholders' surplus helps ensure that the funds will be available if needed to meet unforeseen needs because they are backed by high-quality liquid assets and policyholder liabilities are conservatively stated.

## Promoting Comparability of Financial Statements

A key accounting concept is that an organization should be valued as if it will continue to operate indefinitely. This is known as the going concern concept. Treating an organization as a going concern requires accounting practices that take a long-term view of the organization. For example, an asset may be required to be recorded at its long-term value, avoiding the influence of short-term market shifts. For insurers, accounting practices based on the going concern concept help prevent unnecessary short-term shifts in policyholders' surplus and promote comparability of financial statements from period to period.

SAP recognizes the importance of treating an insurance company as a going concern. However, conflicts often arise between practices that support the going concern perspective and those that emphasize insurer liquidity. When this occurs, one reporting objective must often be prioritized over the other.

SAP emphasizes an insurer's liquidation value over its going concern value. However, there are exceptions. Regulators might use a going-concern valuation to perpetuate insurer operations that benefit the public. Also, SAP allows some invested assets to be valued at cost rather than market value.

## Recognition

**Matching principle**

An accounting rule that requires expenses incurred in generating revenues to be matched against those revenues.

Recognition relates to the timing of revenues and expenses. The **matching principle** provides guidance for the recognition of revenues and expenses, and it allows the profitability of an organization to be accurately measured.

In a service industry such as insurance, revenue is recognized when the service is provided. Although the insured may pay the premium in full at the policy

inception date, the insurer provides the service (protection against losses) over the term of the policy. Therefore, the insurer should recognize the premium revenue evenly over the term of the policy, rather than when it receives payment. Receivables, such as agents' balances due, should be recognized in a similar way unless they are deemed uncollectible.

Losses can occur anytime throughout the policy period, and the insurer recognizes them as expenses when they occur. The same applies to loss adjustment expenses. Policy acquisition costs are incurred when a policy is issued and support the premium revenue earned throughout the policy's term. Based on the matching principle, policy acquisition and similar up-front costs should be recognized evenly over the term of the policy so they can be matched with the associated revenues.

SAP takes a conservative approach in recognizing many revenues and expenses. Some expenses are immediately recognized even though the recognition of their associated revenues is deferred. This emphasizes the liquidation perspective and a conservative statement of policyholders' surplus.

# STATUTORY ACCOUNTING PRINCIPLES (SAP) COMPARED WITH GAAP

Insurers are required to prepare financial statements using statutory accounting principles (SAP) but may also be required to prepare a second set of financial statements using generally accepted accounting principles (GAAP). These different accounting approaches often produce significant differences in the reported value of assets, liabilities, equity, and earnings.

SAP and GAAP are similar in many ways. They differ in terms of how they value many assets and liabilities and recognize many revenues and expenses. Major areas where they differ include these:

- Nonadmitted and admitted assets
- Bond investments
- Premium balances due from agents
- Reinsurance recoverables
- Provision for reinsurance
- Policy acquisition costs
- Reporting of subsidiaries and affiliates
- Pension accounting
- Statement of comprehensive income

These valuation disparities arise from a fundamental difference in the objectives of GAAP and SAP. GAAP treats a business as a going concern and focuses on measuring earnings from period to period. SAP is primarily

focused on solvency and the ability of the insurer to meet its obligations to policyholders.

## Nonadmitted and Admitted Assets

SAP imposes a strict valuation rule that excludes certain assets that cannot be readily converted to cash (that is, those assets that are not liquid). These are referred to as **nonadmitted** assets. By contrast, GAAP counts all assets, regardless of their liquidity. These items are examples of nonadmitted assets:

**Nonadmitted assets**

Types of property, such as office furniture and equipment, that regulators do not allow insurers to show as assets on financial statements because these assets cannot readily be converted to cash at or near their market value.

- Furniture
- Fixtures
- Equipment
- Supplies
- Automobiles
- Uncollected premiums more than ninety days past due
- Prepaid expenses
- Loans or advances to certain company personnel

Because assets on a SAP balance sheet are reduced by the value of the nonadmitted assets, surplus is reduced by an amount equal to the value of the nonadmitted assets. An enhanced accounting equation represents the exclusion of nonadmitted assets from a balance sheet:

Total assets − Nonadmitted assets = Liabilities + Policyholders' surplus

Rearranging the equation and placing policyholders' surplus on the left side results in:

Policyholders' surplus = [Total assets − Nonadmitted assets] − Liabilities

Excluding nonadmitted assets from total assets[1] and from surplus, as presented in this equation, exemplifies the SAP liquidation valuation criterion because these assets are not liquid assets. This approach is a conservative method of evaluating an insurer's policyholders' surplus and helps assess insurer solvency. See the exhibit "Effect of Nonadmitted Assets on Policyholders' Surplus Under SAP and GAAP."

**Admitted assets**

Assets meeting minimum standards of liquidity that an insurer is allowed to report on its balance sheet in accordance with statutory accounting principles.

Insurers report a variety of **admitted** assets on their statutory balance sheets, including investments and other types of assets. Invested assets constitute the bulk of assets and include items such as cash, stocks, bonds, and real estate investments. Other assets include items such as premiums receivable.

## Bond Investments

A key difference between SAP and GAAP involves bond valuation. Bond prices rise and fall with changes in market interest rates for comparable bonds. A bond is usually purchased at a premium or discount from the face amount that will be paid to the investor at the bond's maturity.

## Effect of Nonadmitted Assets on Policyholders' Surplus Under SAP and GAAP

An insurer that purchases $100,000 of office furniture, a nonadmitted asset, would see its policyholders' surplus reduced by that same amount under SAP. By contrast, its GAAP balance sheet would simply show a shift in assets from one category to another and no change in total assets or policyholders' surplus. To simplify the analysis, assume the insurer starts with no nonadmitted assets.

| | SAP Balance Sheet | | GAAP Balance Sheet | |
| --- | --- | --- | --- | --- |
| | Before Purchase | After Purchase | Before Purchase | After Purchase |
| Cash | $1,000,000 | $900,000 | $1,000,000 | $900,000 |
| Office Furniture | 0 | 100,000 | 0 | 100,000 |
| Other Assets | 14,000,000 | 14,000,000 | 14,000,000 | 14,000,000 |
| Total Assets | 15,000,000 | 15,000,000 | 15,000,000 | 15,000,000 |
| Nonadmitted Assets | 0 | 100,000 | n/a | n/a |
| Net Admitted Assets | 15,000,000 | 14,900,000 | n/a | n/a |
| Total Liabilities | 10,000,000 | 10,000,000 | 10,000,000 | 10,000,000 |
| Policyholders' Surplus/ Shareholders' Equity | $5,000,000 | $4,900,000 | $5,000,000 | $5,000,000 |

[DA06257]

Under SAP, most bonds are valued at an adjusted cost amount called amortized cost, which evenly amortizes any premium or discount over the remaining life of a bond. Under GAAP, amortized cost valuation is permitted only if the insurer is able and intends to hold the bond to maturity; otherwise, bonds are classified as available for sale or as trading and reported at market value.

Amortized cost valuation benefits the insurer because it shields the value of its invested bond assets, and therefore its policyholders' surplus, from short-term fluctuations in market bond prices. Allowing bond investments to be valued at amortized cost is based on a going concern perspective. This is a notable exception to most SAP asset valuation practices, which are based on a liquidation perspective. See the exhibit "Effect of Bond Valuation on Policyholders' Surplus."

4.8    Finance and Accounting for Insurance Professionals

### Effect of Bond Valuation on Policyholders' Surplus

The use of amortized cost in valuing bonds helps to prevent large fluctuations in surplus from year to year. To illustrate the difference between using amortized cost and market value, assume that in 20X1, an insurer paid $1,020,000 for U.S. government bonds, a $20,000 premium over their par value of $1,000,000. The following year, market interest rates rose significantly, causing the market value of the bonds to fall to $900,000. The amortized cost of the bonds fell to only $1,010,000.

Valuing the bonds at amortized cost rather than market value stabilizes the insurer's reported policyholders' surplus. Upon maturity, the market value of the bonds will equal their amortized cost, eliminating any temporary differences in their valuations.

**Market Valuation**

|  | 20X1 | 20X2 |
|---|---|---|
| Bonds at Market Value | $1,020,000 | $ 900,000 |
| All Other Assets | 625,000 | 625,000 |
| Total Assets | 1,645,000 | 1,525,000 |
| Liabilities | 1,175,000 | 1,175,000 |
| Policyholders' Surplus | $470,000 | $ 350,000 |

**Amortized Cost Valuation**

|  | 20X1 | 20X2 |
|---|---|---|
| Bonds at Amortized Cost | $1,020,000 | $1,010,000 |
| All Other Assets | 625,000 | 625,000 |
| Total Assets | 1,645,000 | 1,635,000 |
| Liabilities | 1,175,000 | 1,175,000 |
| Policyholders' Surplus | $ 470,000 | $ 460,000 |

[DA06258]

# Premium Balances Due From Agents

Under SAP, premium balances more than ninety days past due are nonadmitted. GAAP requires that premium balances due from agents be offset with a reserve for amounts that are deemed uncollectible.

**Reinsurance recoverables**

Amounts for losses and loss adjustment expenses owed to an insurer under reinsurance agreements covering paid losses.

# Reinsurance Recoverables

Under SAP, **reinsurance recoverables** for unpaid losses and loss adjustment expenses are netted (subtracted) from loss and loss adjustment expense reserves, so there is no need to show these recoverables as an asset. Under

GAAP, these same reinsurance recoverables are shown as an asset and are not netted (subtracted) from loss and loss adjustment expense reserves.

## Provision for Reinsurance

SAP requires creation of a liability for a portion of overdue reinsurance recoverables and reinsurance recoverables from **unauthorized reinsurers**, unless the recoverables are collateralized. This is called the provision for reinsurance and supports SAP's liquidation perspective. GAAP does not have this same requirement. However, under GAAP, reinsurance recoverables deemed uncollectible must be subtracted from the reinsurance recoverables asset.

Unauthorized reinsurer

A reinsurer that is not licensed or otherwise authorized to do business in the primary insurer's state of domicile.

## Policy Acquisition Costs

Under SAP, insurers are required to recognize the full amount of policy acquisition costs at policy inception, including underwriting expenses, commissions, and taxes, even though the matching principle requires those expenses to be spread evenly over the term of the policy as the associated premium revenue is earned. Immediately recognizing policy acquisition costs while deferring recognition of the associated revenue causes surplus to decrease. This is often referred to as "a drain on policyholders' surplus."

GAAP allows policy acquisition costs to be capitalized (an asset called "deferred policy acquisition costs" is created) and amortized over the policy's life, correctly matching premium revenues with expenses. SAP's treatment of policy acquisition costs is consistent with its liquidity perspective; GAAP's treatment is consistent with the going-concern perspective.

For example, Greatview Insurance incorporates on 6/30/X1 with $1 million in cash, no liabilities, and total policyholders' surplus of $1 million. The next day, Greatview writes a policy for $210,000 in premium, which is immediately paid in full. Underwriting expenses, including the agent's commission and premium taxes, are 15 percent of premium, or $31,500, and are immediately paid out. Expected losses are 82 percent of premium, or $172,200. Assuming that losses turn out as expected, Greatview will realize a profit on this policy of $6,300 (3 percent of premium) by the end of the policy period. Assets go up immediately by $178,500 (the $210,000 premium received less the $31,500 expenses paid). See the exhibit "Greatview Insurance's Policy Acquisition Costs Under SAP and GAAP."

Under SAP, Greatview's policyholders' surplus immediately declines by the amount of the policy acquisition expenses. Halfway through the policy period, Greatview's policyholders' surplus has recovered somewhat, and by the end of the policy period, its policyholders' surplus has increased by the amount of the underwriting profit, which is $6,300.

Under GAAP, Greatview would establish an asset called "deferred policy acquisition costs" at the beginning of the policy period. These deferred costs are recognized as policy acquisition expenses on the income statement

4.10   Finance and Accounting for Insurance Professionals

## Greatview Insurance's Policy Acquisition Costs Under SAP and GAAP

### SAP Treatment

|  | 6/30/20X1 | 7/1/20X1 | 12/31/20X1 | 6/30/20X2 |
|---|---|---|---|---|
| Premium Written | $     0 | $  210,000 | $     0 | $0 |
| Premium Earned | 0 | 0 | 105,000 | 210,000 |
| Losses (82%) | 0 | 0 | 86,100 | 172,200 |
| Policy Acquisition Expenses (15%) | 0 | 31,500 | 31,500 | 31,500 |
| Revenue | 0 | 0 | 105,000 | 210,000 |
| Expenses | 0 | (31,500) | (117,600) | (203,700) |
| Net Income (Loss) | $     0 | ($   31,500) | ($   12,600) | $    6,300 |
| **Assets:** | | | | |
| Cash | 1,000,000 | 1,178,500 | 1,092,400 | 1,006,300 |
| **Liabilities:** | | | | |
| Unearned Premiums | 0 | 210,000 | 105,000 | 0 |
| Contributed Capital | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 |
| Unassigned Surplus | 0 | (31,500) | (12,600) | 6,300 |
| Policyholders' Surplus | $1,000,000 | $  968,500 | $  987,400 | $1,006,300 |

### GAAP Treatment

|  | 6/30/20X1 | 7/1/20X1 | 12/31/20X1 | 6/30/20X2 |
|---|---|---|---|---|
| Premium Written | $     0 | $  210,000 | $     0 | $     0 |
| Premium Earned | 0 | 0 | 105,000 | 210,000 |
| Losses (82%) | 0 | 0 | 86,100 | 172,200 |
| Policy Acquisition Expenses (15%) | 0 | 0 | 15,750 | 31,500 |
| Revenue | 0 | 0 | 105,000 | 210,000 |
| Expenses | 0 | 0 | 101,850 | 203,700 |
| Net Income (Loss) | $     0 | $     0 | $    3,150 | $    6,300 |
| **Assets:** | | | | |
| Cash | 1,000,000 | 1,178,500 | 1,092,400 | 1,006,300 |
| Deferred Policy Acquisition Costs | 0 | 31,500 | 15,750 | 0 |
| **Liabilities:** | | | | |
| Unearned Premiums | 0 | 210,000 | 105,000 | 0 |
| Contributed Capital | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 |
| Retained Earnings | 0 | 0 | 3,150 | 6,300 |
| Shareholders' Equity | $1,000,000 | $1,000,000 | $ 1,003,150 | $1,006,300 |

[DA12714]

throughout the year. Greatview's shareholders' equity increases evenly throughout the year. At the end of the year, Greatview's policyholders' surplus under SAP equals shareholders' equity under GAAP, with both including the underwriting profit of $6,300.

Deferring the recognition of revenue but not the associated expenses is consistent with SAP's conservative approach to valuation.

## Reporting of Subsidiaries and Affiliates

Under SAP, investments in subsidiaries, controlled, or affiliated entities (SCAs) are considered admitted assets and must be shown on the parent company's balance sheet. Under GAAP, the financial statements of majority-owned subsidiaries are consolidated into the parent company's financial statements.

Statutory accounting has various rules for valuing SCAs, depending on their characteristics. For example, if a subsidiary's stock is publicly traded, its market value can be used. However, most subsidiaries are not publicly traded. In such circumstances, parent companies are required to account for their equity in the SCA by using either SAP or GAAP accounting, depending on the characteristics of the SCA.

## Pension Accounting

Under SAP, contributions made for nonvested employees under both defined-benefit plans and defined-contribution plans are not recognized when made and are therefore not a deductible expense on the income statement. Such contributions qualify as a prepaid expense, but under SAP, a prepaid expense is a nonadmitted asset because it is not readily convertible to cash. GAAP recognizes pension contributions as expenses as they are incurred for all employees, whether vested or nonvested.

## Statement of Comprehensive Income

GAAP requires a statement of comprehensive income, which shows unrealized appreciation (depreciation) of investments, foreign currency translation gains (losses), and changes in minimum pension liability, none of which is included in the GAAP income statement. The statement of comprehensive income adds these amounts to net income to determine comprehensive income.

SAP does not require a statement of comprehensive income. However, the capital and surplus account in the Annual Statement shows similar types of items that are not included in net income and are entered directly as an adjustment to policyholders' surplus. Included are the change in net unrealized capital gains (losses), change in net unrealized foreign exchange capital gain (loss), change in provision for reinsurance, and change in nonadmitted assets.

# COMPONENTS OF THE NAIC ANNUAL STATEMENT

Regulators, financial analysts, customers, and competitors use the information reported in an insurer's National Association of Insurance Commissioners (NAIC) Annual Statement to gauge the insurer's financial strength.

**NAIC Annual Statement**

The primary financial statement prepared by insurers and required by every state insurance department.

Insurers must file an **NAIC Annual Statement** with the insurance department of the state in which they are domiciled and, directly or through the NAIC, in every state in which they do business. Similar to financial statements prepared using generally accepted accounting principles (GAAP), the Annual Statement contains a balance sheet, an income statement, a statement of changes in capital and surplus (shareholders' equity under GAAP), and a statement of cash flows. However, the Annual Statement provides much more supporting detail than a GAAP financial statement.

## General Organization of the Annual Statement

In an Annual Statement, detail to support the primary financial statements is provided through supplementary exhibits, schedules, notes, and interrogatories. See the exhibit "Key Components of the Annual Statement."

## Assets and Liabilities (Balance Sheet)

The balance sheet portion of the Annual Statement is a summary of the insurer's financial position on December 31 of the calendar year. Assets are what the insurer owns, liabilities are what the insurer owes, and policyholders' surplus is the difference between the two.

Note that the Annual Statement refers to policyholders' surplus (often called "surplus") rather than the GAAP-preferred term "shareholders' equity." This reflects the focus of statutory accounting, which reports on the insurer's ability to meet its obligations to policyholders.

The asset side of the balance sheet shows both the admitted assets and non-admitted assets for each major asset class. Asset classes are organized into two broad categories: invested assets and noninvested assets.

Invested assets are income-producing assets such as bonds, stocks, real estate, and mortgages. In addition to the summary value reported on the balance sheet, the supporting schedules report details on individual stocks, bonds, real estate, and mortgages.

Noninvested assets are those that support the generation of income but do not directly earn income. The two largest categories of noninvested assets are receivables for reinsurance and receivables for premiums.

## Key Components of the Annual Statement

The Annual Statement blank contains more than 200 pages of financial statements and supporting exhibits and schedules. Many of the schedules and exhibits themselves have subschedules and supplemental addenda.

Balance Sheet

Assets

Liabilities, Surplus and Other Funds

Statement of Income

Cash Flow

Details on Underwriting and Investment Results:

Underwriting and Investment Exhibits

Exhibit of Premiums and Losses

Insurance Expense Exhibits

Details on Investment Holdings:

Schedule A—Real Estate

Schedule B—Mortgage Loans

Schedule BA—Other Long-Term Invested Assets

Schedule D—Bonds and Stocks

Schedule DA—Short-Term Investments

Schedule DB—Derivative Investments

Schedule E—Cash and Cash Equivalents

Schedule F—Reinsurance

Schedule P—Losses and Loss Expenses

Notes to Financial Statements

General Interrogatories

Five-Year Historical Data

[DA06249]

Reinsurance contracts typically require the primary insurer to pay for a loss before being reimbursed by the reinsurer. The lag between when the reinsurer is asked for payment and when the reinsurer actually pays generates a receivable that falls into a category called reinsurance recoverables. Although some credit risk is associated with these receivables, they are generally carried at face value.

Premium receivables include amounts due but not yet received from agents, deferred premiums, and accrued retrospective premiums.

The Liabilities, Surplus and Other Funds page is the second page of the balance sheet. Liabilities are the amounts the insurer owes to others, and policyholders' surplus is the difference between the assets and the liabilities.

**Loss reserve**

An estimate of the amount of money the insurer expects to pay in the future for losses that have already occurred and been reported, but are not yet settled.

**Loss adjustment expense reserves**

Estimates of the future expense that an insurer expects to incur to investigate, defend, and settle claims for losses that have already occurred.

The principal liabilities are **loss reserves**, **loss adjustment expense reserves**, and the unearned premium reserve. Reinsurance recoverables for unpaid losses and loss adjustment expenses are netted from the loss reserves and loss adjustment expense reserves. Unsecured recoverables and penalties for overdue recoverables from reinsurers are included under a liability account called "provision for reinsurance."

Surplus can be classified into three major parts: contributed surplus, unassigned surplus, and treasury stock. Contributed surplus is money that has been invested in the firm by outside parties. See the exhibit "Principal Elements of an Insurer Annual Statement (SAP) Balance Sheet."

# Statement of Income

The Statement of Income (income statement) measures the insurer's earnings over the course of the year and serves as the basis for determining the insurer's federal income tax liability. The summary values reported in the income statement are supported by numerous pages of detail on the source of the premiums, expenses, and investment income for the year. The income statement breaks down earnings into three main categories:

- Underwriting income
- Investment income
- Other income

Underwriting income is measured as the difference between premiums earned and losses and expenses incurred during the period. If the number is positive, it is a net underwriting gain; otherwise, it is a net underwriting loss.

Changes in premium and loss reserves from prior years affect the current-year results. Earned premium is reported on a calendar-year basis and calculated as the sum of this year's written premiums plus the unearned premium reserve at the beginning of the year, less the unearned premium reserve at the end of the year. Losses and loss adjustment expenses are also reported on a calendar-year basis as the sum of losses and loss adjustment expenses paid during the year, plus ending reserves, minus beginning reserves.

Investment income has two components: net investment income and net realized capital gains. Net investment income is the interest, dividends, and real estate income earned on invested assets during the year, minus expenses incurred in conducting investment operations. Net realized capital gains are the gains or losses realized from selling invested assets during the year. The value of an invested asset held by the insurer through the year may rise or fall during the year, but until an investment is actually sold, these changes in value do not flow through the income statement.

Other income consists of revenues and expenses that are not related to either underwriting or investment activities. Examples include charge-offs of outstanding receivables from agents, dividends to policyholders, and finance and

## Principal Elements of an Insurer Annual Statement (SAP) Balance Sheet

| Assets | Current Year | | |
|---|---|---|---|
| | Assets | Nonadmitted Assets | Net Admitted Assets |
| Bonds (Schedule D) | 33,525,000 | | 33,525,000 |
| Preferred stocks (Schedule D) | 265,000 | | 265,000 |
| Common stocks (Schedule D) | 3,750,000 | 50,000 | 3,700,000 |
| Real estate (Schedule A) | 1,900,000 | | 1,900,000 |
| Cash (Schedule E) | 5,250,000 | | 5,250,000 |
| Other invested assets (Schedule BA) | 310,000 | 190,000 | 120,000 |
| Subtotal cash and invested assets | 45,000,000 | | 44,760,000 |
| Uncollected premium | 4,200,000 | 150,000 | 4,050,000 |
| Amounts recoverable from reinsurers | 1,750,000 | 25,000 | 1,725,000 |
| Furniture and equipment | 415,000 | 415,000 | 0 |
| Other assets | 2,050,000 | | 2,050,000 |
| Totals | 53,415,000 | 830,000 | 52,585,000 |

| Liabilities, Surplus, and Other Funds | Current Year |
|---|---|
| Losses | 22,165,000 |
| Loss adjustment expenses | 2,250,000 |
| Reinsurance payable (Schedule F) | 2,510,000 |
| Commissions payable | 1,800,000 |
| Unearned premiums | 8,400,000 |
| Provision for reinsurance (Schedule F) | 1,200,000 |
| Total liabilities | 38,325,000 |
| Common capital stock | 2,000,000 |
| Gross paid in and contributed surplus | 5,250,000 |
| Treasury stock | (1,500,000) |
| Unassigned funds (surplus) | 8,510,000 |
| Surplus as regards policyholders | 14,260,000 |
| Totals | 52,585,000 |

Note: The above illustration does not include all the information contained in the NAIC Annual Statement blank.

Adapted from the NAIC Annual Statement blank. [DA06251]

service charges not included in premiums. See the exhibit "Principal Elements of an Insurer Annual Statement (SAP) Income Statement."

### Principal Elements of an Insurer Annual Statement (SAP) Income Statement

| Statement of Income | Current Year |
|---|---|
| **Underwriting Income** | |
| Premiums earned | 10,000,000 |
| − Losses incurred | 5,960,000 |
| − Loss adjustment expenses incurred | 1,210,000 |
| − Other underwriting expenses incurred | 2,500,000 |
| Net underwriting gain (loss) | 330,000 |
| **Investment Income** | |
| + Net investment income earned | 900,000 |
| + Net realized capital gains (losses) | (59,000) |
| Net investment gain (loss) | 841,000 |
| **Other Income** | |
| + Other income (expense) | 220,000 |
| − Policyholder dividends | 360,000 |
| Net income before income taxes | 1,031,000 |
| − Federal and foreign income taxes | 231,000 |
| Net income | 800,000 |

Note: The above illustration does not include all the information contained in the NAIC Annual Statement blank.

Adapted from the NAIC Annual Statement blank. [DA06252]

# Capital and Surplus Account

The Capital and Surplus Account exhibit, which is included in the Statement of Income, provides details of changes in the policyholders' surplus during the year. Net income directly affects the level of policyholders' surplus. Other surplus changes flow from changes in balance sheet accounts. The principal balance sheet-related elements leading to changes in policyholders' surplus are changes in nonadmitted assets, net unrealized capital gains, net unrealized foreign exchange capital gains, net deferred income taxes, changes in the provision for reinsurance, and contributions to and withdrawals from contributed capital accounts.

Increases in nonadmitted assets are a direct charge to surplus. For example, if a premium receivable became overdue, net admitted assets would decline by the amount of the receivable, but liabilities would remain the same. Because policyholders' surplus is the balancing figure, it would decline by the nonadmitted amount.

Unrealized capital gains or losses on invested assets occur when an asset increases or decreases in value during the year, but the asset is not sold during the year. Those changes in value are not reported in the income statement until the asset is sold. However, the statutory principle of valuing an insurer at liquidation value requires an adjustment to policyholders' surplus to reflect the change.

Similarly, unrealized foreign exchange capital gains or losses are charged against surplus. A United States insurer might purchase a British subsidiary and pay for it in British pounds or may have established reserves on losses payable in euros rather than in dollars. Those assets and liabilities are converted to dollar equivalents when they are first entered on the balance sheet; however, subsequent changes in foreign exchange rates can alter the current dollar value.

Timing differences between when income tax obligations are recorded on an insurer's books and when the tax is paid create deferred tax assets and liabilities. Deferred tax assets arise when tax payments will be lower in the future, and deferred tax liabilities occur when tax payments will be higher in the future. Net deferred income tax is the difference between deferred tax assets and deferred tax liabilities, and changes in the relative balance are charged to surplus.

Contributed capital is equity capital from outside sources. A mutual insurer could issue a **surplus note** to raise additional capital, or a stock insurer could issue additional shares of stock to new investors. An insurer could also repurchase some of its outstanding shares from existing investors, reducing its policyholders' surplus. Dividend payments to shareholders also reduce policyholders' surplus. See the exhibit "Principal Elements of an Insurer Capital and Surplus Account."

**Surplus note**

A type of unsecured debt instrument, issued only by insurers, that has characteristics of both conventional equity and debt securities and is classified as policyholders' surplus rather than as a liability on the insurer's statutory balance sheet.

## Cash Flow

The purpose of the insurer's cash flow statement is to show the actual cash, as opposed to accounting earnings, that flows through the business in the course of the year. Cash, not earnings, is what pays policyholders' claims and underwriters' salaries. The cash flow statement also shows whether investments as well as financing and miscellaneous sources are generating positive or negative cash flows. It is divided into three sections:

- Cash from Operations
- Cash from Investments
- Cash from Financing and Miscellaneous Sources

4.18    Finance and Accounting for Insurance Professionals

## Principal Elements of an Insurer Capital and Surplus Account

| Capital and Surplus Account | | Current Year | Prior Year |
|---|---|---|---|
| | Policyholders Surplus, End of Prior Year | 14,061,000 | 14,000,000 |
| + | Net Income | 800,000 | 91,000 |
| + | Change in Net Unrealized Capital Gains (Losses) | (250,000) | 25,000 |
| + | Change in Net Unrealized Foreign Exchange Capital Gain (Loss) | (121,000) | (1,000) |
| + | Change in Net Deferred Income Tax | 10,000 | 7,000 |
| + | Change in Nonadmitted Assets | (200,000) | (15,000) |
| + | Change in Provision for Reinsurance | 50,000 | 12,000 |
| + | Dividends to Stockholders | (85,000) | (83,000) |
| + | Contributed Capital (Capital Withdrawals) | (5,000) | 25,000 |
| | Policyholders' Surplus, Current Year | 14,260,000 | 14,061,000 |

Note: The above illustration does not include all the information contained in the NAIC Annual Statement blank.

Adapted from the NAIC Annual Statement blank. [DA06253]

The Cash Flow from Operations section shows the cash generated from the insurer's core business function: selling and servicing insurance policies and earning investment income from the funds held to service the insurer's obligations. Unlike the income statement, the values reported in the cash flow statement are actual dollar flows that occur during the period. Premiums received increase the amount of cash in the insurer's checking account, regardless of whether those premiums have been earned. Examples of cash outflows that reduce the insurer's cash account include loss payments, agents' commission payments, and dividends to policyholders.

The Cash from Investments section shows the cash inflows and outflows from the sale and purchase of investment assets. Sales of assets increase cash, while purchases of assets decrease cash. Separate lines are shown for bonds, stocks, mortgages, real estate, other invested assets, and cash and short-term investments. A miscellaneous category is used for all investment assets that do not fit into these six categories.

The Cash Flow from Financing and Miscellaneous Sources section includes changes in borrowed funds and contributed capital. Cash inflows include income from the issuance of surplus notes or capital notes and sale of new shares of stock. Cash outflows include payment of dividends to stockholders (but not dividends to policyholders), repayment of borrowed funds, and repurchase of shares of the insurer's own outstanding stock.

The subtotal values for the three sections should equal the change in the cash account for the firm over the course of the year. Negative values are common in each of the categories, but in the long run, an insurer must be able to consistently generate positive cash flow from its operations. See the exhibit "Principal Elements of an Insurer Annual Statement Cash Flow Statement."

## Principal Elements of an Insurer Annual Statement Cash Flow Statement

| | Cash Flow | Current Year | Prior Year |
|---|---|---|---|
| | Cash at Beginning of Year | 3,421,000 | 2,513,000 |
| + | Cash from Operations | 758,000 | (150,000) |
| + | Cash from Investments | 900,000 | 1,258,000 |
| + | Cash from Financing and Miscellaneous Sources | 171,000 | (200,000) |
| | Cash at End of Year | 5,250,000 | 3,421,000 |

Note: The above illustration does not include all the information contained in the NAIC Annual Statement blank.

Adapted from the NAIC Annual Statement blank. [DA06254]

## Other Exhibits and Schedules

Several different schedules are prepared to provide details on the assets and liabilities reported on the balance sheet and the income statement. These include Schedule D, which provides detail on an insurer's investment portfolio; Schedule F, which addresses reinsurance; and Schedule P, which covers loss development.

Schedule D is a series of schedules that describe an insurer's investments in bonds, preferred stocks, and common stocks. The schedules can be classified into two types: detail schedules and summary schedules.

Detail schedules provide specific information on each bond, preferred stock, and common stock bought, sold, or owned by an insurer during the past year. Schedule D, Part 1, lists all bonds owned and provides complete identification information, including the name of the issuer, the Committee on Uniform Security Identification Procedures (CUSIP) identifier, maturity date, coupon rate, and NAIC quality classification. Financial information includes the statement value, purchase price, premium or discount amortization, and amount of interest earned during the year. Because each individual bond issue is reported on a separate line, this schedule can be spread over more than 100 pages in a large insurer's Annual Statement. Similar information for each equity security owned by the insurer is provided in Schedule D, Part 2, Section 1 (preferred stocks) and Schedule D, Part 2, Section 2 (common stocks).

In addition to the detailed information on the individual stocks and bonds owned as of the statement date, three separate detail schedules are provided to list all stocks and bonds bought during the year (Schedule D, Part 3), sold during the year (Schedule D, Part 4), or bought and then sold during the year (Schedule D, Part 5). Thus, an analyst can follow the trail of any stock or bond that the insurer owned at any time during the course of the year.

Summary schedules are used to aggregate the stocks and bonds in a variety of categories so that an analyst can evaluate the overall investment strategy. The summary schedules collate the investment holdings into various categories, such as affiliated versus unaffiliated, foreign versus U.S., issuer type, and NAIC quality classification. Ultimately, single summary values for bonds, preferred stock, and common stock are each carried forward to the balance sheet.

**Authorized reinsurer**

A reinsurer that is authorized to do business in the primary insurer's state of domicile.

**Certified reinsurer**

An unauthorized reinsurer that meets certain qualifications and is approved by the state insurance regulator of the ceding company's state of domicile.

Schedule F is a nine-part schedule that provides expanded information on an insurer's reinsurance arrangements, including reinsurance ceded to **authorized reinsurers**, unauthorized reinsurers, and **certified reinsurers** (an unauthorized reinsurer with which a primary insurer may claim credit for reinsurance, without the reinsurer posting full collateral, depending on an analysis of the reinsurer's financial strength). The schedule is also used to calculate the provision for reinsurance located on the liabilities side of the primary insurer's balance sheet. When an insurer posts a liability to the balance sheet without a corresponding increase in assets, its policyholders' surplus is reduced. Therefore, an insurer will want to minimize its provision for reinsurance.

These are the nine parts of Schedule F:

- Part 1—Assumed Reinsurance
- Part 2—Premium Portfolio Reinsurance
- Part 3—Ceded Reinsurance
- Part 4—Aging of Ceded Reinsurance
- Part 5—Provision for Unauthorized Reinsurance
- Part 6—Provision for Reinsurance Ceded to Certified Reinsurers (Section 1) and Provision for Overdue Reinsurance Ceded to Certified Reinsurers (Section 2)
- Part 7—Provision for Overdue Authorized Reinsurance
- Part 8—Provision for Overdue Reinsurance
- Part 9—Restatement of Balance Sheet to Identify Net Credit for Reinsurance

Parts 1 through 3 provide the supporting data for the insurer's assumed and ceded reinsurance accounting entries. Parts 3 through 7 provide data for the provision for reinsurance appearing in Part 8, which sums up the penalties calculated in Parts 5 through 7. Part 9 restates the statutory balance sheet from a net to a gross basis.

Part 6, which the NAIC added in 2012, reduces collateral requirements for unauthorized reinsurers that qualify as certified reinsurers. The amount of col-

lateral required is based on the financial strength rating of the reinsurer. Part 6, Section 1 calculates the provision for reinsurance for certified reinsurers due to collateral deficiencies, which then becomes part of the overall provision for reinsurance that a primary insurer reports on the liabilities side of the balance sheet. Part 6, Section 2 establishes the provision for overdue reinsurance recoverables from certified reinsurers.

The purpose of Schedule P is to provide information to analyze loss reserve levels and incurred loss development. Losses are reported on a calendar-year basis in the income statement, but Schedule P reports them on an accident-year basis for each of the last ten years and includes interim valuations to show how losses for each accident year have developed over time. Hypothetically, incurred losses and loss reserves for any given year should be set at their ultimate value as of December 31 of that year and then never change. The reality is that incurred losses and reserves are estimates that may or may not be accurate.

Schedule P has seven major sections that provide up to ten accident years of data, and subschedules are prepared for each of twenty-two separate lines of insurance:

- Part 1—Current Estimate of Premiums and Losses
- Part 2—Incurred Loss Development
- Part 3—Paid Loss Development
- Part 4—IBNR Reserve Development
- Part 5—Claim Count Development
- Part 6—Earned Premium Development
- Part 7—Summary Information on Loss-Sensitive Insurance Products

## SUMMARY

SAP valuation and recognition practices are primarily designed to result in a conservative statement of an insurer's policyholders' surplus (liquidation perspective), emphasizing the role of insurance regulators in the protection of policyholders. This approach helps ensure that policyholders' surplus is backed by high-quality liquid assets and that policyholder liabilities are conservatively stated. SAP also recognizes the importance of treating an insurance company as a going concern, preventing unnecessary short-term shifts in policyholders' surplus, and promoting comparability of financial statements between periods. However, the primary focus of SAP is on insurer solvency.

Insurers may be required to prepare two sets of financial statements, one based on SAP and the other based on GAAP. SAP is primarily focused on solvency and the ability of the insurer to meet its obligations to policyholders. GAAP treats a business as a going concern and focuses on measuring earnings from period to period. Differences in these two accounting methods may lead to significant differences in the reported financial position of an insurer.

The NAIC Annual Statement is a lengthy and complex document that includes not only a balance sheet, an income statement, and a statement of cash flows, but also hundreds of pages of supporting documentation that explains in detail where the figures in the primary pages of the statement come from.

# ASSIGNMENT NOTE

1.  On a SAP balance sheet, total assets minus nonadmitted assets are called "net admitted assets."

# 5

Direct Your Learning ▶▶

# Insurer Statutory Annual Statement Analysis

## Educational Objectives

After learning the content of this assignment, you should be able to:

▶ Describe what is measured by each of the following for property-casualty insurers:

- Capacity
- Liquidity
- Profitability

▶ Given a case, evaluate a property-casualty insurer's Annual Statement by calculating ratios that fall into the following categories:

- Capacity
- Liquidity
- Profitability

▶ Explain how A.M. Best Company evaluates the financial strength and capacity of property-casualty insurers.

▶ Summarize the information that financial examiners gain from each ratio of the NAIC's Insurance Regulatory Information System.

## Outline

Insurer Annual Statement Analysis Concepts

Ratios Applied to Insurer Annual Statements Case Study

A.M. Best Financial Strength Ratings

IRIS Ratios

Summary

▶ 5.1

# Insurer Statutory Annual Statement Analysis

# 5

## INSURER ANNUAL STATEMENT ANALYSIS CONCEPTS

The long-term financial health of an insurer depends on its capacity to supply insurance, the liquidity of the invested assets it uses to meet payment obligations to policyholders, and its long-term profitability. An analyst evaluates an insurer's financial strength by measuring these factors using data from the insurer's financial statements.

Three key financial concepts must be understood to analyze an insurer's financial statement: **capacity, liquidity,** and profitability. While profitability is universally applicable across all industries, capacity and liquidity have specific application to the property-casualty insurance business.

Although analysts often base their analyses on generally accepted accounting principles (GAAP) financial statement data, regulators and many other industry stakeholders usually rely on insurer statutory Annual Statement data, which is based on statutory accounting principles (SAP). This section discusses the concepts of insurer capacity, liquidity, and profitability in the context of the Annual Statement.

## Capacity

An insurer's capacity is primarily determined by the amount of capital that it can commit to underwriting a portfolio of loss exposures. Capacity is therefore considered a function of policyholders' surplus.

**Written premiums,** net of reinsurance, indicate an insurer's exposure to potential losses as it renews policies or underwrites new business. Analysts relate an insurer's net written premiums to its policyholders' surplus to measure whether the insurer is operating at a prudent capacity level. This level is important for evaluating both operating results and solvency.

Growth places strain on an insurer's policyholders' surplus, and therefore its capacity, for two primary reasons. First, the larger an insurer's written premium, the greater the amount of policyholders' surplus regulators require as a cushion against adverse operating results. Second, in the short term, statutory accounting requires the immediate recognition of policy acquisition expenses, but deferred recognition of the associated premium revenue. This mismatch of revenues and expenses creates a temporary drain on policyholders' surplus.

**Capacity**
The amount of business an insurer is able to write, usually based on a comparison of the insurer's written premiums to its policyholders' surplus.

**Liquidity**
The ease with which an asset can be converted to cash with little or no loss of value.

**Written premiums**
The total premium on all policies written (put into effect) during a particular period.

An insurer's investment results also affect its policyholders' surplus and therefore its capacity. Realized capital gains and losses from the sale of securities directly affect policyholders' surplus. Additionally, some investments, primarily equity securities, are carried at market value on the statutory balance sheet, with any associated unrealized gains and losses reflected in the policyholders' surplus.

## Liquidity

Liquidity refers to a firm's ability to raise cash to meet financial obligations when they are due. An insurer's liquidity depends on its cash inflows and outflows, the relationship between its assets and liabilities, and the type and amount of assets it has available to meet obligations to policyholders and creditors. In judging the liquidity characteristics of a specific asset, the analyst must consider the time that would be required to sell the asset at market value as well as the proportion of market value expected to be received in a quick sale.

One way to measure an insurer's liquidity is to compare its highly liquid assets and its obligations to policyholders. An insurer's high-grade marketable securities and its cash, by definition, are highly liquid assets. Its unearned premium reserve and loss reserve are estimates of current obligations to policyholders. If the combined value of an insurer's high-grade marketable securities and cash equals or exceeds its unearned premium reserve and loss reserve, the insurer's liquidity position is satisfactory. However, if the insurer would need relatively illiquid assets to satisfy its obligations to policyholders, it lacks sufficient liquidity. Poor liquidity exposes the insurer to investment losses if assets must be sold at a price below market value.

Liquidity can also be measured by analyzing cash flows. Underwriting and investment operations provide cash inflows through premiums, interest, dividends, rents, proceeds from the sale and maturity of investments, and other transactions such as the recapture of previously paid income taxes. Cash outflows arise from loss and loss adjustment expense payments, investment purchases, and dividends to policyholders and shareholders. For a growing insurer, underwriting operations should be continually contributing to its cash balance, making it easier for the insurer to manage its liquidity position. Negative net cash flows are a sign that an insurer's liquidity may be decreasing.

## Profitability

Profitability is essential to an insurer's survival and growth. It provides surplus to support additional sales and growth in premium. Past earnings retained by an insurer usually make up the largest portion of its policyholders' surplus.

An insurer's profitability is based primarily on its underwriting and investment results. To evaluate underwriting profitability, an analyst compares losses, loss

**Unearned premium reserve**

An insurer liability representing the amount of premiums received from policyholders that are not yet earned.

adjustment expenses, and other expenses to premiums. The analyst usually compares losses and loss adjustment expense amounts to **earned premiums,** while other expenses, because many are incurred up front at the time associated premium is written, are compared to written premiums.

**Earned premiums**
The portion of written premiums that corresponds to coverage that has already been provided.

# RATIOS APPLIED TO INSURER ANNUAL STATEMENTS CASE STUDY

Analysts calculate and analyze ratios based on Annual Statement data to evaluate an insurer's current and past performance. They also use ratio analysis to diagnose problem areas and forecast future results for insurers, groups of insurers, and the industry as a whole.

A client executive at a large brokerage is evaluating Barnley Insurance Company's coverage proposal for one of her clients. The client is satisfied with the premium and coverage terms but would like more information on Barnley's financial strength. The client executive asks analysts in the broker's internal Financial Security Group to perform ratio analysis to evaluate Barnley's capacity, liquidity, and profitability.

Ratio analysis of an insurer focuses on three areas: capacity, liquidity, and profitability. Capacity focuses on an insurer's ability to absorb new business. Liquidity emphasizes an insurer's ability to pay obligations as they become due. Profitability measures an insurer's earning power over time. See the exhibit "Insurer Ratios."

Analysts use information from statutory financial statements to construct ratios for individual companies, which are compared to industry or peer group norms in a process known as **benchmarking.** Ratios that fall outside accepted ranges require further examination to determine the underlying cause for the deviation. Ratios are also tracked over time to determine trends or to establish internal company benchmarks.

**Benchmarking**
The process of comparing results to industry standards or best practices.

Barnley Insurance Company's capacity, liquidity, and profitability ratios are based on its Annual Statement data. See the exhibit "Barnley Insurance Company Statutory Annual Statement."

# Capacity Ratios

The **premium-to-surplus ratio** and the **reserves-to-surplus ratio** are capacity ratios that measure an insurer's exposure to potential losses and indicate whether the insurer is operating at a prudent capacity level.

**Premium-to-surplus ratio, or capacity ratio**
A capacity ratio that indicates an insurer's financial strength by relating net written premiums to policyholders' surplus.

## Premium-to-Surplus Ratio

The premium-to-surplus ratio is the written premiums net of reinsurance (net written premiums) divided by policyholders' surplus. The higher an insurer's premium-to-surplus ratio, the more aggressive the insurer is in terms of using

**Reserves-to-surplus ratio**
A financial ratio that provides a measure of the ability of an insurer's surplus to absorb increases in reserves.

## Insurer Ratios

| Capacity Ratios | |
|---|---|
| Premium-to-Surplus Ratio | Net written premiums / Policyholders' surplus |
| Reserves-to-Surplus Ratio | Unearned premium reserve + Loss and Loss adjustment expense reserves / Policyholders' surplus |

| Liquidity Ratio | |
|---|---|
| | Cash + Invested assets (market value) / Unearned premium reserve + Loss reserves and Loss adjustment expense reserves |

| Profitability Ratios | |
|---|---|
| Loss Ratio | Incurred losses + Loss adjustment expenses / Earned premiums |
| Expense Ratio | Underwriting expenses / Written premiums |
| Combined Ratio | Loss ratio + Expense ratio |
| Operating Ratio | Combined ratio − Investment income ratio |
| Investment Yield Ratio | Net investment gain (loss) / Total cash + Invested assets |
| Return on Policyholders' Surplus | Net income / Policyholders' surplus |

[DA06485]

its surplus to leverage premium writings and the lower its additional capacity to write business. The National Association of Insurance Commissioners (NAIC) considers premium-to-surplus ratios over 3 to 1 to be problematic.

This ratio measures the insurer's relative exposure to risks associated with underwriting. For example, if relatively small pricing errors would significantly deplete an insurer's surplus, policyholders are at risk because the insurer may not be able to meet its policy-related financial obligations. A limitation of the premium-to-surplus ratio is that it is based on net written premium for only the most recent year, while other measures of capacity use data covering more than one year.

## Barnley Insurance Company Statutory Annual Statement

| Net Admitted Assets | Current Year | Prior Year |
|---|---|---|
| Bonds | 9,896,202,985 | 9,002,546,937 |
| Stocks | 4,878,637,485 | 4,559,625,237 |
| Cash and short-term investments | 59,638,273 | 53,796,358 |
| Real estate | 215,472,135 | 237,736,214 |
| Total cash and invested assets | 15,049,950,878 | 13,853,704,746 |
| Interest due and accrued | 295,547,215 | 186,369,875 |
| Agents' balances | 324,399,447 | 288,234,156 |
| Accrued retrospective premiums | 495,644,210 | 487,892,359 |
| Amounts recoverable from reinsurers | 442,109,862 | 230,478,216 |
| Other assets | 126,484,399 | 204,873,159 |
| Totals | 16,734,136,011 | 15,251,552,511 |

| Liability, Surplus, and Other Funds | Current Year | Prior Year |
|---|---|---|
| Losses | 7,454,854,932 | 6,498,965,327 |
| Loss adjustment expenses | 894,582,592 | 779,875,839 |
| Unearned premiums | 405,879,251 | 359,873,546 |
| Policyholder dividends declared and unpaid | 25,568,247 | 17,891,258 |
| Provision for reinsurance | 335,720,641 | 257,753,296 |
| Other liabilities | 591,872,631 | 756,657,258 |
| Total liabilities | 9,708,478,294 | 8,671,016,524 |
| Common capital stock | 45,215,698 | 45,215,968 |
| Surplus notes | 0 | 0 |
| Gross paid in and contributed surplus | 2,595,895,634 | 2,595,785,643 |
| Unassigned funds | 4,384,546,385 | 3,939,534,376 |
| Surplus as regards policyholders | 7,025,657,717 | 6,580,535,987 |
| Totals | 16,734,136,011 | 15,251,552,511 |

5.8    Finance and Accounting for Insurance Professionals

| Underwriting and Investment Exhibit | | |
|---|---|---|
| Statement of Income<br>Underwriting Income | Current Year | Prior Year |
| Premiums earned | 5,634,695,482 | 5,386,256,843 |
| Losses incurred | 5,071,225,934 | 3,770,379,790 |
| Loss expenses incurred | 608,547,112 | 452,445,575 |
| Other underwriting expenses incurred | 1,126,939,096 | 1,077,251,369 |
| Net underwriting gain or (loss) | (1,172,016,660) | 86,180,109 |
| Investment Income | | |
| Net investment income earned | 165,597,635 | 150,564,218 |
| Net realized capital gains or (losses) | 78,399,584 | 105,587,326 |
| Net investment gain or (loss) | 243,997,219 | 256,151,544 |
| Net income before dividends and taxes | (928,019,441) | 342,331,653 |
| Dividends to policyholders | 50,546,926 | 34,469,327 |
| Federal and foreign income taxes incurred | (139,202,916) | 51,349,748 |
| Net income | (839,363,451) | 256,512,578 |
| Net written premium | 5,726,879,562 | 5,435,546,832 |

Note: The preceding illustration is not an exact replica of and does not include all
the information contained in the NAIC Annual Statement blank.

Adapted from the NAIC Annual Statement blank. [DA06475]

Various factors affect an insurer's policyholders' surplus and therefore its premium-to-surplus ratio, including these:

- Underwriting results
- Growth
- Reinsurance programs
- Investment results

If losses and loss adjustment expenses exceed earned premiums, the insurer must draw on its policyholders' surplus to meet its obligations, which increases the ratio by lowering the denominator. Rapid premium growth increases the ratio by increasing the numerator and lowering the denominator, the latter due to the statutory accounting principles (SAP) requirement that policy acquisition expenses be immediately recognized and the associated premium revenue be deferred. Ceded reinsurance lowers the ratio because it lowers net written premiums and therefore the numerator, while the **ceding commission** helps offset the lower surplus due to the mismatch in recognizing policy acquisition expenses and the associated premium revenues. Net investment gains (or losses) increase (or decrease) the denominator. See the exhibit "Barnley Insurance Company Premium-to-Surplus Ratio."

**Ceding commission**

An amount paid by the reinsurer to the primary insurer to cover part or all of the primary insurer's policy acquisition expenses.

## Barnley Insurance Company Premium-to-Surplus Ratio

|  | Current Year | Prior Year |  |
|---|---|---|---|
| Net Written Premiums | $5,726,879,562 | $5,435,546,832 | (a) |
| Policyholders' Surplus | $7,025,657,717 | $6,580,535,987 | (b) |
| Premium-to-Surplus Ratio | $a/b = 0.82$ | $a/b = 0.83$ |  |

Barnley's premium-to-surplus ratio was a conservative 0.83 in the prior year and 0.82 in the current year. Generally, a ratio of 3 to 1 or less is considered an acceptable premium-to-surplus ratio, but the appropriate benchmark depends on the underwriting profitability of the underlying business and the type of business being written. Insurers writing predominantly long-tailed lines, which are inherently less predictable, should have relatively lower premium-to-surplus ratios due to the unpredictability involved in setting loss reserves.

Source: A.M. Best Company, 2009 Best's Aggregates & Averages—Property/Casualty (Oldwick, N.J.: A.M. Best Company, 2009), p. 2. Copyright, A.M. Best Company. Used with permission. [DA06476]

## Reserves-to-Surplus Ratio

An insurer's reserves-to-surplus ratio measures **insurance leverage**. Even though the reserves-to-surplus ratio is technically a leverage ratio, it also indicates insurer capacity because it shows the dollar amount of reserves that must

**Insurance leverage**

An indication of the extent to which policyholders' surplus can support a given level of reserves.

be supported by each dollar of policyholders' surplus. It uses outstanding loss and loss adjustment expense (LAE) reserves, which are based on outstanding losses covering more than just the most recent year. It also uses unearned premium reserves. An insurer's reserves-to-surplus ratio should be evaluated in conjunction with its premium-to-surplus ratio.

The higher an insurer's reserves-to-surplus ratio, the more impact relatively small reserve underestimation errors have in reducing its policyholders' surplus in the future after the errors are discovered. An insurer with a low reserves-to-surplus ratio could withstand relatively large underestimation errors without significantly depleting its policyholders' surplus in the future. See the exhibit "Barnley Insurance Company Reserves-to-Surplus Ratio."

## Barnley Insurance Company Reserves-to-Surplus Ratio

|  | Current Year | Prior Year |  |
|---|---|---|---|
| Loss and LAE Reserves | $8,349,437,524 | $7,278,841,166 | (a) |
| Unearned Premium Reserves | $405,879,251 | $359,873,546 | (b) |
| Policyholders' Surplus | $7,025,657,717 | $6,580,535,987 | (c) |
| Reserves-to-Surplus Ratio | $(a + b) / c = 1.25$ | $(a + b) / c = 1.16$ |  |

Barnley's reserves-to-surplus ratio was 1.16 in the prior year and 1.25 in the current year. Barnley appears to be able to withstand relatively large upward revisions to reserve estimates before policyholders' surplus would be significantly depleted. If Barnley has been reasonably accurate in establishing its reserves in the past, an analyst could be confident that Barnley is operating within reasonable bounds. However, if Barnley has a history of underreserving by significant amounts, it may be close to its maximum acceptable level for this ratio.

[DA06477]

No well-established benchmark exists for an acceptable value for the reserves-to-surplus ratio, although a higher value (greater leverage) is usually associated with long-tail liability coverage, such as products liability. This is because long-tail losses are generally paid out over many years, with the associated loss reserves maintained for many years after a policy is written.

**Liquidity ratio**

A ratio that measures the extent to which an insurer can meet its obligations as they come due and is the sum of cash plus invested assets (market value) divided by unearned premium reserve plus loss and loss adjustment expenses.

## Liquidity Ratio

The liquidity ratio compares an insurer's liquid investment assets to its two largest liabilities: unearned premium reserves and loss and LAE reserves.

A value of 1.0 or greater for this ratio is desirable, because it indicates that the insurer could immediately liquidate its investment portfolio and have sufficient cash to pay all of its obligations to policyholders. See the exhibit "Barnley Insurance Company Liquidity Ratio."

## Barnley Insurance Company Liquidity Ratio

|  | Current Year | Prior Year |  |
|---|---|---|---|
| Bonds | $9,896,202,985 | $9,002,546,937 | (a) |
| Stocks | $4,878,637,485 | $4,559,625,237 | (b) |
| Cash and Short-Term Investments | $59,638,273 | $53,796,358 | (c) |
| Interest Due and Accrued | $295,547,215 | $186,369,875 | (d) |
| Loss & LAE Reserves | $8,349,437,524 | $7,278,841,166 | (e) |
| Unearned Premium Reserve | $405,879,251 | $359,873,546 | (f) |
| Liquidity Ratio | $(a+b+c+d) / (e+f) = 1.73$ | $(a+b+c+d) / (e+f) = 1.81$ |  |

Note that real-estate investments are not included because they are not considered to be liquid. Barnley is comfortably above the desired level of 1.00 for this ratio. An analyst might also examine Barnley's cash flow statement to evaluate the annual cash flows that Barnley might expect over the coming years.

[DA06478]

It is important to note that the loss reserves appearing in the denominator of the liquidity ratio are subject to estimation error. If an insurer is too aggressive (optimistic) in valuing its reserves for losses and LAE, its actual liquidity may be very different from that indicated by the ratio's value. Similarly, the value of the liquidity ratio depends on the market prices of the securities held in the investment portfolio.

# Profitability Ratios

Several profitability ratios are used for property-casualty insurers. The most common is the combined ratio, which measures underwriting profit or loss. Other profitability ratios examine underwriting and investment profitability together or examine investment profitability alone.

## Combined Ratio

The **combined ratio** measures an insurer's underwriting profit. It is called the combined ratio because it combines two other ratios: the **loss ratio** and the **expense ratio**. If total losses and expenses exceed premium, the combined ratio will be over 100 percent, signifying an underwriting loss. A combined ratio under 100 percent signifies an underwriting gain.

**Combined ratio**
A profitability ratio that indicates whether an insurer has made an underwriting loss or gain.

**Loss ratio**
A ratio that measures losses and loss adjustment expenses against earned premiums and that reflects the percentage of premiums being consumed by losses.

**Expense ratio**
An insurer's incurred underwriting expenses for a given period divided by its written premiums for the same period.

Comparing the expense ratios for successive time periods indicates overall expense trends, with an increasing expense ratio potentially highlighting the need for more effective expense controls.

Under SAP, policy acquisition costs are recognized immediately, whereas the associated earned premiums are recognized over the life of the policy. Under generally accepted accounting principles (GAAP), policy acquisition costs are recognized over the life of the policy and are matched with the earned premiums. Therefore, when calculating an expense ratio, it is logical to use written premium for the denominator under SAP and earned premium under GAAP to match the recognized policy acquisition costs with their associated premium.

An insurer's loss ratio gives a general indication of the quality of business the insurer writes and might also provide insight into the adequacy of the insurer's rates. Loss ratios are typically less predictable than expense ratios, and certain lines produce more volatile loss ratios from year to year than others. Reinsurance programs also affect loss ratios because the premium and loss amounts used for the calculation are net of reinsurance.

Combined ratios in excess of 100 percent are common, especially in the long-tailed lines such as workers compensation, where the insurer has a number of years to earn offsetting investment income. See the exhibit "Barnley Insurance Company Statutory Combined Ratio."

## Barnley Insurance Company Statutory Combined Ratio

|  |  | Current Year | | Prior Year | |
| --- | --- | --- | --- | --- | --- |
| Loss Ratio | (Incurred Loss & LAE) $5,679,773,046 Earned Premium $5,634,695,482 | | 101% | $4,222,825,365 $5,386,256,843 | 78% |

| Expense Ratio | Underwriting Expenses $1,126,939,096 Written Premium $5,726,879,562 | | 20% | $1,077,251,369 $5,435,546,832 | 20% |
| --- | --- | --- | --- | --- | --- |

| Combined Ratio | Loss Ratio + Expense Ratio | | 121% | | 98% |
| --- | --- | --- | --- | --- | --- |

Barnley's combined ratio was 98 percent in the prior year and increased to 121 percent in the current year, swinging from a small underwriting profit to an underwriting loss. The analyst should investigate the reasons for this unusually large increase in the loss ratio from one year to the next.

[DA06479]

## Operating Ratio

The **operating ratio** measures overall pretax operating profits, including both underwriting income and investment income. It is calculated by subtracting the **investment income ratio** from the combined ratio. The investment income ratio measures the income earned from the investment portfolio per dollar of earned premium. See the exhibit "Combined Ratio and Operating Ratio."

**Operating ratio**

A ratio that measures an insurer's overall pretax operational profitability from underwriting and investment activities and is calculated by subtracting the investment income ratio from the combined ratio.

### Combined Ratio and Operating Ratio

Two insurers, ABC and XYZ, have identical underwriting results this year but different investment strategies. ABC places the bulk of its $20 million investment portfolio into highly rated corporate bonds. XYZ, by contrast, maintains the bulk of its $20 million investment portfolio in highly liquid cash and cash equivalents. This year, cash earned 1 percent on average, while AAA-rated bonds earned 6 percent.

| | | ABC Insurance Company | XYZ Insurance Company |
|---|---|---|---|
| Written Premium | | $9,200,000 | $9,200,000 |
| Earned Premium | | 9,300,000 | 9,300,000 |
| Incurred Loss & LAE | | 6,200,000 | 6,200,000 |
| Underwriting Expenses | | 3,800,000 | 3,800,000 |
| Underwriting Gain (Loss) | | (700,000) | (700,000) |

| | | | |
|---|---|---|---|
| Cash | Earning 1 percent | 1,000,000 | 19,000,000 |
| AAA Bonds | Earning 6 percent | 19,000,000 | 1,000,000 |
| Total Invested Assets | | 20,000,000 | 20,000,000 |

| | | | |
|---|---|---|---|
| Net Investment Income | $.01 \times$ Cash $+ .06 \times$ AAA Bonds | $1,150,000 | $250,000 |

| | | | |
|---|---|---|---|
| Loss Ratio | Incurred Loss & LAE/Earned Premium | 66.7% | 66.7% |
| Expense Ratio | Underwriting Expenses /Written Premium | 41.3% | 41.3% |
| Combined Ratio | Loss Ratio + Expense Ratio | 108.0% | 108.0% |

| | | | |
|---|---|---|---|
| Investment Income Ratio | Net Investment Income / Earned Premium | 12.4% | 2.7% |

| | | | |
|---|---|---|---|
| Operating Ratio | Combined Ratio − Investment Income Ratio | 95.6% | 105.3% |

Both insurers recorded combined ratios of 108.0 percent, an underwriting loss for the year.

The operating ratio is the combined ratio minus the investment income ratio. In this case, ABC has earned a pre-tax operating profit because its investment income more than offset its poor underwriting results. ABC's investment income of $1.15 million ($1 million × 1% + $19 million × 6%) was sufficient to bring its operating ratio to less than 100 percent, indicating that ABC earned a pre-tax operating profit.

[DA06480]

5.14    Finance and Accounting for Insurance Professionals

**Investment income ratio**

Net investment income divided by earned premiums for a given period.

An operating ratio below 100 indicates that an insurer is able to generate a profit from its core operations. Because other operating income and expenses such as finance and service charges, capital gains, and income taxes are omitted from the calculation, though, an operating ratio below 100 does not necessarily indicate positive net income. See the exhibit "Barnley Insurance Company Operating Ratio."

## Barnley Insurance Company Operating Ratio

| | | Current Year | | Prior Year | |
|---|---|---|---|---|---|
| Combined Ratio | Loss Ratio + Expense Ratio | | 121% | | 98% |
| Investment Income Ratio | Net Investment Income | $ 165,597,635 | 3% | $ 150,564,218 | 3% |
| | Earned Premium | $5,634,695,482 | | $5,386,256,843 | |
| Operating Ratio | Combined Ratio – Investment Income Ratio | | 118% | | 95% |

Barnley's operating ratio was 95 percent in the previous year and 118 percent in the current year. The investment income ratio was the same at 3 percent in both years and was insufficient to offset the underwriting loss in the current year.

[DA06481]

## Investment Yield Ratio

**Investment yield ratio**

A profitability ratio that indicates the total return on investments for an insurer's investment operations.

The **investment yield ratio** focuses on investment results rather than underwriting results. Unlike the investment income ratio, the investment yield ratio measures investment returns relative to the invested assets that actually generated the investment income. This calculation uses not only the amounts earned on the investment portfolio as interest, dividends, and rent payments (net investment income earned), but also includes the net realized capital gains from the sale of investments. This makes it a much broader measure of investment performance. See the exhibit "Barnley Insurance Company Investment Yield Ratio."

## Return on Policyholders' Surplus

**Return on policyholders' surplus**

A profitability ratio that shows the rate of return an insurer is earning on its resources.

The **return on policyholders' surplus** ratio facilitates comparisons between insurers because it eliminates problems caused by differences in premium volume, underwriting results, and investment gains by summarizing overall after-tax operating success relative to the insurer's net resources (assets minus liabilities). See the exhibit "Barnley Insurance Company Investment Return on Policyholders' Surplus."

The client executive presented the preceding ratios and analysis of Barnley Insurance Company to her client. Although the client felt that Barnley has

Case 1:19-cv-01233-JPB    Document 26-11    Filed 01/17/20    Page 38 of 48

Insurer Statutory Annual Statement Analysis    5.15

## Barnley Insurance Company Investment Yield Ratio

|  | Current Year | Prior Year |  |
|---|---|---|---|
| Net Investment Gain (Loss) | $243,997,219 | $256,151,544 | (a) |
| Total Cash and Invested Assets | $15,049,950,878 | $13,853,704,746 | (b) |
| Investment Yield Ratio | a / b = 1.6% | a / b = 1.8% |  |

Barnley's investment yield dropped slightly from 1.8 percent in the previous year to 1.6 percent in the current year as realized investment income declined while invested assets grew. This is a very low investment return for both years.

The analyst should examine Barnley's specific investments. Perhaps it has a large portion of its investments in stocks that pay no dividend and short-term bonds with a relatively low yield.

The analyst should also examine Barnley's unrealized capital gains and losses, shown on its Annual Statement as a direct adjustment to policyholders' surplus. (These adjustments are not shown in Barnley's Annual Statement data.) This would provide additional insights into Barnley's investment performance during the year. Barnley's investment portfolio could have increased in value, but, until an investment is actually sold, it does not flow through the Statement of Income, although unrealized capital gains and losses are included in the calculation of policyholders' surplus.

[DA06482]

## Barnley Insurance Company Investment Return on Policyholders' Surplus

|  | Current Year | Prior Year |  |
|---|---|---|---|
| Net Income | ($839,363,451) | $256,512,578 | (a) |
| Policyholders' Surplus | $7,025,657,717 | $6,580,535,987 | (b) |
| Return on Policyholders' Surplus Ratio | a / b = 0.0% | a / b = 3.9% |  |

Barnley's return on policyholders' surplus was 3.9 percent in the prior year and fell to 0 percent in the current year (negative net income is considered to produce a 0 percent return). The results for both years are very low.

Despite the negative net income, policyholders' surplus increased from the prior year to the current year. This could be due to items such as an increase in unrealized capital gains or nonadmitted assets, which are not included in net income and instead are direct adjustments to policyholders' surplus. The analyst should take a closer look at the Capital and Surplus Account exhibit of the statutory financial statement to identify the source of the increase in surplus.

[DA06483]

sufficient capacity and liquidity, the increase in losses from the previous to the current year alarmed the client, as did the low return on policyholders' surplus. The client was also concerned with Barnley's low investment return. After some discussion, the client decided to stay with its current insurer and agreed to review Barnley's Annual Statement financial ratios again during the next renewal period. See the exhibit "Barnley Insurance Group Summary of Ratios."

5.16    Finance and Accounting for Insurance Professionals

## Barnley Insurance Group Summary of Ratios

|  | Current Year | Previous Year |
|---|---|---|
| Premium-to-Surplus Ratio | 0.82 | 0.83 |
| Reserves-to-Surplus Ratio | 1.25 | 1.16 |
| Liquidity Ratio | 1.73 | 1.81 |
| Loss Ratio | 101% | 78% |
| Expense Ratio | 20% | 20% |
| Combined Ratio | 121% | 98% |
| Investment Income Ratio | 3% | 3% |
| Operating Ratio | 118% | 95% |
| Investment Yield | 1.6% | 1.8% |
| Return on Policyholders' Surplus | 0% | 3.9% |

[DA06484]

# A.M. BEST FINANCIAL STRENGTH RATINGS

Independent credit ratings are critical to maintaining confidence in the financial stability of insurers for insurance brokers, agents, insureds, reinsurers, and investors. A.M. Best Company annually rates individual insurers and insurance groups, identifying those with strong financial standing and ones that could be vulnerable to a financial downturn if action is not taken. A.M. Best's ratings help maintain the strength and stability of the insurance industry.

A.M. Best uses these main categories and classifications to convey an insurer's financial strength:

* Financial Strength Rating (FSR)
* Best's Rating Scale
* Financial Size Category (FSC)

The Best's Credit Rating Methodology (BCRM) uses a building-block approach to determine its ratings, a transparent process that uses an insurer's balance sheet and financial information to move through the series of tests and ratios that compose the rating methodology.

# Financial Strength Rating

A.M. Best's rating process begins with a detailed review of these key rating factors:

- Balance sheet strength
- Operating performance
- Business profile
- Enterprise risk management (ERM)
- Rating lift/drag (if applicable)

Because an individual insurer may be a part of a larger group with which its financial fortunes are intertwined, A.M. Best refers to all subjects of its reviews as rating units. This allows the same standards to be applied to insurance groups or independent insurers and also allows the financial influence of holding or parent companies to be taken into account when rating an insurer. In the cases when an organization contains more than one rating unit, the unit that is considered to be the most important to the organization will be designated the lead rating unit.

## Balance Sheet Strength

A rating unit's balance sheet shows the unit's ability to meet its financial obligations. When A.M. Best evaluates the strength of a rating unit's balance sheet, it analyzes the rating unit itself, the financial flexibility provided by the holding company or ownership structure, and any additional financial or regulatory risk presented by the country in which the insurance rating unit is located.

When reviewing the balance sheets of individual rating units, A.M. Best uses Best's Capital Adequacy Ratio (BCAR) to quantify the risks within the rating unit's investment and insurance operations in relation to its available capital. A stable BCAR over several balance sheet periods is viewed favorably, while an unstable BCAR is not.

In addition to the BCAR, other factors A.M. Best considers when rating balance sheet strength are whether the rating unit's capital relies on reinsurance programs, diversification and quality of assets, and liquidity.

When A.M. Best evaluates a lead rating unit owned by a holding company, the holding company's financial health could affect the lead rating unit's evaluation. This is because the holding company's capital could give the lead rating unit more financial flexibility. However, the holding company's liabilities could limit the lead rating unit's flexibility in the same manner.

When A.M. Best reviews a holding company, it considers financial flexibility, liquidity, financial leverage, dividend requirements, and interest coverage (operating earnings before interest and taxes are compared with interest expense and nonequity preferred stock). Even though a conglomerate orga-

nization may consist of several rating units, A.M. Best only takes the holding company's financials into consideration when analyzing the lead rating unit.

## Operating Performance

A consistent operating performance is critical to earning and maintaining a favorable rating. Strong earnings allow a rating unit to take chances in new markets or with new products, providing financial flexibility and the ability to handle an emergency expense or economic downturn. The analysis of a rating unit's operating performance can significantly affect the unit's overall rating, though the possible negative effect is greater than the possible positive effect.

Areas A.M. Best reviews when analyzing a rating unit's operating performance include underwriting, investment returns, capital gains and losses, and total operating earnings. Beyond these financials, A.M. Best may also review management reports to gain a better understanding of the rating unit's earning trends and how they could affect the rating unit's financial standing in the future.

When reviewing a rating unit's underwriting performance, an analyst will focus on three key performance metrics: loss ratio, expense ratio, and combined ratio.

## Business Profile

The insurers that receive the highest rating are usually separated from the lower-rated insurers by the strength of their business profiles. An insurer's profile, if strong, can help drive future operating performance and provide long-term financial strength. More importantly, it can help the rating unit meet its financial obligations to policyholders.

Several factors can influence the effectiveness of an insurer's business profile and therefore its rating, ranging from the ability of its management team to the diversification of its business mix. The strength and competitiveness of the market in which an insurer operates, as well as the unit's geographic reach, also play a role. If an insurer operates in a highly competitive market that is very limited in scope, it could receive a negative rating that might counteract an otherwise strong operating performance or balance sheet.

The review of a business profile may include such factors as market position, control over distribution channels, data quality, management quality, and risks presented by the regulatory environment and country in which the insurer is based.

## Enterprise Risk Management

An efficient ERM program can show that an insurer takes risk recognition and management seriously. It also serves as a buttress against possible losses or poor performances that might result from mismanagement. During the rating process, an analyst looks for an ERM program that helps manage an

organization's exposure to financial or market volatility while simultaneously maximizing the organization's value to its stakeholders.

An established ERM program should reach into every facet of an organization, whether or not a given division or department faces outward. Every level of management should consider potential risks during decision making and incorporate them into documented processes and procedures whenever possible.

## Rating Lift/Drag

After the initial review, the rating given to an insurance rating unit that is part of a larger group could receive a lift or drag from the group's lead rating unit. For example, if Bellingham Insurance is considered to be strong and is given an A– rating, but its parent company is given an A+ rating, Bellingham's rating could receive a boost. If the situation were reversed, Bellingham might receive a penalty against its final rating.

In some circumstances—for example, when the rating unit makes up only a small portion of a large conglomeration's holdings—a rating unit may receive a lift or drag from an unrated area of the organization.

Rating units that receive a large lift are generally a very important part of the overall group's operations or hold a financial guarantee or a net worth maintenance agreement from their parent company.

Because lead rating units receive a lift or drag from their holding companies during the review of their balance sheet strength, they do not receive another lift or drag at this stage.

## Best's Rating Scale

FSRs fall into two broad categories: secure and vulnerable. The FSRs are further measured by a scale that ranges from A to F, with ++, +, and - modifiers to further differentiate insurers within those broad ranges. Secure ratings range from A++ down to B+, while vulnerable ratings range from B to F. A special category, S, is used to identify insurers whose FSR has been suspended because of sudden and significant events that have not been fully evaluated.

Best's ratings may be accompanied by one or more modifiers, indicated by lowercase letters. The modifier $u$ means that the rating is under review, which may indicate that either a positive or negative change is forthcoming. Affiliation codes identify companies whose assigned ratings include consideration of a group (g), pooling (p), or reinsurance (r) affiliation with other insurers.

A.M Best assigns a rating outlook of positive, negative, or stable to an FSR to indicate its potential direction over the intermediate term. A.M. Best reviews individual companies as well as holding companies and groups.

## Financial Size Category

A.M. Best's FSC indicates an insurer's size as measured by its adjusted surplus. Adjusted surplus is calculated by modifying statutory surplus to recognize the impact of statutory accounting practices on the unearned premium reserves, loss reserves, investment values, and off-balance-sheet exposures. The fifteen financial-size categories are indicated by the Roman numerals I to XV, with Class I being the smallest. The FSC is a measure not of the insurer's financial performance or financial strength, but of its capacity to handle large loss exposures in its insurance operations or large risks in its investment operations. See the exhibit "A.M. Best Financial Size Categories."

### A.M. Best Financial Size Categories

| Class | Adjusted Policyholders' Surplus ($ Millions) | Class | Adjusted Policyholders' Surplus ($ Millions) |
|---|---|---|---|
| I | Less than 1 | IX | 250 to 500 |
| II | 1 to 2 | X | 500 to 750 |
| III | 2 to 5 | XI | 750 to 1,000 |
| IV | 5 to 10 | XII | 1,000 to 1,250 |
| V | 10 to 25 | XIII | 1,250 to 1,500 |
| VI | 25 to 50 | XIV | 1,500 to 2,000 |
| VII | 50 to 100 | XV | 2,000 or greater |
| VIII | 100 to 250 | | |

© A.M. Best Company - used with permission. [DA06419]

# IRIS RATIOS

Each year, state insurance regulators review the financial health of all insurers licensed to do business in the state. To identify insurers that may be financially impaired and then direct appropriate regulatory resources to where they are most needed, state regulators and the National Association of Insurance Commissioners (NAIC) have developed the Insurance Regulatory Information System (IRIS).

Originally developed as an early warning system of financial impairment, IRIS has two phases: a statistical phase and an analytical phase.

During the statistical phase, financial ratios are calculated from annual statement data and compared with benchmarks established by the NAIC. During the analytical phase, a team of experienced state financial examiners from each of the NAIC's four zones meets to review the ratios and other financial

information. The benchmarks are reviewed annually and updated when necessary. This review also places each insurer into one of three levels of review, ranging from a very high priority for a comprehensive review to no further review being necessary.

There are thirteen IRIS ratios, which can be divided into four groups of tests: overall, profitability, liquidity, and reserve. Examining the components of these ratios reveals how the information they yield helps financial examiners assess an insurer's health and stability. See the exhibit "NAIC IRIS Ratios."

## NAIC IRIS Ratios

**Property-Casualty Insurance Regulatory Information System (IRIS) Ratios**

Overall Tests

1. Gross Premiums Written to Policyholders' Surplus
2. Net Premiums Written to Policyholders' Surplus
3. Change in Net Premiums Written
4. Surplus Aid to Policyholders' Surplus

Profitability Tests

5. Two-Year Overall Operating Ratio
6. Investment Yield
7. Gross Change in Policyholders' Surplus
8. Change in Adjusted Policyholders' Surplus

Liquidity Tests

9. Adjusted Liabilities to Liquid Assets
10. Gross Agents' Balances (in collection) to Policyholders' Surplus

Reserve Tests

11. One-Year Reserve Development to Policyholders' Surplus
12. Two-Year Reserve Development to Policyholders' Surplus
13. Estimated Current Reserve Deficiency to Policyholders' Surplus

[DA06488]

# Overall Tests

Four ratios are overall tests that measure the insurer's exposure to adverse underwriting results:

● Gross Premiums Written to Policyholders' Surplus ratio—Measures an insurer's ability to absorb losses before the effects of reinsurance cessions are considered. This ratio increases as the insurer absorbs more risk in

relation to its policyholders' surplus. An acceptable value for this ratio is less than 900 percent.

- Net Premiums Written to Policyholders' Surplus ratio—A gauge of the insurer's retained insurance exposure after reinsurance transactions. A higher ratio indicates that the insurer may be carrying too much risk. An acceptable value is less than 300 percent.

- Change in Net Premiums Written ratio—The percentage change in the insurer's net written premiums during the most recent year. Wide variances between increases and decreases in written premiums could indicate instability in the insurer's operations. An increase or decrease of less than 33 percent is considered acceptable for this ratio.

- Surplus Aid to Policyholders' Surplus ratio—Measures the amount of surplus aid an insurer has assumed. Surplus aid includes commissions on reinsurance ceded to nonaffiliated companies. An acceptable value for the Surplus Aid to Policyholders' Surplus ratio is below 15 percent.

## Profitability Tests

Four of the IRIS ratios test profitability:

- Two-Year Overall Operating ratio—The insurer's combined ratio minus its investment income ratio, measured over the past two years. An acceptable value for this ratio is less than 100 percent. If it equals or exceeds 100 percent, regulators may examine individual components of the combined ratio to determine what is causing the unfavorable outcome.

- Investment Yield ratio—Divides net investment income earned for the year by the average cash and invested assets for the year to provide the percentage of annual income generated by an investment portfolio. A low ratio value for this test may indicate that an insurer has made speculative investments intended to produce large capital gains over the long run, but that those investments are providing little income in the short term. It may also indicate that a substantial amount of the insurer's funds is invested in low-yield liquid securities. A high ratio may indicate investments in high-risk instruments or extraordinary dividend payments from subsidiaries to the parent company. An acceptable value for this test ranges from 3.0 percent to 6.5 percent.

- Gross Change in Policyholders' Surplus ratio—Measures the percentage change in policyholders' surplus over the past year. While declines in surplus are naturally a concern, large increases also trigger regulatory scrutiny. Large increases could result from positive developments, but could also arise from less favorable situations, such as surplus aid from reinsurance, manipulation of loss reserves development, or other undesirable accounting techniques. An acceptable value for this ratio is between −10 percent and 50 percent.

- Change in Adjusted Policyholders' Surplus ratio—Measures changes in surplus from an insurer's core operations. Surplus changes related to

surplus notes, capital changes, and surplus adjustments are omitted. An acceptable value for this ratio is between −10 percent and 25 percent.

## Liquidity Tests

Two of the IRIS ratios measure liquidity:

- Adjusted Liabilities to Liquid Assets ratio—Measures an insurer's ability to meet short-term obligations with its liquid assets. Adjusted liabilities are defined as total liabilities minus the statement value of agents' balances deferred and not yet due from the asset side of the balance sheet. An acceptable value for this ratio is less than 100 percent. If the ratio is over 100 percent, the insurer may face liquidity problems, in which case an examiner would focus on reserve adequacy, investment mix, and asset valuation.

- Gross Agents' Balances to Policyholders' Surplus ratio—Divides agents' balances in the course of collection by policyholders' surplus. The ratio indicates the dependence of surplus on an asset of questionable liquidity, as agents' balances may be uncollectible if an insurer has to be liquidated. The usual value is less than 40 percent.

## Reserve Tests

Three IRIS ratios measure the accuracy and adequacy of an insurer's reserves:

- One-Year Reserve Development to Policyholders' Surplus ratio—Measures the percentage change in the current year's policyholders' surplus attributable to loss development of prior accident year reserves. The loss development figure is the current year's change in outstanding unpaid loss and loss adjustment expense reserves from all prior accident years. The reserve development is divided by the policyholders' surplus at the beginning of the year to determine the effect that reserve development had on surplus over the course of the year. A positive result for this ratio would indicate that there is a deficiency in reserves, while a negative result suggests that the reserves are redundant. An acceptable value for this ratio is less than 20 percent.

- Two-Year Reserve Development to Policyholders' Surplus ratio—Calculated in the same manner as the One-Year Reserve Development to Policyholders' Surplus ratio, except the loss reserves and policyholders' surplus for the second prior year are used instead of those for the prior year. A negative result suggests that the original reserves were set higher than necessary and that claims were settled for less than expected. A positive result suggests the opposite. A ratio of less than 20 percent is considered to be in the acceptable range.

- Estimated Current Reserve Deficiency to Policyholders' Surplus ratio—Provides insight into the adequacy of the current available reserves by dividing the estimated current loss reserve deficiency by policyholders'

surplus. The results of this test may be adversely affected by significant changes in premium volume or by shifts in product mix between short-tailed lines and long-tailed lines. This ratio is considered to be in an acceptable range if it is less than 25 percent.

# SUMMARY

An insurer's financial strength depends on its capacity, liquidity, and profitability. It must operate at a prudent capacity level, have sufficient liquidity to meet payment obligations to policyholders, and generate sufficient profit to enable growth and encourage investment.

Ratio analysis of an insurer focuses on capacity, liquidity, and profitability. Capacity refers to an insurer's ability to absorb new business. Its associated ratios include the premium-to-surplus ratio and the reserves-to-surplus ratio. The liquidity ratio compares an insurer's liquid investment assets to its two largest liabilities, unearned premium reserves and loss and loss adjustment expense reserves. Profitability is the insurer's earning power over time. The most common measurement of underwriting profit or loss is the combined ratio. Other profit measurements examine underwriting and investment profitability together or examine investment profitability alone.

The BCRM provides insight into the financial health and stability of insurers by rating them using these main categories and classifications:

- Financial Strength Rating
- Best's Rating Scale
- Financial Size Category

BCRM's ratings are determined using a building-block approach, a transparent process that uses an insurer's balance sheet and financial information as it moves through the series of tests and ratios that compose the rating methodology.

IRIS ratios are grouped into four key areas: general tests, profitability tests, liquidity tests, and reserve tests. Each ratio provides a specific view of an insurer's financial health and stability. The ratio results are reviewed by a team of experienced financial examiners who prioritize insurers for more detailed financial review by each state's regulators.

# EXHIBIT P